# Exhibit 62

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

*Anderson et al. v. Raffensperger et al.*, **Case No. 1:20-cv-03263-MLB**

**EXPERT DECLARATION OF DR. MUER YANG**

**INTRODUCTION**

I have been retained by Plaintiffs' counsel as an expert witness in the above-referenced case to offer my opinions as to the factors that caused the long waiting lines in the 2020 Presidential Preference Primary (PPP) election in Georgia on June 9, 2020, and to offer my opinions as to the factors that should be considered when making election resource allocation decisions for the 2020 General Election in November to avoid long lines and inequitable burdens on voters resulting from those decisions.[1]

**SUMMARY OF OPINIONS**

Based upon my review of the available information and my extensive experience relating to waiting lines analysis, queueing theory, simulation, and elections operations, I have concluded that:

- Election officials in certain counties in Georgia did not properly consider the distribution of voters across polling places—especially the ones that serve multiple precincts, the allocation and distribution of voting machines to polling places, including accounting for potential machine breakdowns and/or human error in machine usage, and the ballot lengths

---

[1] While I am aware that Georgia has had a history of long lines in previous elections, I have not used that data in making assessments for the 2020 General Election because the voting machines and, as such, voting process for those elections are different from the process that will in use in the 2020 General Election. Thus, the type of data I need to perform my analysis, see discussion infra, is best obtained from the 2020 PPP where the same process that will be in use in the 2020 General Election was in place.

at different polling places when they planned for the 2020 PPP.

- The failure to properly plan for the factors noted above resulted in insufficient voting resources being allocated to certain polling places, especially ones that were large in terms of the total number of voters on Election Day (e.g., 800+ Election Day voters), which therefore caused long waiting lines at polls.

- If the state and counties fail to properly account for the factors listed above when planning for the future elections such as the 2020 General Election, it is likely that long waits for voters and inequitable access to voting across the counties and the state will continue.

## QUALIFICATIONS

I am an associate professor in the Department of Operations and Supply Chain Management, Opus College of Business, University of St. Thomas (UST). I received my Ph.D. in operations management from the Carl H. Lindner College of Business at the University of Cincinnati (UC). I received an M.S. in management science and a B.S. in management information systems from Tsinghua University. At UST and UC, I have taught the following classes: Applied Analytics and Data Visualization, Operations Management, Statistical Methods for Decision Making (MBA level), Business Statistics I, and Operations Planning and Scheduling. While I highlight my qualifications herein, a full discussion of my qualifications and experiences is contained in my curriculum vitae which is attached as Appendix 1.

Waiting lines analysis is a major topic in the field of operations management. I have been studying voting lines and the optimization of voting locations to reduce lines within that field specifically since 2007. I have used queuing theory, simulation-optimization techniques, and robust-optimization models to improve voting operations. In particular, I have used these techniques to determine fair allocations of voting machines and voting technology at polling places

so that voters wait approximately equal amounts of time across jurisdictions. I have published multiple peer-reviewed papers in leading academic journals in the field of operations management generally and with respect to voting lines specifically. Some of my relevant publications related to voting lines and the operation of polling locations include:

- Allen, T.T., Yang, M., Huang, S., & Hernandez, O., (2020), Determining resource requirements for elections using indifference-zone generalized binary search, Computers & Industrial Engineering, 140, 106243, https://doi.org/10.1016/j.cie.2019.106243.

- Allen, T.T., Yang, M., Huang, S., & Hernandez, O., (2020), Method to Allocate Voting Resources with Unequal Ballots and/or Education, MethodsX, https://doi.org/10.1016/j.mex.2020.100872.

- Kumar, S., Yang, M., & Goldschmidt, K.H. (2018), Will aging voting machines cause more voters to experience long waits?, International Journal of Production Economics, 198, pp. 1-10.

- Yang, M, Wang X., & Xu N. (2015), A Robust Voting Machine Allocation Model to Reduce Extreme Waiting, Omega the International Journal of Management Science, 57(B), pp.230-237.

- Wang, X., Yang, M., & Fry, M. J. (2015). Efficiency and Equity Tradeoffs in Voting Machine Allocation Problems, Journal of Operational Research Society, 66, pp.1363-1369.

- Yang, M., Fry, M. J., Kelton, W. D., & Allen, T. T. (2014). Improving Voting Systems Through Service Operations Management, Production and Operations Management, (23)(7), pp. 1083-1097.

- Fry, M. J., & Yang, M. (2013). Using OR to Overcome Challenges in Implementing New Voting Technologies, Wiley Encyclopedia of Operations Research and Management Science, pp. 1-8.

- Yang, M., Allen, T. T., Fry, M. J., & Kelton, W. D. (2013). The Call for Equity: Simulation-Optimization Models to Minimize the Range of Waiting Times, IIE Transactions, (45)(7), pp. 781-795.

- Yang, M, Fry, M.J., & Kelton, W.D. (2009). Are All Voting Queues Created Equal? Proceedings of the 2009 Winter Simulation Conference, pp. 3140-3149.

I received the Susan E. Heckler Research Excellence Award in 2015, which recognizes outstanding faculty achievement in research at the University of St. Thomas, and my research on

voting operations received second place in the INFORMS Public Sector OR best paper competition in 2011.[2] INFORMS is the leading international association for professionals in operations research and analytics in the world. It promotes best practices and advances in operations research (OR) to improve operational processes through highly-cited publications, conferences, and competitions. The Section on Public Sector OR is the INFORMS subdivision dedicated to "doing good with good OR." It furthers the use of operations research and management science in the areas such as public policy and public service. I served as VP of Communications at INFORMS Public Sector OR from 2018 to 2019. I am currently the Junior Vice President of Programs at INFORMS Public Sector OR and serving as the public sector cluster co-chair for the INFORMS Annual Meeting 2020. My research in voting operations also has received media coverage:

- Are All Voters Allowed Equal Access Given Ballot Length Diversity? IE Industrial Engineer, June 2013.

- Voting-Machine-Allocation Method Could Reduce Voters' Wait Time by 36 Percent, Science News Daily, 2010.

I have testified as an expert at trial or by deposition in the following cases over the preceding four years:

- *Sylvia Bruni et al. v. Ruth Hughs et al.* 5:20-cv-35 (S.D. Texas)

- *League of Women Voters of New Hampshire et al. v. William M. Gardner et al.,* 226-2017-CV-00433 (N.H. Sup. Ct.)

- *Feldman et al. v. Arizona Secretary of State's Office et al.*, 16-CV-01065-PHX-DLR (D. Ariz.)

- *Ohio Democratic Party v. Husted*, 2:15-cv-1802 (S.D. Ohio).

In *Sylvia Bruni*, I opined on the effect that eliminating the straight-ticket voting option

---

[2] The PSOR Best Paper Award recognizes research judged to be of the best quality in all of the disciplines and application areas represented within PSOR. Through this competition, PSOR seeks to build a tradition of scholarly exchange of knowledge of public policy, programs, safety, service, and needs within the entire INFORMS community.

would have on the length of time Texas voters will wait to cast a ballot. In *League of Women Voters of New Hampshire*, I opined on the effect of changes to the same-day registration process on voter wait times on Election Day. In *Feldman*, I opined on the effect of polling-place allocation decisions on voter wait times. That portion of the case was settled. Afterwards, I worked collaboratively with the defendants' expert to put together a series of joint recommendations as to how Maricopa County might work proactively to minimize lines in future elections. In *Ohio Democratic Party*, I opined on the effect of changes to the requirements for direct-recording electronic voting machines on voter wait times. No court has ever found my opinion or methodologies to be unreliable.

I am being compensated for my work in this matter at a rate of $500 per hour, plus reimbursement for related personal expenses. My compensation is not contingent in any way on my conclusions.

## SOURCES AND METHODOLOGY OVERVIEW

For this report, I reviewed available data regarding the 2020 PPP election results in several counties of Georgia (including Fulton County, Henry County, Athens-Clarke County, Douglas County, and Chatham County),  the  data I reviewed included data on the number of ballots cast at each precinct on Election Day, the polling places that serve the corresponding precinct(s), and the number of voting machines allocated at each polling place in Henry County and Athens-Clarke County. It is my understanding that data regarding the number of voting machines allocated at each polling place was not provided for Fulton, DeKalb, Cobb, Gwinnett, Chatham, Clayton, Douglas, and Macon-Bibb Counties. Accordingly, there are some analyses that I cannot perform for these counties. Nevertheless, if I received such data, I could perform the same analyses that I perform for Henry and Athens-Clarke Counties for all of these other locations.  I also utilized a

data set of the number of voters that checked-in per hour at each of the polling places for which I had data in Henry and Athens-Clarke County. Some of the data were provided to me by counsel for Plaintiffs. It is my understanding that these data were obtained through public records requests. The other data sets were from the data set created by Georgia Public Broadcasting, which is available publicly.[3]    As discussed below, where applicable, I performed quantitative analysis using queueing theory and simulation models to evaluate and assess the assumptions and determinations of the election officials regarding the allocation of Election Day resources and to provide recommendations regarding the same. The sources I relied on in preparing this report are the kinds of sources that are regularly relied upon by operations-management professionals conducting work of this kind and are of the sort that I regularly and ordinarily rely upon in my academic work.

### A.    Queueing Theory

The field of queueing theory began by studying congestion and waiting times in telephone service in the early 1900s. Since then, it has been widely applied in a variety of queue situations, such as manufacturing, the airline industry, traffic engineering, and telecommunications to provide insight into performance improvement. Queueing models consist of mathematical formulas that can be used to predict queue performance measures, such as the expected wait time in a queue and the probability each person arriving at the location will have to wait in line. The basic features of queueing models include three variables: arrival rate, service rate per "server," and the number of servers in the system.[4]   In general, a larger arrival rate, a smaller service rate per server, and/or a smaller number of servers in the system will cause longer average wait times[5] and a higher

---

[3] https://www.gpb.org/news/2020/07/17/heres-what-the-data-shows-about-polling-places-lines-in-georgias-primary.
[4] Because "server" is a common term in queueing theory, in this report I often refer to voting machines (which included the poll pad, BMD, and scanner) as "servers."
[5] Average wait time at a polling place is "the sum of every voter's wait time divided by the total number of voters

probability of waiting at a given polling place.

Voting lines can also be modeled using queueing models (e.g., Yang et al. 2014). In the context of voting lines, the "arrival rate" refers to the number of voters arriving to the polling place per unit of time, and the "service rate per server" refers to the number of voters who can be served at by the voting equipment (including the poll pad, BMD, and scanner) per unit of time. For example, if 1,200 voters turn out to vote at a polling place on Election Day, and the polling place is open for 12 hours, then the arrival rate is 100 (=1,200/12) voters per hour. If the average time to cast a ballot on BMD is 5 minutes, then the service rate per BMD is 12 (=60/5) voters per hour. The number of servers here refers to the number of voting machines that can serve multiple voters at the same time. For example, 5 BMDs will allow 5 voters to cast ballot simultaneously.

However, queueing models depend on certain assumptions, including that voters will arrive at a constant rate throughout the day. But we know that voters do not show up to polling places at a steady rate over the course of the day; rather, there is normally a "morning rush" and "after-work rush" of voters at the polling place. Thus, queueing models tend to *underestimate* the average amount of time voters will wait before casting ballots. For this reason, using queueing models helps ensure a conservative analysis of lines and waiting times.

### B.    Simulation Models

"Simulation models" are another popular method used to study waiting lines, and these have been and can be applied in the context of voting systems (e.g., Yang et al. 2014). Simulation models capture more dynamic characteristics of queues, such as voters arriving at different rates during the day, servers' availability at different levels during the day, and voters lining up before the poll opens. Thus, in some situations, simulation models can produce more accurate estimates

---

turned out at this poll."

for actual queue performance than queueing formulas. However, simulation models require data on input parameters, such as the arrival process and the service process, to provide accurate estimates on real wait times.

In situations with limited available empirical data, I prefer to use queueing formulas due to their rigor, transparency, and reasonable approximation to the real queue. Queueing formulas can also provide general and comprehensive insights that help observers better understand the queue performance. On the other hand, when more data are available to validate the simulation model, I like to use simulation models to estimate queue performances as a way of complementing the general insights from the queueing formula.

C.      **Average Wait Time**

Average wait time is the most commonly used metric in the voting context, but it can mask and underestimate the real waiting problems at polling places. Some voters may still experience extremely long wait times while the average wait time at the polling station is short. For example, in the 2008 presidential election in Ohio, the majority of precincts in Franklin County had average waiting times of less than 5 minutes, but many voters still had to endure wait times of an hour or more (see, Yang et al. 2013). According to an empirical study (Stewart III, 2013), two-thirds of voters in the 2012 election waited less than 10 minutes to vote, while three percent of the voters waited more than an hour nationwide.  Although three percent might seem to be a small fraction, it is substantial in terms of the actual number of voters. For instance, there were over 1,960,000 Election Day votes [6] in the 2012 presidential election in Georgia, and about 58,800 ( = 3% × 1960000) voters waited more than an hour. One must therefore keep in mind that a short average wait time (e.g., <10 minutes) means that many voters could still experience very long wait

---

[6] Based on the 2012 presidential election results on the website of Georgia Secretary of State, at https://results.enr.clarityelections.com/GA/42277/113204/en/reports.html#.

times (e.g., >30 minutes) at a polling station.

Following the 2012 presidential election, President Obama convened the bipartisan US Presidential Commission on Election Administration (PCEA) to address the problem of voting wait times. PCEA concluded that the appropriate benchmark for defining what constitutes a "long" wait time is 30 minutes. Other states have adopted this as a standard, for example, South Dakota Codified Laws x12-14-4 states that "more than thirty minutes waiting time is deemed unreasonable waiting time." Likewise, the New York Election Law requires that "County boards shall deploy sufficient voting equipment, election workers and other resources so that voter waiting time at a poll site does not exceed 30 minutes." Thus, when I speak about a long voting line in this report, I am referring to lines and wait times that are longer than 30 minutes.

## ANALYSIS AND RESULTS

According to queueing theory, average wait times are affected by three factors: arrival rate, service time, and the number of servers. Longer average wait times result from higher arrival rates, longer service times, and fewer servers. In the context of voting lines, this means the three key factors are: (1) the number of voters who arrive at a polling place, (2) the average times to check in, to vote, and to scan, and (3) the number of voting machines (poll pad, BMD, printer, and scanner). The higher the turnout, the longer the average wait time; the longer the average voting time, the longer the average wait time; and the lower the number of voting machines, the longer the average wait time.

The $M/M/c$ queue model[7] will produce estimates of expected wait times only when the arrival rate is *less* than the overall service rate (see Anderson et al. 2011). In other words, for the formula to produce estimates of voter expected wait times, the rate at which voters arrive at the

---

[7] $M/M/c$ queue model describes is a multi-server queueing system. It assumes that a voter's arrival process follows a Poisson distribution, the service time follows an exponential distribution, and $c$ servers in the queue system.

polls must be smaller than the rate that the servers can process them. Otherwise, if the arrival rate *exceeds* the service rate, the waiting line at the polls continues to grow until the polls close, a situation in which scholars in my field refer to becoming "overloaded." When overloading occurs, the $M/M/c$ formula cannot provide estimates of voter expected wait times, because the expected wait times essentially become infinite under the M/M/c model assumptions. Because that result is not particularly helpful (other than to indicate that the lines at the polls will be extremely long), in such situations, I adopt a simple fluid model to estimate the waiting time (see Yang 2011). [8]

A general voting process at a polling station on Election Day in 2020 in Georgia, i.e., the process that was in use in the 2020 PPP and will be in use in the 2020 General Election, can be considered as a tandem queue system with three stages (see Figure 1). The first stage is where a voter checks in once he arrives at a polling station; the second stage is where a voter casts his ballot using the BMD and print it out; and the third stage is where a voter deposits his printed ballot through a scanner. Usually, there are multiple poll pads, multiple BMDs and printers in the system. Voters can wait in line at each stage separately. The voting process is explained in a demonstration video posted by Atlanta Journal-Constitution showing the voting process in Georgia under the new system used in the 2020 PPP and November General Election, which is the source for Figure 1. [9]

---

[8] Fluid models assume traffic flow to be like the flow of a fluid, which is another mathematical approach to approximate queues. Fluid queues allow arrivals to be continuous rather than discrete as in M/M/c model.
[9] https://www.youtube.com/watch?v=MDmSTKarZe8.



*Figure 1 Model Logic of Voting Lines*

The waiting line at each stage can be approximated by an $M/M/c$ queue. Due to the properties of the tandem $M/M/c$ queue system, the queue at each stage can be treated independently, and thus the arrival rate to the check-in stage, to the BMD stage, and to the scanning stage are the same, as long as the queues at the first two stages are not overloaded. A voter's total wait time at a polling place is the sum of the wait at the check-in, the wait at the BMDs, and the wait at the scanner. The bottleneck of the queue system determines the throughput of the system (e.g., the number of voters who complete the whole voting process per hour).

