IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:20-CV-03263-MLB |

## NOTICE OF FILING VOTING EQUIPMENT ALLOCATION INFORMATION

Pursuant to the Court's Order [Doc. 125] directing Defendant Gwinnett County to file information relating to voting equipment allocation by the county ahead of the November 3, 2020 general election, including information about how such allocations compare to those made for the June, 9, 2020 primary elections, Defendant Gwinnett County submits this Notice of Filing along with the following attachments, which have already been provided to counsel for the Plaintiffs via electronic mail:

- 1 -

1. A Microsoft Excel spreadsheet containing the Gwinnett County voting equipment allocation for the November 2, 2020 general election, broken down by precinct, including the number of BMDs and poll pads (attached as Exhibit A);

2. A Microsoft Excel spreadsheet containing the Gwinnett County voting equipment allocation for the June 9, 2020 primary election, broken down by precinct, including the number of BMDs and poll pads (attached as Exhibit B); and

3. A PDF containing the number of active voters in Gwinnett County by precinct (attached as Exhibit C).

Respectfully submitted this 2nd day of October, 2020.

/s/ *Bryan F. Jacoutot*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770.434.6868 (telephone)

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF FILING VOTING EQUIPMENT ALLOCATION INFORMATION has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan F. Jacoutot*
Bryan F. Jacoutot