# EXHIBIT A

| Precinct # | Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|---|
| 001 | Harbins Elementary (GCPS) | HARBINS A | 3 | 24 | 2 |
| 002 | Annistown Elementary (GCPS) | ROCKBRIDGE A | 3 | 14 | 2 |
| 003 | Hebron Baptist Church | DACULA | 3 | 18 | 2 |
| 004 | Suwanee Branch GC Public Library | SUWANEE A | 2 | 7 | 1 |
| 005 | Faith Community Church | BAYCREEK A | 3 | 10 | 1 |
| 006 | McKendree UMC | GOODWINS A | 3 | 13 | 2 |
| 007 | Duluth City Hall | DULUTH A | 3 | 18 | 2 |
| 008 | Frank Osborne Middle School | DUNCANS A | 3 | 16 | 2 |
| 009 | Bogan Park Community Center (GC Park) | PUCKETTS A | 3 | 19 | 2 |
| 010 | Snellville UMC | CATES A | 2 | 9 | 1 |
| 011 | First Baptist Church of Lilburn | BERKSHIRE A | 2 | 10 | 1 |
| 012 | Lucky Shoals Park Community Recreation Center | BERKSHIRE B | 3 | 18 | 2 |
| 013 | Hamilton Mill UMC | DUNCANS C | 3 | 12 | 1 |
| 014 | Mountain Park Depot (GC Park) | GARNERS A | 3 | 14 | 2 |
| 015 | Lawrenceville First Baptist Church | LAWRENCEVILLE A | 2 | 14 | 2 |
| 016 | Gwinnett County Fairgrounds | LAWRENCEVILLE B | 3 | 20 | 2 |
| 017 | Gwinnett School of Mathematics, Science & Technology (GCPS) | MARTINS A | 3 | 13 | 2 |
| 018 | New Hope Christian Church | MARTINS B | 3 | 12 | 1 |
| 019 | Bethesda UMC | MARTINS C | 2 | 10 | 1 |
| 020 | Summerour Middle (GCPS) | PINCKNEYVILLE A | 3 | 11 | 1 |
| 021 | Rockbridge Elementary (GCPS) | PINCKNEYVILLE B | 3 | 14 | 2 |
| 022 | Peachtree Corners Presbyterian Church | PINCKNEYVILLE C | 2 | 8 | 1 |
| 023 | Meadowcreek Elementary (GCPS) | PINCKNEYVILLE D | 2 | 9 | 1 |
| 024 | Buford City Hall | SUGAR HILL A | 3 | 18 | 2 |
| 025 | Sugar Hill Church | SUGAR HILL B | 3 | 19 | 2 |
| 026 | Rock Springs UMC | HOG MOUNTAIN A | 3 | 19 | 2 |
| 027 | Prospect UMC | HOG MOUNTAIN B | 3 | 18 | 2 |
| 028 | Union Grove Baptist Church | ROCKYCREEK A | 3 | 19 | 2 |
| 029 | Five Forks Library | CATES B | 2 | 6 | 1 |
| 030 | Britt Elementary (GCPS) | CATES C | 2 | 11 | 1 |
| 031 | Woodward Mill Elementary (GCPS) | HOG MOUNTAIN D | 3 | 12 | 2 |
| 032 | New Mercies Christian Church | BERKSHIRE D | 3 | 11 | 1 |

| Precinct # | Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|---|
| 033 | Arcado Elementary (GCPS) | BERKSHIRE E | 2 | 8 | 1 |
| 034 | Lilburn Christian Church | BERKSHIRE F | 2 | 9 | 1 |
| 035 | Berean Baptist Church | CATES D | 3 | 14 | 2 |
| 036 | Trinity Lutheran Church | CATES E | 3 | 11 | 1 |
| 037 | Winters Chapel United Methodist Church | PINCKNEYVILLE E | 2 | 9 | 1 |
| 038 | Best Friend Park (GC Park) | PINCKNEYVILLE F | 2 | 10 | 1 |
| 039 | Hamilton Mill Christian Church | DUNCANS D | 3 | 24 | 2 |
