# EXHIBIT B

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| HARBINS A | 001 | Harbins Elementary (GCPS) | 3550 New Hope Road | Dacula GA 30019 | 14 |
| ROCKBRIDGE A | 002 | Annistown Elementary (GCPS) | 3150 Spain Road | Snellville GA 30039 | 8 |
| DACULA | 003 | Hebron Baptist Church | 202 Hebron Church Road NE | Dacula GA 30019 | 9 |
| SUWANEE A | 004 | Suwanee Branch GC Public Library | 361 Main Street | Suwanee GA 30024 | 5 |
| BAYCREEK A | 005 | Faith Community Church | 800 Grayson Parkway | Grayson GA 30017 | 5 |
| GOODWINS A | 006 | McKendree UMC | 1570 Lawrenceville Suwanee Road | Lawrenceville GA 30043 | 8 |
| DULUTH A | 007 | Duluth City Hall | 3167 Main Street NW | Duluth GA 30096 | 10 |
| DUNCANS A | 008 | Frank Osborne Middle School | 4404 Braselton Highway | Hoschton GA 30548 | 9 |
| PUCKETTS A | 009 | Bogan Park Community Center (GC Park) | 2723 N Bogan Road | Buford GA 30519 | 11 |
| CATES A | 010 | Snellville UMC | 2428 Main Street East | Snellville GA 30078 | 5 |
| BERKSHIRE A | 011 | First Baptist Church of Lilburn | 285 Main Street | Lilburn GA 30047 | 5 |
| BERKSHIRE B | 012 | Lucky Shoals Park Community Recreation Center | 4651 Britt Road | Norcross GA 30093 | 11 |
| DUNCANS C | 013 | Hamilton Mill UMC | 1450 Pine Road | Dacula GA 30019 | 6 |
| GARNERS A | 014 | Mountain Park Depot (GC Park) | 5050 Five Forks Trickum Road | Lilburn GA 30047 | 7 |
| LAWRENCEVILLE A | 015 | Lawrenceville First Baptist Church | 165 Clayton Street | Lawrenceville GA 30046 | 7 |
| LAWRENCEVILLE B | 016 | Gwinnett County Fairgrounds | 2405 Sugarloaf Parkway | Lawrenceville GA 30045 | 10 |
| MARTINS A | 017 | Technology (GCPS) | 970 McElvaney Lane | Lawrenceville GA 30044 | 7 |
| MARTINS B | 018 | New Hope Christian Church | 1982 Old Norcross Road | Lawrenceville GA 30044 | 6 |
| MARTINS C | 019 | Bethesda UMC | 444 Bethesda Church Road | Lawrenceville GA 30044 | 5 |
| PINCKNEYVILLE A | 020 | Summerour Middle (GCPS) | 321 Price Place | Norcross GA 30071 | 6 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| PINCKNEYVILLE B | 021 | Rockbridge Elementary (GCPS) | 6066 Rockbridge School Road | Norcross GA 30093 | 7 |
| PINCKNEYVILLE C | 022 | Peachtree Corners Presbyterian Church | 5918 Spalding Drive NW | Norcross GA 30093 | 5 |
| PINCKNEYVILLE D | 023 | Meadowcreek Elementary (GCPS) | 5025 Georgia Belle Court | Norcross GA 30093 | 5 |
| SUGAR HILL A | 024 | Buford City Hall | 2300 Buford Highway | Buford GA 30518 | 9 |
| SUGAR HILL B | 025 | Sugar Hill Church | 5091 Nelson Brogdon Blvd (Hwy 20) | Sugar Hill GA 30518 | 11 |
| HOG MOUNTAIN A | 026 | Rock Springs UMC | 1100 Rock Springs Road | Lawrenceville GA 30043 | 10 |
