# EXHIBIT

# 1

| COUNTY | PRECINCT NAME | COUNTY | PRECINCT ID | TOTAL VOTERS |
|---|---|---|---|---|
| | ALLGOOD ELEM | | AA Total | 2829 |
| | ASHFORD PARK ELEM | | AB Total | 2400 |
| | AUSTIN | | AD Total | 2516 |
| | AVONDALE | | AE Total | 2893 |
| | AUSTIN DRIVE | | AF Total | 2506 |
| | ASHFORD DUNWOODY ROAD | | AG Total | 2948 |
| | ASHFORD PARKSIDE | | AH Total | 3621 |
| | AVONDALE HIGH | | AI Total | 3145 |
| | BOULEVARD | | BB Total | 4649 |
| | BRIAR VISTA ELEM/JOHNSON ESTATES | | BC/JATotal | 4511 |
| | BRIARLAKE ELEM | | BD Total | 1735 |
| | BRIARWOOD | | BE Total | 2401 |
| | BROCKETT ELEM | | BF Total | 2690 |
| | BRIARCLIFF | | BG Total | 3067 |
| | BROCKETT | | BH Total | 2658 |
| | BROOKHAVEN | | BI Total | 3412 |
| | BROWN'S MILL ELEM | | BJ Total | 3812 |
| | BOULDERCREST ROAD | | BL Total | 1991 |
| | BETHUNE MIDDLE | | BM Total | 4805 |
| | BURGESS ELEM | | BR Total | 3453 |
| | COLUMBIA DRIVE | | CA Total | 2501 |
| | CANBY LANE ELEM | | CB Total | 1992 |
| | COLUMBIA ELEM | | CC Total | 1781 |
| | CEDAR GROVE ELEM | | CD Total | 4091 |
| | CHAMBLEE/CHAMBLEE 2 | | CE/CZ Total | 5316 |
| | CANDLER - MURPHEY CANDLER ELEM | | CF Total | 3674 |
| | CHAPEL HILL ELEM | | CG Total | 3332 |
| | CHESNUT ELEM | | CH Total | 2352 |
| | CLAIREMONT WEST | | CI Total | 3237 |
| | CLAIRMONT ROAD | | CJ Total | 3165 |
| | CLARKSTON | | CK Total | 3811 |
| | CLIFTON/MEADOWVIEW | | CL/ML Total | 5165 |
| | COLUMBIA MIDDLE | | CM Total | 2164 |
| | COAN RECREATION CENTER | | CN Total | 4151 |
| | CROSS KEYS HIGH/WOODWARD | | CO/WJ Total | 5332 |
| | CROSSROADS | | CP Total | 2884 |
| | CANDLER | | CQ Total | 3469 |
| | CEDAR GROVE MIDDLE | | CR Total | 1851 |
| | CEDAR GROVE SOUTH | | CS Total | 3933 |
| | COVINGTON/COVINGTON HWY | | CU/CT Total | 3339 |
| | CLAIREMONT EAST | | CV Total | 3191 |
| | CORALWOOD | | CW Total | 3143 |
| | CANDLER PARK | | CX Total | 3949 |
| | CLARKSTON COMMUNITY CENTER | | CY Total | 2455 |
| | DORAVILLE NORTH/SOUTH | | DA/DB Total | 4269 |

| | | |
|---|---|---|
| DRESDEN ELEM | DC Total | 5112 |
| DECATUR | DD Total | 1924 |
| DUNAIRE ELEM | DE Total | 2241 |
| DUNWOODY | DF Total | 2931 |
| DUNWOODY 2 | DG Total | 2024 |
| DRUID HILLS HIGH | DH Total | 2694 |
| DUNWOODY LIBRARY | DI Total | 2553 |
| EASTLAKE | EA Total | 4106 |
| EMBRY HILLS | EC Total | 1706 |
| EVANSDALE ELEM | EF Total | 3396 |
| EMORY SOUTH | EG Total | 3145 |
| EMORY ROAD | ER Total | 2038 |
| FAIRINGTON ELEM | FA Total | 5347 |
| FERNBANK ELEM | FB Total | 2121 |
| FLAT SHOALS ELEM | FC Total | 2373 |
| FLAT SHOALS PARKWAY | FE Total | 3413 |
| FLAT ROCK ELEM | FG Total | 3114 |
| FLAT SHOALS | FJ Total | 2619 |
| FLAKES MILL FIRE STATION | FK Total | 2094 |
| FLAT SHOALS LIBRARY | FL Total | 2770 |
| FREEDOM MIDDLE | FM Total | 3190 |
| GLENNWOOD | GA Total | 2652 |
| GLENHAVEN | GB Total | 1863 |
| GRESHAM ROAD | GC Total | 3570 |
| GEORGETOWN SQUARE | GD Total | 4058 |
| GLENWOOD ROAD | GF Total | 2277 |
| HAMBRICK ELEM | HA Total | 3718 |
| HAWTHORNE ELEM | HB Total | 3870 |
| HUNTLEY HILLS ELEM | HF Total | 3444 |
| HUGH HOWELL | HG Total | 1759 |
| HARRIS - NARVIE J. HARRIS ELEM | HH Total | 4000 |
| HARRIS-MARGARET HARRIS ED | HI Total | 1432 |
| IDLEWOOD ELEM | IA Total | 2421 |
| INDIAN CREEK | IB Total | 2299 |
| JOLLY ELEM | JB Total | 3624 |
| KELLEY LAKE ELEM | KA Total | 2979 |
| KINGSLEY ELEM | KB Total | 2457 |
| KELLEY CHAPEL ROAD | KC Total | 1331 |
| KNOLLWOOD | KE Total | 2517 |
| KITTREDGE ELEM | KG Total | 2149 |
| LAKESIDE HIGH | LA Total | 3185 |
| LAVISTA ROAD | LB Total | 2185 |
| LAVISTA | LC Total | 3151 |
| LITHONIA | LD Total | 1724 |
| LIN-MARY LIN ELEM | LE Total | 2936 |
| LITHONIA HIGH | LH Total | 3570 |
| LIVSEY ELEM | LV Total | 1344 |

