IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LUCILLE ANDERSON, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| VS. | * | Civil Action No. |
| | * | 1:20-CV-03263-MLB |
| | * | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board, et al., | * * * * * * | |
| | * | |
| Defendants. | * | |

## NOTICE OF FILING

Defendants Mike Kaplan, Henry Ficklin, Cassandra Powell, Rinda Wilson, and Herbert Spangler submit this Notice of Filing of the following attached documents:

1. Declaration of Jeanetta Watson;

2. Exhibit "A" to the Declaration of Jeanetta Watson (June 9, 2020 Voting Equipment and Poll Worker Allocation by Polling Location); and

3. Exhibit "B" to the Declaration of Jeanetta Watson (November 3, 2020 Voting Equipment and Poll Worker Allocation by Polling Location).

This 2nd day of October, 2020.

        /s/ William H. Noland
        WILLIAM H. NOLAND
        Georgia Bar No. 545605
        william@nolandlawfirmllc.com
        Attorney for Macon-Bibb County Defendants

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478) 621-4980 telephone
(478) 621-4982 facsimile

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements set forth in Local Rule 5.1, using Century Schoolbook font and 13-point type.

This 2nd day of October, 2020.

/s/ William H. Noland
WILLIAM H. NOLAND
Georgia Bar No. 545605
william@nolandlawfirmllc.com
Attorney for Macon-Bibb County
Defendants

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478) 621-4980 telephone
(478) 621-4982 facsimile

CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

This 2nd day of October, 2020.

/s/ William H. Noland
WILLIAM H. NOLAND
Georgia Bar No. 545605
william@nolandlawfirmllc.com
Attorney for Macon-Bibb County
Defendants

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478) 621-4980 telephone
(478) 621-4982 facsimile