ELECTION EQUIPMENT / POLLING PLACE / WORKSHEET
PRESIDENTIAL PREFERENCE PRIMARY, NONPARTISAN ELECTION AND PARTISAN PRIMARY moved to June 9 2020
REVISION 5-29 20

| PCT | LOCATION | VR TOTALS 3-23-2020 TOTALS | BMD's/PRT'S PREP YES | VAC | UPS | PB PREP | TAB | ATI | POLL WORKERS ASSIGNMENT |||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PM | AM | GTR | TABLE CLK | PRO CLK | TAB CLK | EXIT CLK | FLR CLK | TOTAL # OF PW's | EXP PW's |
| EM1 | RIVER EDGE (HEALTH DEPT) | 2169 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| EM2 | ST. MATTHEW BAPTIST CHURCH | 3933 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| EM3 | NORTHEAST HIGH SCHOOL | 3449 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| EM4 | NEW GRISWOLDVILLE BAPTIST CHURCH | 2233 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| EM5 | SWIFT CREEK BAPTIST CHURCH | 2468 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| GF1 | DR. ROBERT J. WILLIAMS COMPLEX | 6533 | 15 | 100 | 8 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 2 | 1 | 3 | 16 | 12 |
| GF2 | BEULAH BAPTIST CHURCH | 2183 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| GF3 | BEULAHLAND BIBLE CHURCH | 3281 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| GF4 | BRUCE ELEMENTARY SCHOOL | 2276 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| GF5 | HARVEST CATHEDRAL | 4743 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| HA1 | COVENANT LIFE CATHEDRAL | 3442 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| HA2 | LAKE WILDWOOD CLUB HOUSE | 4076 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| HA3 | MIDDLE GA STATE COLLEGE | 7063 | 12 | 100 | 5 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 2 | 1 | 3 | 16 | 12 |
| HA4 | NEW HEIGHTS BAPTIST CHURCH | 4513 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| HO1 | NORTHWAY CHURCH | 3407 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| HO2 | HOWARD COMMUNITY CENTER | 3262 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| HO3 | MABEL WHITE BAPTIST CHURCH | 6222 | 12 | 100 | 8 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 2 | 1 | 3 | 16 | 12 |
| HO4 | MACON WIMBISH RD 7TH DAY ADVENTIST | 1778 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| HO5 | FOREST HILLS UMC | 2256 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| HO6 | ST. FRANCIS EPISCOPAL CHURCH | 2139 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| HO7 | NORTHSIDE CHRISTIAN CHURCH | 2794 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| RU1 | MIKADO BAPTIST CHURCH | 5509 | 12 | 100 | 8 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 2 | 1 | 2 | 15 | 12 |
| RU2 | PORTERFIELD BAPTIST CHURCH | 3273 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| VV1 | BOARD OF EDUCATION WELCOME CENTER | 3533 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| VV2 | FIRST CHRISTIAN CHURCH | 2110 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| VV3 | GLORIOUS HOPE BAPTIST CHURCH | 3098 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |

| PCT | LOCATION | VR TOTALS 3-23-2020 TOTALS | BMD's/ PRT'S PREP | VAC | UPS | PB PREP | TAB | ATI | POLL WORKERS ASSIGNMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PM | AM | GTR | TABLE CLK | PRO CLK | TAB CLK | EXIT CLK | FLR CLK | TOTAL # OF PW's | EXP PW's |
| VV4 | GREATER BELLEVUE BAPTIST CHURCH | 4149 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 2 | 1 | 2 | 14 | 8 |
| VV5 | NORTHMINISTER PRESBYTERIAN CHURCH | 2312 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| VV6 | LUTHERAN CHURCH OF THE REDEEMER | 2943 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| WA1 | LIZELLA BAPTIST CHURCH | 2537 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| WA2 | MACON EVANGELISTIC CHURCH | 3104 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 13 | 8 |
| TOTALS | | 106788 | 321 | 1750 | 164 | 109 | 35 | 31 | 31 | 62 | 31 | 109 | 31 | 62 | 31 | 65 | 422 | 264 |

### ADDITIONAL UNITS / ADV VOTING

| | | |
|---|---|---|
| | BMD'S | 25 |
| | UPS | 13 |
| | POLL BOOKS | 10 |
| | ATI's | 2 |
| | TABULATORS | 3 |

### POLL WORKER TRAINING

| | | |
|---|---|---|
| | BMD'S | 5 |
| | UPS | 5 |
| | POLL BOOKS | 21 |
| | ATI's | 2 |
| | TABULATORS | 2 |