ELECTION EQUIPMENT / POLLING PLACE / WORKSHEET *(REVISED 9-21-20) ADDED ASST MGRS*
GENERAL AND SPECIAL ELECTION
NOVEMBER 3, 2020

| PCT | LOCATION | 8/31 TOTALS | BMD's | Cards | UPS | PB | TAB | ATI | PM | AM | GTR | TABLE CLK | PRO CLK | EXIT CLK | FLR CLK | TOTAL # OF PW's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EM1 | RIVER EDGE (HEALTH DEPT) | 2078 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| EM2 | ST. MATTHEW BAPTIST CHURCH | 3890 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| EM3 | NORTHEAST HIGH SCHOOL | 3393 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| EM4 | NEW GRISWOLDVILLE BAPTIST CHURCH | 2245 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| EM5 | SWIFT CREEK BAPTIST CHURCH | 2512 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| GF1 | DR. ROBERT J. WILLIAMS COMPLEX | 6175 | 12 | 100 | 8 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 1 | 4 | 15 |
| GF2 | BEULAH BAPTIST CHURCH | 2109 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| GF3 | BEULAHLAND BIBLE CHURCH | 3234 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| GF4 | BRUCE ELEMENTARY SCHOOL | 2170 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| GF5 | HARVEST CATHEDRAL | 4672 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| HA1 | COVENANT LIFE CATHEDRAL | 3277 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| HA2 | LAKE WILDWOOD CLUB HOUSE | 4069 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| HA3 | MIDDLE GA STATE COLLEGE | 6952 | 12 | 100 | 5 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 1 | 4 | 15 |
| HA4 | NEW HEIGHTS BAPTIST CHURCH | 4595 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| HO1 | NORTHWAY CHURCH | 3395 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| HO2 | HOWARD COMMUNITY CENTER | 3335 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| HO3 | MABEL WHITE BAPTIST CHURCH | 6202 | 12 | 100 | 8 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 1 | 4 | 15 |
| HO4 | MACON WIMBISH RD 7TH DAY ADVENTIST | 1692 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| HO5 | FOREST HILLS UMC | 2242 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| HO6 | ST. FRANCIS EPISCOPAL CHURCH | 2175 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| HO7 | NORTHSIDE CHRISTIAN CHURCH | 2838 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| RU1 | MIKADO BAPTIST CHURCH | 5586 | 12 | 100 | 8 | 5 | 2 | 1 | 1 | 2 | 1 | 5 | 1 | 1 | 4 | 15 |
| RU2 | PORTERFIELD BAPTIST CHURCH | 3327 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| VV1 | BOARD OF EDUCATION WELCOME CENTER | 3418 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| VV2 | FIRST CHRISTIAN CHURCH | 2003 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| VV3 | GLORIOUS HOPE BAPTIST CHURCH | 3067 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |

ELECTION EQUIPMENT / POLLING PLACE / WORKSHEET *(REVISED 9-21-20) ADDED ASST MGRS*
GENERAL AND SPECIAL ELECTION
NOVEMBER 3, 2020

| PCT | LOCATION | 8/31 TOTALS | BMD's | Cards | UPS | PB | TAB | ATI | PM | AM | GTR | TABLE CLK | PRO CLK | EXIT CLK | FLR CLK | TOTAL # OF PW's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VV4 | GREATER BELLEVUE BAPTIST CHURCH | 3996 | 10 | 50 | 5 | 4 | 1 | 1 | 1 | 2 | 1 | 4 | 1 | 1 | 1 | 11 |
| VV5 | NORTHMINISTER PRESBYTERIAN CHURCH | 2304 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| VV6 | LUTHERAN CHURCH OF THE REDEEMER | 2947 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| WA1 | LIZELLA BAPTIST CHURCH | 2563 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| WA2 | MACON EVANGELISTIC CHURCH | 3165 | 10 | 50 | 5 | 3 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 11 |
| TOTALS | | 105636 | 318 | 1750 | 164 | 108 | 35 | 31 | 31 | 62 | 31 | 108 | 31 | 31 | 63 | 357 |

**ADDITIONAL UNITS / ADV VOTING**

| | |
|---|---|
| | BMD'S |
| | UPS |
| | POLL BOOKS |
| | ATI's |
| | TABULATORS |

**POLL WORKER TRAINING**

| | |
|---|---|
| | BMD'S |
| | UPS |
| | POLL BOOKS |
| | ATI's |
| | TABULATORS |