IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:20-cv-03263-MLB |

## **CLAYTON COUNTY DEFENDANTS[1] NOTICE OF FILING**

Pursuant to the Court's October 2, 2020 Order (Doc. 125) and the hearing held on October 1, 2020, Clayton County Defendants file with the Court the following:

1. Current Clayton County Polling Place Voting Equipment Allocation Report attached hereto as Exhibit A; and

2. Worksheet for the ballot marking devices for the June 2020 primary attached hereto as Exhibit B.

---

[1] Clayton County Defendants are referred to herein as Defendants Carol Wesley, Dorothy Foster, Hall, Patricia Pullar, Darlene Johnson, and Diane Givens, in their official capacities as Members of the Clayton County Board of Elections and Registrations.

Clayton County Defendants have also provided this information to Plaintiffs via electronic mail in advance of this filing, per the Court's directive.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Clayton County Defendants

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing memorandum of law has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

This 2nd day of October, 2020.

FREEMAN MATHIS & GARY, LLP

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Telephone: 404-366-1000
Fax: 404-361-3223

# CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

This 2nd day of October, 2020.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)