| Polling Place Voting Equipment Allocation Report | | | | |
|---|---|---|---|---|
| County: | Clayton | | | |
| Submitted By: | Shauna Dozier | | | |
| Phone Number: | 770.477.4572 | | | |
| Email: | shauna.dozier@claytoncountyga.gov | | | |
| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
| Ex: Main Street Middle School | 1B, 2B, 3B | 5 | 30 | 1 |
| Ex: James D. Recreation Center | JAMES | 10 | 85 | 2 |
| Election and Registration Office | E&R Office | 5 | 16 | 3 |
| Carl Rhodenizer Rec Center | Carl Rhodenizer | 4 | 15 | 2 |
| Virginia Gray Rec Center | Virginia Gray | 4 | 15 | 2 |
| Morrow Municipal Complex | Morrow Muni | 4 | 15 | 2 |
| South Clayton Rec Center | South Clayton | 4 | 15 | 2 |
| Lee Headquarter Library | Lee Library | 4 | 15 | 2 |
| Utopian Academy for the Arts | EW1 | 2 | 13 | 1 |
| East Clayton Elementary School *NEW* | EW2 | 2 | 13 | 1 |
| Forest Park Middle School | FP1 | 2 | 16 | 1 |
| Huie Elementary School | FP2 | 2 | 12 | 1 |
| Fountain Elementary School | FP3 | 2 | 12 | 1 |
| Babb Middle School | FP4 | 2 | 7 | 1 |
| Living Faith Tabernacle | FP5 | 2 | 17 | 1 |
| Haynie Elementary School | FP6 | 2 | 6 | 1 |
| Pointe South Middle School | JB01 | 2 | 14 | 1 |
| Callaway Elementary School | JB02 | 2 | 18 | 1 |
| Lee Street Elementary School | JB03 | 2 | 17 | 1 |
| Kilpatrick Elementary School | JB04 | 2 | 11 | 1 |
| First Presbyterian Church of Jonesboro | JB05 | 2 | 8 | 1 |
| Roberts Middle School | JB06 | 2 | 10 | 1 |
| Mount Zion High School | JB07 | 2 | 13 | 1 |
| Mount Zion Elementary School | JB08 | 2 | 17 | 1 |
| S. Truett Cathy Professional Learning Center | JB09 | 2 | 7 | 1 |
| St. Philip Benizi Catholic Church | JB10 | 2 | 14 | 1 |
| Arnold Elementary School | JB11 | 2 | 16 | 1 |
| Fire Department Headquarters | JB12 | 2 | 13 | 1 |

EXHIBIT A

| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|
| Brown Elementary School | JB13 | 2 | 9 | 1 |
| Suder Elementary School | JB14 | 2 | 17 | 1 |
| William J Lee Library | JB15 | 2 | 12 | 1 |
| Kendrick Middle School | JB16 | 2 | 11 | 1 |
| Point South Elementary School | JB17 | 2 | 16 | 1 |
| Jackson Elementary School | JB18 | 2 | 14 | 1 |
| Mundy's Mill High School *NEW* | JB19 | 2 | 10 | 1 |
| Clayton State University - Arbor Hall | LC1 | 2 | 13 | 1 |
| Mundy's Mill Middle School | LJ1 | 2 | 16 | 1 |
| Lovejoy High School | LJ2 | 2 | 14 | 1 |
| Lovejoy Middle School | LJ3 | 2 | 11 | 1 |
| Kemp Elementary School | LJ4 | 2 | 17 | 1 |
| Hawthorne Elementary School | LJ5 | 2 | 14 | 1 |
| Eddie White Academy *NEW* | LJ6 | 2 | 11 | 1 |
| Lovejoy Community Center *NEW* | LJ7 | 2 | 11 | 1 |
| Anderson Elementary School | MO1 | 2 | 13 | 1 |
| Morrow Municipal Complex | MO2 | 2 | 8 | 1 |
| Travelers Rest Missionary Baptist Church | MO3 | 2 | 13 | 1 |
| First Christian Church of Morrow | MO4 | 2 | 9 | 1 |
| Adamson Middle School | MO5 | 2 | 12 | 1 |
| Christian Life Center Worldwide | MO6 | 2 | 13 | 1 |
| McGarrah Elementary School | MO7 | 2 | 9 | 1 |
| Roberta Smith Elemenatary School | MO8 | 2 | 13 | 1 |
| Mount Zion Primary School | MO9 | 2 | 6 | 1 |
| Now Faith Apostolic Church *NEW* | MO10 | 2 | 10 | 1 |
| Antioch East Baptist Church *NEW* | MO11 | 2 | 6 | 1 |
| North Clayton Middle School | OAK1 | 2 | 11 | 1 |
| North Clayton Senior High School | OAK2 | 2 | 8 | 1 |
| West Clayton Elementary School | OAK3 | 2 | 12 | 1 |
| Christian Fellowship Baptist Church | OAK4 | 2 | 17 | 1 |
| Martin L King Elementary *NEW* | OAK5 | 2 | 7 | 1 |
| River's Edge Elementary School | PH1 | 2 | 12 | 1 |
| New Hope United Methodist Church | PH2 | 2 | 14 | 1 |

| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|
| Oliver Elementary School | RD01 | 2 | 10 | 1 |
| Lake Ridge Elementary School | RD02 | 2 | 14 | 1 |
| Church Street Elementary School | RD03 | 2 | 15 | 1 |
| A.Harper Elementary School | RD04 | 2 | 18 | 1 |
| Riverdale Middle School | RD05 | 2 | 12 | 1 |
| Tara Elementary School | RD06 | 2 | 15 | 1 |
| Riverdale Elementary School | RD07 | 2 | 13 | 1 |
| Riverdale Christian Church | RD08 | 2 | 12 | 1 |
| Riverdale High School | RD09 | 2 | 11 | 1 |
| Riverdale United Methodist Church | RD10 | 2 | 14 | 1 |
| Fountain of Faith Missionary Baptist Church | RD11 | 2 | 8 | 1 |
| New Macedonia Baptist Church | RD12 | 2 | 12 | 1 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Polling Place Name | County Precinct | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners |
|---|---|---|---|---|
| | | | | |