| ED Precinct | BMDs | | Advanced Sites | |
|---|---|---|---|---|
| EW | 24 | | Main Office | 11 |
| FP1 | 13 | | Carl Rhodenizer | 5 |
| FP2 | 11 | | Virginia Gray | 5 |
| FP3 | 11 | | South Clayton | 5 |
| FP4 | 7 | | Lee Library | 5 |
| FP5 | 15 | | Morrow | 5 |
| FP6 | 6 | | | |
| JB1 | 19 | | | |
| JB2 | 17 | | | |
| JB3 | 16 | | | |
| JB4 | 10 | | | |
| JB5 | 8 | | | |
| JB6 | 10 | | | |
| JB7 | 12 | | | |
| JB8 | 15 | | | |
| JB9 | 7 | | | |
| JB10 | 13 | | | |
| JB11 | 15 | | | |
| JB12 | 12 | | | |
| JB13 | 8 | | | |
| JB14 | 16 | | | |
| JB15 | 11 | | | |
| JB16 | 10 | | | |
| JB17 | 19 | | | |
| JB18 | 13 | | | |
| LC | 12 | | | |
| LJ1 | 15 | | | |
| LJ2 | 13 | | | |
| LJ3 | 30 | | | |
| LJ4 | 16 | | | |

<u>EXHIBIT B</u>

| ED Precinct | BMDs |  |  |  |
|---|---|---|---|---|
| LJ5 | 13 |  |  |  |
| MO1 | 13 |  |  |  |
| MO2 | 8 |  |  |  |
| MO3 | 18 |  |  |  |
| MO4 | 8 |  |  |  |
| MO5 | 21 |  |  |  |
| MO6 | 11 |  |  |  |
| MO7 | 8 |  |  |  |
| MO8 | 12 |  |  |  |
| MO9 | 6 |  |  |  |
| OAK1 | 10 |  |  |  |
| OAK2 | 8 |  |  |  |
| OAK3 | 18 |  |  |  |
| OAK4 | 16 |  |  |  |
| PH1 | 11 |  |  |  |
| PH2 | 13 |  |  |  |
| RD1 | 9 |  |  |  |
| RD2 | 13 |  |  |  |
| RD3 | 14 |  |  |  |
| RD4 | 17 |  |  |  |
| RD5 | 12 |  |  |  |
| RD6 | 14 |  |  |  |
| RD7 | 11 |  |  |  |
| RD8 | 11 |  |  |  |
| RD9 | 10 |  |  |  |
| RD10 | 12 |  |  |  |
| RD11 | 7 |  |  |  |
| RD12 | 12 |  |  |  |