IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:20-CV-03263-MLB |

## NOTICE OF FILING OF VOTING EQUIPMENT ALLOCATION INFORMATION

Pursuant to the Court's Order [Doc. 125] directing the Douglas County Defendants ("Douglas County") to file information relating to voting equipment allocation by Douglas County ahead of the November 3, 2020 general election, including information about how such allocations compare to those made for the June, 9, 2020 primary elections, Douglas County submits this Notice of Filing along with the following attachments, which have already been timely provided to counsel for the Plaintiffs via electronic mail:

1. A PDF containing Douglas County's allocations for the June 9, 2020 primary election (attached as Exhibit A);

2. A PDF containing Douglas County's allocations by precinct for the upcoming November 2, 2020 general election (attached as Exhibit B);

3. A PDF containing the number of Douglas County voters per voting precinct (attached as Exhibit C);

4. A Microsoft Excel spreadsheet containing an initial analysis of previous and upcoming election data regarding allocations (attached as Exhibit D).

Respectfully submitted this 2nd day of October, 2020.

> */s/ Timothy M. Boughey*
> David A. Cole
> Georgia Bar No. 142383
> Timothy M. Boughey
> Georgia Bar No. 832112
> **FREEMAN MATHIS & GARY, LLP**
> 100 Galleria Parkway
> Suite 1600
> Atlanta, Georgia 30339
> (T) 770.818.0000
> (F) 770.937.9960
> (E) dcole@fmglaw.com
> tboughey@fmglaw.com
>
> *Counsel for the Douglas County Defendants*

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF FILING OF VOTING EQUIPMENT ALLOCATION INFORMATION has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

>*/s/ Timothy M. Boughey*
>David A. Cole
>Georgia Bar No. 142383
>Timothy M. Boughey
>Georgia Bar No. 832112
>**FREEMAN MATHIS & GARY, LLP**
>100 Galleria Parkway
>Suite 1600
>Atlanta, Georgia 30339
>(T) 770.818.0000
>(F) 770.937.9960
>(E) dcole@fmglaw.com
>tboughey@fmglaw.com
>
>*Counsel for the Douglas County Defendants*