# NUMBER OF MACHINES PER PRECINCT

June 9, 2020 General/Presidential Preference Primary

| PRECINCT | Precinct # | Scanners # | BMD'S | UPS'S | POLL PADS | ATI'S |
|---|---|---|---|---|---|---|
| Arbor Station Elementary School | 733 | 1 | 10 | 5 | 2 | 1 |
| Atlanta West Pentecostal Church | 1270 | 1 | 10 | 5 | 2 | 1 |
| Beulah Baptist Church | 731 | 1 | 10 | 5 | 2 | 1 |
| Boundary Waters Aquatic Center | 785 | 1 | 10 * | 5 | 2 | 1 |
| Bright Star Methodist Church | 734 | 1 | 10 | 5 | 2 | 1 |
| Chapel Hill Middle School | 736N | 1 | 10 | 5 | 2 | 1 |
| Chestnut Log Middle School | 737 | 1 | 10 | 5 | 2 | 1 |
| Church at Chapel Hill | 736S | 1 | 10 | 5 | 2 | 1 |
| Dog River Library | 1260 | 1 | 10 | 5 | 2 | 1 |
| Deer Lick Park | 1276 | 1 | 10 * | 5 | 2 | 1 |
| Dorsett Shoals Middle School | 735 | 1 | 10 | 5 | 2 | 1 |
| Ephesus Baptist Church | 1271 | 1 | 10 | 5 | 2 | 1 |
| Factory Shoals Middle School | 784 | 1 | 10 | 5 | 2 | 1 |
| First Baptist Church - Douglasville | 740 | 1 | 10 | 5 | 2 | 1 |
| First Baptist Church – Lithia Springs | 1274 | 1 | 7 | 4 | 2 | 1 |
| Golden Methodist | 729 | 1 | 10 * | 5 | 2 | 1 |
| Lithia Springs H.S. | 1275 | 1 | 10 * | 5 | 2 | 1 |
| Lutheran Church | 739 | 1 | 10 | 5 | 2 | 1 |
| Mirror Lake Elementary School | 1258 | 1 | 10 | 5 | 2 | 1 |
| Old Courthouse | 730 | 1 | 10 * | 5 | 2 | 1 |
| Pray's Mill Baptist Church | 1272 | 1 | 10 | 5 | 2 | 1 |
| St. Julian Episcopal Church | 738 | 1 | 9 | 5 | 2 | 1 |
| Stewart Middle School | 732 | 1 | 10 | 5 | 2 | 1 |
| Turner Middle School | 1273 | 1 | 10 | 5 | 2 | 1 |
| Winston Elementary School | 1259 | 1 | 6 | 3 | 2 | 1 |
| Advance Voting | | | | | | |
|     New Courthouse | | 2 | 10 | 5 | 2 | 1 |
|     Old Courthouse | | 1 | 10 | 5 | 2 | 1 |
|     Woodie Fite Senior Center | | 1 | 4 * | 2 | 2 | 1 |
|     Boundary Waters | | 1 | 10 | 5 | 2 | 1 |
|     Deer Lick Park | | 1 | 10 | 5 | 2 | 1 |
|     Dog River Library | | 1 | 10 | 5 | 2 | 1 |