| Polling Place Voting Equipment Allocation Report | | | | | | |
|---|---|---|---|---|---|---|
| County: | Douglas County | | | | | |
| Submitted By: | Tesha Green | | | | | |
| Phone Number: | 770-920-7412 | | | | | |
| Email: | tgreen@co.douglas.ga.us | | | | | |
| Polling Place Name | County Precinct (Identifier in Enet) | Number of Poll Pads | Number of BMDs | Number of Ballot Scanners | Number of Poll Workers | Precinct Techs supplied by Dominion |
| Ex: Main Street Middle School | 1B, 2B, 3B | 5 | 30 | 1 | 1 | 1 |
| Ex: James D. Recreation Center | JAMES | 10 | 85 | 2 | 2 | 2 |
| Douglas County Courthouse ADV | 048030 Douglas County Courthouse | 2 | 15 | 2 | 9 | 1 |
| Boundary Water Aquatic Center ADV | Bourndary Water AV | 2 | 10 | 1 | 7 | 1 |
| Dog River Library ADV | Dog River AV | 2 | 10 | 1 | 7 | 1 |
| Deer Lick Park ADV | Deer Lick Park AV | 2 | 10 | 1 | 7 | 1 |
| Old Courthouse ADV | Old Courthouse AV | 2 | 10 | 1 | 7 | 1 |
| Woodie Fite Senior Center ADV | Woodie Fite AV | 2 | 6 | 1 | 7 | 1 |
| Atlanta West Pentecostal ADV | Atlanta West AV | 2 | 10 | 1 | 7 | 1 |
| Church at Chapel Hill ADV | Church at Chapel Hill AV | 2 | 10 | 1 | 7 | 1 |
| Golden Methodist | 729 | 2 | 10 | 1 | 7 | 1 |
| Old Courthouse Douglasville | 730 | 2 | 10 | 1 | 7 | 1 |
| Beulah Baptist Church | 731 | 2 | 10 | 1 | 7 | 1 |
| Stewart Middle School | 732 | 2 | 10 | 1 | 7 | 1 |
| Arbor Station Elementary | 733 | 2 | 10 | 1 | 7 | 1 |
| Bright Star UMC | 734 | 2 | 10 | 1 | 7 | 1 |
| Dorsett Shoals Elementary | 735 | 2 | 10 | 1 | 7 | 1 |
| Chapel Hill Middle School | 736N | 2 | 10 | 1 | 7 | 1 |
| Church at Chapel Hill | 736S | 3 | 15 | 2 | 9 | 1 |
| Chestnut Log Middle School | 737 | 2 | 10 | 1 | 7 | 1 |
| St Julian's Episcopal | 738 | 2 | 10 | 1 | 7 | 1 |
| Lutheran Church | 739 | 2 | 10 | 1 | 7 | 1 |
| First Baptist Church of Douglasville | 740 | 2 | 10 | 1 | 7 | 1 |
| Factory Shoals Middle School | 784 | 2 | 10 | 1 | 7 | 1 |
| Boundary Water Aquatic Center | 785 | 2 | 10 | 1 | 7 | 1 |
| Mirror Lake Elementary | 1258 | 3 | 15 | 2 | 9 | 1 |
| Winston Elementary | 1259 | 2 | 10 | 1 | 7 | 1 |
| Dog River Library | 1260 | 2 | 10 | 1 | 7 | 1 |
| Atlanta West Pentecostal | 1270 | 2 | 10 | 1 | 7 | 1 |
| Ephesus Baptist Church | 1271 | 2 | 10 | 1 | 7 | 1 |
| Prays Mill Gym | 1272 | 2 | 10 | 1 | 7 | 1 |
| Turner Middle School | 1273 | 2 | 10 | 1 | 7 | 1 |
| First Baptist Church of Lithia Springs | 1274 | 2 | 10 | 1 | 7 | 1 |
| Lithia Springs High School | 1275 | 3 | 15 | 2 | 9 | 1 |
| Deer Lick Park | 1276 | 2 | 10 | 1 | 7 | 1 |