| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Female | 6 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Male | 8 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 63 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 57 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 1403 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 1040 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Unknown | 4 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Hispanic | Female | 154 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Hispanic | Male | 153 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Other | Female | 75 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Other | Male | 57 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Female | 343 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Male | 312 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Unknown | 5 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 1615 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 1436 |
| DOUGLAS | 1258 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Female | 8 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Male | 2 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 8 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 11 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 445 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 362 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Hispanic | Female | 51 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Hispanic | Male | 52 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Other | Female | 24 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Other | Male | 9 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Unknown | Female | 91 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Unknown | Male | 88 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | Unknown | Unknown | 5 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 384 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 361 |
| DOUGLAS | 1259 | 013 | 035 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | American Indian or Alaskan | Female | 9 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | American Indian or Alaskan | Male | 10 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 14 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 9 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Asian or Pacific Islander | Unknown | 1 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 389 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 339 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Black not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Hispanic | Female | 35 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Hispanic | Male | 42 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Other | Female | 27 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Other | Male | 28 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Unknown | Female | 174 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Unknown | Male | 197 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | Unknown | Unknown | 2 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 1832 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 1762 |
| DOUGLAS | 1260 | 013 | 030 | 068 | DOUG | 4 | Active | White not of Hispanic Origin | Unknown | 5 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | American Indian or Alaskan | Female | 4 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | American Indian or Alaskan | Male | 8 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 23 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 22 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 1531 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 1234 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Black not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Hispanic | Female | 95 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Hispanic | Male | 67 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Hispanic | Unknown | 1 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Other | Female | 70 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Other | Male | 47 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Unknown | Female | 257 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Unknown | Male | 215 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | Unknown | Unknown | 5 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 272 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 254 |
| DOUGLAS | 1270 | 013 | 035 | 061 | DOUG | 2 | Active | White not of Hispanic Origin | Unknown | 1 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Female | 3 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Male | 4 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 18 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 17 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 251 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 218 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Unknown | 1 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Hispanic | Female | 47 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Hispanic | Male | 41 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Other | Female | 33 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Other | Male | 24 |
| DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Female | 124 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
| 83 | DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Male | 141 |
| 84 | DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 1549 |
| 85 | DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 1438 |
| 86 | DOUGLAS | 1271 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Unknown | 4 |
| 87 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | American Indian or Alaskan | Female | 4 |
| 88 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | American Indian or Alaskan | Male | 9 |
| 89 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Asian or Pacific Islander | Female | 23 |
| 90 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Asian or Pacific Islander | Male | 15 |
| 91 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Black not of Hispanic Origin | Female | 844 |
| 92 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Black not of Hispanic Origin | Male | 617 |
| 93 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Black not of Hispanic Origin | Unknown | 3 |
| 94 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Hispanic | Female | 126 |
| 95 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Hispanic | Male | 104 |
| 96 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Other | Female | 67 |
| 97 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Other | Male | 50 |
| 98 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Unknown | Female | 210 |
| 99 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Unknown | Male | 225 |
| 100 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | Unknown | Unknown | 3 |
| 101 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | White not of Hispanic Origin | Female | 1615 |
| 102 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | White not of Hispanic Origin | Male | 1517 |
| 103 | DOUGLAS | 1272 | 013 | 030 | 067 | DOUG | 3 | Active | White not of Hispanic Origin | Unknown | 3 |
| 104 | DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | American Indian or Alaskan | Female | 8 |
| 105 | DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | American Indian or Alaskan | Male | 5 |
| 106 | DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Asian or Pacific Islander | Female | 21 |
| 107 | DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Asian or Pacific Islander | Male | 11 |
| 108 | DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Asian or Pacific Islander | Unknown | 1 |
| 109 | DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Black not of Hispanic Origin | Female | 833 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Black not of Hispanic Origin | Male | 609 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Black not of Hispanic Origin | Unknown | 5 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Hispanic | Female | 123 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Hispanic | Male | 118 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Hispanic | Unknown | 1 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Other | Female | 36 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Other | Male | 32 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Unknown | Female | 203 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Unknown | Male | 172 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | Unknown | Unknown | 2 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | White not of Hispanic Origin | Female | 888 |
