|  |  |  |  |  |  |  | 2016 | 2016 | 2016 |
|---|---|---|---|---|---|---|---|---|---|
| County | County Precinct | Active Voters | County-Precinct | NA = missing | Rollover Vote | %of rollover | Absentee Ballot | Advanced in person | Election Day |
| DOUGLAS | 1258 | 6553 | DOUGLAS-1258 | DOUGLAS-1258 | 475 | 7.2% | 153 | 2065 | 1437 |
| DOUGLAS | 1259 | 1856 | DOUGLAS-1259 | DOUGLAS-1259 | 115 | 6.2% | 38 | 635 | 423 |
| DOUGLAS | 1260 | 4760 | DOUGLAS-1260 | DOUGLAS-1260 | 324 | 6.8% | 125 | 2255 | 820 |
| DOUGLAS | 1270 | 3976 | DOUGLAS-1270 | DOUGLAS-1270 | 111 | 2.8% | 77 | 859 | 926 |
| DOUGLAS | 1271 | 3841 | DOUGLAS-1271 | DOUGLAS-1271 | 350 | 9.1% | 115 | 1645 | 982 |
| DOUGLAS | 1272 | 5330 | DOUGLAS-1272 | DOUGLAS-1272 | 415 | 7.8% | 189 | 2363 | 990 |
| DOUGLAS | 1273 | 3717 | DOUGLAS-1273 | DOUGLAS-1273 | 289 | 7.8% | 119 | 1261 | 884 |
| DOUGLAS | 1274 | 1890 | DOUGLAS-1274 | DOUGLAS-1274 | 171 | 9.0% | 74 | 619 | 448 |
| DOUGLAS | 1275 | 5817 | DOUGLAS-1275 | DOUGLAS-1275 | 275 | 4.7% | 125 | 2264 | 1064 |
| DOUGLAS | 1276 | 2950 | DOUGLAS-1276 | DOUGLAS-1276 | 152 | 5.2% | 53 | 1075 | 515 |
| DOUGLAS | 729 | 5416 | DOUGLAS-729 | DOUGLAS-729 | 216 | 4.0% | 100 | 1423 | 972 |
| DOUGLAS | 730 | 5473 | DOUGLAS-730 | DOUGLAS-730 | 381 | 7.0% | 158 | 1812 | 861 |
| DOUGLAS | 731 | 3380 | DOUGLAS-731 | DOUGLAS-731 | 264 | 7.8% | 102 | 1222 | 747 |
| DOUGLAS | 732 | 3131 | DOUGLAS-732 | DOUGLAS-732 | 117 | 3.7% | 58 | 972 | 627 |
| DOUGLAS | 733 | 2936 | DOUGLAS-733 | DOUGLAS-733 | 165 | 5.6% | 70 | 923 | 674 |
| DOUGLAS | 734 | 2638 | DOUGLAS-734 | DOUGLAS-734 | 212 | 8.0% | 40 | 844 | 665 |
| DOUGLAS | 735 | 3786 | DOUGLAS-735 | DOUGLAS-735 | 285 | 7.5% | 133 | 1335 | 788 |
| DOUGLAS | 736N | 3916 | DOUGLAS-736 | DOUGLAS-736 | 192 | 4.9% | 123 | 1623 | 782 |
| DOUGLAS | 736S | 6214 | DOUGLAS-736 | DOUGLAS-736 | 344 | 5.5% | 172 | 2634 | 1084 |
| DOUGLAS | 737 | 3903 | DOUGLAS-737 | DOUGLAS-737 | 225 | 5.8% | 102 | 1430 | 723 |
| DOUGLAS | 738 | 2168 | DOUGLAS-738 | DOUGLAS-738 | 210 | 9.7% | 63 | 691 | 570 |
| DOUGLAS | 739 | 3992 | DOUGLAS-739 | DOUGLAS-739 | 307 | 7.7% | 127 | 1796 | 817 |
| DOUGLAS | 740 | 2418 | DOUGLAS-740 | DOUGLAS-740 | 312 | 12.9% | 103 | 1125 | 468 |
| DOUGLAS | 784 | 4202 | DOUGLAS-784 | DOUGLAS-784 | 252 | 6.0% | 106 | 1768 | 675 |
| DOUGLAS | 785 | 4111 | DOUGLAS-785 | DOUGLAS-785 | 150 | 3.6% | 57 | 1616 | 765 |

| 2016 | 2016 | 2016 | 2016 | 2016 | 2018 | 2018 | 2018 | 2018 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Total Turnout | %ABS | %ADV | %ED | %TO | Absentee Ballot | Advanced in person | Election Day | Total Turnout | %ABS |
