# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as the Georgia Secretary of State ) <br> and the Chair of the Georgia State Election ) <br> Board, et al., ) <br> ) <br> Defendants. ) | Civil Action File <br> No. 1:20-cv-03263-MLB |

## NOTICE OF FILING OF HENRY COUNTY BOARD OF ELECTIONS AND REGISTRATION DEFENDANTS

Pursuant to the Court's October 2, 2020 Order [Doc. 125] and the hearing held on October 1, 2020 on the Defendants' Motions to Dismiss and Plaintiffs' Motion for Preliminary Injunction, the Court has requested information regarding voting equipment allocation for the November 2020 election and how those allocations compare with the June 2020 Primary. In response to the Court's request, the Henry County Board of Elections and Registration Defendants[1] file the attached exhibit:

---

[1] The Henry County Defendants are Donna Crumbley, Donna Morris-McBride, Andy Callaway, Arch Brown, and Mildred Schmelz, in their official capacities as Members of the Henry County Board of Elections and Registration.

1. A spreadsheet reflecting the planned equipment allocation for polling places in Henry County for the November 2020 election, including the number of registered voters for each of the polling places as of the morning of October 2, 2020, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

The Henry County Board of Elections and Registration Defendants have also provided this information/spreadsheet to Plaintiffs via electronic mail in advance of this filing, per the Court's directive. The Henry County Board of Elections and Registration Defendants also previously provided Plaintiffs the voting equipment allocation for the June 2020 Primary for each polling place in Henry County in response to a previous open records request and reiterated that equipment allocation to Plaintiffs via electronic mail in advance of this filing. Additionally, the disclosure of that voting equipment allocation for the June 2020 Primary for each polling place in Henry County was further referenced in the Declaration of Dr. Yang previously filed of record in this matter (Doc. 93-62, at pp. 41-43)[2].

Respectfully submitted this 2nd day of October, 2020.

**JARRARD & DAVIS, LLP**

*/s/ Kenneth P. Robin*
Kenneth P. Robin
Georgia Bar No. 609798

---

[2] The page numbers reflect the CM/ECF header page numbers at the top right of Doc. 93-63.

krobin@jarrard-davis.com
Patrick D. Jaugstetter
Georgia Bar No. 389680
patrickj@jarrard-davis.com

222 Webb Street
Cumming, Georgia 30040
678-455-7150 (telephone)
678-455-7149 (facsimile)

*Counsel for Henry County Board of Elections and Registration Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as the Georgia Secretary of State ) <br> and the Chair of the Georgia State Election ) <br> Board, et al., ) <br> ) <br> Defendants. ) | Civil Action File <br> No. 1:20-cv-03263-MLB |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing **Notice of Filing of Henry County Board of Elections and Registration Defendants** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the attorneys of record for Plaintiffs and any of the Defendants registered to use the Court's CM/ECF system.

I further certify that the above and foregoing document meets the requirements set forth in L.R. 5.1C (N.D.Ga.) and has been prepared using Times New Roman 14-point font.

This 2nd day of October, 2020.

**JARRARD & DAVIS, LLP**

*/s/ Kenneth P. Robin*
Kenneth P. Robin
Georgia Bar No. 609798
krobin@jarrard-davis.com

222 Webb Street
Cumming, Georgia 30040
678-455-7150 (telephone)
678-455-7149 (facsimile)

*Attorneys for Henry County Board of Elections and Registration Defendants*