**EXHIBIT "A"**

| SOSID | Precinct | BMDs | Printers | Scanners | Poll Pads | Registered Voters** |
|---|---|---|---|---|---|---|
| 25 | LOCUST GROVE | 12 | 12 | 2 | 3 | 7302 |
| 26 | TUSSAHAW | 10 | 10 | 1 | 3 | 3535 |
| 27 | SANDY RIDGE | 8 | 8 | 1 | 3 | 5061 |
| 28 | WESTSIDE | 16 | 16 | 2 | 4 | 7651 |
| 29 | LOWES | 20 | 20 | 2 | 5 | 10450 |
| 30 | SOUTH HAMPTON | 20 | 20 | 2 | 4 | 5754 |
| 31 | NORTH HAMPTON | 20 | 20 | 2 | 4 | 7473 |
| 32 | MT CARMEL | 16 | 16 | 2 | 4 | 5528 |
| 33 | RED OAK | 16 | 16 | 2 | 4 | 5891 |
| 34 | WESLEY LAKES | 10 | 10 | 2 | 3 | 6455 |
| 35 | MCDONOUGH | 10 | 10 | 1 | 2 | 2941 |
| 36 | MCMULLEN | 14 | 14 | 1 | 3 | 3865 |
| 37 | EAST LAKE | 8 | 8 | 1 | 3 | 3500 |
| 38 | HICKORY FLAT | 16 | 16 | 2 | 4 | 5438 |
| 39 | STOCKBRIDGE EAST-WEST | 16 | 16 | 2 | 3 | 7120 |
| 41 | STAGECOACH | 12 | 12 | 1 | 2 | 3835 |
| 42 | COTTON INDIAN | 10 | 10 | 1 | 3 | 4993 |
| 43 | PLEASANT GROVE | 10 | 10 | 1 | 3 | 4274 |
| 44 | AUSTIN ROAD | 12 | 12 | 1 | 2 | 3456 |
| 45 | SWAN LAKE | 10 | 10 | 1 | 3 | 3772 |
| 46 | SHAKERAG | 12 | 12 | 1 | 3 | 4164 |
| 47 | ELLENWOOD | 8 | 8 | 1 | 3 | 4378 |
| 48 | UNITY GROVE | 18 | 18 | 1 | 4 | 5038 |
| 49 | SHILOH | 10 | 10 | 1 | 3 | 4373 |
| 50 | PATES CREEK | 20 | 20 | 2 | 4 | 5630 |
| 51 | OAKLAND | 14 | 14 | 1 | 3 | 4741 |
| 52 | LAKE DOW | 12 | 12 | 1 | 3 | 5237 |
| 53 | FLIPPEN | 14 | 14 | 1 | 3 | 4652 |
| 54 | STOCKBRIDGE CENTRAL | 16 | 16 | 1 | 3 | 4801 |
| 55 | KELLEYTOWN | 8 | 8 | 1 | 3 | 3541 |
| 56 | LIGHTHOUSE | 10 | 10 | 1 | 3 | 3825 |
| 57 | DUTCHTOWN | 10 | 10 | 1 | 2 | 2851 |
| 58 | MT BETHEL | 16 | 16 | 1 | 3 | 3686 |
| 59 | GROVE PARK | 12 | 12 | 1 | 3 | 4221 |
| 60 | LAKE HAVEN | 14 | 14 | 1 | 3 | 4471 |
| 61 | MCDONOUGH CENTRAL | 12 | 12 | 1 | 2 | 4478 |
| 62 | TIMBERRIDGE | 10 | 10 | 1 | 2 | 2165 |
| | | | | | | ** As of the morning of 10/2/2020 |
| | **Advanced Voting Locations** | | | | | |
| | Main Office (Elections Office-40 Atlanta St., McDonough) | 16 | 16 | 2 | 3 | |
| | Stockbridge Central (Merle Manders Conference Center) | 16 | 16 | 2 | 3 | |
| | Fairview Recreation Center (Austin Road) | 16 | 16 | 1 | 2 | |
| | Locust Grove | 12 | 12 | 1 | 2 | |
| | Fortson Library (Hampton) | 12 | 12 | 1 | 2 | |
| | JP Moseley Park (Cotton Indian) | 10 | 10 | 1 | 2 | |