## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., ) ) ) ) ) | CIVIL ACTION FILE NO. 1:20-CV-3263 |

LUCILLE ANDERSON, SARA ALAMI,　)　　CIVIL ACTION FILE NO.
GIANELLA CONTRERAS CHAVEZ,　)　　1:20-CV-3263
DSCC, and  DEMOCRATIC PARTY　)
OF GEORGIA, INC.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Plaintiffs,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
BRAD RAFFENSPERGER, in his official　)
capacity as the Georgia Secretary of State　)
and the Chair of the Georgia State Election　)
Board; et al.,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Defendants.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

## DEFENDANT FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS NOTICE OF FILING

COMES NOW Defendant Fulton County Board of Registration and Elections ("BRE"), by and through their undersigned counsel, and hereby responds to the Court's October 2, 2020 Order by Docket Entry [Doc. 125] with the herein Notice of Filing. The Court has requested the following information, and Defendant BRE responds accordingly:

(1) Voting equipment allocation information:

**Please find attached as "Exhibit 1" the BRE's voter count information excel spreadsheet for November 3, 2020. "Exhibit 2" and "Exhibit 3" are pdfs that contain equipment allocations per precinct.**

(2) Allocations comparison between the June 2020 primary and for the November 2020 election.

**Please find attached as "Exhibit 4" an equipment allocation pdf for the June 9, 2020 primary election.**

Respectfully submitted this 2nd day of October, 2020.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358

Kaye W. Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov
Cheryl M. Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov
*/s/ Detriss Thomas*
Detriss Thomas
Georgia Bar Number: 460935
detriss.thomas@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., ) ) ) ) ) | CIVIL ACTION FILE NO. 1:20-CV-3263 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; et al., ) ) ) ) ) | |
| Defendants. ) ) ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **DEFENDANT FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS RESPONSE TO THE COURT'S OCTOBER 2, 2020 ORDER** in Times New Roman, 14-point type in accordance with L.R. 5.1(C). I further certify that I electronically filed this certificate of service with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 2nd day of October, 2020.

*/s/ Detriss Thomas*
Detriss Thomas
Georgia Bar Number: 460935
detriss.thomas@fultoncountyga.gov

P:\CALitigation\Elections\Anderson, Lucile v. Raffensperger - 120-CV-3263\Pleadings\10.2.20 Notice of Filing.docx