EXHIBIT 2

| Precincts | Location | Total # of Registered Voters |
|---|---|---|
| 06D & 06E | Morningside Baptist Church Gym | 8401 |
| 07A | Sara Rawson Smith School | 7567 |
| 06I & 07J | Peachtree Hills Recreation Center | 6986 |
| 08E & 09F | Morris Brandon Primary Center School | 6445 |
| ML03 & ML07A/B | Hopewell Baptist Church | 6174 |
| SC211/2 | Oakley Elementary | 5960 |
| FA01B | First Baptist Church of Fairburn | 5725 |
| UC02 A/B | Etris Community Center | 5548 |
| 02L1 | Lutheran Church of the Redeemer | 5483 |
| 02D | Butler Street Baptist Church | 5416 |
| AP09A/B | Webb Bridge Middle | 5266 |
| AP01A | New Prospect Elementary | 5172 |
| FC03 & SC16A | Sandtown Park Gymnasium | 5123 |
| UC01 A/B/D/E | Feldwood Elementary | 5097 |
| RW03 | Vickery Mill Elementary | 4989 |
| RW01 | Crabapple Middle | 4963 |
| EP04A | Brookview Elementary School | 4961 |
| 08B & 08C | Chastain Park Gymnasium | 4923 |
| 02W & 03F & 06L1/2 | Peachtree Christian Church | 4918 |
| 12A | Metropolitan Library | 4905 |
| 10D | C.T. Martin Natatorium & Recreation Center | 4881 |
| EP03A | St Stephen Missionary Baptist Church | 4855 |
| 07D | Buckhead Library | 4788 |
| SS01 | Life Center Ministries | 4787 |
| SS08 A/B/C/D | Hammond Park Gym | 4774 |
| ML05 | Cogburn Woods Elementary School | 4770 |
| 02A | Piedmont Park Magnolia Hall | 4761 |
| RW22A | Hillside Elementary School | 4741 |
| AP05 | Creekview Elementary | 4711 |
| 12K & 12N | Pittman Park Recreation Center | 4699 |
| JC04A/B/C | Dr. Robert E. Fulton Ocee Library | 4668 |
| FC01 & SC01A/B/C | West Lake High School | 4651 |
| 06B & 06J | Morningside Elementary School | 4583 |
| JC07 | Wilson Creek Elementary | 4580 |
| 04I | Paul L. Dunbar School | 4531 |
| 02B & 05D | Saint Luke's Episcopal Church | 4502 |
| SC07 A/C | Bear Creek Middle School | 4473 |
| SC15 | The Enon Church | 4466 |
| 07C | Sarah Smith Intermediate School | 4445 |
| 08L | E. Rivers Elementary | 4437 |

| Precinct | Location | Count |
|---|---|---|
| ML02 A/B | Birmingham Falls Elementary | 4426 |
| SS15 A/B | Sandy Springs Middle School | 4419 |
| RW09 | Roswell High School | 4390 |
| 09C & 10E | Jackson Memorial Baptist Church | 4379 |
| 01D & 01E | Grant Park Recreation Center | 4378 |
| 07E & 07N | Garden Hills Elementary | 4359 |
| 11B | Ralph Bunche Middle School | 4353 |
| 06N & 06Q & 07H | Second Ponce De Leon Baptist Church | 4343 |
| 10G & 10H1/2 | St. Paul's Episcopal Church | 4337 |
| 03P1A & 03P2 | Antioch Baptist Church Family Center | 4307 |
| 02J & 02K & 06G | Park Tavern | 4305 |
| 01B | Ormewood Park Presbyterian Church | 4280 |
| SS12 & SS14 | Ridgeview Charter Middle School | 4254 |
| 10B & 10I | West Manor Park Recreation Center | 4238 |
| 02S & 05J & 05K | David T. Howard Middle School | 4224 |
| SC09C & SC27 | McNair Middle | 4161 |
| SC05A/D/E | Cliftondale Park Community House | 4147 |
| AP04A/B & AP06 | Alpharetta Crabapple Government Center | 4142 |
| 12H1/2 | Cleveland Avenue Elementary School | 4137 |
| JC19 | Barnwell Elementary | 4126 |
| CP051/B & CP06A & CP07B/C | Camp Truitt Senior Center | 4118 |
| JC01 | Shakerag Elementary School | 4045 |
| SC08B | Banneker High School | 4042 |
| 02F1/2 | Ponce City Market | 4029 |
| RW02 | Independence High School | 4004 |
| FA01A | Open Word Christian Ministries | 3995 |
| SS11A | Church of The Redeemer | 3971 |
| 01C & 01S | Dobbs Elementary School | 3965 |
| 09K | Northwest Library at Scotts Crossings | 3952 |
| AP12 A/B/C | Alpharetta High School | 3939 |
| 09G | Fowling Warehouse | 3911 |
| AP07A | Alpharetta Elementary | 3882 |
| 01F & 01G | FanPlex | 3874 |
| RW12 | Lebanon Baptist Church | 3862 |
| 09A | Bolton Academy Elementary | 3821 |
| 02G | Helene Mills Senior Center | 3821 |
| SS26 | North Springs High School | 3789 |
| SC23A | New Life Presbyterian Church | 3777 |
| HP01 | Hoyt Smith Center | 3751 |
| SC09 A/B | Burdett Park Gym | 3741 |
| RW13 | Northwood Elementary | 3719 |
| 07F | Cathedral of Saint Philip | 3707 |
| SS04 | Saint Jude Catholic Church | 3707 |

