EXHIBIT 3

| # of Poll Pads | # of Scanners | BMDs Needed (1 per 250 RV) | 2-Station Carriers | 4-Station Carriers | Stand-Alone Scanners |
|---|---|---|---|---|---|
| 11 | 4 | 34 | 2 | 8 | 2 |
| 10 | 4 | 30 | 2 | 7 | 2 |
| 9 | 4 | 28 | 2 | 6 | 2 |
| 9 | 3 | 26 | 2 | 6 | 1 |
| 8 | 3 | 25 | 2 | 6 | 1 |
| 8 | 3 | 24 | 2 | 5 | 1 |
| 8 | 3 | 23 | 2 | 5 | 1 |
| 8 | 3 | 22 | 2 | 5 | 1 |
| 7 | 3 | 22 | 2 | 5 | 1 |
| 7 | 3 | 22 | 2 | 5 | 1 |
| 7 | 3 | 21 | 2 | 5 | 1 |
| 7 | 3 | 21 | 2 | 5 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 20 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 7 | 3 | 19 | 2 | 4 | 1 |
| 6 | 3 | 19 | 2 | 4 | 1 |
| 6 | 3 | 19 | 2 | 4 | 1 |
| 6 | 3 | 19 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 3 | 18 | 2 | 4 | 1 |
| 6 | 2 | 18 | 2 | 4 | 0 |
| 6 | 2 | 18 | 2 | 4 | 0 |
| 6 | 2 | 18 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 17 | 2 | 4 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 16 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 6 | 2 | 15 | 2 | 3 | 0 |
| 5 | 2 | 15 | 2 | 3 | 0 |
| 5 | 2 | 15 | 2 | 3 | 0 |
| 5 | 2 | 15 | 2 | 3 | 0 |

| 5 | 2 | 15 | 2 | 3 | 0 |
|---|---|----|---|---|---|
| 5 | 2 | 15 | 2 | 3 | 0 |
| 5 | 2 | 15 | 2 | 3 | 0 |
| 5 | 2 | 15 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 14 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 13 | 2 | 3 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |

| 5 | 2 | 12 | 2 | 2 | 0 |
|---|---|----|---|---|---|
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 12 | 2 | 2 | 0 |
| 5 | 2 | 11 | 2 | 2 | 0 |
| 5 | 2 | 11 | 2 | 2 | 0 |
| 5 | 2 | 11 | 2 | 2 | 0 |
| 5 | 2 | 11 | 2 | 2 | 0 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 11 | 1 | 3 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 10 | 1 | 2 | 1 |
| 5 | 2 | 9 | 1 | 2 | 1 |
| 5 | 2 | 9 | 1 | 2 | 1 |
| 4 | 2 | 9 | 1 | 2 | 1 |
| 4 | 2 | 9 | 1 | 2 | 1 |
| 4 | 2 | 9 | 1 | 2 | 1 |
| 4 | 2 | 9 | 1 | 2 | 1 |
| 4 | 2 | 9 | 1 | 2 | 1 |
| 4 | 2 | 9 | 1 | 2 | 1 |
| 3 | 2 | 9 | 1 | 2 | 1 |
| 3 | 2 | 9 | 1 | 2 | 1 |
| 3 | 2 | 9 | 1 | 2 | 1 |
