**EXHIBIT 4**

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| 01A | 10 | 3 | 1 | 2 | 1 | 3 |
| 01B | 10 | 3 | 1 | 2 | 1 | 3 |
| 01C & 01S & 12F | 10 | 3 | 1 | 2 | 1 | 3 |
| 01D & 01E & 01G | 10 | 3 | 1 | 2 | 1 | 3 |
| 01F | 10 | 2 | 1 | 2 | 1 | 3 |
| 01H & 05B/C | 10 | 3 | 1 | 2 | 1 | 3 |
| 01J & 12S | 10 | 3 | 1 | 2 | 1 | 3 |
| 01P | 10 | 2 | 1 | 2 | 1 | 3 |
| 01R | 10 | 2 | 1 | 2 | 1 | 3 |
| 01T | 10 | 2 | 1 | 2 | 1 | 3 |
| 02A & 02L1 | 18 | 4 | 1 | 4 | 1 | 5 |
| 02B & 02L2 & 05D (PL Change) | 10 | 3 | 1 | 2 | 1 | 3 |
| 02C & & 02F1/2 & 05F | 10 | 3 | 1 | 2 | 1 | 3 |
| 02D & 05J & 06F | 10 | 3 | 1 | 2 | 1 | 3 |
| 02E | 10 | 2 | 1 | 2 | 1 | 3 |
| 02G | 10 | 3 | 1 | 2 | 1 | 3 |
| 02J & 02K & 06G | 10 | 3 | 1 | 2 | 1 | 3 |
| 02S & 05K | 10 | 3 | 1 | 2 | 1 | 3 |
| 02W & 03F & 06L1/2 | 10 | 3 | 1 | 2 | 1 | 3 |
| 03A | 10 | 2 | 1 | 2 | 1 | 3 |
| 03B & 03H & 09I | 10 | 3 | 1 | 2 | 1 | 3 |
| 03C | 10 | 2 | 1 | 2 | 1 | 3 |
| 03D & 04A | 10 | 2 | 1 | 2 | 1 | 3 |
| 03E | 10 | 3 | 1 | 2 | 1 | 3 |
| 03G & 03L | 10 | 2 | 1 | 2 | 1 | 3 |
| 03I & 03P1A & 03P2 & 04F | 14 | 4 | 1 | 3 | 1 | 4 |

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| 03M | 10 | 2 | 1 | 2 | 1 | 3 |
| 03N | 10 | 2 | 1 | 2 | 1 | 3 |
| 03S & 10F | 10 | 2 | 1 | 2 | 1 | 3 |
| 03T & 04J | 10 | 3 | 1 | 2 | 1 | 3 |
| 04B | 10 | 3 | 1 | 2 | 1 | 3 |
| 04C & 04D | 10 | 2 | 1 | 2 | 1 | 3 |
| 04G & 04M | 10 | 2 | 1 | 2 | 1 | 3 |
| 04I & 04V | 18 | 4 | 1 | 4 | 1 | 5 |
| 04K & 4L | 10 | 3 | 1 | 2 | 1 | 3 |
| 04S | 10 | 2 | 1 | 2 | 1 | 3 |
| 04T | 10 | 2 | 1 | 2 | 1 | 3 |
| 04W | 10 | 3 | 1 | 2 | 1 | 3 |
| 04X 1/2 | 10 | 3 | 1 | 2 | 1 | 3 |
| 05A 1/2 | 10 | 3 | 1 | 2 | 1 | 3 |
| 06B & 06J | 10 | 3 | 1 | 2 | 1 | 3 |
| 06D & 06E | 18 | 4 | 1 | 4 | 1 | 5 |
| 06I & 07E & 07J & 07N | 18 | 4 | 1 | 4 | 1 | 5 |
| 06N & 06Q & 07H | 10 | 3 | 1 | 2 | 1 | 3 |
| 06R | 10 | 2 | 1 | 2 | 1 | 3 |
| 07A | 10 | 3 | 1 | 2 | 1 | 3 |
| 07B & 07C | 10 | 3 | 1 | 2 | 1 | 3 |
| 07D & 08M | 10 | 3 | 1 | 2 | 1 | 3 |
| 07F & 07M & 08G & 08L | 18 | 4 | 1 | 4 | 1 | 5 |
| 08A | 10 | 3 | 1 | 2 | 1 | 3 |
| 08B & 08C | 10 | 3 | 1 | 2 | 1 | 3 |
| 08D & 08F1 & 08N 1/2 | 10 | 3 | 1 | 2 | 1 | 3 |

