# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants*. | CIVIL ACTION FILE <br> NO. 1:20-cv-03263-MLB |

## DEKALB COUNTY DEFENDANTS[1] NOTICE OF FILING SUPPLEMENTAL INFORMATION

Pursuant to the Court's October 2, 2020 Order [DOC 125] and the hearing held on October 1, 2020 on the Defendants' Motions to Dismiss and Plaintiff's Motion for Interlocutory Injunction, the Court has requested information regarding voting equipment allocation for the November 2020 election and how those allocations compare with the June 2020 Primary.

---

[1] Samuel E. Tillman, Anthony Lewis, Susan Motter, Dele Lowman Smith, and Baoky N. Vu, in their official capacities as the Members of the DeKalb County Board of Registration and Elections.

The DeKalb County Defendants file this notice to supplement its earlier filing [DOC 127] with the following:

1. Allocation of machines and equipment for the June 2020 primary, and

2. Amended proposed allocation of machines and equipment for the November 2020 Election.

The DeKalb County Defendants have also provided this information to Plaintiffs via electronic mail in advance of this filing, per the Court's directive.

Respectfully submitted this 5th day of October 2020.

/s/ Shelley D. Momo
Shelley D. Momo
Assistant County Attorney
Georgia Bar No. 239608

Irene B. Vander Els
Assistant County Attorney
Georgia Bar No. 033663

*Attorneys for the DeKalb County Defendants*

**DEKALB COUNTY LAW DEPARTMENT**
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone: (404) 371-3011
Facsimile: (404) 371-3024
sdmomo@dekalbcountyga.gov
ivanderels@dekalbcountyga.gov

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing DEKALB COUNTY DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL INFORMATION has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Shelley D. Momo*
Shelley D. Momo
Assistant County Attorney
Georgia Bar No. 239608