EXHIBIT 1

| County Precinct | Precinct Name | BMD/ICX | EXTRA VOTING COMPARTMENTS | SCANNERS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| AA Total | ALLGOOD | 11 | | 1 | 1 |
| AB Total | ASHFORD | 9 | | 1 | 1 |
| AD Total | AUSTIN (D | 10 | | 1 | 1 |
| AE Total | AVONDALE | 11 | | 1 | 1 |
| AF Total | AUSTIN DR | 10 | | 1 | 1 |
| AG Total | ASHFORD | 11 | | 1 | 1 |
| AH Total | ASHFORD | 14 | | 1 | 1 |
| AI Total | AVONDALE | 12 | | 1 | 1 |
| BB Total | BOULEVAR | 14 | 4 | 1 | 1 |
| BC/JA Total | BRIAR VIST | 14 | 4 | 1 | 1 |
| BD Total | BRIARLAKE | 7 | | 1 | 1 |
| BE Total | BRIARWOO | 9 | | 1 | 1 |
| BF Total | BROCKETT | 11 | | 1 | 1 |
| BG Total | BRIARCLIF | 12 | | 1 | 1 |
| BH Total | BROCKETT | 10 | | 1 | 1 |
| BI Total | BROOKHAV | 13 | | 1 | 1 |
| BJ Total | BROWNS M | 15 | | 1 | 1 |
| BL Total | BOULDERC | 8 | | 1 | 1 |
| BM Total | BETHUNE | 15 | 4 | 2 | 1 |
| BR Total | BURGESS E | 14 | | 1 | 1 |
| CA Total | COLUMBIA | 10 | | 1 | 1 |
| CB Total | CANBY LAN | 8 | | 1 | 1 |
| CC Total | COLUMBIA | 7 | | 1 | 1 |
| CD Total | CEDAR GR | 15 | 1 | 1 | 1 |
| CE Total | CHAMBLEE | 8 | | 1 | 1 |
| CF Total | CANDLER-I | 14 | | 1 | 1 |
| CG Total | CHAPEL HI | 13 | | 1 | 1 |
| CH Total | CHESNUT | 9 | | 1 | 1 |
| CI Total | CLAIREMO | 13 | | 1 | 1 |
| CJ Total | CLAIRMON | 12 | | 1 | 1 |
| CK Total | CLARKSTO | 15 | | 1 | 1 |
| CL Total | CLIFTON | 7 | | 1 | 1 |
| CM Total | COLUMBIA | 9 | | 1 | 1 |
| CN Total | COAN REC | 15 | 1 | 1 | 1 |
| CO/WJ Total | CROSS KEY | 15 | 5 | 2 | 1 |
| CP Total | CROSSROA | 11 | | 1 | 1 |
| CQ Total | CANDLER | 14 | | 1 | 1 |
| CR Total | CEDAR GR | 7 | | 1 | 1 |
| CS Total | CEDAR GR | 15 | | 1 | 1 |
| CU/CT Total | COVINGTO | 13 | | 1 | 1 |
| CV Total | CLAIREMO | 13 | | 1 | 1 |
| CW Total | CORALWO | 12 | | 1 | 1 |
| CX Total | CANDLER F | 15 | | 1 | 1 |
| CY Total | CLARKSTO | 10 | | 1 | 1 |
| CZ Total | CHAMBLEE | 12 | | 1 | 1 |

| Code | Name | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| DA/DB Total | DORAVILLE | 15 | 2 | 1 | 1 |
| DC Total | DRESDEN | 15 | 5 | 2 | 1 |
| DD Total | DECATUR | 8 | | 1 | 1 |
| DE Total | DUNAIRE | 9 | | 1 | 1 |
| DF Total | DUNWOO | 11 | | 1 | 1 |
| DG Total | DUNWOO | 8 | | 1 | 1 |
| DH Total | DRUID HIL | 10 | | 1 | 1 |
| DI Total | DUNWOO | 10 | | 1 | 1 |
| EA Total | EAST LAKE | 15 | 1 | 1 | 1 |
| EC Total | EMBRY HIL | 7 | | 1 | 1 |
| EF Total | EVANSDAL | 13 | | 1 | 1 |
| EG Total | EMORY SO | 12 | | 1 | 1 |
