EXHIBIT 2

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| ALLGOOD ELEM | 11 | 0 | 1 | 2 | 1 |
| ASHFORD DUNWOODY ROAD | 11 | 0 | 2 | 3 | 1 |
| ASHFORD PARK ELEM | 9 | 0 | 1 | 2 | 1 |
| ASHFORD PARKSIDE | 14 | 0 | 1 | 2 | 1 |
| AUSTIN | 10 | 0 | 1 | 2 | 1 |
| AUSTIN DRIVE | 10 | 0 | 1 | 2 | 1 |
| AVONDALE | 11 | 0 | 1 | 2 | 1 |
| AVONDALE HIGH | 12 | 0 | 1 | 2 | 1 |
| BETHUNE MIDDLE | 15 | 4 | 2 | 3 | 1 |
| BOULDERCREST ROAD | 8 | 0 | 1 | 2 | 1 |
| BOULEVARD | 14 | 4 | 1 | 2 | 1 |
| BRIAR VISTA ELEM/JOHNSON ESTATES | 14 | 4 | 2 | 3 | 1 |
| BRIARCLIFF | 12 | 0 | 1 | 2 | 1 |
| BRIARLAKE ELEM | 7 | 0 | 1 | 2 | 1 |
| BRIARWOOD | 9 | 0 | 1 | 2 | 1 |
| BROCKETT | 10 | 0 | 1 | 2 | 1 |
| BROCKETT ELEM | 11 | 0 | 1 | 2 | 1 |
| BROOKHAVEN | 13 | 0 | 1 | 2 | 1 |
| BROWN'S MILL ELEM | 15 | 0 | 1 | 2 | 1 |
| BURGESS ELEM | 14 | 0 | 1 | 2 | 1 |
| CANBY LANE ELEM | 8 | 0 | 1 | 2 | 1 |
| CANDLER - MURPHEY CANDLER ELEM | 14 | 0 | 1 | 2 | 1 |
| CANDLER | 14 | 0 | 1 | 2 | 1 |
| CANDLER PARK | 15 | 0 | 1 | 2 | 1 |
| CEDAR GROVE ELEM | 15 | 1 | 2 | 3 | 1 |
| CEDAR GROVE MIDDLE | 7 | 0 | 1 | 2 | 1 |
| CEDAR GROVE SOUTH | 15 | 0 | 1 | 2 | 1 |
| CHAMBLEE/CHAMBLEE 2 | 15 | 5 | 2 | 3 | 1 |
| CHAPEL HILL ELEM | 13 | 0 | 1 | 2 | 1 |
| CHESNUT ELEM | 9 | 0 | 1 | 2 | 1 |
| CLAIREMONT EAST | 13 | 0 | 1 | 2 | 1 |
| CLAIREMONT WEST | 13 | 0 | 1 | 2 | 1 |
| CLAIRMONT ROAD | 12 | 0 | 1 | 2 | 1 |
| CLARKSTON | 15 | 0 | 1 | 2 | 1 |
| CLARKSTON COMMUNITY CENTER | 10 | 0 | 1 | 2 | 1 |
| CLIFTON/MEADOWVIEW | 15 | 5 | 1 | 2 | 1 |
| COAN RECREATION CENTER | 15 | 1 | 2 | 3 | 1 |
| COLUMBIA DRIVE | 10 | 0 | 1 | 2 | 1 |
| COLUMBIA ELEM | 7 | 0 | 1 | 2 | 1 |
| COLUMBIA MIDDLE | 9 | 0 | 1 | 2 | 1 |
| CORALWOOD | 12 | 0 | 1 | 2 | 1 |
| COVINGTON/COVINGTON HWY | 13 | 0 | 2 | 3 | 1 |
| CROSS KEYS HIGH/WOODWARD | 15 | 5 | 2 | 3 | 1 |
| CROSSROADS | 11 | 0 | 1 | 2 | 1 |
| DECATUR | 8 | 0 | 1 | 2 | 1 |
| DORAVILLE NORTH/SOUTH | 15 | 2 | 2 | 3 | 1 |
| DRESDEN ELEM | 15 | 5 | 2 | 3 | 1 |
| DRUID HILLS HIGH | 10 | 0 | 1 | 2 | 1 |
| DUNAIRE ELEM | 9 | 0 | 1 | 2 | 1 |
| DUNWOODY | 11 | 0 | 1 | 2 | 1 |
| DUNWOODY 2 | 8 | 0 | 1 | 2 | 1 |
| DUNWOODY LIBRARY | 10 | 0 | 1 | 2 | 1 |
| EASTLAKE | 15 | 1 | 2 | 3 | 1 |

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| EMBRY HILLS | 7 | 0 | 1 | 2 | 1 |
| EMORY ROAD | 8 | 0 | 1 | 2 | 1 |
| EMORY SOUTH | 12 | 0 | 1 | 2 | 1 |
| EVANSDALE ELEM | 13 | 0 | 1 | 2 | 1 |
| FAIRINGTON ELEM | 15 | 6 | 2 | 3 | 1 |
