# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, et al., : | |
| : | |
| Plaintiff, : | CIVIL ACTION FILE NO.: |
| : | 1:20-cv-03263-MLB |
| vs. : | |
| : | |
| BRAD RAFFENSPERGER, : | |
| in his official capacity as the Georgia : | |
| Secretary of State, et al., : | : |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF FILING VOTING EQUIPMENT ALLOCATIONS
## BY COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION

Pursuant to the Court's Order [Doc. 125] directing the county defendants to file information relating to voting equipment allocation of each county ahead of the November 3, 2020 General Election, including information about how those allocations compare to the ones from the June, 9, 2020 Primary Elections, Defendant Cobb County Board of Elections and Registration submits this Notice of Filing along with the following attachments, which have already been provided to counsel for the Plaintiffs via e-mail.

1. A Microsoft Excel spreadsheet containing the Cobb County voting equipment allocation for the November 3, 2020 General

Election, broken down by precinct, including the number of BMDs, poll pads, and active voters by precinct (attached as Exhibit A);

    2. A Microsoft Excel spreadsheet containing the Cobb County voting equipment allocation for the June 9, 2020 Primary Election, broken down by precinct, including the number of BMDs, poll pads, and active voters by precinct (attached as Exhibit B); and

Respectfully submitted this 5th day of October, 2020.

                              HAYNIE, LITCHFIELD & WHITE, PC

                              /s/Daniel W. White
                              DANIEL W. WHITE
                              Georgia Bar No. 153033
                              *Attorneys for Defendant Cobb County Board of Elections*

222 Washington Avenue
Marietta, GA 30060
(770) 422-8900
dwhite@hlw-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I electronically filed the foregoing NOTICE OF FILING VOTING EQUIPMENT ALLOCATIONS BY COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

/s/Daniel W. White
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Defendant Cobb County Board of Elections*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com