# Exhibit A

Cobb County
Voting Equipment Allocation
for November 3, 2020
General Election

| AREA SUPERVISOR | PRECINCT NAME | PREC CODE | # ACTIVE VOTERS AUGUST 3 2020 | 1:250 Requirement | BMD (Min 7) | Provisional Booth | Blue Privacy Enclosures | Total Enclosures | UPS | Origami Carts | PRECINCT SCANNERS | POLL PADS 1:1150 (Min 3) (Max 5) | REAMS OF SECURITY PAPER | MANAGER | GREETER | POLL PAD | REVIEW/ BMD | PROVISIONAL | SCANNER ISSUES CLERK | EXIT | TOTAL | STAND-BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PITTS | ACWORTH 1A | AC1A | 5,349 | 22 | 18 | 1 | 4 | 23 | 2 | 17 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| PITTS | ACWORTH 1B | AC1B | 5,084 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| PITTS | ACWORTH 1C | AC1C | 4,947 | 20 | 16 | 1 | 4 | 21 | 2 | 15 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| MCLEAN | ADDISON 01 | AD01 | 2,395 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CATO | AUSTELL 1A | AU1A | 5,177 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| CHAMBLEE | BAKER 01 | BK01 | 4,664 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| MCLEAN | BELLS FERRY 02 | BF02 | 3,016 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| ROGERS | BELLS FERRY 03 | BF03 | 2,396 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| ROGERS | BELLS FERRY 04 | BF04 | 3,552 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| CHAMBLEE | BIG SHANTY 01 | BG01 | 2,349 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CHAMBLEE | BIG SHANTY 02 | BG02 | 3,166 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| LEHTO | BIRNEY 01 | BR01 | 2,677 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MCDANIEL | BIRNEY 02 | BR02 | 3,792 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| ROGERS | BLACKWELL 01 | BW01 | 2,660 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CHAPLIN | BRYANT 01 | BT01 | 2,103 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CHAPLIN | BRYANT 02 | BT02 | 6,077 | 25 | 21 | 1 | 4 | 26 | 2 | 20 | 2 | 5 | 9 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| MCLEAN | CHALKER 01 | CK01 | 5,801 | 24 | 20 | 1 | 4 | 25 | 2 | 19 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| BLOUNT | CHATTAHOOCHEE 01 | CA01 | 5,742 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| FALK | CHEATHAM HILL 02 | CH02 | 3,012 | 13 | 11 | 1 | 4 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PILGRIM | CHEATHAM HILL 03 | CH03 | 3,951 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| DROOK | CHESTNUT RIDGE 01 | CR01 | 3,086 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CATO | CLARKDALE 01 | CL01 | 1,886 | 8 | 8 | 1 | 2 | 11 | 2 | 7 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| GORDON | CLARKDALE 02 | CL02 | 5,258 | 22 | 18 | 1 | 4 | 23 | 2 | 17 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| CATO | COOPER 01 | CO01 | 5,150 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| REYNOLDS | DAVIS 01 | DV01 | 2,057 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| RICKARDS WILLIAM | DICKERSON 01 | DC01 | 2,748 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| LEHTO | DOBBINS 01 | DI01 | 2,946 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SHEDD | DOBBINS 02 | DI02 | 3,842 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| GAY | DODGEN 01 | DO01 | 2,045 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PAGE | DOWELL 01 | DL01 | 3,156 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PITTS | DURHAM 01 | DU01 | 4,135 | 17 | 13 | 1 | 4 | 18 | 2 | 12 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| CASTLE | EAST PIEDMONT 01 | EP01 | 2,540 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| GAY | EASTSIDE 01 | EA01 | 2,983 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| BLOUNT | EASTSIDE 02 | EA02 | 3,996 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| CASTLE | ELIZABETH 01 | EL01 | 3,919 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| ESLER | ELIZABETH 02 | EL02 | 2,382 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| ESLER | ELIZABETH 03 | EL03 | 2,705 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CASTLE | ELIZABETH 04 | EL04 | 2,949 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| ESLER | ELIZABETH 05 | EL05 | 2,831 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| LEHTO | FAIR OAKS 02 | FO02 | 5,642 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| LEHTO | FAIR OAKS 04 | FO04 | 5,207 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |

