IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:20-cv-03263-MLB |

## **DECLARATION OF SHAUNA DOZIER**

COMES NOW, Shauna Dozier, and in accordance with 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1.

My name is Shauna Dozier. I am over twenty-one (21) years of age. I am currently suffering from no legal, mental, or emotional disability that would prevent me from giving testimony. I make this declaration pursuant to 28 U.S.C. § 1746, having personal knowledge of the facts stated herein.

2.

I am the Director of the Clayton County Board of Elections and Registration (the "Board").

3.

There are approximately 776 ballot marking devices in Clayton County, Georgia.

4.

For the November 2020 election, there will be 65 voting locations. That is an increase of seven (7) locations over the primary election. At this time, I am unable to identify specific boundaries for the 7 new precincts.

5.

We were not able to identify those boundaries until the conclusion of the special election conducted to fill the vacant seat in the fifth congressional district. We are currently in the process of establishing those boundaries.

6.

The Board or Elections began the process of obtaining permission to add the additional locations shortly after the conclusion of the June Primary and well before the filing of the instant action. That process involves a request from me to the Board of Elections, which if approved, is forwarded to the Board of Commissioners for approval.

7.

The cost of a new location is approximately $13,000 which includes buying additional equipment and materials as well as staffing the site. In order to open a new location, we are required to advertise in the local legal organ for 30 days prior to the meeting at which the Board of Commissioners considers the addition. The general public is given the opportunity to comment on the issue at the Board of Commissioners meeting.

8.

The following is a link to a chart that will show the number of registeredvoters per precinct in the June 2020 primary: https://www.claytoncountyga.gov/home/showdocument?id=12710. Based on the number of registered voters at each location for the primary, Clayton County had more than the minimum number of ballot marking devices at each precinct location. When considering the voters who actually voted in the primary, there were significantly more than the minimum at each location.

9.

In addition, we are waiting for final numbers from the State of Georgia for new registrations. The deadline for registration is Monday, October 5, 2020; however, final numbers from the state are not expected until Wednesday, October 7 or Thursday, October 8, 2020.

10.

The Clayton County Polling Place Voting Equipment Allocation Report (Doc. 131-1) is based on information available at this time. We may be adding another Advance Voting location but this is still pending. Any additional equipment received prior to the general election will be added to precincts as need is determined. Throughout this process we evaluate absentee ballots received and early voting to attempt to identify those precincts where the number of voters actually coming to polls on election day may be less than anticipated, and if possible, equipment is shifted accordingly.

11.

The information in the Worksheet for Ballot Marking Devices for the June 2020 primary (Doc. 131-2) is a rough draft of what was used to allocate equipment for the General Primary. However, in order to fully verify, information would have to be retrieved from archives .

12.

Poll worker training is provided by our staff and the Secretary of State provides some training as well. We train in-person using the materials provided by the State. Training for the November election will begin3 to 4 weeks prior to election day and will be available 6 days a week, multiple times a day. Due to COVID-19, class sizes will be reduced to 20 persons at a time. Poll worker

manuals and worksheets on completing paperwork will be provided to poll workers.

13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this <u>5th</u> day of October, 2020.

_____
Shauna Dozier, Director
Clayton County Board of Elections and Registration