**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LUCILLE ANDERSON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.,*<br><br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:20-CV-03263-MLB |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF KRISTI ROYSTON

Pursuant to the Court's Order [Doc. 125] authorizing Defendants to provide "additional information about changes made in light of the June 2020 primary," the Gwinnett County Defendants submit the attached Supplemental Declaration of Kristi Royston, outlining additional changes made to the election processes in Gwinnett County after the June 9 primary. This additional declaration should assist the Court as it considers the various pending motions.

Respectfully submitted this 5th day of October, 2020.

                    */s/ Bryan P. Tyson*
                    Bryan P. Tyson

Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770.434.6868 (telephone)

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF FILING SUPPLEMENTAL DECLARATION OF KRISTI ROYSTON  has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson