IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants.* | CIVIL ACTION FILE <br> NO. 1:20-cv-03263-MLB |

## SUPPLEMENTAL DECLARATION[1] OF KRISTI ROYSTON

Pursuant to 28 U.S.C. § 1746, I, Kristi Royston, make the following declaration:

1.

My name is Kristi Royston. I am over the age of 21 years, and I am under no legal disability that would prevent me from giving this declaration. I am giving this declaration based on my personal knowledge.

---

[1] The Court authorized the filing of additional information about changes from the June primary to the November election by October 5, 2020. [Doc. 125].

1

2.

I previously explained my background in my declaration filed at [Doc. 108-1]. I incorporate everything I previously explained.

3.

One of the challenges Gwinnett County encountered in the June primary involved the delivery of equipment. The new BMDs and their associated equipment take up more space than the DREs, so when our office began distributing voting equipment to precincts for the June 9 primary, we were not able to take as much equipment in each load as we had previously.

4.

The requirement of more loads meant that some equipment did not arrive at precincts until after the start of voting on June 9. Poll workers used emergency paper ballots to ensure the precincts opened on time and that voters were able to vote while the equipment arrived and was set up.

5.

In light of that experience, Gwinnett County met with the contractor, who agreed to revise its delivery process to have more trucks and drivers assigned to the routes as well as better communication throughout the process of delivery. We utilized this new process for the August 11 runoff and

were able to ensure all equipment was delivered and set up well in advance of the start of voting.

6.

We will utilize the new process for the November elections and do not expect to encounter issues with delivery of equipment.

7.

Another challenge we faced in June was in the preparation and staging of the equipment into delivery order. Proper instructions for logic and accuracy testing were not followed and this led to issues in being able to place equipment in delivery order, leading to additional delays.

8.

In light of that experience in June, we ensured that proper instructions were followed prior to the August 11 Runoff and those instructions will continue to govern processing of equipment for all future elections, including November 2020.

9.

Given the nature of the pandemic, our training opportunities for poll workers were extremely limited ahead of the June 9 primary. Based on that experience, we have added more in-person training opportunities for poll workers who will be working in the November election.

10.

We have also worked with the Secretary of State and outside groups, along with our own efforts, to recruit new poll workers for the November election. Unlike in the June primary, where we lost hundreds of poll workers, with the support of the county, we have added additional individuals for November to ensure that all polls will be adequately staffed.

11.

Gwinnett County is also working to ensure that as many voters can vote early as possible. For the first time ever, Gwinnett County will open nine early-voting locations for all three weeks of early voting. Previously, the first week of early voting took place only at our main office, with satellite locations opening later. This additional capacity for early voting should help alleviate pressure on precincts on Election Day by providing more opportunities to vote in person.

12.

Gwinnett County took the lessons of the June 9 primary to heart and made significant changes to ensure that the November election runs as smoothly as possible. While running elections is complicated, we continue to pursue our mission of upholding the Constitution and maintaining public

confidence by conducting honest and impartial elections in a fair, efficient and accurate manner.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2020.

*Kristi L. Royston*
Kristi L. Royston