IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants.* | CIVIL ACTION FILE NO. 1:20-cv-03263-MLB |

## **DEKALB COUNTY DEFENDANTS**[1] **NOTICE OF FILING**

Pursuant to the Court's October 2, 2020 Order [DOC 125] and the hearing held on October 1, 2020 on the Defendants' Motions to Dismiss and Plaintiff's Motion for Interlocutory Injunction, the DeKalb County Defendants file the Declaration of Erica Hamilton, attached hereto as Exhibit A.

Respectfully submitted this 5th day of October 2020.

*/s/ Irene B. Vander Els*
Irene B. Vander Els

---

[1] Samuel E. Tillman, Anthony Lewis, Susan Motter, Dele Lowman Smith, and Baoky N. Vu, in their official capacities as the Members of the DeKalb County Board of Registration and Elections.

1

Assistant County Attorney
Georgia Bar No. 033663

Shelley D. Momo
Assistant County Attorney
Georgia Bar No. 239608

*Attorneys for the DeKalb County Defendants*

**DEKALB COUNTY LAW DEPARTMENT**
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone: (404) 371-3011
Facsimile: (404) 371-3024
sdmomo@dekalbcountyga.gov
ivanderels@dekalbcountyga.gov

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing DEKALB COUNTY DEFENDANTS' NOTICE OF FILING has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Irene B. Vander Els*
Irene B. Vander Els