# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:20-CV-3263 |

## FULTON COUNTY DEFENDANTS' NOTICE OF FILING

COMES NOW Fulton County Defendants, by and through their undersigned counsel, and hereby files this Supplemental Declaration of Richard Barron.

Respectfully submitted this 5th day of October, 2020.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358

Kaye W. Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov

Cheryl M. Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov
***/s/ Detriss Thomas***
Detriss Thomas
Georgia Bar Number: 460935
detriss.thomas@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

**IN THE UNITED STATES DISTRICT COURT**

FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; et al., <br><br>Defendants. | CIVIL ACTION FILE NO. 1:20-CV-3263 |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this day, I presented the NOTICE OF FILING **DEFENDANTS' FULTON COUNTY Supplemental Declaration of Richard Barron** in Times New Roman, 14-point type in accordance with L.R. 5.1(C). I further certify that I electronically filed this certificate of service with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 5th day of October, 2020.

*/s/ Detriss Thomas*

Detriss Thomas
Georgia Bar Number: 460935
detriss.thomas@fultoncountyga.gov

P:\CALitigation\Elections\Anderson, Lucile v. Raffensperger - 120-CV-3263\Pleadings\10.2.20 Notice of Filing.docx