# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:20-CV-3263 |

## SUPPLEMENTAL DECLARATION OF RICHARD BARRON

Pursuant to 28 U.S.C. 1746, Richard Barron declares as follows:

1.

I make this Declaration in support of a response by Fulton County Board of Elections to certain motions filed in the above-styled matter of <u>Lucille Anderson, et al., v. Brad Raffensperger, et al.</u>, (Civil Action No. 1:20-CV-3263).

2.

I am the Director of the Fulton County Department of Registration and Elections and have been employed in that role since June 13, 2013.

3.

There were several unique circumstances present and leading up to and during the June 9, 2020 election, including: a new voting system, a lack of poll workers, a lack of polling locations, a global pandemic and social distancing guidelines.

4.

The Fulton County Defendants have made significant changes to address the above-referenced issues and to facilitate a better voting experience in the November election.

5.

Amid the concerns about COVID-19, a number of longstanding polling locations ceased serving in that capacity. In June 2020, Fulton County had 164 polling sites. Through re-solidifying its relationship with the school systems, and utilizing a commercial real estate consultant, the Fulton County Defendants have established 255 polling sites for the November 2020 elections.

6.

Fulton County has worked to assign less than 5000 voters to the majority of its November 2020 polling locations. Only four locations have more than 5000 assigned voters: precinct 07A has 7555 assigned voters; precinct 06D has 6066 assigned voters, precinct FA01B has 5721 assigned voters, and precinct UC02A has 5513 assigned voters. Fulton County currently has fewer voters assigned per precinct than at any time during the tenure of its current Elections Department director.

7.

Fulton County will also have 30 advance polling sites for the November 2020 election, including three mega sites for early voting: State Farm Arena with 300 voting machines, the Georgia International Convention Center with 50 voting machines and the Benson Senior Center with 50 voting machines. Early voting in Fulton County will last three (3) weeks, inclusive of Saturdays and Sundays.

8.

The Fulton County Defendants purchased millions of dollars of voting equipment to supplement its inventory to ensure that it has one (1) ballot marking device for every 250 registered voters.

9.

Fulton County has also recently purchased two (2) mobile voting units. These units include three (3) check-in stations, ten (10) voting stations and one (1) scanner. The mobile units will be deployed to scheduled locations during the three (3) weeks of advance voting. On Election Day the mobile units will be used to assist poll locations that experience lines and/or equipment problems.

10.

Other measures that have been taken to assist with issues experienced during the June 2020 election include the following:

- The power capability of all polling locations have been evaluated to ensure the facility infrastructure could handle the power requirements of the new equipment.
- Information Technology technicians have been hired for every polling location to be present if voting equipment experiences problems, these technicians will arrive early to the poll locations at 5:00 a.m. to set up the voting equipment so that any problems can be resolved early and new machines can be deployed before the polls are scheduled to open.
- An additional call center has been created and staffed to assist in handling Election Day calls from the poll locations.
- An additional electronic communication system, WebEOC, has been deployed to make sure the poll locations have the ability to reach the warehouse and have supplies timely distributed to them and to obtain any additional technological help that may be needed.

- 510 Line Managers will be hired for Election Day to ensure social distancing, offer personal protective equipment, and to assist voters in determining if they are at the correct polling location.
- Cradle Point mechanisms have been purchased for every polling location to reset the check-in Poll Pads if they experience problems.
- Even though the State Election Board Rules only require a supply of emergency paper ballots of ten percent (10%) of the registered voters per polling place, all Fulton County polling places will have an emergency paper ballot supply of twenty percent (20%).

11.

Fulton County increased its ability to process absentee ballots by creating its own online portal for absentee ballot applications as it was not clear if the State's portal would be available in time.

12.

Fulton County has increased the number of absentee ballot drop boxes from twenty (20) to thirty-six (36) and is working with some municipalities to possibly add a few more.

13.

Additionally, Fulton County has created an election application ("app") that can be accessed on smart devices. Through this app, citizens can register, apply for an absentee ballot, go to the state's My Voter Page and check their polling location, view the list of drop box locations, view the list of early voting sites, view the list of important dates, and view a sample ballot.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

This __5___ day of October, 2020.

*[signature]*

_____
Richard Barron, Director
Fulton County Department of Registration
and Elections

P:\CALitigation\Elections\Anderson, Lucile v. Raffensperger - 120-CV-3263\Attorney's Notes\10.5.20 Supplemental Richard Barron Declaration.docx