Simulation models can capture more complex and realistic characteristics of the queueing system as illustrated in Figure 1. The first step of my analysis is to input the variables that go into the $M/M/c$ queue formula and simulation models: the arrival rate, the average check-in time, the

11

average voting time, the average scanning time, and the number of servers. In the sections immediately below, I explain my methodology for determining each of these variables.

### Check-in Time and Scanning Time

To determine the time needed to check-in, vote, and scan a ballot, I first reviewed the demonstration video mentioned above, which likely represents optimal use of the voting system.[10] The check-in time in the video is about 25 seconds, the time for a printer to print out a ballot is about 10 seconds, and the time to deposit a ballot into the scanner is about 14 seconds.   However, in a real voting scenario, the check-in time involves the interactions between the voter and the election official at the check-in table, such as short conversations about identification, the voting process, etc. Thus, the 25 seconds in the video, which does not include any conversation between the voter and poll worker, is likely to underestimate the actual check in time. Other sources (Remias and Bell, 2014) about check-in time using electronic pollbooks indicate that average check-in times range from 45 seconds to 60 seconds. The GPB data set for the Park Tavern polling location in Fulton County indicated that the highest number of voters that checked-in in a single hour in the 2020 PPP was 234.[11] If two poll pads were used,  the check-in rate would be about 31 seconds per voter; and if three poll pads were used, the check-in rate would be about 46 seconds per voter. Thus, for my analysis I assume the average time to check-in a voter is 30 seconds, which is a conservative assumption.

Note that the actual check-in time is likely to be longer than 30 seconds.  Any of the following situations could slow down the check-in process: malfunctions of the poll pads, voters with questions or long conversations with poll workers, voters whose names are not listed in the poll pads, and poorly-trained poll workers who are not familiar with how to operate the poll pads.

---

[10] https://www.youtube.com/watch?v=MDmSTKarZe8.
[11] https://public.tableau.com/profile/stephen.fowler#!/vizhome/GeorgiaPollsOpenClose69/GA69PollsOpenClose.

### *Time to Cast a Ballot*

Voting time is the total amount of time it takes for the voter to cast a ballot on a voting machine. Many studies in literature (e.g., Stein et al. 2008, Yang et al. 2014, and Jaffe et al. 2018) find that the average voting time is in a linear relationship with the ballot length. Specifically, Jaffe et al. (2018) fit a regression equation to empirical data for modeling the average time to vote depending on the number of races and the number of candidates on the ballot. According to this regression model, the average time to vote (in min) = 1.831 + 0.025*Offices on Ballot + 0.023*Candidates on Ballot. "Offices on Ballot" refers to the races or issues on ballot, and "Candidates on Ballot" refers to the choices.

During the 2020 PPP, the ballot lengths differed for voters from different precincts and of different party affiliations. The Republican Party ballot was shorter than the Democratic Party ballot. For example, for voters in Henry County, the Republican Party ballot had an average of 30 offices and an average of 44 candidates, while the Democratic Party ballot had an average of 32 offices and an average of 70 candidates. For voters in Fulton County, the Republican Party ballot had an average of 39 offices and an average of 53 candidates, while the Democratic Party ballot had an average of 48 offices and an average of 91 candidates.

According to the regression model in Jaffe et al. (2018), the Republican voters would need at least an average of 3.6 minutes to cast a ballot and the Democratic voters would need at least an average of 4.2 minutes in Henry County. Likewise, the Republican voters would need at least an average of 4.0 minutes to cast a ballot and the Democratic voters would need at least an average of 5.1 minutes in Fulton County. Thus, the average time to vote on BMD would be longer in the polling places with more Democratic voters than in the polling places with more Republican voters.

In Henry County, the number of Democratic voters on Election Day in the 2020 PPP was over two times as many as the number of Republican voters; and the number of Democratic voters was over five times as many as the number of Republican voters on Election Day in Fulton County. Thus, according the regression model, the average time to vote on BMD in Fulton County is about five minutes and the average time to vote on BMD in Henry County is about four minutes. Under the new voting system, the time to vote on BMD also includes the time to review a ballot and the time to print a ballot. In addition, due to the Covid-19 situation, voting machines were sanitized after each use. Thus, the actual time to cast a ballot on BMD would very likely be longer than what the regression model predicts, making these estimates a lower bound.

### Arrival Rate and Arrival Process

The arrival rate at a polling place is calculated using the formula: # of election day voters / amount of time polls are open. The number of voters at a polling place on Election Day ranged from 342 to 1,018 during the 2020 PPP in Henry County. [12] In Fulton County, the number of voters at a polling place ranged from 7 to 2,305. In Chatham County, the number of voters at a polling place ranged from 187 to 497.

On Election Day of the 2020 PPP, most polls in Georgia were open from 7:00 a.m. to 7:00 p.m., 12 hours in total. [13] Some polls, however, though scheduled to be open at 7:00 a.m. did not actually open at that time because the voting equipment was not ready by then. All polls in Fulton County were open until 9:00 p.m., 14 hours in total. [14]

GPB News created a data set for the 2020 PPP using poll pad check-in data from the Secretary of State's office. [15] This data set contains the number of voters checked in per hour at

---

[12] https://public.tableau.com/profile/stephen.fowler#!/vizhome/GeorgiaPollsOpenClose69/GA69PollsOpenClose.
[13] https://ballotpedia.org/State_Poll_Opening_and_Closing_Times_(2020).
[14] https://patch.com/georgia/atlanta/ga-primary-fulton-county-polls-stay-open-until-9-p-m.
[15] https://www.gpb.org/news/2020/07/17/heres-what-the-data-shows-about-polling-places-lines-in-georgias-primary.

each polling place in Georgia. However, the number of voters checked in per hour is not exactly the same as the number of voters arriving at a polling place. It is possible that voters could not be checked in when the polling location was full inside due to Covid-19 and the limited space of the polling place, even if the poll pads were available to check in the next voters. But this data can still reflect the arrival process to a certain degree. Figure 2 displays the total number of voters checked in per hour statewide on Election Day. According to this figure, voters did not arrive at polls evenly throughout the day. Generally speaking, more Georgia voters went to the polls in the late afternoon and fewer went to the polls in the morning. The waiting lines at polls, if any, were likely to be longer towards the end of the day.



*Figure 2 Number of Voters Checked-in per Hour Statewide. Data source:*
*https://public.tableau.com/profile/stephen.fowler#!/vizhome/GeorgiaPollsOpenClose69/VotersPerHourStatewide*

In my experience, as discussed above, queueing formulas tend to underestimate the actual wait time in voting lines. This is particularly so because voting lines become longer when a large number of voters arrive during a "morning rush" or an "after-work rush," such as illustrated in

Figure 2. The queuing formulas do not take this into account. It is important to remember that even if the queueing formula indicates the average wait time is short (e.g., <10 minutes), many voters may still experience long wait times (e.g., >30 minutes) at polls, particularly those that arrive to vote at peak arrival times.

### *Reviewing Henry County's 2020 PPP Experience*

Henry County had 37 polling places on Election Day of the 2020 PPP. Each polling place was assigned with 2 poll pads, 6 ballot making devices, 6 printers, and 1 scanner. All polling places opened from 7 a.m. to 7 p.m., except Hickory Flat and Lake Haven. These two places closed at 7:30 p.m. and 7:10 p.m., respectively, pursuant to court orders.  The number of voters at a polling place on Election Day in Henry County ranged from 342 (McDonough) to 1,018 (Lowes), with an average of 617 voter per polling location.

The ballot length varied precinct by precinct. The Republican ballot had 28 to 33 races and 41 to 49 choices; and the Democratic ballot had 30 to 35 races and 65 to 78 choices. Precinct Lowes had one of the longest ballots, where the Republican ballot had 33 races and 49 choices, and the Democratic ballot had 35 races and 77 choices. Longer ballots resulted in longer voting time. Six polling places checked in their last voters no later than 7 p.m.; 23 polling places checked in their last voters between 7 p.m. and 8 p.m.; and eight polling places checked in their last voters after 8 p.m., where the latest voter checked in at 10:09 p.m. at Harvest Point UMC in Lowes.

According to the available public information, many voters had no or short wait times to cast ballots, but many other voters in certain polling places experienced long wait times to vote. [16]

---

[16] https://www.henryherald.com/news/henry-county-voters-go-to-the-polls-on-tuesday/article_4c03898c-aaa4-11ea-b061-1f00d99530d5.html.

Based on voters' own comments about their voting experience posted on the Henry Herald Facebook page, the following polling places had long waiting lines on June 9, 2020: [17]

- At the Harvest Point UMC in Lowes, there was about an hour wait at around 2 p.m.

- At Calvary Baptist Church in North Hampton, there was over an hour wait in the afternoon.

- At Red Oak United Methodist in Red Oak, a long line was observed wrapping around the bus loop of the school and a voter waited for 20 minutes but had yet to enter the building.

As indicated in the GPB News data set, the last voter at polling places in Lowes, North Hampton, Mt Carmel, Red Oak, and Stockbridge East-West, respectively, checked in at 10:09 p.m., 8:22 p.m., 8:45 p.m., 8:20 p.m., and 8:44 p.m. All more than an hour after the official poll closing time of 7 p.m.  It is my understanding that per Georgia law, the last voters at these polls must have arrived the poll before 7 p.m. otherwise they were not allowed to vote. In other words, they must have waited for at least 189 minutes, 82 minutes, 105 minutes, 80 minutes, and 104 minutes at Lowes, North Hampton, Mt Carmel, Red Oak, and Stockbridge East-West, respectively, Other voters reported no or short wait times at some polling places when they went to polls, including Kelley Presbyterian Church in Kelleytown, Bethany Baptist Church in Lake Dow, New Hope United Methodist Church in Sandy Ridge, Sharon Baptist Church in McMullen, Oakland Baptist Church in Oakland, J. P. Moseley Park in Cotton Indian, and Locust Grove Event Center in Unity Grove.

Table 1 displays the estimated average wait time and the percentage of voters who waited for at least 30 minutes at each polling place on Election Day of the 2020 PPP, using the M/M/c

---

[17] https://www.facebook.com/thehenryherald/.

queue formula. The average voting time at each polling place is estimated using the regression model in Jaffe et al. (2018). As noted in Jaffe et al. (2018), the regression model has a relatively low $R^2$ and the standard errors of the estimates are "substantively non-trivial." They further recommend that it would "probably be wise for an election official to use the upper end of the confidence interval for planning purpose[s]." Thus, I use the upper end of the 95% confidence interval as the average voting time at each polling place as listed in Table 1.

The shaded cells in Table 1 represent instances in which the polling place became overloaded,[18] making it impossible for the $M / M / c$ formula to produce a numerical result. In those instances, as mentioned earlier, a simple fluid model[19] is used to estimate the expected wait time.

*Table 1 Estimated Wait Lines at Polls in Henry County on Election Day in 2020 PPP*

| Precinct / Polling Place | # of Voters | Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Wait at Check in (min) | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|
| Lowes | 1018 | 0.5 | 5.9 | 0.23 | 0.1 | 139 | 0.1 | 139 | 100% |
| Mt Carmel | 910 | 0.5 | 5.9 | 0.23 | 0.1 | 32.6 | 0.1 | 32.7 | 100% |
| North Hampton | 821 | 0.5 | 5.7 | 0.23 | 0.0 | 87.7 | 0.1 | 87.9 | 100% |
| Red Oak | 830 | 0.5 | 5.6 | 0.23 | 0.0 | 28.1 | 0.1 | 28.2 | 100% |
| Stockbridge East-West | 818 | 0.5 | 5.7 | 0.23 | 0.0 | 27.9 | 0.1 | 28.0 | 100% |
| Wesley Lakes | 741 | 0.5 | 5.6 | 0.23 | 0.0 | 25.4 | 0.1 | 25.5 | 31% |
| South Hampton | 741 | 0.5 | 5.6 | 0.23 | 0.0 | 17.5 | 0.1 | 17.6 | 20% |
| Locust Grove | 729 | 0.5 | 5.5 | 0.23 | 0.0 | 11.7 | 0.1 | 11.8 | 10% |
| Hickory Flat | 731 | 0.5 | 5.6 | 0.23 | 0.0 | 8.0 | 0.1 | 8.1 | 16% |
| Ellenwood | 699 | 0.5 | 5.4 | 0.23 | 0.0 | 4.7 | 0.1 | 4.8 | 1% |
| Westside | 632 | 0.5 | 5.8 | 0.23 | 0.0 | 4.1 | 0.1 | 4.2 | 1% |
| Pates Creek | 668 | 0.5 | 5.5 | 0.23 | 0.0 | 4.0 | 0.1 | 4.1 | 1% |

---

[18] When the queue is overloaded at the second stage BMDs, the arrival process to the third stage, scanner, is no longer the same as the arrival process to the second stage. The arrival rate to the scanner would be equal to the service rate at the second stage BMDs, which is smaller than the arrival rate to the second stage. Due to the short service time at the third stage, I still used the arrival rate at the second stage to estimate the wait time even if the second stage is overloaded, just to simplify the problem. Thus, the estimated wait time at the scanner when the second stage queue is overloaded in Table 1 is slightly overestimated.

[19] Fluid model is a continuous deterministic analog of queueing networks, which is able to deal with overloaded queues.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Shakerag | 660 | 0.5 | 5.4 | 0.23 | 0.0 | 2.8 | 0.1 | 2.9 | 0% |
| Lake Dow | 678 | 0.5 | 5.2 | 0.23 | 0.0 | 2.7 | 0.1 | 2.8 | 0% |
| Oakland | 640 | 0.5 | 5.5 | 0.23 | 0.0 | 2.7 | 0.1 | 2.7 | 0% |
| Cotton Indian | 637 | 0.5 | 5.4 | 0.23 | 0.0 | 2.1 | 0.1 | 2.2 | 0% |
| Kelleytown | 680 | 0.5 | 5.0 | 0.23 | 0.0 | 2.0 | 0.1 | 2.1 | 0% |
| Sandy Ridge | 647 | 0.5 | 5.1 | 0.23 | 0.0 | 1.6 | 0.1 | 1.7 | 0% |
| McMullen | 630 | 0.5 | 5.1 | 0.23 | 0.0 | 1.4 | 0.1 | 1.4 | 0% |
| Flippen | 576 | 0.5 | 5.4 | 0.23 | 0.0 | 1.2 | 0.1 | 1.3 | 0% |
| Lake Haven | 598 | 0.5 | 5.3 | 0.23 | 0.0 | 1.2 | 0.1 | 1.2 | 0% |
| Unity Grove | 601 | 0.5 | 5.2 | 0.23 | 0.0 | 1.1 | 0.1 | 1.2 | 0% |
| McDonough Central | 537 | 0.5 | 5.4 | 0.23 | 0.0 | 0.8 | 0.0 | 0.9 | 0% |
| Mt Bethel | 576 | 0.5 | 5.0 | 0.23 | 0.0 | 0.7 | 0.1 | 0.8 | 0% |
| Pleasant Grove | 555 | 0.5 | 5.2 | 0.23 | 0.0 | 0.7 | 0.1 | 0.8 | 0% |
| Austin Road | 509 | 0.5 | 5.5 | 0.23 | 0.0 | 0.6 | 0.0 | 0.7 | 0% |
| Shiloh | 490 | 0.5 | 5.6 | 0.23 | 0.0 | 0.6 | 0.0 | 0.7 | 0% |
| Lighthouse | 527 | 0.5 | 5.2 | 0.23 | 0.0 | 0.6 | 0.0 | 0.6 | 0% |
| Stockbridge Central | 501 | 0.5 | 5.4 | 0.23 | 0.0 | 0.5 | 0.0 | 0.6 | 0% |
| Tussahaw | 540 | 0.5 | 5.0 | 0.23 | 0.0 | 0.5 | 0.0 | 0.6 | 0% |
| Swan Lake | 489 | 0.5 | 5.2 | 0.23 | 0.0 | 0.4 | 0.0 | 0.4 | 0% |
| East Lake | 480 | 0.5 | 5.1 | 0.23 | 0.0 | 0.3 | 0.0 | 0.4 | 0% |
| Grove Park | 437 | 0.5 | 5.2 | 0.23 | 0.0 | 0.2 | 0.0 | 0.3 | 0% |
| Stagecoach | 409 | 0.5 | 5.4 | 0.23 | 0.0 | 0.2 | 0.0 | 0.2 | 0% |
| Dutchtown | 371 | 0.5 | 5.3 | 0.23 | 0.0 | 0.1 | 0.0 | 0.2 | 0% |
| McDonough | 342 | 0.5 | 5.6 | 0.23 | 0.0 | 0.1 | 0.0 | 0.1 | 0% |
| Timberridge | 382 | 0.5 | 5.0 | 0.23 | 0.0 | 0.1 | 0.0 | 0.1 | 0% |

The results in Table 1 clearly show that there was almost no wait at all due to the check-in or the scanning process. The bottleneck was at the BMDs, which causes voters to wait to cast their votes. Among the 37 polling places, 28 polling places had an average wait of less than five minutes and almost no one waited more than 30 minutes. Five polling places, including Lowes, North Hampton, Mt Carmel, Red Oak, and Stockbridge East-West, were overloaded with an average wait of over 28 minutes, where Lowes had over 2 hours average wait and North Hampton had nearly 1.5 hours long average wait. Note that these estimates are based on the assumption of stationary arrivals of voters. The wait time could be even longer if the voter arrival process is nonstationary.