| 040 | Pinckneyville Community Center (GC Park) | PINCKNEYVILLE H | 3 | 18 | 2 |
| 041 | Peachcrest Christian Church | BAYCREEK B | 3 | 21 | 2 |
| 042 | Dyer Elementary School (GCPS) | LAWRENCEVILLE C | 3 | 12 | 1 |
| 043 | Sweetwater Middle (GCPS) | MARTINS D | 2 | 9 | 1 |
| 044 | Centerville Elementary (GCPS) | ROCKBRIDGE B | 3 | 14 | 2 |
| 045 | Shiloh Elementary (GCPS) | GARNERS B | 3 | 12 | 2 |
| 046 | Forrest Hills @ Mountain View | CATES F | 2 | 7 | 1 |
| 047 | Cannon UMC | CATES G | 3 | 11 | 1 |
| 048 | Mason Elementary (GCPS) | DULUTH B | 3 | 14 | 2 |
| 049 | Lucerne Baptist Church | GARNERS C | 2 | 8 | 1 |
| 050 | Beaver Ridge Elementary (GCPS) | PINCKNEYVILLE I | 2 | 11 | 1 |
| 051 | Iglesia Metropolitana Seventh Day Adventist | PINCKNEYVILLE J | 2 | 10 | 1 |
| 052 | Mountain Park First Baptist Church | BERKSHIRE G | 2 | 9 | 1 |
| 053 | T.W. Briscoe Park Main Building (Snellville Park) | CATES H | 3 | 16 | 2 |
| 054 | New Prospect UMC | SUGAR HILL C | 3 | 18 | 2 |
| 055 | Lanier Middle School | SUGAR HILL D | 3 | 16 | 2 |
| 056 | Duluth Festival Center | DULUTH C | 2 | 9 | 1 |
| 057 | BB Harris Elementary (GCPS) | DULUTH D | 3 | 19 | 2 |
| 058 | Saint Mary of Egypt Orthodox Church | PINCKNEYVILLE K | 3 | 16 | 2 |
| 059 | Landmark Church | PINCKNEYVILLE N | 3 | 15 | 2 |
| 060 | Rhodes Jordan Community Center (GC Park) | LAWRENCEVILLE D | 3 | 19 | 2 |
| 061 | Lawrenceville First UMC | LAWRENCEVILLE E | 2 | 9 | 1 |
| 062 | Peachtree Corners Baptist Church | PINCKNEYVILLE L | 3 | 9 | 1 |
| 063 | Simpson Elementary (GCPS) | PINCKNEYVILLE M | 3 | 10 | 1 |
| 064 | Voices of Faith | GARNERS D | 3 | 13 | 2 |

| Precinct # | Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|---|
| 065 | Calvary Baptist Church | BERKSHIRE H | 2 | 8 | 1 |
| 066 | Atlanta Chinese Christian Church | PINCKNEYVILLE O | 3 | 14 | 2 |
| 067 | Patrick Elementary (GCPS) | PUCKETTS E | 3 | 19 | 2 |
| 068 | Oak Road Lutheran Church | CATES I | 3 | 13 | 2 |
| 069 | Good Shepherd Presbyterian Church | CATES J | 3 | 13 | 2 |
| 070 | Collins Hill Library | GOODWINS B | 3 | 14 | 2 |
| 071 | Mount Vernon Baptist Church | LAWRENCEVILLE F | 3 | 15 | 2 |
| 072 | Ferguson Elementary (GCPS) | MARTINS E | 3 | 23 | 2 |
| 073 | Peachtree Corners Christian Church | PINCKNEYVILLE P | 2 | 9 | 1 |
| 074 | Beaver Ruin Road Baptist Church | PINCKNEYVILLE Q | 2 | 8 | 1 |
| 075 | Zoar United Methodist Church | ROCKBRIDGE C | 3 | 19 | 2 |
| 076 | Evangel Community Church | ROCKBRIDGE D | 3 | 14 | 2 |
| 077 | Gwinnett Church of Christ | GOODWINS C | 3 | 20 | 2 |
| 078 | Grayson United Methodist Church | BAYCREEK K | 3 | 14 | 2 |
| 079 | Gwinnett Community Church | CATES K | 2 | 11 | 1 |