| HOG MOUNTAIN B | 027 | Prospect UMC | 1549 Prospect Road | Lawrenceville GA 30043 | 9 |
| ROCKYCREEK A | 028 | Union Grove Baptist Church | 4080 Fence Road | Auburn GA 30011 | 11 |
| CATES B | 029 | Five Forks Library | 2780 Five Forks Trickum Road | Lawrenceville GA 30044 | 5 |
| CATES C | 030 | Britt Elementary (GCPS) | 2503 Skyland Drive | Snellville GA 30078 | 6 |
| HOG MOUNTAIN D | 031 | Woodward Mill Elementary (GCPS) | 2020 Buford Drive | Lawrenceville GA 30043 | 6 |
| BERKSHIRE D | 032 | New Mercies Christian Church | 4000 Five Forks Trickum Rd | Lilburn GA 30047 | 6 |
| BERKSHIRE E | 033 | Arcado Elementary (GCPS) | 5150 Arcado Road SW | Lilburn GA 30047 | 5 |
| BERKSHIRE F | 034 | Lilburn Christian Church | 314 Arcado Road | Lilburn GA 30047 | 5 |
| CATES D | 035 | Berean Baptist Church | 1405 Hewatt Road | Lilburn GA 30047 | 7 |
| CATES E | 036 | Trinity Lutheran Church | 1826 Killian Hill Road | Lilburn GA 30047 | 6 |
| PINCKNEYVILLE E | 037 | Winters Chapel United Methodist Church | 5105 Winters Chapel Road | Atlanta, GA 30360 | 5 |
| PINCKNEYVILLE F | 038 | Best Friend Park (GC Park) | 6224 Jimmy Carter Blvd | Norcross GA 30071 | 5 |
| DUNCANS D | 039 | Hamilton Mill Christian Church | 3809 Sardis Church Road | Buford GA 30519 | 13 |
| PINCKNEYVILLE H | 040 | Pinckneyville Community Center (GC Park) | 4650 Peachtree Industrial Blvd | Norcross GA 30071 | 9 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| BAYCREEK B | 041 | Peachcrest Christian Church | 4100 Rosebud Road | Loganville GA 30052 | 11 |
| LAWRENCEVILLE C | 042 | Dyer Elementary School (GCPS) | 1707 Hurricane Shoals Road | Dacula GA 30019 | 6 |
| MARTINS D | 043 | Sweetwater Middle (GCPS) | 3500 Cruse Road | Lawrenceville GA 30044 | 5 |
| ROCKBRIDGE B | 044 | Centerville Elementary (GCPS) | 3115 Centerville Hwy | Snellville GA 30039 | 8 |
| GARNERS B | 045 | Shiloh Elementary (GCPS) | 2400 Ross Road | Snellville GA 30039 | 6 |
| CATES F | 046 | Forrest Hills @ Mountain View | 2849 Mountain View Road | Snellville GA 30078 | 5 |
| CATES G | 047 | Cannon UMC | 2424 Webb Gin House Road | Snellville GA 30078 | 5 |
| DULUTH B | 048 | Mason Elementary (GCPS) | 3030 Bunten Road | Duluth GA 30096 | 7 |
| GARNERS C | 049 | Lucerne Baptist Church | 4805 Stn Mtn Hwy (US78) | Lilburn GA 30047 | 5 |
| PINCKNEYVILLE I | 050 | Beaver Ridge Elementary (GCPS) | 1978 Beaver Ruin Road | Norcross GA 30071 | 5 |
| PINCKNEYVILLE J | 051 | Iglesia Metropolitana Seventh Day Adventist | 5990 Oakbrook Parkway | Norcross GA 30093 | 5 |
| BERKSHIRE G | 052 | Mountain Park First Baptist Church | 5485 Five Forks Trickum Road | Stone Mountain GA 30087 | 5 |
| CATES H | 053 | T.W. Briscoe Park Main Building (Snellville Park) | 2500 Sawyer Pkwy | Snellville GA 30078 | 8 |