| | | |
|---|---|---|
| MILLER-ELDRIDGE L. MILLER ELEM | MA Total | 3432 |
| MCNAIR HIGH | MB Total | 4108 |
| MARBUT ELEM | MC Total | 4177 |
| MCLENDON | ME Total | 3572 |
| MCWILLIAMS/MILLER GROVE | MF/MI Total | 7225 |
| MEDLOCK | MG Total | 2179 |
| MIDVALE ELEM | MH Total | 2723 |
| MONTCLAIR ELEM | MJ Total | 2168 |
| MONTREAL | MK Total | 2541 |
| MEMORIAL SOUTH | MN Total | 3089 |
| MCNAIR ACADEMY/MCNAIR | MP/MD Total | 4644 |
| MOUNT VERNON EAST | MQ Total | 2632 |
| MATHIS - BOB MATHIS ELEM | MR Total | 2790 |
| MOUNT VERNON WEST | MS Total | 2269 |
| METROPOLITAN | MT Total | 3355 |
| MONTGOMERY ELEM | MU Total | 2389 |
| MILLER GROVE ROAD | MV Total | 2139 |
| MIDVALE ROAD/HENDERSON MILL | MW/HC Total | 4906 |
| MILLER GROVE HIGH/ PANOLA ROAD | MZ/PR Total | 6283 |
| NORTH HAIRSTON | NC Total | 2297 |
| NORTHLAKE | ND Total | 1497 |
| NORTH PEACHTREE | NF Total | 1898 |
| OAK GROVE ELEM | OA Total | 2222 |
| OAKCLIFF ELEM | OB Total | 2102 |
| OAKHURST | OK Total | 2365 |
| OAK VIEW ELEM | OV Total | 4962 |
| PEACHCREST/MIDWAY | PA/MO Total | 5543 |
| PEACHTREE MIDDLE | PB Total | 3458 |
| PRINCETON ELEM | PC Total | 2350 |
| PINE LAKE | PE Total | 631 |
| PLEASANTDALE ROAD | PF Total | 4487 |
| PONCE DE LEON | PG Total | 3596 |
| PANOLA | PH Total | 1580 |
| PANOLA WAY ELEM | PI Total | 2224 |
| PINEY GROVE/TERRY MILL | PN/TA Total | 4793 |
| RAINBOW ELEM | RA Total | 3759 |
| REDAN ELEM | RC Total | 2992 |
| REHOBOTH | RD Total | 1806 |
| ROCKBRIDGE ELEM | RE Total | 3551 |
| ROCK CHAPEL ELEM | RF Total | 2868 |
| ROWLAND ELEM | RG Total | 3711 |
| REDAN-TROTTI LIBRARY | RH Total | 3941 |
| ROCKBRIDGE ROAD | RI Total | 3928 |
| ROWLAND ROAD | RJ Total | 2068 |
| REDAN ROAD | RK Total | 2906 |
| ROCK CHAPEL ROAD | RL Total | 4149 |
| REDAN MIDDLE | RM Total | 2484 |

| | | |
|---|---|---|
| SAGAMORE HILLS ELEM | SA Total | 2907 |
| SCOTT/NORTH DECATUR | SB/NB Total | 4869 |
| SHAW - ROBERT SHAW ELEM | SC Total | 2863 |
| STONE MOUNTAIN ELEM | SD Total | 2329 |
| SILVER LAKE | SE Total | 4919 |
| SKYLAND | SF Total | 2060 |
| SNAPFINGER ELEM | SG Total | 1878 |
| SMOKE RISE | SH Total | 2099 |
| STONE MOUNTAIN MIDDLE | SI Total | 3177 |
| STONE MILL ELEM | SJ Total | 3647 |
| SHADOW ROCK ELEM | SK Total | 4308 |
| STONEVIEW ELEM | SL Total | 1948 |
| SALEM MIDDLE | SM Total | 3495 |
| SOUTH DESHON | SO Total | 3447 |
| STONE MOUNTAIN CHAMPION/STONE MOUNTAIN | SP/SQ Total | 4771 |
| SNAPFINGER ROAD NORTH | SR Total | 2682 |
| SNAPFINGER ROAD SOUTH | SS Total | 1957 |
| STEPHENSON MIDDLE | ST Total | 3785 |
| SOUTH HAIRSTON | SU Total | 3799 |
| STEPHENSON HIGH | SV Total | 3539 |
| STONECREST LIBRARY | SW Total | 3650 |
| SNAPFINGER ROAD | SY Total | 4817 |
| TONEY ELEM | TC Total | 1710 |
| TUCKER LIBRARY | TF Total | 3491 |
| TILLY MILL ROAD | TG Total | 1539 |
| TUCKER | TH Total | 2909 |
| VALLEY BROOK/SHAMROCK | VB/SN Total | 2618 |
| WADSWORTH | WA Total | 3122 |
| WESLEY CHAPEL LIBRARY | WB Total | 2903 |
| WOODROW ROAD | WD Total | 3471 |
| WINNONA PARK | WF Total | 2009 |
| WOODRIDGE ELEM | WG Total | 3829 |
| WARREN TECH | WI Total | 1352 |
| WHITE OAK | WK Total | 2942 |
| WINTERS CHAPEL | WL Total | 1419 |
| WYNBROOKE ELEM | WN Total | 3457 |
| YOUNG ROAD | YA Total | 1932 |

540453