| DOUGLAS | 1273 | 013 | 035 | 061 | DOUG | 1 | Active | White not of Hispanic Origin | Male | 761 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | American Indian or Alaskan | Female | 2 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | American Indian or Alaskan | Male | 4 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Asian or Pacific Islander | Female | 6 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Asian or Pacific Islander | Male | 3 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Black not of Hispanic Origin | Female | 337 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Black not of Hispanic Origin | Male | 291 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Black not of Hispanic Origin | Unknown | 1 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Hispanic | Female | 67 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Hispanic | Male | 65 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Other | Female | 18 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Other | Male | 21 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Unknown | Female | 89 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Unknown | Male | 87 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | Unknown | Unknown | 1 |
| DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | White not of Hispanic Origin | Female | 510 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
| 137 | DOUGLAS | 1274 | 013 | 035 | 061 | DOUG | 1 | Active | White not of Hispanic Origin | Male | 446 |
| 138 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | American Indian or Alaskan | Female | 7 |
| 139 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | American Indian or Alaskan | Male | 11 |
| 140 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 29 |
| 141 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 20 |
| 142 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 2194 |
| 143 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 1618 |
| 144 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Black not of Hispanic Origin | Unknown | 5 |
| 145 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Hispanic | Female | 113 |
| 146 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Hispanic | Male | 99 |
| 147 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Other | Female | 99 |
| 148 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Other | Male | 73 |
| 149 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Unknown | Female | 311 |
| 150 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Unknown | Male | 278 |
| 151 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | Unknown | Unknown | 4 |
| 152 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 599 |
| 153 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 546 |
| 154 | DOUGLAS | 1275 | 013 | 035 | 061 | DOUG | 2 | Active | White not of Hispanic Origin | Unknown | 1 |
| 155 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | American Indian or Alaskan | Female | 2 |
| 156 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | American Indian or Alaskan | Male | 1 |
| 157 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 21 |
| 158 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 7 |
| 159 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 682 |
| 160 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 501 |
| 161 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Unknown | 3 |
| 162 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Female | 105 |
| 163 | DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Male | 108 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Female | 45 |
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Male | 33 |
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Female | 125 |
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Male | 156 |
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Unknown | 1 |
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 647 |
| DOUGLAS | 1276 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 579 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | American Indian or Alaskan | Female | 7 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | American Indian or Alaskan | Male | 7 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Asian or Pacific Islander | Female | 12 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Asian or Pacific Islander | Male | 8 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Female | 2320 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Male | 1570 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Unknown | 3 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Hispanic | Female | 114 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Hispanic | Male | 67 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Female | 89 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Male | 58 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Unknown | 1 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Female | 310 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Male | 257 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Unknown | 4 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Female | 427 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Male | 356 |
| DOUGLAS | 729 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | American Indian or Alaskan | Female | 5 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | American Indian or Alaskan | Male | 7 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Asian or Pacific Islander | Female | 24 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Asian or Pacific Islander | Male | 27 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Female | 1715 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Male | 1130 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Unknown | 4 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Hispanic | Female | 105 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Hispanic | Male | 92 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Female | 96 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Male | 62 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Female | 319 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Male | 261 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Unknown | 3 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Female | 1008 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Male | 815 |
| DOUGLAS | 730 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Unknown | 1 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | American Indian or Alaskan | Female | 4 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | American Indian or Alaskan | Male | 5 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Asian or Pacific Islander | Female | 24 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Asian or Pacific Islander | Male | 16 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Asian or Pacific Islander | Unknown | 1 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Black not of Hispanic Origin | Female | 648 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Black not of Hispanic Origin | Male | 508 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Black not of Hispanic Origin | Unknown | 5 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Hispanic | Female | 65 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Hispanic | Male | 72 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Other | Female | 36 |
| DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Other | Male | 35 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
| 218 | DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Other | Unknown | 1 |
| 219 | DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Unknown | Female | 154 |
| 220 | DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Unknown | Male | 179 |
| 221 | DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | Unknown | Unknown | 1 |
| 222 | DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | White not of Hispanic Origin | Female | 894 |