| 3655 | 4.2% | 56.5% | 39.3% | 55.8% | 231 | 1590 | 1579 | 3400 | 6.8% |
| 1096 | 3.5% | 57.9% | 38.6% | 59.1% | 52 | 474 | 523 | 1049 | 5.0% |
| 3200 | 3.9% | 70.5% | 25.6% | 67.2% | 112 | 2002 | 961 | 3075 | 3.6% |
| 1862 | 4.1% | 46.1% | 49.7% | 46.8% | 127 | 692 | 923 | 1742 | 7.3% |
| 2742 | 4.2% | 60.0% | 35.8% | 71.4% | 118 | 1284 | 1149 | 2551 | 4.6% |
| 3542 | 5.3% | 66.7% | 28.0% | 66.5% | 166 | 1970 | 1104 | 3240 | 5.1% |
| 2264 | 5.3% | 55.7% | 39.0% | 60.9% | 130 | 957 | 974 | 2061 | 6.3% |
| 1141 | 6.5% | 54.3% | 39.3% | 60.4% | 63 | 474 | 487 | 1024 | 6.2% |
| 3453 | 3.6% | 65.6% | 30.8% | 59.4% | 199 | 1953 | 1153 | 3305 | 6.0% |
| 1643 | 3.2% | 65.4% | 31.3% | 55.7% | 50 | 915 | 567 | 1532 | 3.3% |
| 2495 | 4.0% | 57.0% | 39.0% | 46.1% | 177 | 1331 | 1103 | 2611 | 6.8% |
| 2831 | 5.6% | 64.0% | 30.4% | 51.7% | 186 | 1535 | 887 | 2608 | 7.1% |
| 2071 | 4.9% | 59.0% | 36.1% | 61.3% | 108 | 988 | 826 | 1922 | 5.6% |
| 1657 | 3.5% | 58.7% | 37.8% | 52.9% | 120 | 806 | 606 | 1532 | 7.8% |
| 1667 | 4.2% | 55.4% | 40.4% | 56.8% | 90 | 729 | 741 | 1560 | 5.8% |
| 1549 | 2.6% | 54.5% | 42.9% | 58.7% | 67 | 647 | 744 | 1458 | 4.6% |
| 2256 | 5.9% | 59.2% | 34.9% | 59.6% | 119 | 1044 | 835 | 1998 | 6.0% |
| 2528 | 4.9% | 64.2% | 30.9% | 64.6% | 158 | 1316 | 913 | 2387 | 6.6% |
| 3890 | 4.4% | 67.7% | 27.9% | 62.6% | 228 | 2326 | 1231 | 3785 | 6.0% |
| 2255 | 4.5% | 63.4% | 32.1% | 57.8% | 152 | 1272 | 806 | 2230 | 6.8% |
| 1324 | 4.8% | 52.2% | 43.1% | 61.1% | 66 | 491 | 673 | 1230 | 5.4% |
| 2740 | 4.6% | 65.5% | 29.8% | 68.6% | 165 | 1473 | 943 | 2581 | 6.4% |
| 1696 | 6.1% | 66.3% | 27.6% | 70.1% | 132 | 954 | 569 | 1655 | 8.0% |
| 2549 | 4.2% | 69.4% | 26.5% | 60.7% | 160 | 1567 | 756 | 2483 | 6.4% |
| 2438 | 2.3% | 66.3% | 31.4% | 59.3% | 119 | 1465 | 796 | 2380 | 5.0% |

| 2018 %ADV | 2018 %ED | 2018 %TO | 2020 Pri Absentee Ballot | 2020 Pri Advanced in person | 2020 Pri Election Day | 2020 Pri Total Turnout | 2020 Pri %ABS | 2020 Pri %ADV | 2020 Pri %ED |
|---|---|---|---|---|---|---|---|---|---|
| 46.8% | 46.4% | 51.9% | 1033 | 249 | 805 | 2087 | 49.5% | 11.9% | 38.6% |
| 45.2% | 49.9% | 56.5% | 300 | 108 | 292 | 700 | 42.9% | 15.4% | 41.7% |
| 65.1% | 31.3% | 64.6% | 879 | 470 | 552 | 1901 | 46.2% | 24.7% | 29.0% |
| 39.7% | 53.0% | 43.8% | 344 | 122 | 460 | 926 | 37.1% | 13.2% | 49.7% |
| 50.3% | 45.0% | 66.4% | 775 | 289 | 513 | 1577 | 49.1% | 18.3% | 32.5% |
| 60.8% | 34.1% | 60.8% | 985 | 339 | 654 | 1978 | 49.8% | 17.1% | 33.1% |
| 46.4% | 47.3% | 55.4% | 582 | 154 | 500 | 1236 | 47.1% | 12.5% | 40.5% |
| 46.3% | 47.6% | 54.2% | 333 | 66 | 251 | 650 | 51.2% | 10.2% | 38.6% |