| Precinct | Location | Count |
|---|---|---|
| EP02 B/D/E | Impact Church | 3698 |
| SS17 | Temple Emanu-El of Greater Atlanta | 3647 |
| 01A | Parkside Elementary School | 3643 |
| 02L2 & 03I | Georgia Tech McCamish Pavilion | 3629 |
| RW10 | Roswell North Elementary | 3611 |
| SC05B | Cliftondale United Methodist Church | 3583 |
| 11G & 12I | Adams Park Library | 3582 |
| 11E3 | Deerwood Elementary | 3565 |
| SS09B | Sandy Springs United Methodist | 3564 |
| 04V | Dunbar Neighborhood Center | 3554 |
| UC02C | The Gathering Place | 3529 |
| JC14 & JC15 | Dolvin Elementary School | 3523 |
| SC18A/B/C | Friendship Community Church | 3512 |
| ML01 A/B | Milton Library | 3441 |
| JC11 | Johns Creek High School | 3435 |
| EP01B | Bowden Senior Center | 3407 |
| 04W | Morehouse College - Samuel H. Archer Hall | 3392 |
| AP02I | Alpharetta American Legion | 3362 |
| AP01 C/D | Haynes Bridge Middle | 3357 |
| RW21 | Johns Creek Environmental Campus | 3339 |
| SS13A/B | North Fulton Training Center | 3320 |
| SS06 & SS31 | Sandy Springs Library | 3317 |
| 08J | Sutton Middle School | 3278 |
| ML04 | Hopewell Middle School | 3271 |
| SS19A | Ison Springs Elementary | 3258 |
| CP081/3/4/A & SC10 | Tracey Wyatt Community Center | 3256 |
| 05A2 | Lang-Carson Recreation Center (RRC) | 3256 |
| 09E | Dogwood Senior Center | 3225 |
| 03B & 03H & 09I | Grove Park Recreation Center | 3211 |
| AP14 | Ocee Elementary | 3203 |
| JC09 | Taylor Road Middle School | 3201 |
| 01H & 05B/C | Liberty Baptist Church | 3174 |
| SS09A | Mount Vernon Baptist Church | 3166 |
| SC29A | S.L. Lewis Elementary School | 3140 |
| 10A | The Kindezi School - West | 3138 |
| SC23 B/C | Love T. Nolan Elementary | 3116 |
| 11C | Fickett Elementary School | 3113 |
| AP022 & AP02B | Wills Park Recreation Center | 3108 |
| CP012/B & CP02 & CP04A/B | College Park Auditorium | 3100 |
| AP01B & AP07B | St. James United Methodist Church (ALPH) | 3095 |
| ML06B | Cambridge High School | 3086 |
| 12J | Rosel Fann Recreation Center | 3085 |
| UC03 1/2 | Christian City Welcome Center | 3080 |