| 3 | 2 | 9 | 1 | 2 | 1 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 9 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 8 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 7 | 1 | 2 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 6 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 5 | 1 | 1 | 0 |
| 3 | 1 | 4 | 1 | 1 | 0 |
| 3 | 1 | 4 | 1 | 1 | 0 |
| 3 | 1 | 4 | 1 | 1 | 0 |
| 3 | 1 | 4 | 1 | 1 | 0 |
| 3 | 1 | 4 | 1 | 1 | 0 |
| 3 | 1 | 4 | 1 | 1 | 0 |
| 3 | 1 | 3 | 1 | 1 | 0 |
| 3 | 1 | 3 | 1 | 1 | 0 |
| 3 | 1 | 3 | 1 | 1 | 0 |
| 3 | 1 | 3 | 1 | 1 | 0 |
| 3 | 1 | 3 | 1 | 1 | 0 |
| 3 | 1 | 3 | 1 | 1 | 0 |
| 3 | 1 | 2 | 1 | 0 | 0 |
| 3 | 1 | 2 | 1 | 0 | 0 |
| 2 | 1 | 2 | 1 | 0 | 0 |
| 2 | 1 | 2 | 1 | 0 | 0 |
| 2 | 1 | 2 | 1 | 0 | 0 |

1250     489     3,176     400     687     89

| Precincts | Total # of Registered Voters | # of Poll Pads | # of Scanners | BMDs Needed (1 per 250 RV) | 2-Station Carriers | 4-Station Carriers | Stand-Alone Scanners |
|---|---|---|---|---|---|---|---|
| 06D & 06E | 8401 | 11 | 4 | 34 | 2 | 8 | 2 |
| 07A | 7567 | 10 | 4 | 30 | 2 | 7 | 2 |
| 06I & 07J | 6986 | 9 | 4 | 28 | 2 | 6 | 2 |
| 08E & 09F | 6445 | 9 | 3 | 26 | 2 | 6 | 1 |
| ML03 & ML07A/B | 6174 | 8 | 3 | 25 | 2 | 6 | 1 |
| SC211/2 | 5960 | 8 | 3 | 24 | 2 | 5 | 1 |
| FA01B | 5725 | 8 | 3 | 23 | 2 | 5 | 1 |
| UC02 A/B | 5548 | 8 | 3 | 22 | 2 | 5 | 1 |
| 02L1 | 5483 | 7 | 3 | 22 | 2 | 5 | 1 |
| 02D | 5416 | 7 | 3 | 22 | 2 | 5 | 1 |
| AP09A/B | 5266 | 7 | 3 | 21 | 2 | 5 | 1 |
| AP01A | 5172 | 7 | 3 | 21 | 2 | 5 | 1 |
| FC03 & SC16A | 5123 | 7 | 3 | 20 | 2 | 4 | 1 |
| UC01 A/B/D/E | 5097 | 7 | 3 | 20 | 2 | 4 | 1 |
| RW03 | 4989 | 7 | 3 | 20 | 2 | 4 | 1 |
| RW01 | 4963 | 7 | 3 | 20 | 2 | 4 | 1 |
| EP04A | 4961 | 7 | 3 | 20 | 2 | 4 | 1 |
| 08B & 08C | 4923 | 7 | 3 | 20 | 2 | 4 | 1 |
| 02W & 03F & 06L1/2 | 4918 | 7 | 3 | 20 | 2 | 4 | 1 |
| 12A | 4905 | 7 | 3 | 20 | 2 | 4 | 1 |
| 10D | 4881 | 7 | 3 | 20 | 2 | 4 | 1 |
| EP03A | 4855 | 7 | 3 | 19 | 2 | 4 | 1 |
| 07D | 4788 | 7 | 3 | 19 | 2 | 4 | 1 |