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| 08E & 09F | 10 | 4 | 1 | 2 | 1 | 3 |
| 08H & 08J | 10 | 3 | 1 | 2 | 1 | 3 |
| 08K | 10 | 2 | 1 | 2 | 1 | 3 |
| 08P & 09G & 09H | 10 | 3 | 1 | 2 | 1 | 3 |
| 09A & 09K & 09M | 14 | 4 | 1 | 3 | 1 | 4 |
| 09B | 10 | 2 | 1 | 2 | 1 | 3 |
| 09C & 10E | 10 | 3 | 1 | 2 | 1 | 3 |
| 09D | 10 | 2 | 1 | 2 | 1 | 3 |
| 09E | 10 | 3 | 1 | 2 | 1 | 3 |
| 10A | 10 | 3 | 1 | 2 | 1 | 3 |
| 10B & 10I | 10 | 3 | 1 | 2 | 1 | 3 |
| 10C & 10D | 18 | 4 | 1 | 4 | 1 | 5 |
| 10G & 10H1/2 | 10 | 3 | 1 | 2 | 1 | 3 |
| 10J | 10 | 2 | 1 | 2 | 1 | 3 |
| 10K & 11H | 10 | 2 | 1 | 2 | 1 | 3 |
| 10M | 10 | 3 | 1 | 2 | 1 | 3 |
| 10P | 10 | 2 | 1 | 2 | 1 | 3 |
| 10R | 10 | 2 | 1 | 2 | 1 | 3 |
| 11B | 10 | 3 | 1 | 2 | 1 | 3 |
| 11C | 10 | 3 | 1 | 2 | 1 | 3 |
| 11E 1/2/3 & 11P | 10 | 3 | 1 | 2 | 1 | 3 |
| 11G & 12I & 12L | 10 | 3 | 1 | 2 | 1 | 3 |
| 11J | 10 | 2 | 1 | 2 | 1 | 3 |
| 11K | 10 | 2 | 1 | 2 | 1 | 3 |
| 11M & 11N & 11R | 18 | 3 | 1 | 4 | 1 | 5 |
| 12A | 10 | 3 | 1 | 2 | 1 | 3 |

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| 12D & 12G | 10 | 2 | 1 | 2 | 1 | 3 |
| 12E1 & 12H1/2 & 12J | 14 | 4 | 1 | 3 | 1 | 4 |
| 12K & 12N | 10 | 3 | 1 | 2 | 1 | 3 |
| 12M | 10 | 3 | 1 | 2 | 1 | 3 |
| AP01 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| AP01 C/D | 10 | 3 | 1 | 2 | 1 | 3 |
| AP02 1/2/B | 10 | 3 | 1 | 2 | 1 | 3 |
| AP03 & RW07A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| AP04A/B & AP06 | 10 | 3 | 1 | 2 | 1 | 3 |
| AP05 | 10 | 3 | 1 | 2 | 1 | 3 |
| AP07 A/B & ML06A | 18 | 3 | 1 | 4 | 1 | 5 |
| AP09A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| AP10 | 10 | 2 | 1 | 2 | 1 | 3 |
| AP12 A/B/C | 10 | 3 | 1 | 2 | 1 | 3 |
| AP14 & JC04A/B/C & JC10 & JC15 | 10 | 3 | 1 | 2 | 1 | 3 |
| CH0 1 / 2 / 3 / 4A / 5 | 10 | 2 | 1 | 2 | 1 | 3 |
| CP011/2/B & CP02 & CP04A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| CP051/B & CP06A & CP07B/C/D/E/F | 10 | 3 | 1 | 2 | 1 | 3 |
| CP081/3/4/A & SC10 | 10 | 3 | 1 | 2 | 1 | 3 |
| EP01 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| EP02 A/B/C/D/E | 10 | 3 | 1 | 2 | 1 | 3 |
| EP03 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| EP04 A/B | 18 | 4 | 1 | 4 | 1 | 5 |
| FA01A & FA01B | 14 | 4 | 1 | 3 | 1 | 4 |
| FA01C | 10 | 2 | 1 | 2 | 1 | 3 |
| FC01 & SC01A/B/C & SC20 | 10 | 3 | 1 | 2 | 1 | 3 |