| ER Total | EMORY RO | 8 | | 1 | 1 |
| FA Total | FAIRINGTO | 15 | 6 | 2 | 1 |
| FB Total | FERNBANK | 8 | | 1 | 1 |
| FC Total | FLAT SHOA | 9 | | 1 | 1 |
| FE Total | FLAT SHOA | 13 | | 1 | 1 |
| FG Total | FLAT ROCK | 12 | | 1 | 1 |
| FJ Total | FLAT SHOA | 10 | | 1 | 1 |
| FK Total | FLAKES MI | 8 | | 1 | 1 |
| FL Total | FLAT SHOA | 11 | | 1 | 1 |
| FM Total | FREEDOM | 13 | | 1 | 1 |
| GA Total | GLENNWO | 10 | | 1 | 1 |
| GB Total | GLENHAVE | 7 | | 1 | 1 |
| GC Total | GRESHAM | 14 | | 1 | 1 |
| GD Total | GEORGETO | 15 | 1 | 1 | 1 |
| GF Total | GLENWOO | 9 | | 1 | 1 |
| HA Total | HAMBRICK | 14 | | 1 | 1 |
| HB Total | HAWTHOR | 15 | | 1 | 1 |
| HF Total | HUNTLEY | 13 | | 1 | 1 |
| HG Total | HUGH HOW | 7 | | 1 | 1 |
| HH Total | NARVIE J | 15 | 1 | 1 | 1 |
| HI Total | HARRIS-M | 6 | | 1 | 1 |
| IA Total | IDLEWOOD | 9 | | 1 | 1 |
| IB Total | INDIAN CR | 9 | | 1 | 1 |
| JB Total | JOLLY ELEM | 14 | | 1 | 1 |
| KA Total | KELLEY LA | 12 | | 1 | 1 |
| KB Total | KINGSLEY | 10 | | 1 | 1 |
| KC Total | KELLEY CH | 5 | | 1 | 1 |
| KE Total | KNOLLWO | 10 | | 1 | 1 |
| KG Total | KITTREDGE | 8 | | 1 | 1 |
| LA Total | LAKESIDE | 12 | | 1 | 1 |
| LB Total | LAVISTA RO | 9 | | 1 | 1 |
| LC Total | LAVISTA | 13 | | 1 | 1 |
| LD Total | LITHONIA | 7 | | 1 | 1 |
| LE Total | LIN-MARY | 12 | | 1 | 1 |
| LH Total | LITHONIA | 14 | | 1 | 1 |

| Code | Name | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| LV Total | LIVSEY ELE | 5 | | 1 | 1 |
| MA Total | MILLER-EL | 14 | | 1 | 1 |
| MB Total | MCNAIR H | 15 | 1 | 1 | 1 |
| MC Total | MARBUT E | 15 | 1 | 1 | 1 |
| MD/MP Total | MCNAIR/M | 14 | 4 | 1 | 1 |
| ME Total | MCLENDO | 14 | | 1 | 1 |
| MF/MI Total | MCWILLIA | 15 | 13 | 2 | 1 |
| MG Total | MEDLOCK | 8 | | 1 | 1 |
| MH Total | MIDVALE E | 11 | | 1 | 1 |
| MJ Total | MONTCLA | 9 | | 1 | 1 |
| MK Total | MONTREA | 10 | | 1 | 1 |
| ML Total | MEADOW | 14 | | 1 | 1 |
| MN Total | MEMORIA | 12 | | 1 | 1 |
| MQ Total | MOUNT VI | 10 | | 1 | 1 |
| MR Total | MATHIS-B | 11 | | 1 | 1 |
| MS Total | MOUNT VI | 9 | | 1 | 1 |
| MT Total | METROPO | 13 | | 1 | 1 |
| MU Total | MONTGOM | 9 | | 1 | 1 |
| MV Total | MILLER GR | 8 | | 1 | 1 |
| MW/HC Total | MIDVALE F | 14 | 4 | 1 | 1 |
| MZ /PR Total | MILLER GR | 15 | 9 | 2 | 1 |
| NC Total | NORTH HA | 9 | | 1 | 1 |
| ND Total | NORTHLAK | 6 | | 1 | 1 |
| NF Total | NORTH PE | 7 | | 1 | 1 |
| OA Total | OAK GROV | 9 | | 1 | 1 |
| OB Total | OAKCLIFF | 8 | | 1 | 1 |