| FERNBANK ELEM | 8 | 0 | 1 | 2 | 1 |
| FLAKES MILL FIRE STATION | 8 | 0 | 1 | 2 | 1 |
| FLAT ROCK ELEM | 12 | 0 | 1 | 2 | 1 |
| FLAT SHOALS | 10 | 0 | 2 | 3 | 1 |
| FLAT SHOALS ELEM | 9 | 0 | 1 | 2 | 1 |
| FLAT SHOALS LIBRARY | 11 | 0 | 1 | 2 | 1 |
| FLAT SHOALS PARKWAY | 13 | 0 | 1 | 2 | 1 |
| FREEDOM MIDDLE | 13 | 0 | 1 | 2 | 1 |
| GEORGETOWN SQUARE | 15 | 1 | 2 | 3 | 1 |
| GLENHAVEN | 7 | 0 | 1 | 2 | 1 |
| GLENNWOOD | 10 | 0 | 1 | 2 | 1 |
| GLENWOOD ROAD | 9 | 0 | 1 | 2 | 1 |
| GRESHAM ROAD | 14 | 0 | 1 | 2 | 1 |
| HAMBRICK ELEM | 14 | 0 | 1 | 2 | 1 |
| HARRIS-MARGARET HARRIS ED | 6 | 0 | 1 | 2 | 1 |
| HARRIS - NARVIE J. HARRIS ELEM | 15 | 1 | 1 | 2 | 1 |
| HAWTHORNE ELEM | 15 | 0 | 1 | 2 | 1 |
| HUGH HOWELL | 7 | 0 | 1 | 2 | 1 |
| HUNTLEY HILLS ELEM | 13 | 0 | 1 | 2 | 1 |
| IDLEWOOD ELEM | 9 | 0 | 1 | 2 | 1 |
| INDIAN CREEK | 9 | 0 | 1 | 2 | 1 |
| JOLLY ELEM | 14 | 0 | 1 | 2 | 1 |
| KELLEY CHAPEL ROAD | 5 | 0 | 1 | 2 | 1 |
| KELLEY LAKE ELEM | 12 | 0 | 1 | 2 | 1 |
| KINGSLEY ELEM | 10 | 0 | 1 | 2 | 1 |
| KITTREDGE ELEM | 8 | 0 | 1 | 2 | 1 |
| KNOLLWOOD | 10 | 0 | 1 | 2 | 1 |
| LAKESIDE HIGH | 12 | 0 | 1 | 2 | 1 |
| LAVISTA | 13 | 0 | 1 | 2 | 1 |
| LAVISTA ROAD | 9 | 0 | 1 | 2 | 1 |
| LIN-MARY LIN ELEM | 12 | 0 | 1 | 2 | 1 |
| LITHONIA | 7 | 0 | 1 | 2 | 1 |
| LITHONIA HIGH | 14 | 0 | 1 | 2 | 1 |
| LIVSEY ELEM | 5 | 0 | 1 | 2 | 1 |
| MARBUT ELEM | 15 | 1 | 2 | 3 | 1 |
| MATHIS - BOB MATHIS ELEM | 11 | 0 | 1 | 2 | 1 |
| MCLENDON | 14 | 0 | 1 | 2 | 1 |
| MCNAIR ACADEMY/MCNAIR | 14 | 4 | 2 | 3 | 1 |
| MCNAIR HIGH | 15 | 1 | 2 | 3 | 1 |
| MCWILLIAMS/MILLER GROVE | 15 | 13 | 1 | 2 | 1 |
| MEDLOCK | 8 | 0 | 1 | 2 | 1 |
| MEMORIAL SOUTH | 12 | 0 | 1 | 2 | 1 |
| METROPOLITAN | 13 | 0 | 1 | 2 | 1 |
| MIDVALE ELEM | 11 | 0 | 1 | 2 | 1 |
| MIDVALE ROAD/HENDERSON MILL | 14 | 4 | 2 | 3 | 1 |
| MILLER GROVE HIGH/ PANOLA ROAD | 15 | 9 | 2 | 3 | 1 |
| MILLER GROVE ROAD | 8 | 0 | 1 | 2 | 1 |
| MILLER-ELDRIDGE L. MILLER ELEM | 14 | 0 | 1 | 2 | 1 |
| MONTCLAIR ELEM | 9 | 0 | 1 | 2 | 1 |

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| MONTGOMERY ELEM | 9 | 0 | 1 | 2 | 1 |
| MONTREAL | 10 | 0 | 1 | 2 | 1 |
| MOUNT VERNON EAST | 10 | 0 | 1 | 2 | 1 |
| MOUNT VERNON WEST | 9 | 0 | 1 | 2 | 1 |
| NORTH HAIRSTON | 9 | 0 | 1 | 2 | 1 |
| NORTH PEACHTREE | 7 | 0 | 1 | 2 | 1 |
| NORTHLAKE | 6 | 0 | 1 | 2 | 1 |
| OAK GROVE ELEM | 9 | 0 | 2 | 3 | 1 |
| OAK VIEW ELEM | 14 | 5 | 1 | 2 | 1 |
| OAKCLIFF ELEM | 8 | 0 | 1 | 2 | 1 |
| OAKHURST | 9 | 0 | 1 | 2 | 1 |