| AREA SUPERVISOR | PRECINCT NAME | PREC CODE | # ACTIVE VOTERS AUGUST 3 2020 | 1:250 Requirement | BMD (Min 7) | Provisional Booth | Blue Privacy Enclosures | Total Enclosures | UPS | Origami Carts | PRECINCT SCANNERS | POLL PADS 1:1150 (Min 3) (Max 5) | REAMS OF SECURITY PAPER | MANAGER | GREETER | POLL PAD | REVIEW/ BMD | PROVISIONAL | SCANNER ISSUES CLERK | EXIT | TOTAL | STAND-BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY | FORD 01 | FR01 | 3,078 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PITTS | FREY 01 | FY01 | 2,508 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| GAY | FULLERS PARK 01 | FP01 | 3,374 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MILLER | GARRISON MILL 01 | GM01 | 2,791 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MCLEAN | GRITTERS 01 | GT01 | 3,906 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| CHAPLIN | HARMONY-LELAND 01 | HL01 | 6,234 | 25 | 21 | 1 | 4 | 26 | 2 | 20 | 2 | 5 | 9 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| THORPE | HARRISON 01 | HR01 | 3,039 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| WOITYRA | HAYES 01 | HY01 | 3,983 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| MILLER | HIGHTOWER 01 | HT01 | 4,182 | 17 | 13 | 1 | 4 | 18 | 2 | 12 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| REYNOLDS | KELL 01 | KL01 | 1,961 | 8 | 8 | 1 | 2 | 11 | 2 | 7 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| THORPE | KEMP 01 | KP01 | 1,917 | 8 | 8 | 1 | 2 | 11 | 2 | 7 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PILGRIM | KEMP 02 | KP02 | 3,961 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| MOTLEY | KEMP 03 | KP03 | 3,825 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| WARD | KENNESAW 1A | KE1A | 2,401 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| WARD | KENNESAW 2A | KE2A | 3,838 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| WARD | KENNESAW 3A | KE3A | 6,333 | 26 | 22 | 1 | 4 | 27 | 2 | 21 | 2 | 5 | 9 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| WARD | KENNESAW 4A | KE4A | 3,710 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| WARD | KENNESAW 5A | KE5A | 5,683 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| REYNOLDS | LASSITER 01 | LA01 | 3,589 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| MCDANIEL | LINDLEY 01 | LI01 | 4,674 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| PILGRIM | LOST MOUNTAIN 01 | LM01 | 3,534 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| THORPE | LOST MOUNTAIN 02 | LM02 | 4,055 | 17 | 13 | 1 | 4 | 18 | 2 | 12 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| PILGRIM | LOST MOUNTAIN 03 | LM03 | 5,232 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| MOTLEY | LOST MOUNTAIN 04 | LM04 | 2,578 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CATO | MABLETON 01 | MA01 | 4,934 | 20 | 16 | 1 | 4 | 21 | 2 | 15 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| CATO | MABLETON 02 | MA02 | 3,212 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MCDANIEL | MABLETON 03 | MA03 | 2,937 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MCDANIEL | MABLETON 04 | MA04 | 1,537 | 7 | 7 | 1 | 2 | 10 | 2 | 6 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| REYNOLDS | MABRY 01 | MB01 | 1,628 | 7 | 7 | 1 | 2 | 10 | 2 | 6 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PILGRIM | MACLAND 01 | MC01 | 4,116 | 17 | 13 | 1 | 4 | 18 | 2 | 12 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| SMITH | MARIETTA 1A | MR1A | 4,373 | 18 | 14 | 1 | 4 | 19 | 2 | 13 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| FALK | MARIETTA 2A | MR2A | 2,047 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| FALK | MARIETTA 2B | MR2B | 4,306 | 18 | 14 | 1 | 4 | 19 | 2 | 13 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| FALK | MARIETTA 3A | MR3A | 4,287 | 18 | 14 | 1 | 4 | 19 | 2 | 13 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| FALK | MARIETTA 3B | MR3B | 2,141 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CASTLE | MARIETTA 4A | MR4A | 1,923 | 8 | 8 | 1 | 2 | 11 | 2 | 7 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CASTLE | MARIETTA 4B | MR4B | 1,986 | 8 | 8 | 1 | 2 | 11 | 2 | 7 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CASTLE | MARIETTA 4C | MR4C | 2,718 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SMITH | MARIETTA 5A | MR5A | 3,213 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SMITH | MARIETTA 5B | MR5B | 2,982 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SMITH | MARIETTA 6A | MR6A | 2,560 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |

| AREA SUPERVISOR | PRECINCT NAME | PREC CODE | # ACTIVE VOTERS AUGUST 3 2020 | 1:250 Requirement | BMD (Min 7) | Provisional Booth | Blue Privacy Enclosures | Total Enclosures | UPS | Origami Carts | PRECINCT SCANNERS | POLL PADS 1:1150 (Min 3) (Max 5) | REAMS OF SECURITY PAPER | MANAGER | GREETER | POLL PAD | REVIEW/ BMD | PROVISIONAL | SCANNER ISSUES CLERK | EXIT | TOTAL | STAND-BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMITH | MARIETTA 6B | MR6B | 2,844 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SMITH | MARIETTA 7A | MR7A | 3,654 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| PITTS | MARS HILL 01 | MS01 | 3,485 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 4 | 5 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| WOITYRA | MARS HILL 02 | MS02 | 2,849 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| ROGERS | MCCLESKEY 01 | MK01 | 1,678 | 7 | 7 | 1 | 2 | 10 | 2 | 6 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| WOITYRA | MCCLURE 01 | ML01 | 3,198 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PILGRIM | MCEACHERN 01 | ME01 | 3,438 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| RICKARDS WILLIAM | MT BETHEL 01 | MT01 | 4,036 | 17 | 13 | 1 | 4 | 18 | 2 | 12 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| RICKARDS WILLIAM | MT BETHEL 03 | MT03 | 3,195 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| RICKARDS WILLIAM | MT BETHEL 04 | MT04 | 2,925 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| REYNOLDS | MURDOCK 01 | MD01 | 3,957 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| ROGERS | NICHOLSON 01 | NS01 | 2,646 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| WHITAKER | NICKAJACK 01 | NJ01 | 4,805 | 20 | 16 | 1 | 4 | 21 | 2 | 15 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| PITTS | NORTH COBB 01 | NC01 | 2,262 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| LEHTO | NORTON PARK 01 | NP01 | 4,758 | 20 | 16 | 1 | 4 | 21 | 2 | 15 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| WHITAKER | OAKDALE 01 | OK01 | 3,894 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| PILGRIM | OREGON 01 | OR01 | 1,581 | 7 | 7 | 1 | 2 | 10 | 2 | 6 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PAGE | OREGON 02 | OR02 | 5,555 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| LEHTO | OREGON 03 | OR03 | 5,553 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| PAGE | OREGON 04 | OR04 | 4,542 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 4 | 7 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| PAGE | OREGON 05 | OR05 | 3,729 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| MCLEAN | PALMER 01 | PR01 | 2,683 | 11 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CATO | PEBBLEBROOK 01 | PE01 | 5,077 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| WOITYRA | PINE MOUNTAIN 01 | PM01 | 3,416 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| FALK | PINE MOUNTAIN 02 | PM02 | 3,066 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CHAMBLEE | PITNER 01 | PT01 | 2,759 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| ESLER | POPE 01 | PP01 | 3,079 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MILLER | POST OAK 01 | PO01 | 3,609 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| GORDON | POWDER SPRINGS 1A | PS1A | 4,682 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| GORDON | POWDER SPRINGS 2A | PS2A | 3,463 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 4 | 5 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| GORDON | POWDER SPRINGS 3A | PS3A | 3,849 | 16 | 12 | 1 | 4 | 17 | 2 | 11 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| BLOUNT | POWERS FERRY 01 | PF01 | 3,437 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CHAPLIN | RIVERSIDE 01 | RS01 | 2,083 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| REYNOLDS | ROCKY MOUNT 01 | RM01 | 3,306 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| DROOK | ROSWELL 01 | RW01 | 5,248 | 21 | 17 | 1 | 4 | 22 | 2 | 16 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| DROOK | ROSWELL 02 | RW02 | 3,613 | 15 | 11 | 1 | 4 | 16 | 2 | 10 | 1 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| ESLER | SANDY PLAINS 01 | SA01 | 2,861 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| GAY | SEWELL MILL 01 | SM01 | 3,407 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SMITH | SEWELL MILL 03 | SM03 | 4,651 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 5 | 7 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| MILLER | SHALLOWFORD FALLS 01 | SF01 | 3,318 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| REYNOLDS | SIMPSON 01 | SI01 | 1,837 | 8 | 8 | 1 | 2 | 11 | 2 | 7 | 1 | 3 | 3 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |

| AREA SUPERVISOR | PRECINCT NAME | PREC CODE | # ACTIVE VOTERS AUGUST 3 2020 | 1:250 Requirement | BMD (Min 7) | Provisional Booth | Blue Privacy Enclosures | Total Enclosures | UPS | Origami Carts | PRECINCT SCANNERS | POLL PADS 1:1150 (Min 3) (Max 5) | REAMS OF SECURITY PAPER | MANAGER | GREETER | POLL PAD | REVIEW/ BMD | PROVISIONAL | SCANNER ISSUES CLERK | EXIT | TOTAL | STAND-BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHEDD | SMYRNA 1A | SN1A | 4,088 | 17 | 13 | 1 | 4 | 18 | 2 | 12 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| SHEDD | SMYRNA 2A | SN2A | 5,450 | 22 | 18 | 1 | 4 | 23 | 2 | 17 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| LEHTO | SMYRNA 3A | SN3A | 4,419 | 18 | 14 | 1 | 4 | 19 | 2 | 13 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| HARLEY | SMYRNA 3B | SN3B | 2,452 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| HARLEY | SMYRNA 4A | SN4A | 5,724 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| HARLEY | SMYRNA 5A | SN5A | 4,254 | 18 | 14 | 1 | 4 | 19 | 2 | 13 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| SHEDD | SMYRNA 6A | SN6A | 5,824 | 24 | 20 | 1 | 4 | 25 | 2 | 19 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| WHITAKER | SMYRNA 7A | SN7A | 6,187 | 25 | 21 | 1 | 4 | 26 | 2 | 20 | 2 | 5 | 9 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| BLOUNT | SOPE CREEK 01 | SO01 | 2,130 | 9 | 9 | 1 | 2 | 12 | 2 | 8 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| BLOUNT | SOPE CREEK 02 | SO02 | 4,585 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 4 | 8 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| RICKARDS WILLIAM | SOPE CREEK 03 | SO03 | 2,798 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| GORDON | SWEETWATER 01 | SW01 | 3,149 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| PAGE | SWEETWATER 02 | SW02 | 3,272 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| BLOUNT | TERRELL MILL 01 | TM01 | 5,697 | 23 | 19 | 1 | 4 | 24 | 2 | 18 | 2 | 5 | 8 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| DROOK | TIMBER RIDGE 01 | TR01 | 2,410 | 10 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| MOTLEY | VAUGHAN 01 | VA01 | 3,088 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SHEDD | VININGS 01 | VG01 | 3,151 | 13 | 11 | 1 | 2 | 14 | 2 | 10 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| SHEDD | VININGS 02 | VG02 | 6,216 | 25 | 21 | 1 | 4 | 26 | 2 | 20 | 2 | 5 | 9 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | 12 | 1 |
| WHITAKER | VININGS 03 | VG03 | 4,294 | 18 | 14 | 1 | 4 | 19 | 2 | 13 | 2 | 4 | 6 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| SHEDD | VININGS 04 | VG04 | 3,370 | 14 | 10 | 1 | 4 | 15 | 2 | 9 | 1 | 3 | 5 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| CHAMBLEE | WADE GREEN 02 | WG02 | 4,572 | 19 | 15 | 1 | 4 | 20 | 2 | 14 | 2 | 4 | 7 | 1 | 2 | 4 | 1 | 1 | 1 | 1 | 11 | 1 |
| MILLER | WILLEO 01 | WL01 | 2,786 | 12 | 10 | 1 | 2 | 13 | 2 | 9 | 1 | 3 | 4 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 10 | 1 |
| | | | 524,363 | 2,168 | 1,772 | 145 | 448 | 2,365 | 290 | 1,627 | 197 | 537 | 786 | 145 | 290 | 537 | 145 | 145 | 145 | 145 | 1,552 | 145 |
| | ADVANCE | | | | 135 | 13 | 12 | | 59 | 122 | 22 | 91 | 800 | | | | | | | | | |
| | TRAINING/DEMO | | | | 40 | 1 | 1 | | 20 | 40 | 25 | 44 | 10 | | | | | | | | | |
| | DEPOTS | | | | | | | | | | | | 36 | | | | | | | | | |
| | INVENTORY | | | | 2,234 | 300 | | | 1,115 | 1,800 | 244 | 688 | 1,330 | | | | | | | | | |
| | TOTAL LEFT TO DEPLOY | | | | 287 | 141 | | | 746 | 11 | 0 | 16 | -266 | | | | | | | | | |