These results can be verified by looking at the public reports of what actually happened on Election Day. As mentioned earlier, hours of wait were publicly reported at the Harvest Point UMC in Lowes and Calvary Baptist Church in North Hampton. Over 20 minutes of wait were reported at Red Oak United Methodist in Red Oak.  In contrast, just as predicted by the M/M/c queue system, no or short waiting lines were reported at Kelleytown, Lake Dow, Sandy Ridge, McMullen, Oakland, Cotton Indian, and Unity Grove. The last voters at these polling places, respectively, checked in at 7:07 p.m., 7:30 p.m., 7:16 p.m., 6:59 p.m., 6:59 p.m., 7:35 p.m., and 7:16 p.m. These polling places finished checking in all voters either before or not more than half an hour later than the official closing time of 7 p.m. Thus, the results in Table 1 obtained by the M/M/c queue system reasonably represent the reality on Election Day of the 2020 PPP in Henry County and, as a result, provide valuable information about the cause of the bottlenecks in lines and long wait times.

As shown in Table 1, all of the polling places that had long waiting lines had a large number (e.g., over 800) of voters on Election Day and long voting time (i.e., long ballot). As Queueing Theory points out, a higher arrival rate and longer service time will result in longer wait time. For polling places with a large number of voters and long voting time, to shorten the queue one should allocate more voting machines at the bottleneck (i.e., BMDs) reducing wait times and avoiding long lines. But this is not what Henry County did. Instead, it assigned six BMDs evenly to every polling place regardless of the size of the precinct and the ballot length at the precinct. This assignment of BMDs by Henry County election officials was clearly suboptimal. This seemingly "equal" voting machine allocation created "unequal" wait times for voters at different polling places. If Henry County election officials use the same allocation plan in the November General Election or other future elections, it will create unequal wait times again for voters at different

polling places.

To demonstrate the impact that reallocating the voting machines can have, I ran the model set out in Table 2. Table 2 demonstrates a different BMD allocation with the same total number of 222 BMDs. For example, Lowes should have 10 BMDs rather than six, and four BMDs would be sufficient in Timberridge instead of six. Under this BMD allocation plan, the estimated average wait time would be no more than four minutes long at any polling place in Henry County, less than two minutes in half of the polling places, and no voter would have to wait for more than 30 minutes.

*Table 2 Estimated Wait Lines at Polls in Henry County with a BMD re-allocation*

| Precinct | # of Voters | Check-in Time | Voting Time | Scanning Time | Wait at Check in | # BMD | Wait at BMD | Wait at Scanner | Total Wait | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|---|
| Lowes | 1018 | 0.5 | 5.88 | 0.23 | 0.1 | 10 | 1.7 | 0.1 | 1.9 | 0% |
| North Hampton | 821 | 0.5 | 5.74 | 0.23 | 0.0 | 8 | 2.0 | 0.1 | 2.1 | 0% |
| Mt Carmel | 910 | 0.5 | 5.90 | 0.23 | 0.1 | 9 | 1.9 | 0.1 | 2.1 | 0% |
| Red Oak | 830 | 0.5 | 5.61 | 0.23 | 0.0 | 8 | 1.7 | 0.1 | 1.9 | 0% |
| Stockbridge East-West | 818 | 0.5 | 5.69 | 0.23 | 0.0 | 8 | 1.8 | 0.1 | 1.9 | 0% |
| Wesley Lakes | 741 | 0.5 | 5.63 | 0.23 | 0.0 | 7 | 2.6 | 0.1 | 2.7 | 0% |
| South Hampton | 741 | 0.5 | 5.56 | 0.23 | 0.0 | 7 | 2.3 | 0.1 | 2.4 | 0% |
| Locust Grove | 729 | 0.5 | 5.54 | 0.23 | 0.0 | 7 | 1.9 | 0.1 | 2.1 | 0% |
| Hickory Flat | 731 | 0.5 | 5.60 | 0.23 | 0.0 | 7 | 1.6 | 0.1 | 1.7 | 0% |
| Ellenwood | 699 | 0.5 | 5.39 | 0.23 | 0.0 | 7 | 1.2 | 0.1 | 1.3 | 0% |
| Westside | 632 | 0.5 | 5.82 | 0.23 | 0.0 | 7 | 1.1 | 0.1 | 1.2 | 0% |
| Pates Creek | 668 | 0.5 | 5.53 | 0.23 | 0.0 | 7 | 1.0 | 0.1 | 1.1 | 0% |
| Shakerag | 660 | 0.5 | 5.38 | 0.23 | 0.0 | 6 | 2.8 | 0.1 | 2.9 | 0% |
| Lake Dow | 678 | 0.5 | 5.22 | 0.23 | 0.0 | 6 | 2.7 | 0.1 | 2.8 | 0% |
| Oakland | 640 | 0.5 | 5.49 | 0.23 | 0.0 | 6 | 2.7 | 0.1 | 2.7 | 0% |
| Cotton Indian | 637 | 0.5 | 5.36 | 0.23 | 0.0 | 6 | 2.1 | 0.1 | 2.2 | 0% |
| Kelleytown | 680 | 0.5 | 5.04 | 0.23 | 0.0 | 6 | 2.0 | 0.1 | 2.1 | 0% |
| Sandy Ridge | 647 | 0.5 | 5.10 | 0.23 | 0.0 | 6 | 1.6 | 0.1 | 1.7 | 0% |
| McMullen | 630 | 0.5 | 5.10 | 0.23 | 0.0 | 6 | 1.4 | 0.1 | 1.4 | 0% |
| Flippen | 576 | 0.5 | 5.43 | 0.23 | 0.0 | 6 | 1.2 | 0.1 | 1.3 | 0% |
| Lake Haven | 598 | 0.5 | 5.28 | 0.23 | 0.0 | 6 | 1.3 | 0.1 | 1.3 | 0% |
| Unity Grove | 601 | 0.5 | 5.16 | 0.23 | 0.0 | 6 | 1.1 | 0.1 | 1.2 | 0% |
| McDonough Central | 537 | 0.5 | 5.43 | 0.23 | 0.0 | 5 | 3.3 | 0.0 | 3.3 | 0% |
| Mt Bethel | 576 | 0.5 | 5.02 | 0.23 | 0.0 | 5 | 2.9 | 0.1 | 2.9 | 0% |
| Pleasant Grove | 555 | 0.5 | 5.15 | 0.23 | 0.0 | 5 | 2.7 | 0.1 | 2.8 | 0% |

21

| Austin Road | 509 | 0.5 | 5.46 | 0.23 | 0.0 | 5 | 2.4 | 0.0 | 2.5 | 0% |
| Shiloh | 490 | 0.5 | 5.57 | 0.23 | 0.0 | 5 | 2.2 | 0.0 | 2.2 | 0% |
| Lighthouse | 527 | 0.5 | 5.22 | 0.23 | 0.0 | 5 | 2.1 | 0.0 | 2.2 | 0% |
| Stockbridge Central | 501 | 0.5 | 5.39 | 0.23 | 0.0 | 5 | 2.0 | 0.0 | 2.1 | 0% |
| Tussahaw | 540 | 0.5 | 5.01 | 0.23 | 0.0 | 5 | 1.9 | 0.0 | 1.9 | 0% |
| Swan Lake | 489 | 0.5 | 5.20 | 0.23 | 0.0 | 5 | 1.4 | 0.0 | 1.4 | 0% |
| East Lake | 480 | 0.5 | 5.09 | 0.23 | 0.0 | 5 | 1.1 | 0.0 | 1.2 | 0% |
| Grove Park | 437 | 0.5 | 5.16 | 0.23 | 0.0 | 4 | 3.4 | 0.0 | 3.4 | 0% |
| Stagecoach | 409 | 0.5 | 5.36 | 0.23 | 0.0 | 4 | 3.0 | 0.0 | 3.0 | 0% |
| Dutchtown | 371 | 0.5 | 5.34 | 0.23 | 0.0 | 4 | 1.8 | 0.0 | 1.8 | 0% |
| McDonough | 342 | 0.5 | 5.58 | 0.23 | 0.0 | 4 | 1.5 | 0.0 | 1.6 | 0% |
| Timberridge | 382 | 0.5 | 5.04 | 0.23 | 0.0 | 4 | 1.5 | 0.0 | 1.5 | 0% |

### *Reviewing the Athens-Clarke County 2020 PPP*

Athens-Clarke County has 24 polling places on Election Day of the 2020 June Election. All polling places opened from 7 a.m. to 7 p.m. Table 3 displays the voting machine allocation at each polling place.  On average, a polling place was assigned with 5 poll pads and 9 BMDs. Because the allocation of scanners to polling places is unknown to me, I assume one scanner was allocated at each polling place. If the actual number of scanners at polls is more than one, the estimated wait time at scanners would be shorter than the ones in my following analysis.

*Table 3 # of Voting Machines Allocated at Polling Places in Athens-Clarke County on June 9, 2020*

| County | Polling Place | # of Poll Pads | # of BMD | # Scanner |
|---|---|---|---|---|
| 2B | 2B HOWARD B STROUD ELEMENTARY | 8 | 16 | 1 |
| 4B | 4B MEMORIAL PARK | 6 | 12 | 1 |
| 2A | 2A JJ HARRIS ELEMENTARY | 6 | 12 | 1 |
| 8C | 8C FIRE STATION #7 | 6 | 12 | 1 |
| 6B | 6B GEORGIA SQUARE MALL | 6 | 12 | 1 |
| 3B | 3B THOMAS N. LAY PARK | 6 | 14 | 1 |
| 6A | 6A CLEVELAND ROAD ELEMENTARY | 6 | 10 | 1 |
| 5A | 5A OGLETHROPE AVENUE ELE SCH | 4 | 8 | 1 |
| 6C | 6C TIMOTHY RD SCHOOL | 6 | 10 | 1 |
| 1B | 1B ACC TENNIS CENTER | 6 | 12 | 1 |
| 8A | 8A GAINES ELEM SCHOOL | 6 | 10 | 1 |
| 5D | 5D ACC FLEET MAINTENANCE BLDG | 4 | 8 | 1 |

| | | | | |
|---|---|---|---|---|
| 7A | 7A UNITARIAN UNIVERSALIST FELLOWSHIP | 6 | 8 | 1 |
| 1A | 1A WINTERVILLE | 3 | 8 | 1 |
| 5B | 5B WHITEHEAD RD ELE SCH | 4 | 8 | 1 |
| 5C | 5C CHASE STREET ELEMENTARY | 3 | 6 | 1 |
| 1D | 1D WHIT DAVIS ELEMENTARY | 3 | 8 | 1 |
| 7B | 7B ATHENS REGIONAL LIBRARY | 6 | 8 | 1 |
| 7C | 7C FIRE STATION #3 | 6 | 8 | 1 |
| 1C | 1C BARNETT SHOALS SCHOOL | 3 | 6 | 1 |
| 3A | 3A CLARKE CENTRAL HIGH | 3 | 8 | 1 |
| 6D | 6D FIRE STATION #4 | 3 | 6 | 1 |
| 8B | 8B CEDAR SHOALS HIGH SCHOOL | 3 | 6 | 1 |
| 4A | 4A ATHENS TRANSIT | 3 | 6 | 1 |

The number of voters at a polling place on Election Day in Athens-Clarke County ranged from 187 (4A) to 497 (2B), with an average of 356.

The ballot length varies precinct by precinct. The Republican ballot had 24 to 30 races and 29 to 41 choices, and the Democratic ballot had 31 to 36 races and 59 to 66 choices. Precinct 4A Athens Transit had one of the longest ballots, where the Republican ballot had 30 races and 37 choices, and the Democratic ballot had 36 races and 66 choices.

All polling places checked in their last voters before or soon after 7 p.m, where the latest voter checked in at 7:04 p.m. at 1B ACC Tennis Center.

According to the available public information, Athens-Clarke County experienced a smooth day at local polling places. [20] Voters had only minimal waits to cast ballots in Clarke County Tuesday morning, with a steady but light stream of voters, and no long lines were seen.[21]Table 4 displays the estimated average wait time and the percentage of voters who waited for at least 30 minutes at each polling place on Election Day of the 2020 June Election, using the

---

[20] https://www.onlineathens.com/photogallery/GA/20200610/PHOTOGALLERY/610009999/PH/1.
[21] https://www.newsbreak.com/georgia/athens/news/1581000369138/as-some-georgia-counties-hit-voting-snags-athens-clarke-polling-places-see-smooth-election-day.

M/M/c queue formula. The average voting time at each polling place is estimated using the regression model in Jaffe et al. (2018). As noted in Jaffe et al. (2018), I use the upper end of the 95% confidence interval as the average voting time at each polling place as listed in Table 4.

*Table 4 Estimated Wait Lines at Polls in Athens-Clarke County on 2020 June Election Day*

| Precinct / Polling Place | # of Voters | Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Wait at Check in (min) | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|
| 2B | 497 | 0.5 | 5.4 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 4B | 480 | 0.5 | 5.4 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 2A | 435 | 0.5 | 5.3 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 8C | 428 | 0.5 | 5.3 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 6B | 418 | 0.5 | 5.2 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 3B | 412 | 0.5 | 5.4 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 6A | 412 | 0.5 | 5.0 | 0.23 | 0.0 | 0.00 | 0.04 | 0.04 | 0% |
| 5A | 396 | 0.5 | 5.0 | 0.23 | 0.0 | 0.01 | 0.03 | 0.04 | 0% |
| 6C | 387 | 0.5 | 5.0 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 1B | 370 | 0.5 | 5.3 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 8A | 367 | 0.5 | 5.2 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 5D | 359 | 0.5 | 5.3 | 0.23 | 0.0 | 0.01 | 0.03 | 0.04 | 0% |
| 7A | 352 | 0.5 | 5.1 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 1A | 351 | 0.5 | 5.2 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 5B | 346 | 0.5 | 5.1 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 5C | 340 | 0.5 | 5.2 | 0.23 | 0.0 | 0.07 | 0.03 | 0.10 | 0% |
| 1D | 330 | 0.5 | 4.9 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 7B | 306 | 0.5 | 5.1 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 7C | 306 | 0.5 | 5.1 | 0.23 | 0.0 | 0.00 | 0.03 | 0.03 | 0% |
| 1C | 294 | 0.5 | 5.0 | 0.23 | 0.0 | 0.03 | 0.02 | 0.05 | 0% |
| 3A | 280 | 0.5 | 5.2 | 0.23 | 0.0 | 0.00 | 0.02 | 0.02 | 0% |
| 6D | 267 | 0.5 | 5.1 | 0.23 | 0.0 | 0.02 | 0.02 | 0.04 | 0% |
| 8B | 232 | 0.5 | 5.2 | 0.23 | 0.0 | 0.01 | 0.02 | 0.03 | 0% |
| 4A | 187 | 0.5 | 5.6 | 0.23 | 0.0 | 0.00 | 0.02 | 0.02 | 0% |

The results in Table 4 clearly show that there was almost no wait at all. Because the number of BMDs was abundant, the bottleneck was at the scanner at most polling places (if one scanner was assigned at a polling place). As mentioned earlier, voters in Athens-Clarke County had minimal waits to cast ballots and no long lines were seen at polls. Therefore, I believe that the results in Table 4 obtained by the M/M/c queue system reasonably represent the reality on Election

Day of the 2020 June Election.

As compared to Henry County, Athens-Clarke County has smaller polling places in terms of the number of voters on Election Day, and has shorter ballots, which results in shorter voting time. Moreover, Athens-Clarke County has relatively more voting machines than Henry County. Athens-Clarke County had 9 BMDs per polling place on average, while Henry County had 6 BMDs per polling place. As Queueing Theory points out, lower arrival rate, shorter service time, and more servers will result in shorter wait time. This is why Athens-Clarke County had a smooth Election Day on June 9.

In fact, Athens-Clarke County had more than sufficient voting machines than the minimal requirement to avoid long lines. In other words, Athens-Clarke County has more of a buffer to avoid long lines from unexpected circumstances, such as machine failures, and higher than expected turnout. Table 5 shows the minimal number of voting machines needed to have less than 1-minute average wait at each polling place in Athens-Clarke County. In this allocation, a total of 112 BMDs are used, only 50% of the 222 BMDs used in June election. In other words, if on average 50% of BMDs were not working properly using the current allocation plan by election officials, the average wait time at the polls would still be short. For example, if 6 out of the 8 poll pads and 10 out of the 16 BMDs were not working at Precinct 2B, the average wait time at 2B would still be less than 1 minute long. This result demonstrates the sufficient buffer that Athens-Clarke County has to hedge against long lines.