| 080 | Grace-New Hope Church | BAYCREEK C | 3 | 22 | 2 |
| 081 | Westminster Presbyterian Church | CATES L | 3 | 16 | 2 |
| 082 | Pleasant Hill Presbyterian Church | DULUTH E | 3 | 18 | 2 |
| 083 | Richland Homeowners Clubhouse | GOODWINS D | 3 | 17 | 2 |
| 084 | First Christian Church | LAWRENCEVILLE G | 3 | 12 | 2 |
| 085 | Creekland Middle (GCPS) | LAWRENCEVILLE H | 3 | 17 | 2 |
| 086 | Corley Elementary (GCPS) | MARTINS F | 2 | 10 | 1 |
| 087 | Saint Patrick's Catholic Church | PINCKNEYVILLE S | 3 | 13 | 2 |
| 088 | Bethany Baptist Church | ROCKBRIDGE E | 3 | 18 | 2 |
| 089 | Lanier High School (GCPS) | SUGAR HILL E | 3 | 14 | 2 |
| 090 | C3 Church | LAWRENCEVILLE I | 3 | 13 | 2 |
| 091 | First Baptist Church of Grayson | BAYCREEK D | 3 | 18 | 2 |
| 092 | Harvest Community Church of the Nazarene | BERKSHIRE J | 3 | 11 | 1 |
| 093 | Craig Elementary (GCPS) | CATES M | 3 | 16 | 2 |
| 094 | Pharr Elementary (GCPS) | CATES N | 2 | 10 | 1 |
| 095 | Infinite Energy Center | DULUTH F | 3 | 22 | 2 |
| 096 | Bunten Road Park (Duluth City Park) | DULUTH G | 2 | 12 | 1 |

| Precinct # | Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|---|
| 097 | Jackson Elementary (GCPS) | GOODWINS E | 3 | 21 | 2 |
| 098 | Walnut Grove Elementary (GCPS) | GOODWINS F | 3 | 12 | 2 |
| 099 | First Chinese Baptist Church - Atlanta | PINCKNEYVILLE T | 3 | 12 | 2 |
| 100 | George Pierce Park (GC Park) | SUWANEE B | 3 | 16 | 2 |
| 101 | Winters Chapel Baptist Church | PINCKNEYVILLE U | 2 | 8 | 1 |
| 102 | Harmony Elementary (GCPS) | PUCKETTS B | 3 | 12 | 1 |
| 103 | The NETT at BERKMAR | BERKSHIRE L | 3 | 13 | 2 |
| 104 | Lenora Park Gym (GC Park) | ROCKBRIDGE F | 3 | 21 | 2 |
| 105 | Sugar Hill Elementary (GCPS) | SUGAR HILL F | 3 | 16 | 2 |
| 106 | Suwanee Service Center (GCPS) | SUWANEE C | 3 | 21 | 2 |
| 107 | Five Forks Middle (GCPS) | CATES O | 2 | 6 | 1 |
| 108 | South Gwinnett Baptist Church | BAYCREEK E | 3 | 12 | 2 |
| 109 | Killian Hill Baptist/Christian School | BERKSHIRE M | 2 | 7 | 1 |
| 110 | Galilean Baptist Church | MARTINS G | 2 | 9 | 1 |
| 111 | Chattahoochee Elementary (GCPS) | DULUTH H | 2 | 11 | 1 |
| 112 | Mountain Park Activity Building (GC Park) | BERKSHIRE N | 3 | 12 | 1 |
| 113 | Rock Bridge Baptist Church of Nocross Inc | PINCKNEYVILLE V | 2 | 7 | 1 |
| 114 | Hopewell Baptist Church | PINCKNEYVILLE W | 3 | 17 | 2 |
| 115 | Bethesda Elementary (GCPS) | MARTINS H | 3 | 18 | 2 |
| 116 | Amazing Grace Lutheran Church | MARTINS I | 3 | 16 | 2 |
| 117 | Kanoheda Elementary (GCPS) | MARTINS J | 3 | 16 | 2 |
| 118 | Mountain Park United Methodist Church | GARNERS F | 2 | 7 | 1 |