| SUGAR HILL C | 054 | New Prospect UMC | 2018 Buford Dam Road | Buford GA 30518 | 10 |
| SUGAR HILL D | 055 | Lanier Middle School | 6482 Suwanee Dam Rd | Buford GA 30518 | 9 |
| DULUTH C | 056 | Duluth Festival Center | 3142 Hill Street | Duluth GA 30096 | 5 |
| DULUTH D | 057 | BB Harris Elementary (GCPS) | 3123 Claiborne Drive | Duluth GA 30096 | 10 |
| PINCKNEYVILLE K | 058 | Saint Mary of Egypt Orthodox Church | 925 Beaver Ruin Road | Norcross GA 30092 | 8 |
| PINCKNEYVILLE N | 059 | Landmark Church | 3737 Holcomb Bridge Road | Norcross GA 30092 | 8 |
| LAWRENCEVILLE D | 060 | Rhodes Jordan Community Center (GC Park) | 100 E Crogan Street | Lawrenceville GA 30046 | 10 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| LAWRENCEVILLE E | 061 | Lawrenceville First UMC | 395 W. Crogan Street | Lawrenceville GA 30046 | 5 |
| PINCKNEYVILLE L | 062 | Peachtree Corners Baptist Church | 4480 Peachtree Corners Circle | Norcross GA 30092 | 5 |
| PINCKNEYVILLE M | 063 | Simpson Elementary (GCPS) | 4525 E. Jones Bridge Road | Norcross GA 30092 | 5 |
| GARNERS D | 064 | Voices of Faith | 2500 Rockbridge Road | Stone Mountain GA 30087 | 7 |
| BERKSHIRE H | 065 | Calvary Baptist Church | 5255 Hwy 29 | Lilburn GA 30047 | 5 |
| PINCKNEYVILLE O | 066 | Atlanta Chinese Christian Church | 4434 Britt Road | Tucker GA 30084 | 7 |
| PUCKETTS E | 067 | Patrick Elementary (GCPS) | 2707 Kilgore Road | Buford GA 30519 | 11 |
| CATES I | 068 | Oak Road Lutheran Church | 1004 Oak Rd SW | Lilburn GA 30047-1827 | 7 |
| CATES J | 069 | Good Shepherd Presbyterian Church | 1400 Killian Hill Road | Lilburn GA 30047 | 7 |
| GOODWINS B | 070 | Collins Hill Library | 455 Camp Perrin Road | Lawrenceville GA 30043 | 8 |
| LAWRENCEVILLE F | 071 | Mount Vernon Baptist Church | 450 Rock House Road SE | Lawrenceville GA 30045 | 8 |
| MARTINS E | 072 | Ferguson Elementary (GCPS) | 1755 Centerview Drive | Duluth GA 30096 | 13 |
| PINCKNEYVILLE P | 073 | Peachtree Corners Christian Church | 6060 Spalding Drive | Norcross GA 30092 | 5 |
| PINCKNEYVILLE Q | 074 | Beaver Ruin Road Baptist Church | 1200 Beaver Ruin Road | Norcross GA 30093 | 5 |
| ROCKBRIDGE C | 075 | Zoar United Methodist Church | 3895 Zoar Church Road | Snellville GA 30039 | 10 |
| ROCKBRIDGE D | 076 | Evangel Community Church | 3857 Centerville-Rosebud Road | Snellville GA 30039 | 7 |
| GOODWINS C | 077 | Gwinnett Church of Christ | 1736 Sever Road | Lawrenceville GA 30043 | 11 |
| BAYCREEK K | 078 | Grayson United Methodist Church | 555 Grayson Pkwy | Grayson GA 30017 | 7 |
| CATES K | 079 | Gwinnett Community Church | 2516 Five Forks Trickum Rd | Lawrenceville GA 30044 | 5 |