| 223 | DOUGLAS | 731 | 013 | 035 | 062 | DOUG | 1 | Active | White not of Hispanic Origin | Male | 825 |
| 224 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | American Indian or Alaskan | Female | 8 |
| 225 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | American Indian or Alaskan | Male | 3 |
| 226 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Asian or Pacific Islander | Female | 6 |
| 227 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Asian or Pacific Islander | Male | 4 |
| 228 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Female | 1335 |
| 229 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Male | 949 |
| 230 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Black not of Hispanic Origin | Unknown | 7 |
| 231 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Hispanic | Female | 67 |
| 232 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Hispanic | Male | 45 |
| 233 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Female | 44 |
| 234 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Other | Male | 33 |
| 235 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Female | 158 |
| 236 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | Unknown | Male | 143 |
| 237 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Female | 233 |
| 238 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Male | 176 |
| 239 | DOUGLAS | 732 | 013 | 035 | 066 | DOUG | 1 | Active | White not of Hispanic Origin | Unknown | 2 |
| 240 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | American Indian or Alaskan | Female | 7 |
| 241 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | American Indian or Alaskan | Male | 6 |
| 242 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 21 |
| 243 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 12 |
| 244 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 822 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
| 245 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 612 |
| 246 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Black not of Hispanic Origin | Unknown | 3 |
| 247 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Hispanic | Female | 69 |
| 248 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Hispanic | Male | 60 |
| 249 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Other | Female | 46 |
| 250 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Other | Male | 34 |
| 251 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Unknown | Female | 187 |
| 252 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Unknown | Male | 147 |
| 253 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | Unknown | Unknown | 2 |
| 254 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 490 |
| 255 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 457 |
| 256 | DOUGLAS | 733 | 013 | 035 | 066 | DOUG | 4 | Active | White not of Hispanic Origin | Unknown | 2 |
| 257 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Female | 5 |
| 258 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | American Indian or Alaskan | Male | 2 |
| 259 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 12 |
| 260 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 10 |
| 261 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 430 |
| 262 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 346 |
| 263 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Hispanic | Female | 45 |
| 264 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Hispanic | Male | 56 |
| 265 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Other | Female | 30 |
| 266 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Other | Male | 25 |
| 267 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Female | 132 |
| 268 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | Unknown | Male | 117 |
| 269 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 776 |
| 270 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 704 |
| 271 | DOUGLAS | 734 | 013 | 030 | 067 | DOUG | 4 | Active | White not of Hispanic Origin | Unknown | 3 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | American Indian or Alaskan | Female | 2 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | American Indian or Alaskan | Male | 3 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Asian or Pacific Islander | Female | 22 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Asian or Pacific Islander | Male | 9 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Black not of Hispanic Origin | Female | 525 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Black not of Hispanic Origin | Male | 447 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Black not of Hispanic Origin | Unknown | 4 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Hispanic | Female | 109 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Hispanic | Male | 81 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Hispanic | Unknown | 1 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Other | Female | 48 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Other | Male | 35 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Unknown | Female | 163 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | Unknown | Male | 182 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | White not of Hispanic Origin | Female | 1184 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | White not of Hispanic Origin | Male | 1059 |
| DOUGLAS | 735 | 013 | 030 | 067 | DOUG | 3 | Active | White not of Hispanic Origin | Unknown | 3 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | American Indian or Alaskan | Female | 5 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | American Indian or Alaskan | Male | 3 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Asian or Pacific Islander | Female | 30 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Asian or Pacific Islander | Male | 35 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Female | 1151 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Male | 997 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Female | 75 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Male | 70 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Other | Female | 61 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Other | Male | 45 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Other | Unknown | 1 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Female | 229 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Male | 177 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Unknown | 4 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Female | 582 |
| DOUGLAS | 736N | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Male | 537 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | American Indian or Alaskan | Female | 10 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | American Indian or Alaskan | Male | 3 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Asian or Pacific Islander | Female | 48 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Asian or Pacific Islander | Male | 45 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Black not of Hispanic Origin | Female | 1879 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Black not of Hispanic Origin | Male | 1467 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Black not of Hispanic Origin | Unknown | 10 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Hispanic | Female | 136 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Hispanic | Male | 99 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Other | Female | 63 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Other | Male | 57 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Unknown | Female | 373 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Unknown | Male | 315 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | Unknown | Unknown | 5 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | White not of Hispanic Origin | Female | 951 |
| DOUGLAS | 736S | 013 | 035 | 065 | DOUG | 3 | Active | White not of Hispanic Origin | Male | 863 |
| DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 2 |
| DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 2 |
| DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 129 |
| DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 105 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