| 59.1% | 34.9% | 56.8% | 922 | 369 | 834 | 2125 | 43.4% | 17.4% | 39.2% |
| 59.7% | 37.0% | 51.9% | 395 | 186 | 309 | 890 | 44.4% | 20.9% | 34.7% |
| 51.0% | 42.2% | 48.2% | 712 | 263 | 734 | 1709 | 41.7% | 15.4% | 42.9% |
| 58.9% | 34.0% | 47.7% | 728 | 304 | 461 | 1493 | 48.8% | 20.4% | 30.9% |
| 51.4% | 43.0% | 56.9% | 514 | 194 | 401 | 1109 | 46.3% | 17.5% | 36.2% |
| 52.6% | 39.6% | 48.9% | 382 | 189 | 401 | 972 | 39.3% | 19.4% | 41.3% |
| 46.7% | 47.5% | 53.1% | 383 | 134 | 418 | 935 | 41.0% | 14.3% | 44.7% |
| 44.4% | 51.0% | 55.3% | 446 | 157 | 348 | 951 | 46.9% | 16.5% | 36.6% |
| 52.3% | 41.8% | 52.8% | 560 | 175 | 367 | 1102 | 50.8% | 15.9% | 33.3% |
| 55.1% | 38.2% | 61.0% | 677 | 229 | 629 | 1535 | 44.1% | 14.9% | 41.0% |
| 61.5% | 32.5% | 60.9% | 1100 | 507 | 866 | 2473 | 44.5% | 20.5% | 35.0% |
| 57.0% | 36.1% | 57.1% | 659 | 261 | 602 | 1522 | 43.3% | 17.1% | 39.6% |
| 39.9% | 54.7% | 56.7% | 387 | 115 | 300 | 802 | 48.3% | 14.3% | 37.4% |
| 57.1% | 36.5% | 64.7% | 835 | 248 | 631 | 1714 | 48.7% | 14.5% | 36.8% |
| 57.6% | 34.4% | 68.4% | 630 | 191 | 326 | 1147 | 54.9% | 16.7% | 28.4% |
| 63.1% | 30.4% | 59.1% | 790 | 398 | 559 | 1747 | 45.2% | 22.8% | 32.0% |
| 61.6% | 33.4% | 57.9% | 564 | 376 | 632 | 1572 | 35.9% | 23.9% | 40.2% |

| 2020 Pri | NOV | NOV | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| %TO | Proj. TO% | Proj. TO Votes | Absentee Ballot | Advanced in person | Election Day | %ABS | %ADV | %ED | Number of Poll Pads |
| 31.8% | 63.8% | 4183 | 1069 | 736 | 2378 | 25.6% | 17.6% | 56.9% | 2 |
| 37.7% | 67.8% | 1258 | 259 | 270 | 730 | 20.6% | 21.4% | 58.0% | #N/A |
| 39.9% | 75.9% | 3614 | 729 | 1327 | 1558 | 20.2% | 36.7% | 43.1% | 2 |
| 23.3% | 55.3% | 2200 | 250 | 409 | 1541 | 11.4% | 18.6% | 70.1% | #N/A |
| 41.1% | 78.9% | 3031 | 788 | 808 | 1435 | 26.0% | 26.7% | 47.3% | 2 |
| 37.1% | 73.6% | 3924 | 934 | 1021 | 1969 | 23.8% | 26.0% | 50.2% | 2 |
| 33.3% | 68.2% | 2534 | 650 | 444 | 1440 | 25.7% | 17.5% | 56.8% | #N/A |
| 34.4% | 67.3% | 1272 | 385 | 185 | 702 | 30.3% | 14.5% | 55.2% | #N/A |
| 36.5% | 68.1% | 3961 | 619 | 1025 | 2317 | 15.6% | 25.9% | 58.5% | #N/A |
| 30.2% | 63.8% | 1883 | 342 | 579 | 962 | 18.2% | 30.7% | 51.1% | #N/A |
| 31.6% | 57.1% | 3095 | 486 | 688 | 1920 | 15.7% | 22.2% | 62.1% | #N/A |
| 27.3% | 59.7% | 3267 | 857 | 958 | 1452 | 26.2% | 29.3% | 44.4% | #N/A |
| 32.8% | 69.1% | 2335 | 594 | 567 | 1173 | 25.4% | 24.3% | 50.2% | #N/A |
| 31.0% | 60.9% | 1908 | 263 | 527 | 1118 | 13.8% | 27.6% | 58.6% | #N/A |
| 31.8% | 65.0% | 1907 | 371 | 373 | 1163 | 19.5% | 19.5% | 61.0% | #N/A |