| Code | Location | Count |
|---|---|---|
| 08A | Warren T. Jackson Elementary School | 3072 |
| RW17 | Esther Jackson Elementary | 3072 |
| 04X 1/2 | Tuskegee Airmen Global Academy | 3064 |
| 08G | Atlanta History Center | 3041 |
| 08P & 09H | Mount Epharim Baptist | 3032 |
| RW06 | St. Mary's Orthodox Church of Atlanta | 3031 |
| AP03 & RW07A/B | Mimosa Elementary School | 2970 |
| EP01A | East Point First Mallalieu UM Church | 2964 |
| PA01 | Palmetto Library | 2964 |
| 07B | St. James United Methodist Church (ATL) | 2937 |
| 12M | South Atlanta High School | 2932 |
| 04B | Flipper Temple AME Church | 2915 |
| JC08 | Clear Springs Baptist Church | 2913 |
| JC02 | Johns Creek United Methodist | 2907 |
| 05A1 | Dad's Garage Theatre | 2885 |
| 03E | Greater Bethany Baptist Church | 2865 |
| RW05 | Elkins Pointe Middle School | 2864 |
| EP02 A/C | Jefferson Park Recreation Center | 2862 |
| 10M | Joseph McGhee Tennis Center | 2855 |
| SC13 | Langston Hughes High School | 2847 |
| RW11A | Roswell Library | 2835 |
| JC18 | Mount Pisgah United Methodist Church | 2825 |
| SS07 A/B/C | Heritage Hall | 2817 |
| 01J | Louise Watley Library at Southeast Atlanta | 2810 |
| SS22 | Sherwood Events | 2791 |
| JC12 | Northeast / Spruill Oaks Library | 2783 |
| JC06 | Northview High School | 2778 |
| SS29A | First Baptist Church of Sandy Springs / Cumb | 2773 |
| 06F | Ponce De Leon Library | 2770 |
| 03D & 04A | Washington Park Library | 2729 |
| 03N | Lindsay Street Baptist Church | 2727 |
| SS05 & SS18 A/B | Abernathy Arts Center | 2721 |
| JC16 | Prince of Peace Lutheran Church | 2681 |
| RW20 | East Roswell Branch Library | 2680 |
| 04F | Center for Civil & Human Rights | 2673 |
| 04K | West End Library | 2656 |
| JC10 | Messiah Lutheran Church | 2604 |
| 10C | Old Adamsville Emergency Shelter | 2591 |
| EP04B | Camp Creek Middle School | 2575 |
| JC13 A/B | Autrey Mill Middle School | 2559 |
| SC20 | Wolf Creek Branch Library | 2537 |
| 09M | Springfield Missonary Baptist | 2533 |
| 08H | Covenant Presbyterian Church | 2531 |