| SS01 | 4787 | 7 | 3 | 19 | 2 | 4 | 1 |
| SS08 A/B/C/D | 4774 | 7 | 3 | 19 | 2 | 4 | 1 |
| ML05 | 4770 | 7 | 3 | 19 | 2 | 4 | 1 |
| 02A | 4761 | 7 | 3 | 19 | 2 | 4 | 1 |
| RW22A | 4741 | 7 | 3 | 19 | 2 | 4 | 1 |
| AP05 | 4711 | 7 | 3 | 19 | 2 | 4 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12K & 12N | 4699 | 6 | 3 | 19 | 2 | 4 | 1 |
| JC04A/B/C | 4668 | 6 | 3 | 19 | 2 | 4 | 1 |
| FC01 & SC01A/B/C | 4651 | 6 | 3 | 19 | 2 | 4 | 1 |
| 06B & 06J | 4583 | 6 | 3 | 18 | 2 | 4 | 1 |
| JC07 | 4580 | 6 | 3 | 18 | 2 | 4 | 1 |
| 04I | 4531 | 6 | 3 | 18 | 2 | 4 | 1 |
| 02B & 05D | 4502 | 6 | 3 | 18 | 2 | 4 | 1 |
| SC07 A/C | 4473 | 6 | 3 | 18 | 2 | 4 | 1 |
| SC15 | 4466 | 6 | 3 | 18 | 2 | 4 | 1 |
| 07C | 4445 | 6 | 3 | 18 | 2 | 4 | 1 |
| 08L | 4437 | 6 | 3 | 18 | 2 | 4 | 1 |
| ML02 A/B | 4426 | 6 | 3 | 18 | 2 | 4 | 1 |
| SS15 A/B | 4419 | 6 | 3 | 18 | 2 | 4 | 1 |
| RW09 | 4390 | 6 | 2 | 18 | 2 | 4 | 0 |
| 09C & 10E | 4379 | 6 | 2 | 18 | 2 | 4 | 0 |
| 01D & 01E | 4378 | 6 | 2 | 18 | 2 | 4 | 0 |
| 07E & 07N | 4359 | 6 | 2 | 17 | 2 | 4 | 0 |
| 11B | 4353 | 6 | 2 | 17 | 2 | 4 | 0 |
| 06N & 06Q & 07H | 4343 | 6 | 2 | 17 | 2 | 4 | 0 |
| 10G & 10H1/2 | 4337 | 6 | 2 | 17 | 2 | 4 | 0 |
| 03P1A & 03P2 | 4307 | 6 | 2 | 17 | 2 | 4 | 0 |
| 02J & 02K & 06G | 4305 | 6 | 2 | 17 | 2 | 4 | 0 |
| 01B | 4280 | 6 | 2 | 17 | 2 | 4 | 0 |
| SS12 & SS14 | 4254 | 6 | 2 | 17 | 2 | 4 | 0 |
| 10B & 10I | 4238 | 6 | 2 | 17 | 2 | 4 | 0 |
| 02S & 05J & 05K | 4224 | 6 | 2 | 17 | 2 | 4 | 0 |
| SC09C & SC27 | 4161 | 6 | 2 | 17 | 2 | 4 | 0 |
| SC05A/D/E | 4147 | 6 | 2 | 17 | 2 | 4 | 0 |
| AP04A/B & AP06 | 4142 | 6 | 2 | 17 | 2 | 4 | 0 |
| 12H1/2 | 4137 | 6 | 2 | 17 | 2 | 4 | 0 |
| JC19 | 4126 | 6 | 2 | 17 | 2 | 4 | 0 |
| CP051/B & CP06A & CP07B | 4118 | 6 | 2 | 16 | 2 | 3 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JC01 | 4045 | 6 | 2 | 16 | 2 | 3 | 0 |
| SC08B | 4042 | 6 | 2 | 16 | 2 | 3 | 0 |
| 02F1/2 | 4029 | 6 | 2 | 16 | 2 | 3 | 0 |
| RW02 | 4004 | 6 | 2 | 16 | 2 | 3 | 0 |
| FA01A | 3995 | 6 | 2 | 16 | 2 | 3 | 0 |
| SS11A | 3971 | 6 | 2 | 16 | 2 | 3 | 0 |