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| FC02 | 10 | 2 | 1 | 2 | 1 | 3 |
| FC03 & SC16A | 10 | 3 | 1 | 2 | 1 | 3 |
| HP01 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC01 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC02 & JC06 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC03 A/B | 10 | 2 | 1 | 2 | 1 | 3 |
| JC05 | 10 | 2 | 1 | 2 | 1 | 3 |
| JC07 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC08 & JC09 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC11 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC12 & JC14 | 10 | 3 | 1 | 2 | 1 | 3 |
| JC13 A/B | 10 | 2 | 1 | 2 | 1 | 3 |
| JC16 | 10 | 2 | 1 | 2 | 1 | 3 |
| JC18 & RW22A | 18 | 4 | 1 | 4 | 1 | 5 |
| JC19 & RW21 & SS01 | 10 | 3 | 1 | 2 | 1 | 3 |
| ML01 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| ML02 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| ML03 & ML07 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| ML04 & ML05 | 18 | 4 | 1 | 4 | 1 | 5 |
| ML06B | 10 | 3 | 1 | 2 | 1 | 3 |
| MP01 | 10 | 2 | 1 | 2 | 1 | 3 |
| PA01 | 10 | 3 | 1 | 2 | 1 | 3 |
| RW01 & RW10 & RW11A | 10 | 3 | 1 | 2 | 1 | 3 |
| RW02 & RW03 | 14 | 4 | 1 | 3 | 1 | 4 |
| RW04 | 10 | 2 | 1 | 2 | 1 | 3 |
| RW05 | 10 | 2 | 1 | 2 | 1 | 3 |

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| RW06 & RW13 | 10 | 3 | 1 | 2 | 1 | 3 |
| RW08 | 10 | 2 | 1 | 2 | 1 | 3 |
| RW09 & RW19 | 18 | 4 | 1 | 4 | 1 | 5 |
| RW12 & RW16 | 14 | 4 | 1 | 3 | 1 | 4 |
| RW17 | 10 | 3 | 1 | 2 | 1 | 3 |
| RW20 | 10 | 2 | 1 | 2 | 1 | 3 |
| SC02 | 10 | 2 | 1 | 2 | 1 | 3 |
| SC04 | 10 | 2 | 1 | 2 | 1 | 3 |
| SC05A/D/E | 10 | 3 | 1 | 2 | 1 | 3 |
| SC05B | 10 | 3 | 1 | 2 | 1 | 3 |
| SC07 A/C | 10 | 3 | 1 | 2 | 1 | 3 |
| SC08 B/C/D/E/F/G/H | 10 | 3 | 1 | 2 | 1 | 3 |
| SC09 A/B/C & SC27 | 18 | 4 | 1 | 4 | 1 | 5 |
| SC11A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| SC13 | 10 | 2 | 1 | 2 | 1 | 3 |
| SC14A & SC30A/B | 10 | 2 | 1 | 2 | 1 | 3 |
| SC15 | 10 | 3 | 1 | 2 | 1 | 3 |
| SC17 A/B/C & SC18A/B/C | 10 | 3 | 1 | 2 | 1 | 3 |
| SC19 A/B | 10 | 2 | 1 | 2 | 1 | 3 |
| SC21 1/2 & UC03 1/2 | 18 | 4 | 1 | 4 | 1 | 5 |
| SC23 A/B/C | 10 | 3 | 1 | 2 | 1 | 3 |
| SC29A | 10 | 3 | 1 | 2 | 1 | 3 |
| SS02A/B & SS19A/B | 14 | 5 | 1 | 3 | 1 | 4 |
| SS03 | 10 | 2 | 1 | 2 | 1 | 3 |
| SS04 & SS20 & SS26 | 18 | 5 | 1 | 4 | 1 | 5 |
| SS05 & SS18A/B | 10 | 2 | 1 | 2 | 1 | 3 |

| Precincts | # BMDs to Send | # Poll Pads to Send | # Scanners to Send | # of 4 Unit Carriers | # of 2 Unit Carriers | Total Number of Carriers |
|---|---|---|---|---|---|---|
| SS06 & SS31 | 10 | 3 | 1 | 2 | 1 | 3 |
| SS07 A/B/C & SS08 A/B/C/D | 10 | 3 | 1 | 2 | 1 | 3 |
| SS09 A/B | 10 | 3 | 1 | 2 | 1 | 3 |
| SS11A/B/C/D & SS13 A/B | 14 | 4 | 1 | 3 | 1 | 4 |
| SS12 & SS14 | 10 | 3 | 1 | 2 | 1 | 3 |
| SS15 A/B & SS22 | 10 | 3 | 1 | 2 | 1 | 3 |
| SS16 | 10 | 2 | 1 | 2 | 1 | 3 |
| SS17 | 10 | 3 | 1 | 2 | 1 | 3 |
| SS29A | 10 | 2 | 1 | 2 | 1 | 3 |
| UC01 A/B/D/E | 10 | 3 | 1 | 2 | 1 | 3 |
| UC02 A/B | 14 | 4 | 1 | 3 | 1 | 4 |
| TOTALS | 1826 | 477 | 167 | 373 | 167 | 540 |