| OK Total | OAKHURST | 9 | | 1 | 1 |
| OV Total | OAK VIEW | 14 | 5 | 1 | 1 |
| PA/MO Total | PEACHCRE | 15 | 7 | 2 | 1 |
| PB Total | PEACHTRE | 14 | | 1 | 1 |
| PC Total | PRINCETO | 9 | | 1 | 1 |
| PE Total | PINE LAKE | 2 | | 1 | 1 |
| PF Total | PLEASANT | 14 | 4 | 1 | 1 |
| PG Total | PONCE DE | 11 | | 1 | 1 |
| PH Total | PANOLA | 6 | | 1 | 1 |
| PI Total | PANOLA W | 9 | | 1 | 1 |
| PN Total | PINEY GRO | 8 | | 1 | 1 |
| RA Total | RAINBOW | 15 | | 1 | 1 |
| RC Total | REDAN ELE | 12 | | 1 | 1 |
| RD Total | REHOBOTH | 7 | | 1 | 1 |
| RE Total | ROCKBRID | 14 | | 1 | 1 |
| RF Total | ROCK CHA | 11 | | 1 | 1 |
| RG Total | ROWLAND | 15 | | 1 | 1 |
| RH Total | REDAN-TR | 15 | | 1 | 1 |
| RI Total | ROCKBRID | 15 | | 1 | 1 |
| RJ Total | ROWLAND | 8 | | 1 | 1 |
| RK Total | REDAN RO | 11 | | 1 | 1 |

| Code | Name | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| RL Total | ROCK CHA | 15 | 1 | 1 | 1 |
| RM Total | REDAN MI | 10 | | 1 | 1 |
| SA Total | SAGAMOR | 11 | | 1 | 1 |
| SB/NB Total | SCOTT/NO | 14 | 4 | 1 | 1 |
| SC Total | SHAW-ROI | 11 | | 1 | 1 |
| SD Total | STONE MC | 9 | | 1 | 1 |
| SE Total | SILVER LAK | 15 | 4 | 2 | 1 |
| SF Total | SKYLAND ( | 8 | | 1 | 1 |
| SG Total | SNAPFING | 7 | | 1 | 1 |
| SH Total | SMOKE RIS | 8 | | 1 | 1 |
| SI Total | STN MTN | 12 | | 1 | 1 |
| SJ Total | STONE MII | 14 | | 1 | 1 |
| SK Total | SHADOW | 15 | 2 | 1 | 1 |
| SL Total | STONEVIEW | 8 | | 1 | 1 |
| SM Total | SALEM MII | 14 | | 1 | 1 |
| SO Total | SOUTH DE | 13 | | 1 | 1 |
| SP/SQ Total | STONE MT | 15 | 4 | 2 | 1 |
| SR Total | SNAPFING | 10 | | 1 | 1 |
| SS Total | SNAPFING | 8 | | 1 | 1 |
| ST Total | STEPHENS | 15 | | 1 | 1 |
| SU Total | SOUTH HA | 15 | | 1 | 1 |
| SV Total | STEPHENS | 14 | | 1 | 1 |
| SW Total | STONECRE | 14 | | 1 | 1 |
| SY Total | SNAPFING | 15 | 4 | 2 | 1 |
| TA Total | TERRY MIL | 11 | | 1 | 1 |
| TC Total | TONEY ELE | 7 | | 1 | 1 |
| TF Total | TUCKER LI | 14 | | 1 | 1 |
| TG Total | TILLY MILL | 6 | | 1 | 1 |
| TH Total | TUCKER | 11 | | 1 | 1 |
| VB/SN Total | VALLEY BR | 10 | | 1 | 1 |
| WA Total | WADSWOI | 13 | | 1 | 1 |
| WB Total | WESLEY CI | 11 | | 1 | 1 |
| WD Total | WOODROW | 14 | | 1 | 1 |
| WF Total | WINNONA | 8 | | 1 | 1 |
| WG Total | WOODRID | 15 | | 1 | 1 |
| WI Total | WARREN T | 5 | | 1 | 1 |
| WK Total | WHITE OA | 12 | | 1 | 1 |
| WL Total | WINTERS ( | 6 | | 1 | 1 |
| WN Total | WYNBROC | 14 | | 1 | 1 |
| YA Total | YOUNG RC | 8 | | 1 | 1 |