| PANOLA | 6 | 0 | 1 | 2 | 1 |
| PANOLA WAY ELEM | 9 | 0 | 1 | 2 | 1 |
| PEACHCREST/MIDWAY | 15 | 7 | 2 | 3 | 1 |
| PEACHTREE MIDDLE | 14 | 0 | 1 | 2 | 1 |
| PINE LAKE | 2 | 0 | 1 | 2 | 1 |
| PINEY GROVE/TERRY MILL | 15 | 4 | 2 | 3 | 1 |
| PLEASANTDALE ROAD | 14 | 4 | 2 | 3 | 1 |
| PONCE DE LEON | 11 | 0 | 1 | 2 | 1 |
| PRINCETON ELEM | 9 | 0 | 1 | 2 | 1 |
| RAINBOW ELEM | 15 | 0 | 1 | 2 | 1 |
| REDAN ELEM | 12 | 0 | 1 | 2 | 1 |
| REDAN MIDDLE | 10 | 0 | 1 | 2 | 1 |
| REDAN ROAD | 11 | 0 | 1 | 2 | 1 |
| REDAN-TROTTI LIBRARY | 15 | 0 | 1 | 2 | 1 |
| REHOBOTH | 7 | 0 | 1 | 2 | 1 |
| ROCK CHAPEL ELEM | 11 | 0 | 2 | 3 | 1 |
| ROCK CHAPEL ROAD | 15 | 1 | 1 | 2 | 1 |
| ROCKBRIDGE ELEM | 14 | 0 | 1 | 2 | 1 |
| ROCKBRIDGE ROAD | 15 | 0 | 1 | 2 | 1 |
| ROWLAND ELEM | 15 | 0 | 1 | 2 | 1 |
| ROWLAND ROAD | 8 | 0 | 1 | 2 | 1 |
| SAGAMORE HILLS ELEM | 11 | 0 | 1 | 2 | 1 |
| SALEM MIDDLE | 14 | 0 | 1 | 2 | 1 |
| SCOTT/NORTH DECATUR | 14 | 4 | 2 | 3 | 1 |
| SHADOW ROCK ELEM | 15 | 2 | 2 | 3 | 1 |
| SHAW - ROBERT SHAW ELEM | 11 | 0 | 1 | 2 | 1 |
| SILVER LAKE | 15 | 4 | 2 | 3 | 1 |
| SKYLAND | 8 | 0 | 1 | 2 | 1 |
| SMOKE RISE | 8 | 0 | 1 | 2 | 1 |
| SNAPFINGER ELEM | 7 | 0 | 1 | 2 | 1 |
| SNAPFINGER ROAD | 15 | 4 | 2 | 3 | 1 |
| SNAPFINGER ROAD NORTH | 10 | 0 | 1 | 2 | 1 |
| SNAPFINGER ROAD SOUTH | 8 | 0 | 1 | 2 | 1 |
| SOUTH DESHON | 13 | 0 | 1 | 2 | 1 |
| SOUTH HAIRSTON | 15 | 0 | 1 | 2 | 1 |
| STEPHENSON HIGH | 14 | 0 | 1 | 2 | 1 |
| STEPHENSON MIDDLE | 15 | 0 | 1 | 2 | 1 |
| STONE MILL ELEM | 14 | 0 | 1 | 2 | 1 |
| STONE MOUNTAIN CHAMPION/STONE MOUNTAIN | 15 | 4 | 2 | 3 | 1 |
| STONE MOUNTAIN ELEM | 9 | 0 | 1 | 2 | 1 |
| STONE MOUNTAIN MIDDLE | 12 | 0 | 1 | 2 | 1 |
| STONECREST LIBRARY | 14 | 0 | 1 | 2 | 1 |
| STONEVIEW ELEM | 8 | 0 | 1 | 2 | 1 |

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| TILLY MILL ROAD | 6 | 0 | 1 | 2 | 1 |
| TONEY ELEM | 7 | 0 | 1 | 2 | 1 |
| TUCKER | 11 | 0 | 1 | 2 | 1 |
| TUCKER LIBRARY | 14 | 0 | 1 | 2 | 1 |
| VALLEY BROOK/SHAMROCK | 10 | 0 | 2 | 3 | 1 |
| WADSWORTH | 13 | 0 | 1 | 2 | 1 |
| WARREN TECH | 5 | 0 | 1 | 2 | 1 |
| WESLEY CHAPEL LIBRARY | 11 | 0 | 1 | 2 | 1 |
| WHITE OAK | 12 | 0 | 1 | 2 | 1 |
| WINNONA PARK | 8 | 0 | 1 | 2 | 1 |
| WINTERS CHAPEL | 6 | 0 | 1 | 2 | 1 |
| WOODRIDGE ELEM | 15 | 0 | 1 | 2 | 1 |
| WOODROW ROAD | 14 | 0 | 1 | 2 | 1 |
| WYNBROOKE ELEM | 14 | 0 | 1 | 2 | 1 |
| YOUNG ROAD | 8 | 0 | 1 | 2 | 1 |
| | **1989** | **116** | **206** | **382** | **176** |