*Table 5 Estimated Wait Lines at Polls in Athens-Clarke County on 2020 June Election Day*

| Precinct / Polling Place | # of Voters | Voting Time (min) | # Poll Pads | # BMDs | # Scanners | Wait at Check in (min) | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|---|
| 2B | 497 | 5.4 | 2 | 6 | 1 | 0.0 | 0.54 | 0.04 | 0.60 | 0% |
| 4B | 480 | 5.4 | 2 | 6 | 1 | 0.0 | 0.45 | 0.04 | 0.51 | 0% |
| 2A | 435 | 5.3 | 2 | 5 | 1 | 0.0 | 0.88 | 0.04 | 0.93 | 0% |
| 8C | 428 | 5.3 | 2 | 5 | 1 | 0.0 | 0.83 | 0.04 | 0.88 | 0% |
| 6B | 418 | 5.2 | 2 | 5 | 1 | 0.0 | 0.60 | 0.04 | 0.65 | 0% |
| 3B | 412 | 5.4 | 2 | 5 | 1 | 0.0 | 0.73 | 0.04 | 0.78 | 0% |
| 6A | 412 | 5.0 | 2 | 5 | 1 | 0.0 | 0.45 | 0.04 | 0.50 | 0% |
| 5A | 396 | 5.0 | 2 | 5 | 1 | 0.0 | 0.41 | 0.03 | 0.45 | 0% |
| 6C | 387 | 5.0 | 2 | 5 | 1 | 0.0 | 0.37 | 0.03 | 0.41 | 0% |
| 1B | 370 | 5.3 | 2 | 5 | 1 | 0.0 | 0.40 | 0.03 | 0.44 | 0% |
| 8A | 367 | 5.2 | 2 | 5 | 1 | 0.0 | 0.37 | 0.03 | 0.41 | 0% |
| 5D | 359 | 5.3 | 2 | 5 | 1 | 0.0 | 0.34 | 0.03 | 0.38 | 0% |
| 7A | 352 | 5.1 | 2 | 5 | 1 | 0.0 | 0.27 | 0.03 | 0.31 | 0% |
| 1A | 351 | 5.2 | 2 | 5 | 1 | 0.0 | 0.28 | 0.03 | 0.32 | 0% |
| 5B | 346 | 5.1 | 2 | 4 | 1 | 0.0 | 0.98 | 0.03 | 1.02 | 0% |
| 5C | 340 | 5.2 | 2 | 5 | 1 | 0.0 | 0.26 | 0.03 | 0.29 | 0% |
| 1D | 330 | 4.9 | 2 | 4 | 1 | 0.0 | 0.68 | 0.03 | 0.71 | 0% |
| 7B | 306 | 5.1 | 2 | 4 | 1 | 0.0 | 0.60 | 0.03 | 0.63 | 0% |
| 7C | 306 | 5.1 | 2 | 4 | 1 | 0.0 | 0.60 | 0.03 | 0.63 | 0% |
| 1C | 294 | 5.0 | 2 | 4 | 1 | 0.0 | 0.48 | 0.02 | 0.51 | 0% |
| 3A | 280 | 5.2 | 2 | 4 | 1 | 0.0 | 0.48 | 0.02 | 0.51 | 0% |
| 6D | 267 | 5.1 | 2 | 4 | 1 | 0.0 | 0.37 | 0.02 | 0.40 | 0% |
| 8B | 232 | 5.2 | 2 | 4 | 1 | 0.0 | 0.23 | 0.02 | 0.25 | 0% |
| 4A | 187 | 5.6 | 2 | 3 | 1 | 0.0 | 0.80 | 0.02 | 0.81 | 0% |

### *Reviewing Fulton County's 2020 PPP Experience*

Fulton County had 165 polling places on Election Day of the 2020 PPP. All polling places were opened from 7 a.m. to 9 p.m., pursuant to court orders. The consolidation of multiple precincts into a single polling place created many large polling locations with over a thousand voters on Election Day. For example, Park Tavern had the most registered voters (15,922) and the most Election Day voters (2,305), Morningside Baptist Church Gym had the second highest number of Election Day voters with 1,756, and Cathedral of Saint Philip had 1,580 voters on Election Day, the third highest in Fulton County. All three polling places served multiple precincts:

Park Tavern served five precincts, including 02A, 02L1, 02J, 02K and 06G; Morningside Baptist Church served precincts 06D and 06E; and Cathedral of Saint Philip served precincts 07F, 07M, 08G and 08L. The consolidation of multiple precincts also resulted in wide differences in terms of the number of Election Day voters across polling places. For example, the number of voters at a polling place on Election Day in Fulton County ranged from 7 (Aviation Community Cultural Center) to 2,305 (Park Tavern). Aviation Community Cultural Center only served one precinct, FC02, but Park Tavern served five precincts.

As in Henry County, the ballot length in Fulton County varied precinct by precinct. The Republican ballot had 37 to 41 races and 49 to 57 choices, with the average of 39 and 53; and the Democratic ballot had 47 to 50 races and 86 to 98 choices, with the average of 49 and 91. Precinct 02L1, the largest in Park Tavern, had one of the longest ballots, where the Republican ballot had 39 races and 52 choices, and the Democratic ballot had 49 races and 95 choices. Overall, the ballot length was significantly longer in Fulton County than in Henry County.

Eleven polling places checked in their last voters before 7 p.m.; 28 polling places checked in their last voters between 7 p.m. and 8 p.m.; 88 polling places checked in their last voters between 8 p.m. and 9 p.m.;  32 polling places checked in their last voters between 9 p.m. and 10 p.m.; and 8 polling places checked in their last voters after 10 p.m., where the last voter checked in at 0:21 a.m. the next day at Christian City Welcome Center.

Long voting lines and other problems were reported at polling places in Fulton County. For example, at least 300 voters were in line before the polling location even opened at Park Tavern (02A & 02L1 & 02J & 02K & 06G) and the line stayed long late into the day, with some voters waiting at least four hours to vote.[22] There was about 4.5 hour waits for some voters to vote

---

[22] https://georgiarecorder.com/2020/06/09/long-lines-reported-across-metro-atlanta-as-voters-head-to-the-polls/.

because the voting machines were not working at Central Park Recreation Center (02C & 02F1/2 & 05F). More than three-hour lines were experienced by some voters at Butler Street Baptist Church (02D & 05J & 06F) in Old Fourth Ward. Voters also had to wait for 4.5 hours to vote at Lang-Carson Community Center (05A1/2). Some voters had to wait over two hours to vote at the Cathedral of St. Philip (07F & 07M & 08G & 08L). A nearly 4-hour wait was reported at Parkside Elementary School (01A).

*Table 6 Characteristics of Polling Places with reported long lines*

| Polling Place | # of Voters | REP Ballot Length | | DEM Ballot Length | |
|---|---|---|---|---|---|
| | | # of Races | # of Choices | # of Races | # of Choices |
| Park Tavern | 2305 | 39 | 49 | 52 | 95 |
| Cathedral of St. Philip | 1580 | 39 | 52 | 48 | 90 |
| Lang-Carson Community Center | 1199 | 38 | 51 | 48 | 89 |
| Butler Street Baptist Church | 1180 | 39 | 52 | 49 | 91 |
| Central Park Recreation Center | 906 | 39 | 52 | 49 | 91 |
| Parkside Elementary School | 840 | 38 | 51 | 48 | 89 |

Table 6 shows the characteristics of the polling places where long lines were reported. They were all large polling places in terms of the total number of Election Day voters (i.e., over 800). And the ballot length at these places were at the average level in Fulton County. Fulton County has more than 3,324 BMDs and 165 polling places, about 20 (=3324/165) BMDs per polling place.[23]  The average number of voters on Election Day was 660 at a polling place in Fulton County. Based on common sense and the basics of queueing theory, a polling place with more voters should have more voting machines.  For instance, those polling places, listed in Table 6, which had about 30% to 250% more than the average number of voters at a polling place, should have received more, if not much more, than 20 BMDs. Park Tavern had 15 to 20 BMDs.[24] Park Tavern had 2,305 voters on Election Day, more than 3 times as many as an average polling place,

---

[23] https://www.ajc.com/news/state--regional-govt--politics/georgia-hurries-deliver-new-voting-machines-time-for-election/sjrPB5ZPbaBoO3ONBGqKgK/.
[24] https://www.nytimes.com/2020/07/25/us/politics/georgia-election-voting-problems.html.

but it only received up to the average number of BMDs. Clearly, the election officials did not properly consider the number of voters when allocating BMDs. Large polling places, such as Park Tavern, did not receive sufficient number (or fair share) of voting machines, which caused long lines at those locations on Election Day of the 2020 PPP. If election officials use the same method without properly considering the number of voters at polls to allocation BMDs for the 2020 General Election or future elections, Fulton County would be very likely to repeat the long lines at large polling places, such as Park Tavern.

In the following analysis, I build a simulation model to further study the voting lines at Park Tavern to demonstrate that insufficient number of working BMDs causes long lines at large polling places. The simulation model will capture more complex queue characteristics (such as pre-loaded queue and machine failures) at Park Tavern than queue formula and provides a better approximation to the reality that voters experienced on Election Day. However, only partial information about how the Park Tavern polling location operated is available. Thus, the simulation model could not fully replicate the reality at Park Tavern, but it will be reasonably good to draw conclusions.

Based on an article published in the New York Times, the number of BMDs at Park Tavern was between 15 and 20. [25] The specific number of BMDs is unknown to me; and the polling place had one scanner. [26] The number of poll pads at Park Tavern is unknown to me. Based on a GPB News reporter, there were two separate check-in lines at Park Tavern. [27] One is for voters from precincts 02A and 02L1, and the other is for voters from precincts 02J, 02K, and 06G. The GPB News data set shows that a maximum of 90 voters were checked in an hour at the line for precincts

---

[25] https://www.nytimes.com/2020/07/25/us/politics/georgia-election-voting-problems.html.
[26] https://www.nytimes.com/2020/07/25/us/politics/georgia-election-voting-problems.html.
[27] https://twitter.com/Ada_Wood/status/1270333260657307649.

02J, 02K, and 06G, and a maximum of 161 voters were checked in an hour at the line for precincts 02A and 02L1. Using my previous assumption on the average check-in time of 30 seconds, a minimum number of 1 poll pad is needed for the precincts 02J, 02K, and 06G line, and a minimum number of 2 poll pads is needed for the precincts 02A and 02L1 line. In general, two poll pads are needed for each check-in line in case one breaks down. Thus, I assume that four poll pads were used at Park Tavern, two for each check-in line. As the GPB News reporter noted, most voters are unaware of the two-line situation and some are unsure which line to get in. [28] Thus, for simplicity, I assume that any voter can be checked in by any of the four poll pads in the simulation model. This assumption might underestimate the wait time at the check-in stations because of the effect of resource pooling. [29] Additionally, if voters could not be checked in at any station, they would have had to engage in a conversation with poll workers to determine the appropriate check-in station to move to.

Due to Covid-19 and limited space inside the polling place, voters could not be checked in when the polling location was full inside, even if the poll pads were available to check in the next voters. Thus, the bottleneck that formed at the BMDs would determine how many voters could be checked in per hour. As such, the actual number of checked-in voters per hour can be considered as the throughput rate of the voting system at Park Tavern. The GPB News data set shows that during the first hour, from 7 a.m. to 8 a.m., only 62 voters were checked in, and 159 voters were checked in from 8 a.m. to 9 a.m. As noted earlier, at least 300 voters were in line before 7 a.m. at Park Tavern. Thus, we can infer that the idle time of BMDs were minimal to none from 7 a.m. to

---

[28] https://twitter.com/Ada_Wood/status/1270333260657307649.
[29] It is well known that resource pooling can significantly improve queue performance. For literature, see Tsitsiklis and Xu (2012), https://pubsonline.informs.org/doi/10.1287/11-SSY033.

9 a.m. These two numbers can be considered as the number of voters that voted per hour of the time periods.

The upper end of the 95% confidence interval of the average voting time at Park Tavern estimated using the regression model in Jaffe et al. (2018) based on the ballot length is 7.04 minutes.[30] Using this number, we can estimate the number of BMDs used at Park Tavern. Considering that over 300 voters were waiting in line at 7 a.m., the fact that only 62 voters were checked-in from 7 a.m. to 8 a.m. indicates that not all voting machines were working in the first opening hour. A news article reporting that some voting machines "went dark" confirms my inference.[31] If a voter spent 7.04 minutes on BMDs, then $7 \ (= 62 \times 7.04/60)$ BMDs were working from 7 a.m. to 8 a.m., and $19 \ (= 159 \times 7.04/60)$ were working from 7 a.m. to 8 a.m. Thus, the simulation model assumes that 7 working BMDs from 7 a.m. to 8 a.m. and 19 BMDs working from 8 a.m. to the end of the day. This assumption is consistent with the observations at Park Tavern, i.e., the number of BMDs at Park Tavern was between 15 and 20.[32] The simulation model also assumes that all voters at this poll share the BMDs, and no BMDs are dedicated to voters from a specific precinct.[33]

As mentioned earlier, at least 300 voters were observed standing in line before 7 a.m. at Park Tavern and the line stayed long late into the day.[34] Thus 300 voters are assumed to arrive before 7 a.m. in the simulation model; and throughout the day from 7 a.m. to 9 p.m., voter arrivals

---

[30] The computation details are in the Excel file submitted with this report.
[31] https://www.adn.com/nation-world/2020/06/09/long-lines-snarl-voting-in-georgia-primary-elections-beset-by-pandemic-complications/.
[32] https://www.nytimes.com/2020/07/25/us/politics/georgia-election-voting-problems.html.
[33] Because the actual operation at Park Tavern is unknown, I choose the conservative assumption. If BMDs were not shared among all voters at Park Tavern in reality, the average wait time estimated with the BMD-sharing assumption would be shorter than the actual wait.
[34] https://georgiarecorder.com/2020/06/09/long-lines-reported-across-metro-atlanta-as-voters-head-to-the-polls/.

are assumed to follow a stationary Poisson distribution[35] with a mean of 143.2[36] voters per hour, and no new voters were allowed to arrive after 9 p.m. The check-in time is assumed to follow an exponential distribution with a mean of 30 seconds, and the scanning time is assumed to follow an exponential distribution with a mean of 14 seconds.

Table 7 displays the simulated waiting lines at Park Tavern using the above assumptions. Each number is an average over 100 simulation replications. Each replication is a realization of an Election Day. According to the GPB News data set, the last voter checked in at Park Tavern at 9:54 p.m. According to the GPB News reporter,[37] there were 356 voters standing in line around 9 a.m. Some voters were reported waiting 4 hours to cast ballot.[38] The simulated last checked-in time is 9:39 p.m., the simulated queue length at 9 a.m. is 345, and the simulated average longest wait is 2.5 hours. Comparing the simulated queue performances with the actual observations, I believe the simulation model reasonably approximates the reality at Park Tavern, but underestimates the worst wait time at Park Tavern. This is likely due to the conservative assumptions used in the model as described above, such as the stationary arrival after 7 a.m. and sharing poll pads.

According to the simulation results, on Election Day in the 2020 PPP at Park Tavern, the average voter's wait time was about 93 minutes and over 80% voters waited longer than an hour to cast their ballot. Note that these results may underestimate the actual wait times at Park Tavern.

---

[35] Poisson distribution is commonly used probability distribution to describe the arrival process in queueing analysis, especially when the information about the arrival process is limited. For example, Poisson distribution is used in M/M/c queue.  "Stationary" means the average hourly arrival rate is constant.  In reality, the arrival process is likely to be non-stationary. Non-stationary process tends to cause longer wait time. Thus, the stationary assumption is conservative here. The wait time is likely to be underestimated under the stationary assumption.

[36] As in Table 3, 2305 voters voted at Park Tavern. So Considering 300 voters already arrived before 7 a.m., the rest voters would arrive with an hourly rate of (2305-300)/14=143.2 from 7 a.m. to 9 p.m.

[37] https://twitter.com/Ada_Wood/status/1270341769453076483.

[38] https://georgiarecorder.com/2020/06/09/long-lines-reported-across-metro-atlanta-as-voters-head-to-the-polls/.