| 119 | Knight Elementary School (GCPS) | BERKSHIRE O | 2 | 10 | 1 |
| 120 | Berkmar Middle School (GCPS) | BERKSHIRE P | 2 | 6 | 1 |
| 121 | Norcross High School | PINCKNEYVILLE X | 3 | 13 | 2 |
| 122 | Anderson-Livsey Elementary (GCPS) | ROCKBRIDGE G | 3 | 20 | 2 |
| 123 | Iglesia Bautista Nueva Jerusalem | PINCKNEYVILLE Y | 3 | 13 | 2 |
| 124 | Christ the Lord Lutheran Church | GOODWINS G | 3 | 11 | 1 |
| 125 | Jones Bridge Park/Good Age Building (GC Park) | PINCKNEYVILLE Z | 2 | 7 | 1 |
| 126 | Peachtree Elementary (GCPS) | PINCKNEYVILLE A | 3 | 10 | 1 |
| 127 | Grafted Church | LAWRENCEVILLE J | 2 | 9 | 1 |
| 128 | Peachtree Road Baptist Church | GOODWINS H | 3 | 11 | 1 |

| Precinct # | Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|---|
| 129 | Duncan Creek Elementary (GCPS) | DUNCANS B | 3 | 18 | 2 |
| 130 | Riverside Elementary (GCPS) | SUWANEE D | 3 | 17 | 2 |
| 131 | Level Creek UMC - O'Rouke Family Life Center | SUWANEE E | 3 | 16 | 2 |
| 132 | Taylor Elementary (GCPS) | LAWRENCEVILLE K | 3 | 13 | 2 |
| 133 | Dacula Park Activity Building (GC Park) | HARBINS B | 3 | 18 | 2 |
| 134 | Chestnut Grove Baptist Church | BAYCREEK F | 3 | 18 | 2 |
| 135 | Ivy Creek Elementary (GCPS) | PUCKETTS C | 3 | 13 | 2 |
| 136 | North Metro First Baptist Church | HOG MOUNTAIN C | 3 | 16 | 2 |
| 137 | Fort Daniel Elementary School (GCPS) | ROCKYCREEK B | 3 | 19 | 2 |
| 138 | Hull Middle School (GCPS) | DULUTH I | 3 | 19 | 2 |
| 139 | Saint Marguerite D'Youville Catholic Church | MARTINS K | 3 | 18 | 2 |
| 140 | North Gwinnett Church | SUWANEE H | 3 | 15 | 2 |
| 141 | Sycamore Elementary School | SUGAR HILL G | 3 | 11 | 1 |
| 142 | Suwanee Full Gospel Church | SUWANEE F | 3 | 15 | 2 |
| 143 | Sunrise Baptist Church | LAWRENCEVILLE L | 3 | 18 | 2 |
| 144 | Gwinnett Co Dept of Water Resources | LAWRENCEVILLE M | 3 | 24 | 2 |
| 145 | Gracepointe Church of the Nazarene | BAYCREEK G | 3 | 21 | 2 |
| 146 | W.J. Cooper Elementary School | BAYCREEK H | 3 | 23 | 2 |
| 147 | Cornerstone Baptist Church | BAYCREEK I | 3 | 21 | 2 |
| 148 | Saint Stephen the Martyr Catholic Church | BERKSHIRE Q | 2 | 7 | 1 |
| 149 | Gwinnett Christian Life Assembly of God | GOODWINS I | 3 | 10 | 1 |
| 150 | Shorty Howell Park Activity Building (GC Park) | DULUTH K | 2 | 11 | 1 |
| 151 | Ebenezer Baptist Church | HARBINS C | 3 | 11 | 1 |
| 152 | Grace Baptist Church | ROCKYCREEK C | 3 | 17 | 2 |
| 153 | Central Baptist Church | LAWRENCEVILLE N | 2 | 10 | 1 |
| 154 | Pucketts Mill Elementary School (GCPS) | PUCKETTS D | 3 | 14 | 2 |
| 155 | Epiphany Lutheran Church | SUWANEE G | 3 | 14 | 2 |
| 156 | Community of Grace Lutheran Church | BAYCREEK J | 3 | 14 | 2 |