| BAYCREEK C | 080 | Grace-New Hope Church | 1766 New Hope Rd | Lawrenceville GA 30045 | 12 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| CATES L | 081 | Westminster Presbyterian Church | 2208 E. Main Street | Snellville GA 30078 | 8 |
| DULUTH E | 082 | Pleasant Hill Presbyterian Church | 3700 Pleasant Hill Road | Duluth GA 30096 | 10 |
| GOODWINS D | 083 | Richland Homeowners Clubhouse | 2074 Quinton Place | Suwanee GA 30024 | 8 |
| LAWRENCEVILLE G | 084 | First Christian Church | 3495 Sugarloaf Pkwy | Lawrenceville GA 30044 | 6 |
| LAWRENCEVILLE H | 085 | Creekland Middle (GCPS) | 170 Russell Road | Lawrenceville GA 30044 | 8 |
| MARTINS F | 086 | Corley Elementary (GCPS) | 1331 Pleasant Hill Road | Lawrenceville GA 30044 | 5 |
| PINCKNEYVILLE S | 087 | Saint Patrick's Catholic Church | 2140 Beaver Ruin Road | Norcross GA 30071 | 7 |
| ROCKBRIDGE E | 088 | Bethany Baptist Church | 2306 Bethany Church Road | Snellville GA 30039 | 9 |
| SUGAR HILL E | 089 | Lanier High School (GCPS) | 918 Buford Hwy | Sugar Hill GA 30518 | 7 |
| LAWRENCEVILLE I | 090 | C3 Church | 1065 Walther Blvd | Lawrenceville GA 30043 | 7 |
| BAYCREEK D | 091 | First Baptist Church of Grayson | 2142 Loganville Hwy | Grayson GA 30017 | 9 |
| BERKSHIRE J | 092 | Harvest Community Church of the Nazarene | 701 Cole Drive | Lilburn GA 30047 | 5 |
| CATES M | 093 | Craig Elementary (GCPS) | 1075 Rocky Road | Lawrenceville GA 30044 | 8 |
| CATES N | 094 | Pharr Elementary (GCPS) | 1500 North Road | Snellville GA 30078 | 5 |
| DULUTH F | 095 | Infinite Energy Center | 6400 Sugarloaf Pkwy | Duluth GA 30097 | 12 |
| DULUTH G | 096 | Bunten Road Park (Duluth City Park) | 3180 Bunten Road | Duluth GA 30096 | 6 |
| GOODWINS E | 097 | Jackson Elementary (GCPS) | 1970 Sever Road | Lawrenceville GA 30043 | 10 |
| GOODWINS F | 098 | Walnut Grove Elementary (GCPS) | 75 Taylor Road | Suwanee GA 30024 | 6 |
| PINCKNEYVILLE T | 099 | First Chinese Baptist Church - Atlanta | 2525 Gravitt Road | Duluth GA 30096 | 6 |
| SUWANEE B | 100 | George Pierce Park (GC Park) | 55 Buford Hwy | Suwanee GA 30024 | 9 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| PINCKNEYVILLE U | 101 | Winters Chapel Baptist Church | 6625 Winters Chapel Road | Doraville GA 30360 | 5 |
| PUCKETTS B | 102 | Harmony Elementary (GCPS) | 3946 S. Bogan Road | Buford GA 30519 | 6 |
| BERKSHIRE L | 103 | The NETT at BERKMAR | 675 Pleasant Hill Road | Lilburn GA 30047 | 6 |
| ROCKBRIDGE F | 104 | Lenora Park Gym (GC Park) | 4515 Lenora Church Road | Snellville GA 30039 | 11 |
| SUGAR HILL F | 105 | Sugar Hill Elementary (GCPS) | 939 Level Creek Road | Buford GA 30518 | 8 |
| SUWANEE C | 106 | Suwanee Service Center (GCPS) | 670 Highway 23 NW | Suwanee GA 30024 | 11 |