| 326 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Unknown | 1 |
| 327 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Female | 22 |
| 328 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Male | 19 |
| 329 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Female | 13 |
| 330 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Male | 4 |
| 331 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Female | 29 |
| 332 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Male | 38 |
| 333 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 195 |
| 334 | DOUGLAS | 737 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 162 |
| 335 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | American Indian or Alaskan | Female | 4 |
| 336 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | American Indian or Alaskan | Male | 4 |
| 337 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 33 |
| 338 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 32 |
| 339 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 1052 |
| 340 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 885 |
| 341 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Hispanic | Female | 84 |
| 342 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Hispanic | Male | 66 |
| 343 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Hispanic | Unknown | 1 |
| 344 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Other | Female | 50 |
| 345 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Other | Male | 35 |
| 346 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Other | Unknown | 1 |
| 347 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Unknown | Female | 182 |
| 348 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | Unknown | Male | 156 |
| 349 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 378 |
| 350 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 327 |
| 351 | DOUGLAS | 737 | 013 | 035 | 066 | DOUG | 2 | Active | White not of Hispanic Origin | Unknown | 2 |
| 352 | DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | American Indian or Alaskan | Female | 5 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | American Indian or Alaskan | Male | 5 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Asian or Pacific Islander | Female | 11 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Asian or Pacific Islander | Male | 7 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Black not of Hispanic Origin | Female | 412 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Black not of Hispanic Origin | Male | 298 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Hispanic | Female | 40 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Hispanic | Male | 47 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Other | Female | 25 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Other | Male | 17 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Unknown | Female | 123 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Unknown | Male | 95 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | Unknown | Unknown | 3 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | White not of Hispanic Origin | Female | 635 |
| DOUGLAS | 738 | 013 | 035 | 066 | DOUG | 4 | Active | White not of Hispanic Origin | Male | 528 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | American Indian or Alaskan | Female | 3 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | American Indian or Alaskan | Male | 2 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Asian or Pacific Islander | Female | 66 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Asian or Pacific Islander | Male | 67 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Female | 984 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Male | 831 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Female | 75 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Male | 61 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Other | Female | 61 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Other | Male | 37 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Female | 209 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Male | 181 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Unknown | 3 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Female | 772 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Male | 764 |
| DOUGLAS | 739 | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Unknown | 4 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | American Indian or Alaskan | Female | 2 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | American Indian or Alaskan | Male | 6 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Asian or Pacific Islander | Female | 16 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Asian or Pacific Islander | Male | 15 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Female | 534 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Male | 467 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Black not of Hispanic Origin | Unknown | 4 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Female | 40 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Male | 34 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Hispanic | Unknown | 1 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Other | Female | 26 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Other | Male | 24 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Female | 115 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Male | 120 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | Unknown | Unknown | 1 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Female | 575 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Male | 491 |
| DOUGLAS | 740 | 013 | 035 | 066 | DOUG | 3 | Active | White not of Hispanic Origin | Unknown | 1 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | American Indian or Alaskan | Female | 3 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | American Indian or Alaskan | Male | 7 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 16 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 12 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 1269 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 1064 |

| County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | Gender | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Unknown | 2 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Female | 71 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Male | 50 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Female | 61 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Male | 50 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Unknown | 1 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Female | 234 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Male | 191 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Unknown | 4 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 656 |
| DOUGLAS | 784 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 644 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | American Indian or Alaskan | Female | 1 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | American Indian or Alaskan | Male | 7 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Female | 11 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Asian or Pacific Islander | Male | 9 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Female | 1681 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Male | 1256 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Black not of Hispanic Origin | Unknown | 9 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Female | 59 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Hispanic | Male | 44 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Female | 66 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Male | 48 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Other | Unknown | 1 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Female | 233 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | Unknown | Male | 215 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Female | 291 |
| DOUGLAS | 785 | 013 | 035 | 062 | DOUG | 2 | Active | White not of Hispanic Origin | Male | 287 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County Name | County Precinct | Congressional | State Senate | State House | Judicial | County Commissioner | Status | Race | | Gender | Total |
| 434 | | | | | | | | | | GRAND TOTAL VOTERS: | 101025 |