| 36.1% | 67.0% | 1767 | 477 | 401 | 889 | 27.0% | 22.7% | 50.3% | 2 |
| 29.1% | 66.2% | 2506 | 641 | 602 | 1262 | 25.6% | 24.0% | 50.4% | 2 |
| 39.2% | 72.8% | 2849 | 432 | 645 | 1772 | 15.2% | 22.6% | 62.2% | #N/A |
| 39.8% | 71.8% | 4459 | 774 | 1361 | 2324 | 17.4% | 30.5% | 52.1% | 2 |
| 39.0% | 67.5% | 2633 | 506 | 643 | 1483 | 19.2% | 24.4% | 56.3% | #N/A |
| 37.0% | 68.9% | 1494 | 473 | 283 | 738 | 31.6% | 18.9% | 49.4% | #N/A |
| 42.9% | 76.6% | 3060 | 691 | 668 | 1701 | 22.6% | 21.8% | 55.6% | #N/A |
| 47.4% | 79.3% | 1917 | 702 | 449 | 766 | 36.6% | 23.4% | 40.0% | #N/A |
| 41.6% | 69.9% | 2936 | 567 | 985 | 1384 | 19.3% | 33.6% | 47.1% | #N/A |
| 38.2% | 68.6% | 2820 | 338 | 926 | 1557 | 12.0% | 32.8% | 55.2% | #N/A |

| Number of BMD | Number of Ballot Sca | ED Voters per BMD | Voters per PPS | ED Voters per PPS | Avg CheckIn Wait (sec) | ED Voters/hr | Checkin Min |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 476 | 6553 | 2378 | 2 | 238 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 73 | 0.04 |
| 5 | 1 | 312 | 4760 | 1558 | 2 | 156 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 154 | 0.04 |
| 5 | 1 | 287 | 3841 | 1435 | 2 | 143 | 0.04 |
| 5 | 1 | 394 | 5330 | 1969 | 2 | 197 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 144 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 70 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 232 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 96 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 192 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 145 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 117 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 112 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 116 | 0.04 |
| 5 | 1 | 178 | 2638 | 889 | 2 | 89 | 0.04 |
| 5 | 1 | 252 | 3786 | 1262 | 2 | 126 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 177 | 0.04 |
| 5 | 1 | 465 | 6214 | 2324 | 2 | 232 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 148 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 74 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 170 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 77 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 138 | 0.04 |
| #N/A | #N/A | #N/A | #N/A | #N/A | 2 | 156 | 0.04 |

| Checkin | Scanning | Pads to have <20 min | Poll Pad Difference |
|---|---|---|---|
| | | 2 | 0 |
| | | 2 | #N/A |
| | | 2 | 0 |
| | | 2 | #N/A |
| | | 2 | 0 |
| | | 2 | 0 |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | 0 |
| | | 2 | 0 |
| | | 2 | #N/A |
| | | 2 | 0 |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |
| | | 2 | #N/A |