| Code | Location | Count |
|---|---|---|
| 04S | St. Peter Missionary Baptist Church | 2516 |
| 06D1 | Morningside Presbyterian | 2505 |
| SS02A/B | Spalding Drive Elementary | 2504 |
| SC15A | Cliftondale Elementary | 2445 |
| RW12A | Sweet Apple Elementary | 2433 |
| RW08 | Crosspointe Community Church | 2401 |
| 08N 1/2 | Trinity Presbyterian Church | 2394 |
| 11N | Believers Bible Christian Church | 2385 |
| SS20 | Woodland Elementary | 2355 |
| 07M | Buckhead Theatre | 2349 |
| 10K & 11H | Beecher Hills Elementary School | 2340 |
| CH0 1 / 2 / 3 / 4A / 5 | Chattahoochee Hills City Hall | 2332 |
| SS19B | North Fulton Annex | 2325 |
| JC05 | Abbotts Hill Elementary School | 2324 |
| 11E 1/2 | William Walker Recreation Center | 2306 |
| 09D | Salem Bible Church | 2276 |
| 12D & 12G | Perkerson Park Recreation Center | 2272 |
| SC14A & SC30A/B | Southwest Regional Library (Evelyn G. Lower | 2269 |
| 02C & 05F | Central Park Recreation Center | 2248 |
| 08M | Peachtree Presbyterian Church | 2227 |
| 03A | Allen Temple African Methodist Episcopal Ch | 2195 |
| SC08 C/D/E/F/G/H | Gladys Dennard Library | 2189 |
| 11R | Mount Carmel Baptist Church | 2188 |
| JC03 A/B | Findley Oaks Elementary | 2177 |
| 08F1 | Morris Brandon Elementary School | 2164 |
| 11M1 | Adams Park Recreation Center | 2144 |
| ML06A | Manning Oaks Elementary School | 2136 |
| SS11 B/C/D | High Point Elementary | 2131 |
| RW19 | North River Baptist Church | 2127 |
| SS16 | Heards Ferry Elementary | 2087 |
| 11P | St Mark AME Church | 2077 |
| 03S & 10F | Berean Seventh Day Adventist Church | 2065 |
| 11J | Continental Colony Elementary School | 2061 |
| RW16 | Hembree Springs Elementary | 2057 |
| 12S | Arthur Langford Jr. Recreation Center | 2024 |
| 11K | Cascade Elementary School | 2010 |
| 06R | First Presbyterian Church | 1996 |
| SC07 D | Creekside High School | 1995 |
| 04L | West Hunter Street Baptist Church | 1969 |
| 04G & 04M | James Orange Park | 1967 |
| 02E | Little 5 Point Community Center | 1958 |
| RW09A | World Harvest Church | 1860 |
| RW04 | River Eves Elementary School | 1854 |

| | | |
|---|---|---|
| 12 E 1 | Cleveland Avenue Library | 1853 |
| 04C & 04D | C.A. Scott Recreation Bldg | 1849 |
| 03C | Radcliffe Presbyterian Church | 1836 |
| SC19 A/B | Solid Rock Pentecostal Church | 1804 |
| 01T | Benteen Elementary School | 1763 |
| 03G & 03L | Simpson Street Church of Christ | 1757 |
| 03T | Friendship Baptist Church | 1708 |
| JC01A | River Trail Middle School | 1701 |
| SC11B | Creel Park | 1670 |
| SC11A | Bethune Elementary | 1628 |
| 04J | Central United Methodist Church | 1610 |
| 10P | Collier Park Recreation Center | 1592 |
| SS03 | Lake Forest Elementary School | 1556 |
| EP03B | Asa Hillard Elementary | 1544 |
| 01R | Thomasville Recreation Center | 1534 |
| 09K1 | Scott Elementary | 1501 |
| 02L1A | The Fox Theatre | 1486 |
| SC02 | Southwest Arts Center | 1426 |
| 01P | Bible Way Ministries | 1423 |
| 11M | Therrell D.M. High School | 1358 |
| SC17 A/B/C | Welcome All Recreation Center | 1329 |
| CP011 | College Park Library | 1327 |
| EP04C | Woodland Middle | 1306 |
| 04T | West Oakland Missionary Baptist Church | 1272 |
| 10J | West Side Community CME Church | 1217 |
| 12F | John Birdine Neighborhood Facility | 1204 |
| SC04 | Fire Station # 17 | 1066 |
| 08D | Northside Library | 1064 |
| 08K | Bitsy Grant Tennis Center | 1043 |
| AP10 | Alpharetta Library | 987 |
| 10R | Concord Baptist Church | 910 |
| 11B 1 | Southwest Christian Academy | 876 |
| 03M | M28 Church | 851 |
| 06D2 | Haygood Memorial United Methodist | 846 |
| 12L | The Love Center | 762 |
| FA01C | Harvest Rain Church | 753 |
| 02A1 | Historic Academy of Medicine | 711 |
| 12A1 | Sylvan Middle | 679 |
| FC02 | Aviation Community Cultural Center | 578 |
| MP01 | Mountain Park Community Building | 465 |
| 09B | Coretta Scott King Young Women's Leadersh | 465 |
| FA01D | New Beginning Senior Center | 310 |
| ML03A | Summit Hill Elementary | 299 |

| | |
|---|---|
| TOTAL | 794,349 |
| TOTAL in locations with >2275 voters | 684,983 |