| 01C & 01S | 3965 | 6 | 2 | 16 | 2 | 3 | 0 |
| 09K | 3952 | 6 | 2 | 16 | 2 | 3 | 0 |
| AP12 A/B/C | 3939 | 6 | 2 | 16 | 2 | 3 | 0 |
| 09G | 3911 | 6 | 2 | 16 | 2 | 3 | 0 |
| AP07A | 3882 | 6 | 2 | 16 | 2 | 3 | 0 |
| 01F & 01G | 3874 | 6 | 2 | 15 | 2 | 3 | 0 |
| RW12 | 3862 | 6 | 2 | 15 | 2 | 3 | 0 |
| 09A | 3821 | 6 | 2 | 15 | 2 | 3 | 0 |
| 02G | 3821 | 6 | 2 | 15 | 2 | 3 | 0 |
| SS26 | 3789 | 6 | 2 | 15 | 2 | 3 | 0 |
| SC23A | 3777 | 6 | 2 | 15 | 2 | 3 | 0 |
| HP01 | 3751 | 6 | 2 | 15 | 2 | 3 | 0 |
| SC09 A/B | 3741 | 6 | 2 | 15 | 2 | 3 | 0 |
| RW13 | 3719 | 5 | 2 | 15 | 2 | 3 | 0 |
| 07F | 3707 | 5 | 2 | 15 | 2 | 3 | 0 |
| SS04 | 3707 | 5 | 2 | 15 | 2 | 3 | 0 |
| EP02 B/D/E | 3698 | 5 | 2 | 15 | 2 | 3 | 0 |
| SS17 | 3647 | 5 | 2 | 15 | 2 | 3 | 0 |
| 01A | 3643 | 5 | 2 | 15 | 2 | 3 | 0 |
| 02L2 & 03I | 3629 | 5 | 2 | 15 | 2 | 3 | 0 |
| RW10 | 3611 | 5 | 2 | 14 | 2 | 3 | 0 |
| SC05B | 3583 | 5 | 2 | 14 | 2 | 3 | 0 |
| 11G & 12I | 3582 | 5 | 2 | 14 | 2 | 3 | 0 |
| 11E3 | 3565 | 5 | 2 | 14 | 2 | 3 | 0 |
| SS09B | 3564 | 5 | 2 | 14 | 2 | 3 | 0 |
| 04V | 3554 | 5 | 2 | 14 | 2 | 3 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UC02C | 3529 | 5 | 2 | 14 | 2 | 3 | 0 |
| JC14 & JC15 | 3523 | 5 | 2 | 14 | 2 | 3 | 0 |
| SC18A/B/C | 3512 | 5 | 2 | 14 | 2 | 3 | 0 |
| ML01 A/B | 3441 | 5 | 2 | 14 | 2 | 3 | 0 |
| JC11 | 3435 | 5 | 2 | 14 | 2 | 3 | 0 |
| EP01B | 3407 | 5 | 2 | 14 | 2 | 3 | 0 |
| 04W | 3392 | 5 | 2 | 14 | 2 | 3 | 0 |
| AP021 | 3362 | 5 | 2 | 13 | 2 | 3 | 0 |
| AP01 C/D | 3357 | 5 | 2 | 13 | 2 | 3 | 0 |
| RW21 | 3339 | 5 | 2 | 13 | 2 | 3 | 0 |
| SS13A/B | 3320 | 5 | 2 | 13 | 2 | 3 | 0 |
| SS06 & SS31 | 3317 | 5 | 2 | 13 | 2 | 3 | 0 |
| 08J | 3278 | 5 | 2 | 13 | 2 | 3 | 0 |
| ML04 | 3271 | 5 | 2 | 13 | 2 | 3 | 0 |
| SS19A | 3258 | 5 | 2 | 13 | 2 | 3 | 0 |
| CP081/3/4/A & SC10 | 3256 | 5 | 2 | 13 | 2 | 3 | 0 |
| 05A2 | 3256 | 5 | 2 | 13 | 2 | 3 | 0 |
| 09E | 3225 | 5 | 2 | 13 | 2 | 3 | 0 |
| 03B & 03H & 09I | 3211 | 5 | 2 | 13 | 2 | 3 | 0 |
| AP14 | 3203 | 5 | 2 | 13 | 2 | 3 | 0 |
| JC09 | 3201 | 5 | 2 | 13 | 2 | 3 | 0 |