*Table 7 Simulated Queue Performances for Park Tavern*

| Check-in Time (min) | Voting Time (min) | Scanning Time (min) | # BMD | Avg Wait at BMD (min) | Avg Total Wait (min) | Avg Max Wait (min) | % Wait 30+ min | % Wait 60+ min | Queue length at 9 a.m. | Last checked-in time |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 7.04 | 0.23 | 19 | 87 | 93 | 147 | 95% | 83% | 345 | 9:39 p.m. |

Table 8 shows the simulated queue performance at Park Tavern if all voting machines had been working properly at Park Tavern at 7 a.m. when the polls opened. If all 19 BMDs were working at the time the polls opened, the average wait time would have been reduced to 56 minutes, about 40% shorter; and $807 \ (= (83\% - 48\%) \times 2305)$ fewer voters at Park Tavern would have had to wait more than an hour to vote. All voters could have been checked in soon after 9:00 p.m., about half an hour earlier. There would have been about 250 voters waiting in line at 9 a.m., making the line nearly 100 voters shorter.

*Table 8 Simulated Queue Performances for Park Tavern if All Machines Work*

| Check-in Time (min) | Voting Time (min) | Scanning Time (min) | # BMD | Avg Wait at BMD (min) | Avg Total Wait (min) | Avg Max Wait (min) | % Wait 30+ min | % Wait 60+ min | Queue length at 9 a.m. | Last checked-in time |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 7.04 | 0.23 | 19 | 49 | 56 | 110 | 76% | 48% | 247 | 9:08 p.m. |

This result demonstrates the significant negative impact of the machine breakdowns on waiting times, which can be caused by either technical errors or human errors. In other words, well-trained election officials or technicians, who are familiar with the new voting system and the voting process, can quickly solve or avoid the problems related to voting machines, so that the machine's down time can remain low. Unfortunately, on June 9, many election workers were not well trained because many experienced poll workers canceled due to their concerns of COVID-19.

On the other hand, even if all machines could work properly all the time and election officials were well trained, clearly, 19 BMDs were not enough to meet the Election Day demand

in Park Tavern as the average wait time would only have been reduced to slightly under an hour, meaning that most voters would still be waiting to vote longer than 30 minutes. Suppose our goals are (1) to check in all 2,305 voters by 7 p.m. with no need to extend the voting hours at Park Tavern, and (2) to make over 90% of voters waiting less than 30 minutes to vote, we could use the simulation model to find out how many voting machines, including poll pads, BMDs, and scanners, should be allocated at Park Tavern. The simulation model keeps all input parameters the same as mentioned earlier, including 300 voters arriving before 7 a.m., except that this time all voters would arrive before 7 p.m., no new voters would be allowed to enter after 7 p.m., and all machines are 100% available. Table 9 shows two feasible voting machine allocations to meet the above goals if the average voting time is 7.04 minutes, both of which contemplate 38-39 BMDs and at least 2 scanners.

*Table 9 Recommended Number of Voting Machines Allocated to Park Tavern*

| Voting Time (min) | # of Poll Pads | # of BMDs | # of Scanners | Wait at BMD (min) | Total Wait (min) | % Wait 30+ min | Last checked-in |
|---|---|---|---|---|---|---|---|
| 7.04 | 6 | 38 | 2 | 4.1 | 6.3 | 9.98% | 6:54 p.m. |
|  | 5 | 39 | 2 | 3.3 | 6.0 | 9.3% | 6:53 p.m. |

However, in reality, only 15 to 20 of BMDs and one scanner were used at Park Tavern. The number of BMDs was just a half of what is needed to avoid long voting lines and long poll opening hours. This result shows that poor allocation of voting machines caused the long lines at Park Tavern on June 9, 2020. Clearly, election officials substantially underestimated the number of BMDs needed at Park Tavern. If election officials continue to underestimate the necessary voting machines in the November General Election, it will create long wait times again for voters at Park Tavern.

Consolidation of multiple precincts into single polling places creates large polling places in terms of the total number of voters voting in a polling location (e.g. 800+ Election Day voters).

Large polling locations need more voting resources (including voting machines and election officials) and large facilities to accommodate these voters. If the voting resources are in sufficient, as a result, voting lines and waiting times can easily get very long. My analysis demonstrates that Park Tavern is such large consolidated polling location, where lines were extremely long due to insufficient allocation of voting machines and other election resources (such as experienced poll workers and technicians to address issues as they arose, keeping at least the minimal number of machines on-line).

While my analysis above is limited to Park Tavern because I was able to collect data for that polling location, if I had similar data for the other polling locations in Fulton County, including those that exhibited long lines, I could perform the equivalent analysis and demonstrate how even with extremely large polling locations, Fulton Counties long voting lines could be reduced.

### Reviewing the 2020 PPP Election at Lithia High in Douglas County

I use the same simulation model as in above to approximate to the actual queue at Lithia High. According to the GPB News data set, a total of 828 voters checked in at Lithia High on Election Day. The polls were scheduled to open from 7 a.m. to 7 p.m., but were later ordered to stay open until 8:45 p.m. The GPB News data set shows that 31 voters were checked in after 7 p.m. and the last voter was checked in at 7:21 p.m. The arrival rate in the simulation model is assumed to be 69 (=828/12) voters per hour during the opening hours and no voters entered the polling location after 7 p.m.[39]

As reported, none of the machines were working when the polls were supposed to open at 7 a.m. at the Lithia Springs High School polling location in Douglas County due to "software

---

[39] This approach might slightly overestimate the average arrival rate per hour, because it assumes the last 31 voters arrived at the poll before 7 p.m. Actually, it is likely that some of the 31 voters arrived at the poll between 7 p.m. and 7:21 p.m. because the polling location technically stayed open until 8:45 p.m.

errors." Around 8:30 a.m., only 5 out of the 10 machines were working. Thus, the simulation model assumes that no BMDs were working from 7:00 a.m. to 8:30 a.m.; 5 BMDs were working from 8:30 a.m. to 10:00 a.m.; and 10 BMDs were working from 10:00 a.m. to the end of the day.

As noted earlier, the actual number of checked-in voters per hour can be considered as the throughput rate of the voting system. The actual number of checked-in voters per hour at Lithia High showed that an average of 79 voters were checked in per hour from 10:00 a.m. to 7:00 p.m., which is the time period that I assume all machines were working properly. Therefore, the average time to cast a ballot is assumed to be 7.6 (=60/79*10) minutes in the simulation model. [40] The other assumptions on inputs to the simulation model remain the same. Table 10 displays the simulated waiting lines at Lithia High using the above assumptions. Each number is the average over 100 simulation replications. Each replication is a realization of an Election Day.

According to the simulation results in Table 10, on June 9 at Lithia High, the last voter checked in at 7:30 p.m. and the average longest wait time is 2.1 hours. According to the GPB News data set, the last voter checked in at Lithia High at 7:21 p.m.; and some voters who arrived at 7:10 a.m. waited over two hours to vote. [41] Thus, I believe that the simulation model reasonably approximates the reality at Lithia High on Election Day.

My simulation results show that the average voter's wait time is about 81 minutes and about 91% voters waited longer than 30 minutes to cast their ballot at Lithia High.

*Table 10 Simulated Queue Performances for Lithia High*

| Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Max # BMD | Wait at BMD (min) | Total Wait (min) | % Wait 30+ min | Max Wait (hour) | Last checked-in time |
|---|---|---|---|---|---|---|---|---|
| 0.5 | 7.6 | 0.23 | 10 | 81 | 81 | 91% | 2.1 | 7:30 p.m. |

---

[40] This approach assumes that all BMDs were busy between 10 a.m. and 7 p.m. Actually, it is possible that some BMDs were staying idle at some point in time simply because fewer voters than BMDs were at the polls or no voter waits in line. Thus, the estimated voting time using this approach might overestimate the actual voting time.
[41] https://www.11alive.com/article/news/politics/georgia-voting-primary-2020-real-time-updates/85-a064e522-1ace-450b-8d70-7c8c60a52bf9.

Table 11 shows the simulated queue performance at Lithia High if all voting machines were working properly at 7 a.m. If all machines were working when the polling location opened, the average wait time would be reduced to about 3 minutes; no voters would have to wait more than half an hour to vote; and all voters could be checked in before 7 p.m.

*Table 11 Simulated Queue Performances for Lithia High if All machines Work since Opening*

| Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Max # BMD | Wait at BMD (min) | Total Wait (min) | % Wait 30+ min | Max Wait (hour) | Last checked-in time |
|---|---|---|---|---|---|---|---|---|
| 0.5 | 7.6 | 0.23 | 10 | 3.0 | 3.1 | 0% | 0.28 | 6:57 p.m. |

This result demonstrates the significant negative impact of machine breakdowns on waiting times. If all machines were working properly, 10 BMDs would have been sufficient to ensure short waiting lines and smooth voting experience for voters. The machine allocation plan was good for Lithia High. However, the machine breakdowns, either due to technical or human errors, at Lithia High caused hour-long lines for voters in reality. Thus, it is vital for election officials to prepare for potential machine failures at polls. If voting machines break down, election officials could use paper ballots to ensure that voting continues and the queue continues to move.

### Reviewing the 2020 PPP Election at Salvation Army in Chatham County

I use the same simulation model as used above to approximate to the actual queue at the Salvation Army polling location. According to the GPB News data set, there were total of 440 voters checked in at Salvation Army on Election Day. The poll was scheduled to be open at 7:00 a.m. but the voting machines were not up and running by then, which resulted in voters lining up to vote. It is reported that by 12:30 p.m.[42] there was no line to vote at the polling location.

---

[42] https://www.savannahnow.com/news/20200609/live-updates-georgia-primary-2020-in-chatham-county-what-you-need-to-know.

Therefore, we can assume that the long lines were cleared by 12:30 p.m. and the lines were not long from that point until the end of the day.

The GPB News data shows that 185 voters were checked in from 7 a.m. to 1 p.m. and 255 voters were checked in from 1 p.m. to the end of the day. Thus, the arrival rate in the simulation model is assumed to be 30.83 (=185/6) voters per hour between 7 a.m. and 1 p.m., and 42.5 (=255/6) voters per hour between 1 p.m. and 7 p.m., but no voters were allowed to enter the polling location after 7 p.m. As reported, at the Salvation Army in Douglas County, none of the machines were working from 7 a.m. until about 8:11 a.m., when the first ballot cast. [43] From that point on, only two or three machines were working. By about 9:30 a.m., 6 of fourteen machines were working. Although 14 voting machines were allocated to use at the polling location, the room did not have the infrastructure (e.g., wall plugs, extension cords) to allow all machine running at the same time.

As noted earlier, the actual number of checked-in voters per hour can be considered as the throughput rate of the voting system. According to the observations of the actual queue, there were waiting lines between 8:10 and 9:00 a.m. and the first voter voted at 8:11 a.m. so we can infer that all working BMDs were being used all the time between 8:10 a.m. and 9:00 a.m. According to GPB News data set, 23 voters were checked in between 8 a.m. and 9 a.m. Thus, the average time to cast a ballot can be 7.69 (=50/23*2) minutes if 2 BMDs were working or 11.5 (=50/23*2) minutes if 3 BMDs were working. Based on the previous estimated voting time at other counties, 11.5 minutes seems too long, and 7.69 minutes is more consistent with previous results.

Thus, the simulation model assumes that no BMDs were working from 7:00 a.m. to 8:10 a.m.; 2 BMDs were working from 8:10 a.m. to 9:30 a.m.; and 6 BMDs were working from 9:30

---

[43] https://www.savannahnow.com/news/20200609/live-updates-georgia-primary-2020-in-chatham-county-what-you-need-to-know.

a.m. to the end of the day. The average time to cast a ballot is assumed to be 7.69 minutes. All the other assumptions on inputs to the simulation model remain unchanged.

Table 12 displays the simulated waiting lines at Salvation Army using the above assumptions. Each number is the average over 100 simulation replications. Each replication is a realization of an Election Day. According to the simulation results in Table 12, the last voter checked in at 7:02 p.m., an average of 7 voters wait in line at 12:30 p.m., and the average longest wait time is 1.8 hours long. According to the GPB News data set, the last voter checked in at Salvation Army as at 7:00 p.m.; and according to the news report,[44] the wait time increased to two hours at about 9:30 a.m., but no lines were observed at about 12:30 p.m.  Thus, I believe that the simulation model reasonably approximates the reality at Salvation Army on Election Day.

My simulation results show that the average voter's wait time is about 28 minutes and about 34% voters waited longer than 30 minutes to cast their ballot at Salvation Army.

*Table 12 Simulated Queue Performances for Salvation Army*

| Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Max # BMD | Wait at BMD (min) | Total Wait (min) | % Wait 30+ min | Max Wait (hour) | Last checked-in time | Queue Length at 12:30 pm |
|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 7.69 | 0.23 | 6 | 28 | 28 | 34% | 1.8 | 7:02 p.m. | 7 |

Table 13 shows the simulated queue performance if all voting machines (6 BMDs or 14 BMDs) were working properly at 7 a.m. If all 6 machines were working properly when the polls opened, the average wait time would have been reduced to about 4.5 minutes; and only 2% of voters would have had to wait more than half an hour to vote. If all 14 machines had been working at the beginning (e.g., if the room had enough extension cords), the average wait time would almost have reduced to none; and no voters would have had to wait more than half an hour to vote.

---

[44] https://www.savannahnow.com/news/20200609/live-updates-georgia-primary-2020-in-chatham-county-what-you-need-to-know.

*Table 13 Simulated Queue Performances for Salvation Army if All machines Work since Opening*

| Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Max # BMD | Wait at BMD (min) | Total Wait (min) | % Wait 30+ min | Max Wait (hour) | Last checked-in time |
|---|---|---|---|---|---|---|---|---|
| 0.5 | 7.69 | 0.23 | 6 | 4.5 | 4.5 | 2% | 0.38 | 7:02 p.m. |
| | | | 14 | 0.0 | 0.1 | 0% | 0.02 | 6:51 p.m. |

This result demonstrates the significant negative impact of the machine unavailability on waiting times. If election officials prepared the facility well and all machines were set up running when the poll opened, 14 BMDs, or even 6 BMDS, would have been sufficient to ensure short waiting lines and smooth voting experience for voters. The machine allocation plan for Salvation Army was sufficient, or even over allocated. However, the poor preparation at the polling location caused over a third of voters to wait over 30 minutes in reality. Thus, it is vital for election officials to prepare for the polling location appropriately.

### Example: Plan for the 2020 Presidential Election in Henry County

Due to the Covid-19 pandemic, voting by mail is expected to be much higher than in previous elections. Table 14 shows the number of votes by type in 2012 and 2016 presidential elections in Henry County. The percentages of the different voting type stay relatively constant. About 22% of the total registered voters are Election Day voters, 3% are mail-in absentee voters, and 50% are the in-person early voters. Using 166,420, the total number of registered voters in Henry County by June 2020, the mail-in absentees could be estimated at $166420 \times 3\% = 4993$ in the upcoming 2020 General Election without considering the effect of Covid-19.

As seen in 2020 PPP, Covid-19 will increase the mail-in absentees in the 2020 General Election. The election officials in Henry County anticipate over 10,000 absentee ballots by mail in the 2020 General Election.[45] To be conservative, I assume that all additional absentee ballots

---

[45] Response from Henry County Poll Coordinator to open requests.

(i.e., 10000-4993=5007) come from the would-be Election Day voters.[46] Using the total number of registered voters in Henry County by June 2020, the Election Day voters in the upcoming November General Election could be estimated as $166,420 \times 22\% - 5007 = 31,605$, which is $\frac{31,605}{166,420} = 19\%$ of the registered voters.

Table 14 Votes by Type in Presidential Elections

| Election | # of Registered | Election Day | | Mail-in Absentee | | In-Person Early | |
|---|---|---|---|---|---|---|---|
| | | Votes | % | Votes | % | Votes | % |
| 2012 Presidential | 123177 | 28233 | 23% | 3619 | 3% | 59846 | 49% |
| 2016 Presidential | 125837 | 26325 | 21% | 3522 | 3% | 68246 | 54% |

To simplify the problem, I assume that the Election Day voters at each polling place in Henry County in the November General Election are 19% of the total registered voters. Using this assumption, the number of voters at a polling place on Election Day in Henry County is estimated as ranging from 378 (Timberridge) to 1,803 (Lowes), with an average of 855. Note that the total number of registered voters by November will be almost surely larger than 166,420.[47] The actual number of Election Day voters is likely to be bigger than what is estimated here. As such, my estimates are conservative and serve as a lower bound.

Because I do not know the ballot items in the upcoming presidential election, I use the ballot from the 2016 presidential election in Henry County to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 17 races and 33 choices, ranging from 16 to 18 and from 29 to 36 respectively. The Lowes Precinct had one of

---

[46] If not, all additional absentee ballots come from the would-be Election Day voters, the actual number of Election Day voters would be bigger than what is estimated here. As such, my estimates are conservative and serve as a lower bound.