| CATES O | 107 | Five Forks Middle (GCPS) | 3250 River Dr, SW | Lawrenceville GA 30044 | 5 |
| BAYCREEK E | 108 | South Gwinnett Baptist Church | 3400 Rosebud Road | Loganville GA 30052 | 6 |
| BERKSHIRE M | 109 | Killian Hill Baptist/Christian School | 151 Arcado Road | Lilburn GA 30047 | 5 |
| MARTINS G | 110 | Galilean Baptist Church | 1390 Monfort Road | Lawrenceville GA 30042 | 5 |
| DULUTH H | 111 | Chattahoochee Elementary (GCPS) | 2930 Albion Farm Road | Duluth GA 30097 | 6 |
| BERKSHIRE N | 112 | Mountain Park Activity Building (GC Park) | 1063 Rockbridge Road | Stone Mountain GA 30087 | 6 |
| PINCKNEYVILLE V | 113 | Rock Bridge Baptist Church of Nocross Inc | 1012 Rockbridge Road | Norcross GA 30093 | 5 |
| PINCKNEYVILLE W | 114 | Hopewell Baptist Church | 182 Hunter Street | Norcross GA 30071 | 8 |
| MARTINS H | 115 | Bethesda Elementary (GCPS) | 525 Bethesda School Road | Lawrenceville GA 30044 | 10 |
| MARTINS I | 116 | Amazing Grace Lutheran Church | 3305 Lawrenceville Hwy | Lawrenceville GA 30044 | 8 |
| MARTINS J | 117 | Kanoheda Elementary (GCPS) | 1025 Herrington Road | Lawrenceville GA 30044 | 8 |
| GARNERS F | 118 | Mountain Park United Methodist Church | 1405 Rockbridge Road | Stone Mountain GA 30087 | 5 |
| BERKSHIRE O | 119 | Knight Elementary School (GCPS) | 401 North River Dr | Lilburn GA 30047 | 5 |
| BERKSHIRE P | 120 | Berkmar Middle School (GCPS) | 4355 Lawrenceville Hwy | Lilburn GA 30047 | 5 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| PINCKNEYVILLE X | 121 | Norcross High School | 5300 Spalding Drive | Norcross GA 30092 | 7 |
| ROCKBRIDGE G | 122 | Anderson-Livsey Elementary (GCPS) | 4521 Centerville Hwy | Snellville GA 30039 | 11 |
| PINCKNEYVILLE Y | 123 | Iglesia Bautista Nueva Jerusalem | 5300 Williams Road | Norcross GA 30093 | 7 |
| GOODWINS G | 124 | Christ the Lord Lutheran Church | 1001 Duluth Hwy | Lawrenceville GA 30043 | 5 |
| PINCKNEYVILLE Z | 125 | Jones Bridge Park/Good Age Building (GC Park) | 4901 E Jones Bridge Road | Norcross GA 30092 | 5 |
| PINCKNEYVILLE A | 126 | Peachtree Elementary (GCPS) | 5995 Crooked Creek Road | Peachtree Corners GA 30092 | 5 |
| LAWRENCEVILLE J | 127 | Grafted Church | 2149 Five Forks Trickum Road | Lawrenceville GA 30044 | 5 |
| GOODWINS H | 128 | Peachtree Road Baptist Church | 142 Old Peachtree Road | Suwanee GA 30024 | 5 |
| DUNCANS B | 129 | Duncan Creek Elementary (GCPS) | 4500 Braselton Hwy | Hoschton GA 30548 | 10 |
| SUWANEE D | 130 | Riverside Elementary (GCPS) | 5445 Settles Bridge Road | Suwanee GA 30024 | 9 |
| SUWANEE E | 131 | Level Creek UMC - O'Rouke Family Life Center | 4844 Suwanee Dam Road | Suwanee GA 30024 | 8 |