| 01H & 05B/C | 3174 | 5 | 2 | 13 | 2 | 3 | 0 |
| SS09A | 3166 | 5 | 2 | 13 | 2 | 3 | 0 |
| SC29A | 3140 | 5 | 2 | 13 | 2 | 3 | 0 |
| 10A | 3138 | 5 | 2 | 13 | 2 | 3 | 0 |
| SC23 B/C | 3116 | 5 | 2 | 12 | 2 | 2 | 0 |
| 11C | 3113 | 5 | 2 | 12 | 2 | 2 | 0 |
| AP022 & AP02B | 3108 | 5 | 2 | 12 | 2 | 2 | 0 |
| CP012/B & CP02 & CP04A/ | 3100 | 5 | 2 | 12 | 2 | 2 | 0 |
| AP01B & AP07B | 3095 | 5 | 2 | 12 | 2 | 2 | 0 |
| ML06B | 3086 | 5 | 2 | 12 | 2 | 2 | 0 |
| 12J | 3085 | 5 | 2 | 12 | 2 | 2 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UC03 1/2 | 3080 | 5 | 2 | 12 | 2 | 2 | 0 |
| 08A | 3072 | 5 | 2 | 12 | 2 | 2 | 0 |
| RW17 | 3072 | 5 | 2 | 12 | 2 | 2 | 0 |
| 04X 1/2 | 3064 | 5 | 2 | 12 | 2 | 2 | 0 |
| 08G | 3041 | 5 | 2 | 12 | 2 | 2 | 0 |
| 08P & 09H | 3032 | 5 | 2 | 12 | 2 | 2 | 0 |
| RW06 | 3031 | 5 | 2 | 12 | 2 | 2 | 0 |
| AP03 & RW07A/B | 2970 | 5 | 2 | 12 | 2 | 2 | 0 |
| EP01A | 2964 | 5 | 2 | 12 | 2 | 2 | 0 |
| PA01 | 2964 | 5 | 2 | 12 | 2 | 2 | 0 |
| 07B | 2937 | 5 | 2 | 12 | 2 | 2 | 0 |
| 12M | 2932 | 5 | 2 | 12 | 2 | 2 | 0 |
| 04B | 2915 | 5 | 2 | 12 | 2 | 2 | 0 |
| JC08 | 2913 | 5 | 2 | 12 | 2 | 2 | 0 |
| JC02 | 2907 | 5 | 2 | 12 | 2 | 2 | 0 |
| 05A1 | 2885 | 5 | 2 | 12 | 2 | 2 | 0 |
| 03E | 2865 | 5 | 2 | 11 | 2 | 2 | 0 |
| RW05 | 2864 | 5 | 2 | 11 | 2 | 2 | 0 |
| EP02 A/C | 2862 | 5 | 2 | 11 | 2 | 2 | 0 |
| 10M | 2855 | 5 | 2 | 11 | 2 | 2 | 0 |
| SC13 | 2847 | 5 | 2 | 11 | 1 | 3 | 1 |
| RW11A | 2835 | 5 | 2 | 11 | 1 | 3 | 1 |
| JC18 | 2825 | 5 | 2 | 11 | 1 | 3 | 1 |
| SS07 A/B/C | 2817 | 5 | 2 | 11 | 1 | 3 | 1 |
| 01J | 2810 | 5 | 2 | 11 | 1 | 3 | 1 |
| SS22 | 2791 | 5 | 2 | 11 | 1 | 3 | 1 |
| JC12 | 2783 | 5 | 2 | 11 | 1 | 3 | 1 |
| JC06 | 2778 | 5 | 2 | 11 | 1 | 3 | 1 |
| SS29A | 2773 | 5 | 2 | 11 | 1 | 3 | 1 |
| 06F | 2770 | 5 | 2 | 11 | 1 | 3 | 1 |
| 03D & 04A | 2729 | 5 | 2 | 11 | 1 | 3 | 1 |
| 03N | 2727 | 5 | 2 | 11 | 1 | 3 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SS05 & SS18 A/B | 2721 | 5 | 2 | 11 | 1 | 3 | 1 |
| JC16 | 2681 | 5 | 2 | 11 | 1 | 3 | 1 |
| RW20 | 2680 | 5 | 2 | 11 | 1 | 3 | 1 |