[47] The deadline of voter registration in Georgia is October 5, 2020. From June to October, there is still time to register and there is no reason to believe that voters will not do so. Therefore, the total number of registered voters by November will be almost surely larger than 166,420 (which is the number of registered voters by the June election), thereby increasing the total pool of individuals eligible and likely to vote.

the longest ballots, with 18 races and 35 choices. Overall, the presidential election ballot is shorter than the ballot of the 2020 PPP. According to the regression model, the overall average time to cast a ballot at a precinct in Henry County is estimated at 3 minutes, with the upper 95% confidence interval of 3.8 minutes. As suggested by Jaffe et al. (2018), for planning purposes, I use the upper 95% confidence interval as the average voting time at a precinct in my following analysis.

If we keep the same machine allocation plan as in 2020 PPP, i.e., each polling place has 2 poll pads, 6 BMDs, and 1 scanner, then the waiting time at some polling places (i.e., Lowes and North Hampton) would be expected to be hours long, while others would have very short wait times. Table 15 shows the results by polling place using M/M/c queue formula.[48] It indicates that Henry County would repeat the same problem as seen in the 2020 PPP. Equal machine allocation would cause unfair waiting lines for voters at different polling places.

*Table 15 Estimated Wait Lines at Polls in Henry County for 2020 Presidential Election with equal machine allocation*

| Precinct | # of Voters | Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Wait at Check in (min) | # BMD | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % 30+ min Wait |
|---|---|---|---|---|---|---|---|---|---|---|
| Locust Grove | 1237 | 0.5 | 3.8 | 0.23 | 0.1 | 6 | 35.1 | 0.2 | 35.3 | 100% |
| Westside | 1291 | 1.5 | 3.8 | 0.23 | 0.1 | 6 | 52.2 | 0.2 | 52.5 | 100% |
| Lowes | 1803 | 2.5 | 4.0 | 0.23 | 0.3 | 6 | 236.7 | 0.3 | 237.3 | 100% |
| North Hampton | 1337 | 3.5 | 4.0 | 0.23 | 0.1 | 6 | 82.4 | 0.2 | 82.7 | 100% |
| Stockbridge East-West | 1211 | 4.5 | 4.0 | 0.23 | 0.1 | 6 | 40.8 | 0.1 | 41.0 | 100% |
| Wesley Lakes | 1116 | 4.5 | 3.8 | 0.23 | 0.1 | 6 | 29.9 | 0.1 | 30.1 | 37% |
| South Hampton | 1020 | 4.5 | 4.0 | 0.23 | 0.1 | 6 | 10.6 | 0.1 | 10.8 | 8% |
| Red Oak | 1029 | 4.5 | 3.9 | 0.23 | 0.1 | 6 | 6.4 | 0.1 | 6.6 | 2% |
| Mt Carmel | 968 | 4.5 | 3.9 | 0.23 | 0.1 | 6 | 3.9 | 0.1 | 4.1 | 0% |
| Pates Creek | 987 | 4.5 | 3.8 | 0.23 | 0.1 | 6 | 3.5 | 0.1 | 3.7 | 0% |
| Hickory Flat | 934 | 4.5 | 4.0 | 0.23 | 0.1 | 6 | 3.3 | 0.1 | 3.4 | 0% |
| Lake Dow | 922 | 4.5 | 4.0 | 0.23 | 0.1 | 6 | 2.9 | 0.1 | 3.1 | 0% |
| Cotton Indian | 890 | 4.5 | 3.9 | 0.23 | 0.1 | 6 | 1.7 | 0.1 | 1.9 | 0% |

---

[48] The shaded cells in Table 16 represent instances in which the polling place became overloaded, making it impossible for the M / M / c formula to produce a numerical result. In those instances, a fluid model is used to approximate the expected wait time.

| Sandy Ridge | 896 | 4.5 | 3.8 | 0.23 | 0.1 | 6 | 1.5 | 0.1 | 1.6 | 0% |
|---|---|---|---|---|---|---|---|---|---|---|
| Unity Grove | 894 | 4.5 | 3.7 | 0.23 | 0.1 | 6 | 1.2 | 0.1 | 1.3 | 0% |
| Flippen | 819 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 1.0 | 0.1 | 1.1 | 0% |
| Oakland | 838 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 1.0 | 0.1 | 1.1 | 0% |
| McDonough Central | 786 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 0.7 | 0.1 | 0.9 | 0% |
| Lake Haven | 789 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.6 | 0.1 | 0.7 | 0% |
| Stockbridge Central | 797 | 4.5 | 3.7 | 0.23 | 0.0 | 6 | 0.6 | 0.1 | 0.7 | 0% |
| Shiloh | 757 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 0.6 | 0.1 | 0.7 | 0% |
| Ellenwood | 797 | 4.5 | 3.7 | 0.23 | 0.0 | 6 | 0.6 | 0.1 | 0.7 | 0% |
| Pleasant Grove | 755 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 0.6 | 0.1 | 0.7 | 0% |
| Grove Park | 739 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.5 | 0.1 | 0.6 | 0% |
| Shakerag | 744 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.5 | 0.1 | 0.6 | 0% |
| Lighthouse | 687 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 0.4 | 0.1 | 0.5 | 0% |
| Stagecoach | 667 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 0.3 | 0.1 | 0.4 | 0% |
| McMullen | 687 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.3 | 0.1 | 0.4 | 0% |
| Kelleytown | 635 | 4.5 | 4.0 | 0.23 | 0.0 | 6 | 0.3 | 0.1 | 0.4 | 0% |
| Tussahaw | 629 | 4.5 | 3.9 | 0.23 | 0.0 | 6 | 0.2 | 0.1 | 0.3 | 0% |
| Swan Lake | 671 | 4.5 | 3.7 | 0.23 | 0.0 | 6 | 0.2 | 0.1 | 0.3 | 0% |
| Mt Bethel | 654 | 4.5 | 3.7 | 0.23 | 0.0 | 6 | 0.2 | 0.1 | 0.3 | 0% |
| East Lake | 627 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.2 | 0.1 | 0.3 | 0% |
| Austin Road | 626 | 4.5 | 3.7 | 0.23 | 0.0 | 6 | 0.2 | 0.1 | 0.3 | 0% |
| Dutchtown | 511 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.1 | 0.0 | 0.1 | 0% |
| McDonough | 491 | 4.5 | 3.8 | 0.23 | 0.0 | 6 | 0.1 | 0.0 | 0.1 | 0% |
| Timberridge | 378 | 4.5 | 4.0 | 0.23 | 0.0 | 6 | 0.0 | 0.0 | 0.1 | 0% |

Table 16 demonstrates a different BMD allocation with the same total number of 222 BMDs. The largest five precincts Lowes, North Hampton, Westside, Locust Grove, and Stockbridge East-West are, respectively, allocated with 12, 9, 8, 8, and 8 BMDs. The number of BMDs is reduced to three in the smallest precinct Timberridge. Under this BMD allocation plan, the estimated average wait time would be no more than three minutes long at any polling place, and no voter would have to wait for more than 30 minutes.

*Table 16 Estimated Wait Lines at Polls in Henry County for 2020 Presidential Election with a different machine allocation*

| Precinct | # of Voters | Check-in Time (min) | Voting Time (min) | Scanning Time (min) | Wait at Check in (min) | # BMD | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|---|
| Locust Grove | 1237 | 0.5 | 3.8 | 0.23 | 0.1 | 8 | 1.4 | 0.2 | 1.6 | 0% |
| Westside | 1291 | 0.5 | 3.8 | 0.23 | 0.1 | 8 | 2.0 | 0.2 | 2.3 | 0% |
| Lowes | 1803 | 0.5 | 4.0 | 0.23 | 0.3 | 12 | 0.8 | 0.3 | 1.5 | 0% |
| North Hampton | 1337 | 0.5 | 4.0 | 0.23 | 0.1 | 9 | 1.2 | 0.2 | 1.5 | 0% |
| Stockbridge East-West | 1211 | 0.5 | 4.0 | 0.23 | 0.1 | 8 | 1.6 | 0.1 | 1.9 | 0% |
| Wesley Lakes | 1116 | 0.5 | 3.8 | 0.23 | 0.1 | 7 | 1.9 | 0.1 | 2.2 | 0% |
| South Hampton | 1020 | 0.5 | 4.0 | 0.23 | 0.1 | 7 | 1.5 | 0.1 | 1.7 | 0% |
| Red Oak | 1029 | 0.5 | 3.9 | 0.23 | 0.1 | 7 | 1.2 | 0.1 | 1.4 | 0% |
| Mt Carmel | 968 | 0.5 | 3.9 | 0.23 | 0.1 | 7 | 0.9 | 0.1 | 1.1 | 0% |
| Pates Creek | 987 | 0.5 | 3.8 | 0.23 | 0.1 | 7 | 0.9 | 0.1 | 1.0 | 0% |
| Hickory Flat | 934 | 0.5 | 4.0 | 0.23 | 0.1 | 7 | 0.8 | 0.1 | 1.0 | 0% |
| Lake Dow | 922 | 0.5 | 4.0 | 0.23 | 0.1 | 7 | 0.8 | 0.1 | 0.9 | 0% |
| Cotton Indian | 890 | 0.5 | 3.9 | 0.23 | 0.1 | 6 | 1.7 | 0.1 | 1.9 | 0% |
| Sandy Ridge | 896 | 0.5 | 3.8 | 0.23 | 0.1 | 6 | 1.5 | 0.1 | 1.6 | 0% |
| Unity Grove | 894 | 0.5 | 3.7 | 0.23 | 0.1 | 6 | 1.2 | 0.1 | 1.3 | 0% |
| Flippen | 819 | 0.5 | 3.9 | 0.23 | 0.0 | 6 | 1.0 | 0.1 | 1.1 | 0% |
| Oakland | 838 | 0.5 | 3.8 | 0.23 | 0.0 | 6 | 1.0 | 0.1 | 1.1 | 0% |
| McDonough Central | 786 | 0.5 | 3.9 | 0.23 | 0.0 | 6 | 0.7 | 0.1 | 0.9 | 0% |
| Lake Haven | 789 | 0.5 | 3.8 | 0.23 | 0.0 | 6 | 0.6 | 0.1 | 0.7 | 0% |
| Stockbridge Central | 797 | 0.5 | 3.7 | 0.23 | 0.0 | 5 | 2.6 | 0.1 | 2.7 | 0% |
| Shiloh | 757 | 0.5 | 3.9 | 0.23 | 0.0 | 5 | 2.4 | 0.1 | 2.5 | 0% |
| Ellenwood | 797 | 0.5 | 3.7 | 0.23 | 0.0 | 5 | 2.4 | 0.1 | 2.5 | 0% |
| Pleasant Grove | 755 | 0.5 | 3.9 | 0.23 | 0.0 | 5 | 2.3 | 0.1 | 2.5 | 0% |
| Grove Park | 739 | 0.5 | 3.8 | 0.23 | 0.0 | 5 | 1.9 | 0.1 | 2.0 | 0% |
| Shakerag | 744 | 0.5 | 3.8 | 0.23 | 0.0 | 5 | 1.7 | 0.1 | 1.9 | 0% |
| Lighthouse | 687 | 0.5 | 3.9 | 0.23 | 0.0 | 5 | 1.3 | 0.1 | 1.4 | 0% |
| Stagecoach | 667 | 0.5 | 3.9 | 0.23 | 0.0 | 5 | 1.2 | 0.1 | 1.3 | 0% |
| McMullen | 687 | 0.5 | 3.8 | 0.23 | 0.0 | 5 | 1.1 | 0.1 | 1.2 | 0% |
| Kelleytown | 635 | 0.5 | 4.0 | 0.23 | 0.0 | 5 | 1.1 | 0.1 | 1.1 | 0% |
| Tussahaw | 629 | 0.5 | 3.9 | 0.23 | 0.0 | 5 | 0.9 | 0.1 | 0.9 | 0% |
| Swan Lake | 671 | 0.5 | 3.7 | 0.23 | 0.0 | 5 | 0.9 | 0.1 | 0.9 | 0% |
| Mt Bethel | 654 | 0.5 | 3.7 | 0.23 | 0.0 | 5 | 0.7 | 0.1 | 0.8 | 0% |
| East Lake | 627 | 0.5 | 3.8 | 0.23 | 0.0 | 5 | 0.7 | 0.1 | 0.8 | 0% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin Road | 626 | 0.5 | 3.7 | 0.23 | 0.0 | 5 | 0.6 | 0.1 | 0.7 | 0% |
| Dutchtown | 511 | 0.5 | 3.8 | 0.23 | 0.0 | 4 | 1.1 | 0.0 | 1.1 | 0% |
| McDonough | 491 | 0.5 | 3.8 | 0.23 | 0.0 | 4 | 0.9 | 0.0 | 1.0 | 0% |
| Timberridge | 378 | 0.5 | 4.0 | 0.23 | 0.0 | 3 | 2.1 | 0.0 | 2.1 | 0% |

### Review the Plan for the 2020 Presidential Election in Athens-Clarke County

The election officials in Athens-Clarke County have planned for the 2020 General Election. Per their plan, there will be 24 polling places, and the voting machines are allocated as shown in Table 17. The plan does not show how many scanners will be allocated to each polling place. I assume that one scanner is allocated to each polling place.

*Table 17  Voting Machines Allocated at Polling Places in Athens-Clarke County for Nov 2020*

| Polling Place | # of Poll Pads | # of BMD (plan 1) | # of BMD (plan 2) |
|---|---|---|---|
| 1A WINTERVILLE | 4 | 8 | 12 |
| 1B ACC TENNIS CENTER | 5 | 10 | 15 |
| 1C BARNETT SHOALS SCHOOL | 3 | 6 | 9 |
| 1D WHIT DAVIS ELEMENTARY | 4 | 8 | 11 |
| 2A JJ HARRIS ELEMENTARY | 6 | 12 | 17 |
| 2B HOWARD B STROUD ELEMENTARY | 7 | 14 | 20 |
| 3A CLARKE CENTRAL HIGH | 4 | 8 | 12 |
| 3B THOMAS N. LAY PARK | 6 | 12 | 17 |
| 4A ATHENS TRANSIT | 3 | 6 | 9 |
| 4B MEMORIAL PARK | 6 | 12 | 16 |
| 5A OGLETHROPE AVENUE ELE SCH | 4 | 8 | 12 |
| 5B WHITEHEAD RD ELE SCH | 4 | 8 | 12 |
| 5C CHASE STREET ELEMENTARY | 3 | 6 | 8 |
| 5D ACC FLEET MAINTENANCE BLDG | 4 | 8 | 12 |
| 6A CLEVELAND ROAD ELEMENTARY | 5 | 10 | 14 |
| 6B GEORGIA SQUARE MALL | 5 | 10 | 15 |
| 6C TIMOTHY RD SCHOOL | 4 | 8 | 12 |
| 6D FIRE STATION #4 | 3 | 6 | 7 |
| 7A UNITARIAN UNIVERSALIST FELLOWSHIP | 4 | 8 | 12 |
| 7B ATHENS REGIONAL LIBRARY | 4 | 8 | 12 |
| 7C FIRE STATION #3 | 4 | 8 | 11 |
| 8A GAINES ELEM SCHOOL | 5 | 10 | 13 |
| 8B CEDAR SHOALS HIGH SCHOOL | 3 | 6 | 9 |
| 8C FIRE STATION #7 | 5 | 10 | 15 |

Election officials estimate that the overall voter turnout will be 78% of registered voters and 60% of the total votes will be by mail-in absentee ballots in November. One extreme scenario is that 40% of the total ballots cast are in-person votes on Election Day and no one votes during early voting time periods. Obviously, this scenario is very likely to overestimate the actual number of Election Day voters. I will use this extreme scenario to estimate the wait time at the polls as it is the most conservative approach. If the wait time under this scenario was short, the actual wait time would be very likely even shorter.

Thus, I assume that the Election Day voters at each polling place in the 2020 General Election is $78\% \times 40\% = 31.2\%$ of registered voters. I am using the number of registered voters at each polling place by June 2020. Using this assumption, the number of voters at a polling place on Election Day is estimated ranging from 517 (6D) to 1,551 (2B), with an average of 963.

Because I do not know the ballot items in the upcoming presidential election, I use the ballot of the 2016 presidential election in Athens-Clarke County to approximate the ballot length of the 2020 General Election. The 2016 presidential election ballot had an average of 16 races and 26 choices, ranging from 16 to 17 and from 26 to 27 respectively. Overall, the presidential election ballot is shorter than the ballot of the 2020 PPP. According to the regression model, the overall average time to cast a ballot at a precinct is estimated as 2.8 min, with the upper 95% confidence interval of 3.6 minutes. As suggested by Jaffe et al. (2018), for the planning purpose, I use the upper 95% confidence interval as the average voting time at a precinct in my following analysis.

Using the BMD allocation Plan 1 in Table 17, Table 18 shows the estimated wait times by polling place using M/M/c queue formula under the extreme scenario.  It shows that all polling place would have less than a 1-minute average wait time and no voters would need to wait for over 30 minutes. Plan 1 uses 210 BMDs. The result indicates that 210 BMDs would be sufficient. Plan

2 uses 302 BMDs. If Plan 2 were used in November, the wait time at polls would be even shorter, close to none. Thus, I believe that Athens-Clarke County is likely to have a smooth election in November and voters will experience minimal wait times at the polls on Election Day.