| LAWRENCEVILLE K | 132 | Taylor Elementary (GCPS) | 600 Taylor School Drive | Lawrenceville GA 30043 | 6 |
| HARBINS B | 133 | Dacula Park Activity Building (GC Park) | 2735 Old Auburn Road | Dacula GA 30019 | 9 |
| BAYCREEK F | 134 | Chestnut Grove Baptist Church | 2299 Rosebud Road | Grayson GA 30017 | 9 |
| PUCKETTS C | 135 | Ivy Creek Elementary (GCPS) | 3443 Ridge Road | Buford GA 30519 | 6 |
| HOG MOUNTAIN C | 136 | North Metro First Baptist Church | 1026 Old Peachtree Road | Lawrenceville GA 30043 | 8 |
| ROCKYCREEK B | 137 | Fort Daniel Elementary School (GCPS) | 1725 Auburn Rd | Dacula GA 30019 | 10 |
| DULUTH I | 138 | Hull Middle School (GCPS) | 1950 Old Peachtree Road | Duluth GA 30097 | 10 |
| MARTINS K | 139 | Saint Marguerite D'Youville Catholic Church | 85 Gloster Road NW | Lawrenceville GA 30044 | 10 |
| SUWANEE H | 140 | North Gwinnett Church | 4973 West Price Road | Suwanee GA 30024 | 7 |

# BMD Deployment - June 9, 2020 General Primary

| PRECINCT | # | POLLING LOCATION | STREET ADDRESS | CITY, ZIP | # BMD Units |
|---|---|---|---|---|---|
| SUGAR HILL G | 141 | Sycamore Elementary School | 5695 Sycamore Road | Sugar Hill GA 30518 | 5 |
| SUWANEE F | 142 | Suwanee Full Gospel Church | 3268 Smithtown Road | Suwanee GA 30024 | 8 |
| LAWRENCEVILLE L | 143 | Sunrise Baptist Church | 3000 Sugarloaf Parkway | Lawrenceville GA 30045 | 9 |
| LAWRENCEVILLE M | 144 | Gwinnett Co Dept of Water Resources | 684 Winder Hwy | Lawrenceville GA 30045 | 14 |
| BAYCREEK G | 145 | Gracepointe Church of the Nazarene | 2900 Rosebud Road | Loganville GA 30052 | 12 |
| BAYCREEK H | 146 | W.J. Cooper Elementary School | 555 Ozora Rd | Loganville GA 30052 | 13 |
| BAYCREEK I | 147 | Cornerstone Baptist Church | 1400 Grayson Highway | Lawrenceville GA 30045 | 11 |
| BERKSHIRE Q | 148 | Saint Stephen the Martyr Catholic Church | 5373 Wydella Road | Lilburn GA 30047 | 5 |
| GOODWINS I | 149 | Gwinnett Christian Life Assembly of God | 1670 Sever Road | Lawrenceville GA 30043 | 5 |
| DULUTH K | 150 | Shorty Howell Park Activity Building (GC Park) | 2750 Pleasant Hill Road | Duluth GA 30096 | 6 |
| HARBINS C | 151 | Ebenezer Baptist Church | 2570 Harbins Road | Dacula GA 30019 | 5 |
| ROCKYCREEK C | 152 | Grace Baptist Church | 2980 Old Peachtree Road | Dacula GA 30019 | 9 |
| LAWRENCEVILLE N | 153 | Central Baptist Church | 250 Gwinnett Drive | Lawrenceville GA 30045 | 5 |
| PUCKETTS D | 154 | Pucketts Mill Elementary School (GCPS) | 2442 South Pucketts Mill Rd | Dacula GA 30019 | 7 |
| SUWANEE G | 155 | Epiphany Lutheran Church | 1350 Peachtree Industrial Blvd | Suwanee GA 30024 | 7 |
| BAYCREEK J | 156 | Community of Grace Lutheran Church | 1200 Athens Highway | Grayson GA 30017 | 9 |