| 04F | 2673 | 5 | 2 | 11 | 1 | 3 | 1 |
| 04K | 2656 | 5 | 2 | 11 | 1 | 3 | 1 |
| JC10 | 2604 | 5 | 2 | 10 | 1 | 2 | 1 |
| 10C | 2591 | 5 | 2 | 10 | 1 | 2 | 1 |
| EP04B | 2575 | 5 | 2 | 10 | 1 | 2 | 1 |
| JC13 A/B | 2559 | 5 | 2 | 10 | 1 | 2 | 1 |
| SC20 | 2537 | 5 | 2 | 10 | 1 | 2 | 1 |
| 09M | 2533 | 5 | 2 | 10 | 1 | 2 | 1 |
| 08H | 2531 | 5 | 2 | 10 | 1 | 2 | 1 |
| 04S | 2516 | 5 | 2 | 10 | 1 | 2 | 1 |
| 06D1 | 2505 | 5 | 2 | 10 | 1 | 2 | 1 |
| SS02A/B | 2504 | 5 | 2 | 10 | 1 | 2 | 1 |
| SC15A | 2445 | 5 | 2 | 10 | 1 | 2 | 1 |
| RW12A | 2433 | 5 | 2 | 10 | 1 | 2 | 1 |
| RW08 | 2401 | 5 | 2 | 10 | 1 | 2 | 1 |
| 08N 1/2 | 2394 | 5 | 2 | 10 | 1 | 2 | 1 |
| 11N | 2385 | 5 | 2 | 10 | 1 | 2 | 1 |
| SS20 | 2355 | 5 | 2 | 9 | 1 | 2 | 1 |
| 07M | 2349 | 5 | 2 | 9 | 1 | 2 | 1 |
| 10K & 11H | 2340 | 4 | 2 | 9 | 1 | 2 | 1 |
| CH0 1 / 2 / 3 / 4A / 5 | 2332 | 4 | 2 | 9 | 1 | 2 | 1 |
| SS19B | 2325 | 4 | 2 | 9 | 1 | 2 | 1 |
| JC05 | 2324 | 4 | 2 | 9 | 1 | 2 | 1 |
| 11E 1/2 | 2306 | 4 | 2 | 9 | 1 | 2 | 1 |
| 09D | 2276 | 4 | 2 | 9 | 1 | 2 | 1 |
| 12D & 12G | 2272 | 3 | 2 | 9 | 1 | 2 | 1 |
| SC14A & SC30A/B | 2269 | 3 | 2 | 9 | 1 | 2 | 1 |
| 02C & 05F | 2248 | 3 | 2 | 9 | 1 | 2 | 1 |
| 08M | 2227 | 3 | 2 | 9 | 1 | 2 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03A | 2195 | 3 | 1 | 9 | 1 | 2 | 0 |
| SC08 C/D/E/F/G/H | 2189 | 3 | 1 | 9 | 1 | 2 | 0 |
| 11R | 2188 | 3 | 1 | 9 | 1 | 2 | 0 |
| JC03 A/B | 2177 | 3 | 1 | 9 | 1 | 2 | 0 |
| 08F1 | 2164 | 3 | 1 | 9 | 1 | 2 | 0 |
| 11M1 | 2144 | 3 | 1 | 9 | 1 | 2 | 0 |
| ML06A | 2136 | 3 | 1 | 9 | 1 | 2 | 0 |
| SS11 B/C/D | 2131 | 3 | 1 | 9 | 1 | 2 | 0 |
| RW19 | 2127 | 3 | 1 | 9 | 1 | 2 | 0 |
| SS16 | 2087 | 3 | 1 | 8 | 1 | 2 | 0 |
| 11P | 2077 | 3 | 1 | 8 | 1 | 2 | 0 |
| 03S & 10F | 2065 | 3 | 1 | 8 | 1 | 2 | 0 |
| 11J | 2061 | 3 | 1 | 8 | 1 | 2 | 0 |
| RW16 | 2057 | 3 | 1 | 8 | 1 | 2 | 0 |
| 12S | 2024 | 3 | 1 | 8 | 1 | 2 | 0 |
| 11K | 2010 | 3 | 1 | 8 | 1 | 2 | 0 |
| 06R | 1996 | 3 | 1 | 8 | 1 | 2 | 0 |
| SC07 D | 1995 | 3 | 1 | 8 | 1 | 2 | 0 |
| 04L | 1969 | 3 | 1 | 8 | 1 | 2 | 0 |