*Table 18 Estimated Wait at Polls in Athens-Clarke County for Nov 2020 under the extreme scenario*

| Precinct / Polling Place | # of Voters | Voting Time (min) | # BMDs (Plan 1) | # Scanners | Wait at Check in (min) | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|
| 1A | 899 | 3.6 | 8 | 1 | 0.0 | 0.11 | 0.10 | 0.20 | 0% |
| 1B | 1130 | 3.6 | 10 | 1 | 0.0 | 0.06 | 0.13 | 0.19 | 0% |
| 1C | 694 | 3.6 | 6 | 1 | 0.0 | 0.24 | 0.07 | 0.31 | 0% |
| 1D | 856 | 3.6 | 8 | 1 | 0.0 | 0.08 | 0.09 | 0.17 | 0% |
| 2A | 1300 | 3.6 | 12 | 1 | 0.0 | 0.03 | 0.17 | 0.19 | 0% |
| 2B | 1551 | 3.6 | 14 | 1 | 0.0 | 0.02 | 0.24 | 0.25 | 0% |
| 3A | 873 | 3.6 | 8 | 1 | 0.0 | 0.09 | 0.09 | 0.18 | 0% |
| 3B | 1310 | 3.6 | 12 | 1 | 0.0 | 0.03 | 0.17 | 0.20 | 0% |
| 4A | 698 | 3.6 | 6 | 1 | 0.0 | 0.25 | 0.07 | 0.32 | 0% |
| 4B | 1266 | 3.7 | 12 | 1 | 0.0 | 0.02 | 0.16 | 0.19 | 0% |
| 5A | 922 | 3.6 | 8 | 1 | 0.0 | 0.12 | 0.10 | 0.22 | 0% |
| 5B | 922 | 3.6 | 8 | 1 | 0.0 | 0.12 | 0.10 | 0.22 | 0% |
| 5C | 625 | 3.6 | 6 | 1 | 0.0 | 0.14 | 0.06 | 0.21 | 0% |
| 5D | 904 | 3.6 | 8 | 1 | 0.0 | 0.11 | 0.10 | 0.21 | 0% |
| 6A | 1074 | 3.6 | 10 | 1 | 0.0 | 0.04 | 0.12 | 0.17 | 0% |
| 6B | 1160 | 3.6 | 10 | 1 | 0.0 | 0.07 | 0.14 | 0.21 | 0% |
| 6C | 938 | 3.6 | 8 | 1 | 0.0 | 0.14 | 0.10 | 0.24 | 0% |
| 6D | 517 | 3.6 | 6 | 1 | 0.0 | 0.06 | 0.05 | 0.11 | 0% |
| 7A | 899 | 3.7 | 8 | 1 | 0.0 | 0.12 | 0.10 | 0.22 | 0% |
| 7B | 915 | 3.6 | 8 | 1 | 0.0 | 0.12 | 0.10 | 0.22 | 0% |
| 7C | 827 | 3.6 | 8 | 1 | 0.0 | 0.06 | 0.09 | 0.15 | 0% |
| 8A | 999 | 3.6 | 10 | 1 | 0.0 | 0.03 | 0.11 | 0.14 | 0% |
| 8B | 689 | 3.6 | 6 | 1 | 0.0 | 0.23 | 0.07 | 0.30 | 0% |
| 8C | 1151 | 3.7 | 10 | 1 | 0.0 | 0.08 | 0.14 | 0.22 | 0% |

The example of Athens-Clarke County demonstrates that sufficient voting machines can effectively address the problem of long voting lines. Besides, the polling places at Athens-Clarke County are generally smaller than the polling places in Henry County. Smaller precincts are easier to manage and less likely to have disastrous wait time. Thus, if the total number of voting machines

and poll workers were sufficient, it would be better to split large polling places into several smaller ones.

### *Example: Plan for the 2020 Presidential Election in Fulton County*

I can also perform a similar analysis to the ones above for Fulton County. Because I do not have exact data from the election officials in Fulton County, I will rely on the publicly available information to estimate the Election Day turnout in Fulton County for the 2020 General Election.

Table 19 shows the number of votes by type in 2016 presidential elections in Fulton County. About 35% of the total voter turnout was Election Day voters, 5% were mail-in absentee voters, and 59% were the in-person early voters.

*Table 19 Votes by Type in Presidential Elections*

| Election | # of Registered | Voter Turnout | Election Day | | Mail-in Absentee | | In-Person Early | |
|---|---|---|---|---|---|---|---|---|
| | | | Votes | % | Votes | % | Votes | % |
| 2016 Presidential | 590362 | 75% | 152138 | 35% | 22117 | 5% | 255158 | 59% |

Pew Research Center's American Trends Panel Poll done in July 2020 shows that 40% of voters are likely to vote in person on Election Day, 18% are likely to vote early in-person, and 39% are likely to vote by mail, during the pandemic. Thus, for the planning purpose, I assume 40% of voters will on Election Day in Fulton County.

I also assume the overall voter turnout in the November General Election is 75% similar to the turnout in 2016. To simplify the problem, I assume that the Election Day voters at each polling place in Fulton County in the November General Election are $75\% \times 40\% = 30\%$ of the total registered voters. Using 769,037, the total number of registered voters in Fulton County by June 2020, the number of voters at a polling place on Election Day in Fulton County is estimated as

48

ranging from 135 (Mountain Park Community Building) to 4,777 (Park Tavern), with an average of 1,398.

Because I do not know the ballot items in the upcoming presidential election, I use the ballot of the 2016 presidential election in Fulton County to approximate the ballot length of the 2020 General Election. The 2016 presidential election ballot had an average of 20 races and 37 choices, ranging from 18 to 24 and from 33 to 43 respectively. Overall, the presidential election ballot is shorter than the ballot of the 2020 PPP. According to the regression model in Jaffe et al. (2018), the longest average time to cast a ballot at a precinct in Fulton County is estimated as 3.4 minutes, with the upper 95% confidence interval of 4.5 minutes. As suggested by Jaffe et al. (2018), for the planning purpose, I use 4.5 minutes as the average voting time in my following analysis.

If Fulton County assigns the same number of voting machines at Park Tavern as did in 2020 PPP, the wait time would be hours long again as in 2020 PPP. I keep the same assumptions of service times as before, i.e., 30-second check-in time, 4.5-minute voting time, and 14-second scanning time. With 4 poll pads, a maximum of 8 voters could be checked in per hours; with 19 BMDs, a maximum of 6.9 voters per hour could mark their ballots; and with 1 scanner, a maximum of 4.4 voters per hour could scanner their ballot.  Here, the scanner would be the bottleneck because it is the slowest step of the whole voting process. If 4,777 voters turned out at Park Tavern on Election Day for the 2020 General Election, the queue would be overloaded, and the average wait time will be over 3 hours long.[49]

---

[49] Because the queue would be overloaded at the BMD stage and at the scanner stage, for simplicity, I approximate the three-stage tandem queueing system with a single stage queue with the service rate of 4.4 per hour. Using the fluid model analysis as I did previously, the estimate of the average wait time is 189 minutes. The detailed calculation is in the excel file submitted with this report.

Table 20 proposes an allocation plan for the 2020 General Election.[50] In this plan, a total of 406 poll pads, 1667 BMDs, and 196 scanners are assigned in Fulton County. This plan serves as a lower bound of the number of voting machines needed at polling places and it assumes all voting machines function properly at all the times during the Election Day. The county has 663 poll pads, 3,324 BMDs, and 287 ballot scanners[51]. Thus, the county has enough voting equipment to implement the lower-bound plan in Table 21 and should continue to allocate the remaining equipment to polling places to increase the buffer room against unexpected circumstances (e.g., higher turnout, machine failures) on Election Day. The largest polling place, Park Tavern, should be allocated at least 5 poll pads, 31 BMDs, and 2 scanners. Under this allocation plan, the estimated average wait time would be no more than four minutes long at any polling place, and no voter would have to wait for more than 30 minutes.

*Table 20 Voting Machine Allocation for the 2020 Presidential Election in Fulton County*

| Precinct | # of Voters | # Poll Pads | # BMDs | # Scanner | Wait at Check in (min) | Wait at BMD (min) | Wait at Scanner (min) | Total Wait (min) | % Wait 30+ min |
|---|---|---|---|---|---|---|---|---|---|
| Park Tavern | 4777 | 5 | 31 | 2 | 0.1 | 3.0 | 0.3 | 3.4 | 0% |
| Cathedral of Saint Philip | 3906 | 4 | 26 | 2 | 0.2 | 1.9 | 0.1 | 2.2 | 0% |
| Johns Creek Environmental Campus | 3557 | 4 | 24 | 2 | 0.1 | 1.6 | 0.1 | 1.8 | 0% |
| Morningside Baptist Church Gym | 3425 | 4 | 23 | 2 | 0.1 | 1.8 | 0.1 | 2.0 | 0% |
| Northwest Library at Scotts Crossings | 3399 | 4 | 23 | 2 | 0.1 | 1.6 | 0.1 | 1.8 | 0% |
| Roswell Library | 3324 | 4 | 22 | 2 | 0.1 | 2.6 | 0.1 | 2.8 | 0% |
| Messiah Lutheran Church | 3313 | 4 | 22 | 2 | 0.1 | 2.4 | 0.1 | 2.6 | 0% |
| Peachtree Hills Recreation Center | 3232 | 4 | 22 | 2 | 0.1 | 1.5 | 0.1 | 1.7 | 0% |
| Hillside Elementary School | 3042 | 4 | 21 | 2 | 0.1 | 1.3 | 0.1 | 1.4 | 0% |
| First Baptist Church of Fairburn | 2886 | 4 | 20 | 2 | 0.0 | 1.3 | 0.1 | 1.4 | 0% |
| Liberty Baptist Church | 2860 | 3 | 19 | 2 | 0.2 | 2.9 | 0.1 | 3.2 | 0% |
| Woodland Elementary | 2841 | 3 | 19 | 2 | 0.2 | 2.5 | 0.1 | 2.8 | 0% |

---

[50] The full table is available in the Excel file submitted with this report.
[51] https://www.ajc.com/news/state--regional-govt--politics/georgia-hurries-deliver-new-voting-machines-time-for-election/sjrPB5ZPbaBoO3ONBGqKgK/

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Church of The Redeemer | 2679 | 3 | 18 | 2 | 0.2 | 2.4 | 0.1 | 2.7 | 0% |
| Cleveland Avenue Elementary School | 2611 | 3 | 18 | 2 | 0.2 | 1.6 | 0.0 | 1.8 | 0% |
| Etris Community Center | 2606 | 3 | 18 | 2 | 0.2 | 1.5 | 0.0 | 1.7 | 0% |
| Independence High School | 2598 | 3 | 17 | 2 | 0.1 | 4.7 | 0.0 | 4.9 | 0% |
| Christian City Welcome Center | 2578 | 3 | 18 | 2 | 0.1 | 1.3 | 0.0 | 1.5 | 0% |
| Brookview Elementary School | 2542 | 3 | 17 | 2 | 0.1 | 2.9 | 0.0 | 3.0 | 0% |
| Butler Street Baptist Church | 2500 | 3 | 17 | 2 | 0.1 | 2.1 | 0.0 | 2.3 | 0% |
| Antioch Baptist Church Family Center | 2477 | 3 | 17 | 2 | 0.1 | 1.8 | 0.0 | 2.0 | 0% |
| North River Baptist Church | 2445 | 3 | 17 | 2 | 0.1 | 1.5 | 0.0 | 1.7 | 0% |
| Lebanon Baptist Church | 2429 | 3 | 17 | 2 | 0.1 | 1.4 | 0.0 | 1.5 | 0% |
| Paul L. Dunbar School | 2387 | 3 | 16 | 2 | 0.1 | 3.0 | 0.0 | 3.1 | 0% |
| Cogburn Woods Elementary | 2346 | 3 | 16 | 2 | 0.1 | 2.2 | 0.0 | 2.3 | 0% |
| North Fulton Annex | 2338 | 3 | 16 | 2 | 0.1 | 2.1 | 0.0 | 2.2 | 0% |
| Therrell D.M. High School | 2322 | 3 | 16 | 2 | 0.1 | 1.9 | 0.0 | 2.0 | 0% |
| William Walker Recreation Center | 2314 | 3 | 16 | 2 | 0.1 | 1.8 | 0.0 | 1.9 | 0% |
| Burdett Park Gym | 2288 | 3 | 16 | 2 | 0.1 | 1.5 | 0.0 | 1.6 | 0% |
| Manning Oaks Elementary School | 2269 | 3 | 16 | 2 | 0.1 | 1.4 | 0.0 | 1.5 | 0% |
| C.T. Martin Natatorium & Recreation Center | 2213 | 3 | 15 | 2 | 0.1 | 2.6 | 0.0 | 2.7 | 0% |
| Sara Rawson Smith School | 2186 | 3 | 15 | 2 | 0.1 | 2.2 | 0.0 | 2.3 | 0% |
| Hammond Park Gym | 2166 | 3 | 15 | 1 | 0.1 | 1.9 | 0.5 | 2.5 | 0% |
| St. James United Methodist Church | 2137 | 3 | 15 | 1 | 0.1 | 1.6 | 0.5 | 2.1 | 0% |
| Sandy Springs Middle School | 2097 | 3 | 15 | 1 | 0.1 | 1.2 | 0.5 | 1.8 | 0% |
| Wolf Creek Branch Library | 2067 | 3 | 14 | 1 | 0.1 | 2.9 | 0.4 | 3.4 | 0% |
| … | | | | | | | | | |
| Mountain Park Community Building | 135 | 2 | 2 | 1 | 0.0 | 1.0 | 0.0 | 1.0 | 0% |

## RECOMMENDATIONS

*Proper Voting Machine Allocations*. A proper voting machine allocation, including poll pads, BMDs, printers, and scanners, can prevent long waiting lines and improve the equity of wait times across polling places (e.g., Yang et al, 2013). As shown in the above analysis, using a

different allocation plan in 2020 PPP election could have made the average wait time no more than four minutes long at any polling place and no voter would have had to wait for more than 30 minutes in Henry County, instead of having some voters waiting hours to cast ballot. To make a proper machine allocation plan, as demonstrated above, election officials should consider the number of voters that will turn out on Election Day, the ballot length, and the total number of voting machines available to them. The ballot length is used to estimate the time to vote on BMDs. As suggested by Jaffe et al. (2018), for the planning purpose election officials should use the upper 95% confidence interval obtained from the regression model as the average voting time. In general, the bottleneck of the entire voting process is at the BMDs. Election officials should pay close attention to the number of BMDs at a polling place. The M/M/c queue formula (provided in the Excel file submitted with the report) can be used to estimate the expected wait time given the number of voting machines. It would be a helpful tool for planning purposes. This can be a most direct and effective approach to avoid long lines at polls.

*Minimizing precinct consolidation*. Precinct consolidation creates large polling places (e.g, 800+ Election Day voters). Large polling places are more difficult to manage and more likely to have disastrous waiting lines. As my analysis demonstrates, all the polling locations that reported having long lines on June 9 in Henry County had over 800 voters allocated to them. All polling places in Athens-Clarke County had no more than 500 Election Day voters on June 9 and none of them had long lines. Thus, it would be better to have smaller polling places (e.g., 500 Election Day voters or less), with sufficient allocations of voting machines and other equipment as noted above.

*Encourage Mail-in absentee ballots*. My previous research strongly indicates that the best way to substantially decrease the chance of long lines on Election Day is to offload election voters to other venues, such as early voting and mail-in ballots. The reduction in the number of voters

turning out on Election Day can substantially lower the risk of long waiting lines. For example, my analysis showed that large polling places in terms of the number of voters on Election Day are more likely to encounter long lines (e.g., Park Tavern in Fulton County, and Lowes in Henry County), and small polling places generally have very short or no wait times. As a result, encouraging even more mail-in absentee ballots will help to lower the Election Day turnout to reduce the risk of long wait times on Election Day.

   *Prepare for equipment failure*. In practice, there will be problems associated with voting machines (i.e., poll pads, BMDs, printers, scanners) throughout Election Day, either due to technical errors or human errors. This is a feature of Election Day voting and not something that should surprise experienced election administrators; rather, it is a factor that they should plan and prepare for. If breakdowns are factored in, more resources will be needed. As shown in Tables 7 and 8, if Park Tavern had not lost some BMDs in the first hour on Election Day it could have reduced the average wait time by 40% and 807 fewer voters would have waited more than 30 minutes in the 2020 PPP. Similar results were show for Lithia High. To minimize the impact of equipment failures, election officials should be well trained so that they are familiar with the commonly seen problems of voting machines and know how to solve them. For those difficult technical problems, the State or the Counties should have technicians deployed and ready to fix them. In the meantime, election officials should have a backup plan if the equipment failures cannot be fixed in a short amount of time. For example, using paper pollbooks if poll pads break down, paper ballots if BMDs or printers break down, and a ballot deposit box if scanners stop working.  To assist election administrators in evaluating the point at which they should switch to back-up voting methods, I have included a "Guideline to Using Back Ups" at the end of this report.