| 04G & 04M | 1967 | 3 | 1 | 8 | 1 | 2 | 0 |
| 02E | 1958 | 3 | 1 | 8 | 1 | 2 | 0 |
| RW09A | 1860 | 3 | 1 | 7 | 1 | 2 | 0 |
| RW04 | 1854 | 3 | 1 | 7 | 1 | 2 | 0 |
| 12 E 1 | 1853 | 3 | 1 | 7 | 1 | 2 | 0 |
| 04C & 04D | 1849 | 3 | 1 | 7 | 1 | 2 | 0 |
| 03C | 1836 | 3 | 1 | 7 | 1 | 2 | 0 |
| SC19 A/B | 1804 | 3 | 1 | 7 | 1 | 2 | 0 |
| 01T | 1763 | 3 | 1 | 7 | 1 | 2 | 0 |
| 03G & 03L | 1757 | 3 | 1 | 7 | 1 | 2 | 0 |
| 03T | 1708 | 3 | 1 | 7 | 1 | 2 | 0 |
| JC01A | 1701 | 3 | 1 | 7 | 1 | 2 | 0 |
| SC11B | 1670 | 3 | 1 | 7 | 1 | 2 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SC11A | 1628 | 3 | 1 | 7 | 1 | 2 | 0 |
| 04J | 1610 | 3 | 1 | 6 | 1 | 1 | 0 |
| 10P | 1592 | 3 | 1 | 6 | 1 | 1 | 0 |
| SS03 | 1556 | 3 | 1 | 6 | 1 | 1 | 0 |
| EP03B | 1544 | 3 | 1 | 6 | 1 | 1 | 0 |
| 01R | 1534 | 3 | 1 | 6 | 1 | 1 | 0 |
| 09K1 | 1501 | 3 | 1 | 6 | 1 | 1 | 0 |
| 02L1A | 1486 | 3 | 1 | 6 | 1 | 1 | 0 |
| SC02 | 1426 | 3 | 1 | 6 | 1 | 1 | 0 |
| 01P | 1423 | 3 | 1 | 6 | 1 | 1 | 0 |
| 11M | 1358 | 3 | 1 | 5 | 1 | 1 | 0 |
| SC17 A/B/C | 1329 | 3 | 1 | 5 | 1 | 1 | 0 |
| CP011 | 1327 | 3 | 1 | 5 | 1 | 1 | 0 |
| EP04C | 1306 | 3 | 1 | 5 | 1 | 1 | 0 |
| 04T | 1272 | 3 | 1 | 5 | 1 | 1 | 0 |
| 10J | 1217 | 3 | 1 | 5 | 1 | 1 | 0 |
| 12F | 1204 | 3 | 1 | 5 | 1 | 1 | 0 |
| SC04 | 1066 | 3 | 1 | 4 | 1 | 1 | 0 |
| 08D | 1064 | 3 | 1 | 4 | 1 | 1 | 0 |
| 08K | 1043 | 3 | 1 | 4 | 1 | 1 | 0 |
| AP10 | 987 | 3 | 1 | 4 | 1 | 1 | 0 |
| 10R | 910 | 3 | 1 | 4 | 1 | 1 | 0 |
| 11B 1 | 876 | 3 | 1 | 4 | 1 | 1 | 0 |
| 03M | 851 | 3 | 1 | 3 | 1 | 1 | 0 |
| 06D2 | 846 | 3 | 1 | 3 | 1 | 1 | 0 |
| 12L | 762 | 3 | 1 | 3 | 1 | 1 | 0 |
| FA01C | 753 | 3 | 1 | 3 | 1 | 1 | 0 |
| 02A1 | 711 | 3 | 1 | 3 | 1 | 1 | 0 |
| 12A1 | 679 | 3 | 1 | 3 | 1 | 1 | 0 |
| FC02 | 578 | 3 | 1 | 2 | 1 | 0 | 0 |
| MP01 | 465 | 3 | 1 | 2 | 1 | 0 | 0 |
| 09B | 465 | 2 | 1 | 2 | 1 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FA01D | 310 | 2 | 1 | 2 | 1 | 0 | 0 |
| ML03A | 299 | 2 | 1 | 2 | 1 | 0 | 0 |
| | 794,349 | 1250 | 489 | 3,176 | 400 | 687 | 89 |
| | 684,983 | | | | | | |