*Prepare polling locations appropriately*. Election officials need to pay close attention to the physical logistics of the polling place, especially in large precincts during the pandemic. Considering the restrictions of social distancing, the selected polling place should be large enough in space and in electric power to place the necessary number of voting machines. For example, as shown in Tables 9 and 10, if the Salvation Army polling location had had the infrastructure to allow all available 14 BMDs to work altogether, there would have been almost 0 wait time on Election Day. Further, even if the election officials were able to set up only 6 out of the 14 BMDs and have them running 7 a.m., the average wait time would have been less than 5 minutes in the 2020 PPP. Park Tavern is another example. As shown in analysis, Park Tavern needed 39 BMDs in the June 2020 election to avoid long lines, if social distancing does not allow for a facility large enough to house this number of machines, election officials should consider other options, such as splitting the large polling place into several smaller ones. Election officials should also hire enough poll workers. For example, one poll worker can only check in one voter on poll pad at a time. If a polling place is assigned with 4 poll pads but only two check-in poll workers are hired, then only 2 poll pads can actually work and the other 2 poll pads will be left unused.

*Prepare for higher than expected turnout*. The upcoming presidential election is likely to have higher overall turnout than previous election. [52] Indeed, a recent national survey done by Pew Research finds a record share of voters saying it "really matters" who wins in November. [53] The survey also finds that 40% of voters would like to vote in person on Election Day and 18% prefer to vote in-person early, despite of the Covid-19 pandemic.[54] Thus, election officials should be prepared for higher than expected in person turnout both during early voting and on Election Day.

---

[52] https://www.usnews.com/news/elections/articles/2019-09-20/experts-predict-huge-turnout-in-2020.
[53] https://www.pewresearch.org/politics/2020/08/13/election-2020-voters-are-highly-engaged-but-nearly-half-expect-to-have-difficulties-voting/.
[54] https://ropercenter.cornell.edu/psearch/question_view.cfm?qid=1958132&pid=50&ccid=50#top.

This means allocating more voting machines if possible. Election officials could use higher number of voters in the M/M/c queueing formula to determine the number of necessary voting machines at polls.

### *A Guideline to Using Back-ups*

I propose a simple 30-minute rule to activate back-ups. If a machine (poll pad, BMD, or scanner) breaks down and the waiting line increases, whenever the last voter in line is expected to wait 30 minutes or more, the back-up equipment should be activated to use.

The following shows a simple method to quickly estimate the wait time of the last voter in line. As illustrated in Figure 1, each stage has its own waiting line and we can treat them independently. For any line in Figure 1. Denote $t$ the average service time in minutes, $c$ the number of initial voting machines at a poll. Denote $Q$ as the current number of voters in line. Suppose $m$ machines have broken down. Then the number of current working machines becomes $c - m$. So, on average every $\frac{t}{c-m}$ minutes a voter will leave the queue. The wait time of the last voter in line would be $\frac{t}{c-m}$. If $Q\frac{t}{c-m} \geq 30$, the back-ups should be activated to use. Re-arrange the formula; we have the back-ups should be used whenever

$$Q \geq \frac{30(c-m)}{t}.$$

***Example 1***. Suppose the average voting time is 5 minutes, 10 BMDs are initially allocated at the poll, and 2 BMDs have just broken down. Using the above formula, paper ballots should be activated to use whenever the waiting line at BMDs reaches 48 ($= 30 \times \frac{10-2}{5}$) voters.

***Example 2***. Suppose the average check-in time is 0.5 minutes, 2 poll pads are initially allocated at the poll, and 1 poll pad has just broken down. Using the above formula, paper pollbooks should be activated to use whenever the waiting line at check-in reaches 60 ($= 30 \times \frac{2-1}{0.5}$)

voters. Note that if the poll pads do not work, the BMDs cannot work. So, if a voter is checked in using paper poll book, he cannot use BMD and has to vote on paper ballot.

*Example 3*. Suppose the average scanning time is 0.23 minutes, 1 scanner is initially allocated at the polling location, and this scanner has just broken down. Using the above formula, a ballot deposit box should be activated to use whenever the waiting line at scanning is longer than $0 \ (= 30 \times \frac{1-1}{0.23})$ voters. In other words, a ballot deposit box should be immediately activated.

## CONCLUSION

My analyses above use queueing theory and simulation models to provide insights into the wait times at Georgia polling locations.  In my opinion, the election officials in Henry County and Fulton County did not properly allocate voting machines to polling places.[55] They did not properly consider the distributions of voters across polling places and the differences of ballot length across polling places. Thus, some polling places, particularly large ones, did not receive enough voting machines.

Additionally, some election officials were not prepared for the equipment breakdowns, either due to technical errors or human errors. Some election officials simply did not prepare the polling location well so that the poll could not open as scheduled. This exacerbated the long line problems at polls.  If the same plan made for the 2020 PPE is made for the future elections it is likely (and virtually certain) to result in long lines at the large polling places again as insufficient voting resources will be allocated at those places and not all available voting equipment will be set up and running properly when the polls open.

---

[55] It is my understanding that there were long wait times at several other counties. I have no reason to believe that the same problems that I uncovered in Fulton and Henry County were not present in those counties and, indeed, these are typical when long lines result. Nonetheless, I do not have the data to perform a robust analysis on those locations. If I were provided with such data, I could perform the same analysis on all of these locations and provide sound recommendations on allocation of machines, back up plans, and precinct consolidation.

I reserve the right to supplement this and other reports in light of additional facts, testimony and/or materials that may come to light. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 8/31/2020

By: _____

Muer Yang

## References

Anderson D. R., Sweeney D. J., Williams T. A., Camm J. D., and Martin K., (2011), An Introduction to Management Science: Quantitative Approaches to Decision Making, 13th ed., South-Western Cengage Learning, Mason, OH, USA.

Jaffe, J., Stewart III, C. and Coblentz, J., 2018, Modeling Voting Service Times with Machine Logs, available at https://esra.wisc.edu/papers/JSC.pdf

Remias, L. and Bell, T., 2014, Audit of Voter Registrar's Office, available at: https://www.vbgov.com/government/departments/city-auditors-office/Documents/Audit%20of%20Voter%20Registrar's%20Office.pdf

Stewart III, C., 2013, Waiting to vote in 2012, (2013), Journal of Law and Politics, MIT Political Science Department Research Paper No. 2013-6. http://dx.doi.org/10.2139/ssrn.2243630.

Yang, M., Fry, M. J., Kelton, W. D., & Allen, T. T. (2014), Improving Voting Systems Through Service Operations Management. Production and Operations Management, (23)(7), pp. 1083-1097.

Yang, M. (2011), Resource Allocation to Improve Equity in Service Operations, PhD Thesis, University of Cincinnati, available at https://etd.ohiolink.edu/!etd.send_file?accession=ucin1313767983&disposition=inline.

## Appendix 1

# Muer Yang

Department of Operations and Supply Chain Management,          Office: TMH 451E

Opus College of Business,          Tel: 651-962-4159

University of St. Thomas, Minneapolis, MN          Email: yangmuer@stthomas.edu

## EDUCATION

- Ph.D., Operations Management, College of Business, University of Cincinnati, 2011.
- M.S. in Management Science, School of Economics and Management, Tsinghua University, 2006.
- B.S. in Management Information System, School of Economics and Management, Tsinghua University, 2004.

## ACADEMIC EXPERIENCE

- Associate Professor, University of St. Thomas, 09/2017 – Present.
- Assistant Professor, University of St. Thomas, 09/2011 – 08/2017.

  Courses that I have taught: OPMT 470 Applied Analytics and Data Visualizations (Undergraduate, capstone), OPMT 310 Operations Management (Undergraduate, core), OPMT 600/601 Statistical Methods for Decision Making (MBA, both traditional face-to-face and online formats)

- Instructor, University of Cincinnati, 09/2008 – 05/2011

  Courses that I taught: OM476 Operations Planning and Scheduling, OM380 Operations Management, QA380 Business Analytics, QA281 Business Statistics I.

## PUBLICATIONS (Peer Reviewed)

- Allen, T.T., Yang, M., Huang, S., & Hernandez, O., (2020), Determining resource requirements for elections using indifference-zone generalized binary search, *Computers & Industrial Engineering*, 140, 106243, https://doi.org/10.1016/j.cie.2019.106243
- Allen, T.T., Yang, M., Huang, S., & Hernandez, O., (2020), Method to Allocate Voting Resources with Unequal Ballots and/or Education, *MethodsX*, https://doi.org/10.1016/j.mex.2020.100872
- Becker, C.D, Yang, M., Fusaro, M., Fry, M.J., Scurlock, C.S., (2019), Optimizing Tele-ICU Operational Efficiency Through Workflow Process Modeling and Restructuring, *Critical Care Explorations*, 1(12), pp. e0064.
- Kumar, S., Yang, M., & Goldschmidt, K.H. (2018), Will aging voting machines cause more voters to experience long waits?, *International Journal of Production Economics*, https://doi.org/10.1016/j.ijpe.2018.01.027
- Kumar, S., Yang, M., & Bekx, P. (2017). Why many diabetic patients do not take the A1C test as recommended? *IIE Transactions on Healthcare Systems Engineering*, 7(3), 145-154.
- Yang, M, Wang X., & Xu N. (2015), A Robust Voting Machine Allocation Model to Reduce Extreme Waiting, *Omega The International Journal of Management Science,* 57, pp. 230-237.
- Kumar, S., Yang, M. (2015), Analyzing patient choices for routine procedures in U.S. versus overseas before and after Affordable Care Act. *Health Systems*, 5, pp. 21-28.

- Yang, M., Fry, M. J., & Scurlock, C. (2015). The ICU will see you now: Efficient-equitable admission control policies for a surgical ICU with batch arrivals. *IIE Transactions,* 47(6), pp. 586-599

- Kumar, S., Yang, M., & Strike, D. (2015). Assessing effect of global inventory planning with enterprise-wide information for a large manufacturer. *Journal of Manufacturing Systems, 34*, pp. 34-42.

- Wang, X., Yang, M., & Fry, M. J. (2015). Efficiency and equity tradeoffs in voting machine allocation problems. *Journal of Operational Research Society,* 66, pp. 1363-1369.

- Yang, M., Fry, M. J., Kelton, W. D., & Allen, T. T. (2014). Improving voting systems through service operations management. *Production and Operations Management, 23*(7), pp. 1083-1097.

- Yang, M., Allen, T. T., Fry, M. J., & Kelton, W. D. (2013). The call for equity: Simulation-optimization models to minimize the range of waiting times. *IIE Transactions, 45*(7), pp. 781-795.

- Yang, M., Fry, M. J., Raikhelkar, J., Chin, C., Anyanwu, A., Brand, J., & Scurlock, C. (2013). A model to create an efficient and equitable admission policy for patients arriving to the cardiothoracic intensive care unit. *Critical Care Medicine, 41*(2), pp. 414-422.

- Yang, M., Fry, M. J., & Kelton, W. D. (2009). Are all voting queues created equal? *Proceedings of the 2009 Winter Simulation Conference,* pp. 3140-3149.

- **Sun J. and Yang M. (2008), A VAR Control Scheme for multivariate autocorrelated observations,** *Application of Statistics and Management*, 27(2), pp. 298-303. (in Chinese)

- **Yang M. and Sun J. (2007), Residual-based $T^2$ control chart for monitoring multivariate autocorrelated process,** with J. Sun, *Journal of Tsinghua University (Sci & Tech)*, 47(12), pp. 2184-2187. (in Chinese)

- **Residual-based $T^2$ control chart for bivariate autocorrelated processes,** with J. Sun, *Journal of Tsinghua University (Sci & Tech)*, 2006, 46(3), pp. 403-406. (in Chinese)

## BOOKS AND CHAPTERS

- Fry, M. J., & Yang, M. (2013). Using OR to overcome challenges in implementing new voting technologies. *Wiley Encyclopedia of Operations Research and Management Science*, pp. 1-8.

- Jing, S., Wang, S., & Yang, M. (2013). *Process capability analyses.* Tsinghua University Press, Beijing, China (in Chinese)

- **Liu J., Chen X., & Yang, M. (2005),** *Advanced Cases for Excel 2003/XP*, Jilin Electron Press, Changchun, China (in Chinese).

- **Liu J., Yang, M., & Chen X. (2005),** *Tips for Excel 2003/XP*, Yanbian Education Press, Yanji, China (in Chinese)

## PRESENTATIONS

- Wang, X., Yang, M., and Fry, M., "A Scenario Robust Optimization Model to Stockpile Strategic Relief Supplies for Natural Disasters," POMS Annual Meeting, Seattle, May 2017.

- Incentive Scheme For Diabetes Patients To Take A1c Test Quarterly, INFORMS Annual Meeting, Nashville, Tennessee. November 2016, with Kumar, S. and Bekx, P.

- A Robust Model to Preposition Relief Supplies, POMS Annual Meeting, Orlando, May 2016, with X. Wang

- Multiple Resource Type Straddling a Standard with Applications in Election Resource Allocation, INFORMS Annual Meeting, Philadelphia, Nov 2015, with T.T. Allen

- Convergent Algorithms for Satisfying Standards with Election System, INFORMS Annual Meeting, San Francisco, Nov 2014, with T.T. Allen

- Feasible Allocation thru Iterative Relaxations with Election Systems, INFORMS Annual Meeting, San Francisco, Nov 2014, with T.T. Allen

- Managing Tele-ICUs: A Service Factory for the Critically Ill, POMS Annual Meeting 2014, Atlanta, May 2014, with M. Fry and C. Scurlock

- Modeling Business Value of Global Planning at 3M Company, INFORMS Annual Meeting 2013, Minneapolis, Oct 2013, with S. Kumar and D. Strike

- The ICU Will See You Now: Efficient-Equitable Admission Policies, INFORMS Annual Meeting 2013, Minneapolis, Oct 2013, with M. Fry and C. Scurlock

- Operations Improvement for Tele-ICUs, POMS 24th Annual Conference, 2013, Denver, Colorado, 5/3013, with M. Fry and C. Scurlock

- Building Flexibility in US Healthcare Delivery through Medical Tourism, INFORMS Annual Meeting 2012, Phoenix, AZ, 10/2012, with S. Kumar

- Robust Voting Machine Allocations, INFORMS Annual Meeting 2012, Phoenix, AZ, 10/2012, with X. Wang and N. Xu

- The ICU Will See You Now: Efficient–Equitable Admission Control Policies for a Surgical ICU with Batch Arrival, 23rd Annual POM Conference, Chicago, IL, April 2012

- Efficient-Equitable Allocation Policies for the Voting Systems, 23rd Annual POM Conference, Chicago, IL, April 2012.

- Who is the Next Patient in ICU? INFORMS 2011 Annual Meeting at Charlotte, NC, November 2011, with Yang, M. Fry, M. Scurlock, C.

- Using OR to Improve Voting Operations, INFORMS 2011 Annual Meeting at Charlotte, NC, November 2011

## PRESS COVERAGE

- Experts predict long lines for some on Election Day in Maricopa County, R.L. Sanders, *The Republic | azcentral.com*, October 2016.

- Featured in the article Improving the Efficiency of ICU Admission Decisions by Cooke CR in *Critical Care Medicine*, 2013

- Are all voters allowed equal access given ballot length diversity? *IE Industrial Engineer*, Jun 2013.

- Voting-machine-allocation method could reduce voters' wait time by 36 percent, *Science News Daily*, 2010

- Featured in *Portfolio*, the annual alumni magazine of College of Business at University of Cincinnati, 2010

**HONORS & AWARDS**

- The Susan E. Heckler Research Excellence Award, University of St. Thomas, 2015

- OCB Summer Research Grant, University of St. Thomas, 2012-2016

- 2nd place, INFORMS Public Sector OR Best Paper Competition, 2011

**SERVICES & AFFILIATIONS**

- Expert witness in recent cases related to voting issues.

- Junior Vice President of Programs, INFORMS Public Sector OR, 2020

- VP of Communications, INFORMS Public Sector OR, 2018-2019

- Chair, 2016 INFORMS Public Sector OR Best Paper Competition

- Reviewers for *MSOM*, *Decision Sciences Journal*, *OMEGA*, *Journal of Manufacturing Systems, Information Systems and Operational Research*, and *International Journal of Production Economics, Simulation Modelling Practice and Theory, Information Systems and Operational Research, etc.*

- The Institute for Operations Research and the Management Sciences (INFORMS)

- Production and Operations Management Society (POMS)

- Election Verification Network (EVN)