# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

*Anderson et al. v. Raffensperger et al.*, **Case No. 1:20-cv-03263-MLB**

## EXPERT DECLARATION OF DR. MUER YANG

## INTRODUCTION

In this report, I evaluate the voting resource allocation plans for the 2020 Presidential Election in November developed by the election officials of Fulton, DeKalb, Cobb, Gwinnett, Clayton, Douglas, and Macon-Bibb Counties[1], and identify the polling places most likely to have long lines in the 2020 Presidential Election based upon the allocation of equipment. Additionally, I propose alternative voting equipment allocation plans to avoid long lines at certain precincts. This analysis assumes that equipment allocated to precincts are operational and the precincts are adequately staffed.

## METHODOLOGY OVERVIEW

### A.     Queueing Theory

Queueing models consist of mathematical formulas that can be used to predict queue performance measures, such as the expected wait time in a queue and the probability each person arriving at the location will have to wait in line. The basic features of queueing models include three variables: arrival rate, service rate per "server," and the number of servers in the system. [2]  In general, a larger arrival rate, a smaller service rate per server, and/or a smaller number of servers

---

[1] Chatham County does not provide its plan.
[2] Because "server" is a common term in queueing theory, in this report I often refer to voting machines (which included the poll pad, BMD, and scanner) as "servers."

in the system will cause longer average wait times[3] and a higher probability of waiting at a given polling place.

Voting lines can be modeled using queueing models (e.g., Yang et al. 2014). In the context of voting lines, the "arrival rate" refers to the number of voters arriving to the polling place per unit of time, and the "service rate per server" refers to the number of voters who can be served at by the voting equipment (including the poll pad, BMD, and scanner) per unit of time.

However, queueing models depend on certain assumptions, including that voters will arrive at a constant rate throughout the day. But we know that voters do not show up to polling places at a steady rate over the course of the day; rather, there is normally a "morning rush" and "after-work rush" of voters at the polling place. Based on my experience using queueing formula in voting lines, if the M/M/c queue formula estimates an average wait time of 2 minutes at a polling place, it is still likely that some voters would wait more than half an hour if the voter arrival pattern is not stationary. Thus, queueing models tend to *underestimate* the average amount of time voters will wait before casting ballots. For this reason, using queueing models helps ensure a conservative analysis of lines and waiting times.

### B. Simulation Models

"Simulation models" are another popular method used to study waiting lines, and these have been and can be applied in the context of voting systems (e.g., Yang et al. 2014). Simulation models capture more dynamic characteristics of queues, such as voters arriving at different rates during the day, servers' availability at different levels during the day, and voters lining up before the poll opens, and can output other performance metrics of waiting lines, such as the maximum wait time. Thus, in some situations, simulation models can produce more accurate estimates for

---

[3] Average wait time at a polling place is "the sum of every voter's wait time divided by the total number of voters turned out at this poll."

actual queue performance than queueing formulas. However, simulation models require data on input parameters, such as the arrival process and the service process, to provide accurate estimates on real wait times.

For planning purposes, using simulation models considering the non-stationary voter arrival patterns is particularly helpful to identify the wait time for voters arriving during the peak time period throughout Election Day.

### C.    Average Wait Time

Average wait time is the most commonly used metric in the voting context, but it can mask and underestimate the real waiting problems at polling places. Some voters may still experience extremely long wait times while the average wait time at the polling station is short. For example, in the 2008 presidential election in Ohio, the majority of precincts in Franklin County had average waiting times of less than 5 minutes, but many voters still had to endure wait times of an hour or more (see, Yang et al. 2013). According to an empirical study (Stewart III, 2013), two-thirds of voters in the 2012 election waited less than 10 minutes to vote, while three percent of the voters waited more than an hour nationwide.  Although three percent might seem to be a small fraction, it is substantial in terms of the actual number of voters. For instance, there were over 1,960,000 Election Day votes [4] in the 2012 presidential election in Georgia, and about 58,800 ( = $3\% \times 1960000$) voters waited more than an hour. One must therefore keep in mind that a short average wait time (e.g., <10 minutes) means that many voters could still experience very long wait times (e.g., >30 minutes) at a polling station.

Following the 2012 presidential election, President Obama convened the bipartisan US Presidential Commission on Election Administration (PCEA) to address the problem of voting

---

[4] Based on the 2012 presidential election results on the website of Georgia Secretary of State, at https://results.enr.clarityelections.com/GA/42277/113204/en/reports.html#.

wait times. PCEA concluded that the appropriate benchmark for defining what constitutes a "long" wait time is 30 minutes. Other states have adopted this as a standard, for example, South Dakota Codified Laws and the New York Election Law. Thus, when I speak about a long voting line in this report, I am referring to lines and wait times that are longer than 30 minutes.

Thus, in my analysis of this report, in addition to the average wait time, I also use the simulation model to estimate the maximum wait time at polling places.

### D.    Voting Machine Allocation Method: Utilization Equalization

Yang et al (2014) comprehensively studies various voting machine allocation methods. Considering the ease of practical use and robustness of the methods, in order to reduce the maximum voter wait times at polls, I choose the Utilization Equalization (UE) method to allocation voting machines, given the total number of available voting machines (e.g., poll pads, BMDs, or scanners). This method attempts to allocate voting machines so that their utilizations at all precincts are equal to each other[5].

### ANALYSIS AND RESULTS

The $M/M/c$ queue model[6] will produce estimates of expected wait times only when the arrival rate is *less* than the overall service rate (see Anderson et al. 2011). In other words, for the formula to produce estimates of voter expected wait times, the rate at which voters arrive at the polls must be smaller than the rate that the servers can process them. Otherwise, if the arrival rate *exceeds* the service rate, the waiting line at the polls continues to grow until the polls close, a situation in which scholars in my field refer to as becoming "overloaded." When overloading occurs, the $M/M/c$ formula cannot provide estimates of voter expected wait times, because the

---

[5] See Yang (2011) for the details of the UE method.
[6] $M/M/c$ queue model describes is a multi-server queueing system. It assumes that a voter's arrival process follows a Poisson distribution, the service time follows an exponential distribution, and $c$ servers in the queue system.

expected wait times essentially become infinite under the M/M/c model assumptions. Because that result is not particularly helpful (other than to indicate that the lines at the polls will be extremely long), in such situations, I adopt a simple fluid model to estimate the waiting time (see Yang 2011).[7]

A general voting process at a polling station on Election Day in 2020 in Georgia, i.e., the process that was in use in the 2020 PPP and will be in use in the 2020 General Election, can be considered as a tandem queue system with three stages (see Figure 1). The first stage is where a voter checks in once he arrives at a polling station; the second stage is where a voter casts his or her ballot using the BMD and prints it out; and the third stage is where a voter deposits his or her printed ballot through a scanner. Usually, there are multiple poll pads, multiple BMDs and printers, and multiple scanners in the system. Voters can wait in line at each stage separately. The voting process is explained in a demonstration video posted by Atlanta Journal-Constitution showing the voting process in Georgia under the new system used in the 2020 PPP and November General Election, which is the source for Figure 1. [8]

---

[7] Fluid models assume traffic flow to be like the flow of a fluid, which is another mathematical approach to approximate queues. Fluid queues allow arrivals to be continuous rather than discrete as in M/M/c model.
[8] https://www.youtube.com/watch?v=MDmSTKarZe8.



*Figure 1 Model Logic of Voting Lines*

The waiting line at each stage can be approximated by an $M/M/c$ queue. Due to the properties of the tandem $M/M/c$ queue system, the queue at each stage can be treated independently, and thus the arrival rate to the check-in stage, to the BMD stage, and to the scanning stage are the same, as long as the queues at the first two stages are not overloaded. A voter's total wait time at a polling place is the sum of the wait at the check-in, the wait at the BMDs, and the wait at the scanner. The bottleneck of the queue system determines the throughput of the system (e.g., the number of voters going through the whole voting process per hour).

Simulation models can capture more complex and realistic characteristics of the queueing system as illustrated in Figure 1. A simulation model to show wait times throughout the day at polls developed by Mark Pelczarski (the "Pelczarski Tool"[9]) is used to explore and estimate the potential voter wait times throughout the Election Day, which is a part of the toolkit in the

---

[9] This model is available at http://web.mit.edu/vtp/calc3.htm

Caltech/MIT Voting Technology Project[10]. The "Pelczarski Tool" models the voting process as illustrated in Figure 1 and captures the non-stationary voter arrivals. To be more specific, in the following analysis of the voting machine allocation plans, I use the "Composite" pattern. This pattern assumes two major peak arrival times, beginning of the day and late afternoon. Slightly more than 3% of voters are likely to show up around 7:15 am and 5:00 pm, whereas less than 1.5% show up around 8:15 am and 1:00 pm.

### *Check-in Time and Scanning Time*

To determine the time needed to check-in, vote, and scan a ballot, I first reviewed the demonstration video mentioned above, which likely represents optimal use of the voting system.[11] The check-in time in the video is about 25 seconds, and the time to deposit a ballot into the scanner is about 14 seconds. As noted in my initial export report, these times do not include interactions between the voter and the election officials, the time to sanitize the equipment between each use, and other situations[12]. Other sources (Remias and Bell, 2014) about check-in time using electronic pollbooks indicate that average check-in times range from 45 seconds to 60 seconds. Thus, for planning purposes, I assume the average time to check-in a voter is 45 seconds and the time at the scanner is 20 seconds.

### *Time to Cast a Ballot*

As explained in my initial report, I use a regression equation by Jaffe et al. (2018) to estimate the average time to vote. According to this regression model, the average time to vote (in

---

[10] http://web.mit.edu/vtp/Managing%20Polling%20Place%20Resources.pdf
[11] https://www.youtube.com/watch?v=MDmSTKarZe8.
[12] For example, malfunctions of the poll pads, voters with questions or long conversations with poll workers, voters whose names are not listed in the poll pads, and poorly-trained poll workers who are not familiar with how to operate the poll pads.

min) = 1.831 + 0.025*Offices on Ballot + 0.023*Candidates on Ballot. "Offices on Ballot" refers to the races or issues on ballot, and "Candidates on Ballot" refers to the choices. As suggested by Jaffe et al. (2018), for planning purposes, I use the upper 95% confidence interval as the average voting time at a precinct in my following analysis.

Because the ballots of the 2020 Presidential Election are not provided by the counties, I use the ballot of the 2016 Presidential Election to estimate the average voting time at each polling place during the 2020 Presidential Election. The ballot length varies from precinct to precinct. In order to use the regression model, I counted the number of offices and the number of candidates on ballot for each precinct.

### *Number of Election Day Voters*

Pew Research Center's American Trends Panel Poll done in July 2020 shows that 40% of voters are likely to vote in person on Election Day, 18% are likely to vote early in-person, and 39% are likely to vote by mail, during the pandemic. Thus, for the planning purpose, I assume 40% of the turnout voters will on Election Day in the 2020 Presidential Election.

I assume for purposes of this analysis that the overall voter turnout in the 2020 Presidential Election is the same as the turnout in the 2016 Presidential Election, though it may in fact be higher. The voter turnout rate at each precinct in a county in the 2016 Presidential Election can be calculated based on the election results data from the website of the Georgia Secretary of State[13].

Thus, the number of Election Day voters in the 2020 Presidential Election at a precinct is computed as follows,

$$\# \ of \ Election \ Day \ Voters = \# \ of \ Registered \ Voters \ \times \ Voter \ Turnout \ Rate \ \times \ 40\%$$

---

[13] https://sos.ga.gov/index.php/Elections/current_and_past_elections_results

### *Henry County's Plan for the 2020 Presidential Election*

Henry County has 37 polling places on Election Day of the 2020 Presidential Election. According to the plan, Henry County has a total of 115 poll pads, 482 BMDs, and 48 scanners. The total number of voting equipment is increased from the June 2020 PPP, where a total of 74 poll pads, 222 BMDs and 37 scanners were used. Henry County does not appear to provide one voting machine for every 250 voters, as required by state law, because they do not have enough BMDs.

I use the ballot from the 2016 presidential election in Henry County to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 17 races and 33 choices, ranging from 16 to 18 and from 29 to 36 respectively. According to the regression model, the upper 95% confidence interval of the average time to cast a ballot at a precinct in Henry County is estimated at 3.8 minutes.

Table 1 shows the polling places in Henry County predicted to have long lines, with the estimated wait times[14] using this plan according to the M/M/c queue formula and the Pelczarski simulation tool, based on the assumptions mentioned above. The polling places in Table 1[15] are ordered from large to small based on the average wait time. The maximum wait time at other polling places in Henry County (unlisted in Table 1) are predicted to be less than 30 minutes. Table 2 shows the wait times at these same polling locations during the June Primary.

As a reminder, the M/M/c queue formula tends to underestimate the actual wait time because it assumes stationary arrival of voters. Thus, in my experience of using M/M/c queue, an average wait time of 10 minutes obtained by M/M/c queue could mean long waiting lines in reality;

---

[14] The wait time obtained by the simulation model is an average over 100 replications.
[15] The full table is in the Excel file submitted with this file.

and even an average wait time of 2 minutes obtained by M/M/c queue could still mean long wait time for voters arriving during the peak time intervals. As shown in Table, 1, M/M/c queue estimates an average of 2.3 minutes and the simulation tool estimates an average of 10 minutes wait in Kelleytown. However, the maximum wait time is estimated to be 35 minutes according the simulation model, which considers the non-stationary arrival. Figure 2 displays the simulated wait time at Kelleytown throughout the day during the 2020 Presidential Election. This figure shows that the bottleneck is at the BMDs and long line will form towards the end of the day and there would be an over half an hour line between 5:30 pm and 6:30 pm approximately.

Lowes had long voting lines during the 2020 June PPP, as did North Hampton, Mt. Carmel, Red Oak, and Stockbridge East West. As indicated in the GPB News data set, the last voter at polling places in Lowes checked in at 10:09 p.m.. In other words, the last voter must have waited for at least 189 minutes at Lowes. Using the current plan for the 2020 Presidential Election, Lowes would still have long lines during the peak arrival time period. Kelleytown, Sandy Ridge, and Cotton Indian were reported no or short wait times at when voters went to polls during the 2020 June PPP. However, using the current plan for the 2020 Presidential Election, these places would be likely to have long lines during the peak arrival time period. Long lines in Henry County during the June Primary were caused by misallocation of voting machines, as every polling location was provided with the same number of BMDs, regardless of the number of registered voters assigned to that location and the ballot length.

Personally, for planning purpose and to be conservative, I would like to see the average wait time obtained by M/M/c queue no more than 2 minutes, especially for the polling places with over 1,000 Election Day voters. The current allocation plan has the following 7 polling places that are likely to have long lines. The bottleneck at these places is currently at the BMDs and the poll

pads are not abundant either. If possible, the County should allocate more BMDs and more poll pads to these polling places if more resources are available to deploy.

*Table 1 Polling Places Predicted with Long Lines using the County's Plan for the 2020 Presidential Election*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[16] (min) |
|---|---|---|---|---|---|---|---|
| SANDY RIDGE | 1641 | 3 | 8 | 1 | 30.9[17] | 25 | 91 |
| WESLEY LAKES | 2036 | 3 | 10 | 2 | 26.6[18] | 25 | 88 |
| LOCUST GROVE | 2275 | 3 | 12 | 2 | 4.2[19] | 18 | 66 |
| ELLENWOOD | 1434 | 3 | 8 | 1 | 5.1 | 14 | 51 |
| LOWES | 3262 | 5 | 20 | 2 | 1.7 | 10 | 39 |
| KELLEYTOWN | 1214 | 3 | 8 | 1 | 2.3 | 10 | 35 |
| COTTON INDIAN | 1578 | 3 | 10 | 1 | 2.5 | 8 | 31 |



*Figure 2 Illustration of Voter Wait Time Throughout Election Day at Kelleytown in Henry County[20]*

---

[16] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.

[17] This number is estimated using the fluid model, because the waiting line system is overloaded.

[18] This number is estimated using the fluid model, because the waiting line system is overloaded.

[19] This number is estimated using the fluid model, because the waiting line system is overloaded.

[20] This figure is generated by the Pelczarski simulation tool at http://web.mit.edu/vtp/calc3.htm

*Table 2 Wait Times during June Primary*

| | **Actual # of Voters** | **BMDs** | **Poll Pads** | **Scanners** | **Voters per BMD** | **Estimated Avg Wait (min)[21]** |
|---|---|---|---|---|---|---|
| Locust Grove | 729 | 6 | 2 | 1 | 122 | 12 |
| Sandy Ridge | 647 | 6 | 2 | 1 | 108 | 1.9 |
| Wesley Lakes | 741 | 6 | 2 | 1 | 124 | 26 |
| Ellenwood | 699 | 6 | 2 | 1 | 117 | 5 |
| Lowes | 1018 | 6 | 2 | 1 | 170 | 139[22] |
| Kelleytown | 680 | 6 | 2 | 1 | 113 | 2.3 |
| Cotton Indian | 637 | 6 | 2 | 1 | 106 | 2.3 |

If no additional BMDs and Poll Pads are available, I propose a re-allocation plan (for both poll pads and BMDs) for the 2020 General Election using the UE method. In this plan, the total numbers of BMDs and poll pads are still 482 and 115 respectively. Under this allocation plan, the estimated maximum wait time would be no more than 17 minutes long at any polling place, and the simulated average wait time county-wide is 1.3 minutes. Table 3 shows the new allocation for the 7 polling places that would have long lines using the County Plan. Under this allocation plan, the maximum wait time is no more than 11 minutes among the seven counties.

*Table 3 Voting Machine Re-allocation*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[23] (min) |
|---|---|---|---|---|---|---|---|
| SANDY RIDGE | 1641 | 3 | 14 | 1 | 1.3 | 3 | 11 |
| WESLEY LAKES | 2036 | 4 | 17 | 2 | 0.2 | 1 | 6 |
| LOCUST GROVE | 2275 | 5 | 18 | 2 | 0.2 | 1 | 5 |

---

[21] The average wait time is estimated using the M/M/c formula.
[22] This number is estimated using the fluid model, because the waiting line system is overloaded.
[23] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELLENWOOD | 1434 | 3 | 12 | 1 | 0.8 | 1 | 6 |
| LOWES | 3262 | 6 | 26 | 2 | 0.5 | 3 | 10 |
| KELLEYTOWN | 1214 | 2 | 11 | 1 | 1.0 | 1 | 7 |
| COTTON INDIAN | 1578 | 3 | 13 | 1 | 1.2 | 2 | 8 |

### *Clayton County's Plan for the 2020 Presidential Election*

Clayton County has 65 polling places on Election Day of the 2020 Presidential Election, where 58 polling places were used on Election Day during the 2020 June PPP and during the 2016 Presidential Election. Seven new polling places are added.

Clayton County does not provide the number of registered voters at these 65 polling places, where seven of them are new polling places. In addition, the seven new polling places will result in re-distribution of voters in other existing polling places. So the public historical data on voter turnout cannot be used to estimate the number of voters at the new polling places and many existing polling places.

### *DeKalb County's Plan for the 2020 Presidential Election*

DeKalb County has 176 polling places on Election Day of the 2020 Presidential Election. According to the plan, DeKalb County has a total of 382 poll pads, 1,989 BMDs, and 206 scanners. DeKalb County does not appear to provide one voting machine for every 250 voters, as required by state law, because they do not have enough BMDs.

I use the ballot from the 2016 presidential election in DeKalb County to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 21 races and 41 choices. According to the regression model, the upper 95% confidence interval of the average time to cast a ballot at a precinct in DeKalb County is estimated at 4.3 minutes. The

overall voter turnout rate in the 2016 presidential election in DeKalb County is 76%, ranging from 41% to 90% at the level of polling place.

Table 3 shows the polling places in DeKalb County predicted to have long lines, with the estimated wait times[24] using this plan according to the M/M/c queue formula and the Pelczarski simulation tool, based on the assumptions mentioned above. The polling places in Table 4[25] are ordered from large to small based on the average wait time. The maximum wait time at other polling places in DeKalb County (unlisted in Table 4) are predicted to be less than 30 minutes.

*Table 4 Polling Places Predicted with Long Lines using the County's Plan for the 2020 Presidential Election*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[26] (min) |
|---|---|---|---|---|---|---|---|
| MCWILLIAMS/ MILLER GROVE | 2227 | 2 | 15 | 1 | 118.2[27] | 83 | 207 |
| CLIFTON/MEADOWVIEW | 1535 | 2 | 15 | 1 | 2.2 | 11 | 40 |
| BOULEVARD | 1502 | 2 | 14 | 1 | 2.0 | 10 | 36 |

MCWILLIAMS/MILLER GROVE simply does not have enough poll pads and scanners. The county has 7,225 registered voters so far and is predicted to have 2,227 Election Day voters. The arrival rate of voters exceeds the service rate at the check in and at the scanners. In other words, the waiting line at the polling place is overloaded. Currently, the bottleneck is at the check-in station. The average wait time is estimated to be over 80 minutes and the maximum wait could be over 3 hours long. In order to prevent overloading the waiting line, MCWILLIAMS/MILLER GROVE needs at least 3 poll pads and 2 scanners.

---

[24] The wait time obtained by the simulation model is an average over 100 replications.
[25] The full table is in the Excel file submitted with this file.
[26] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.
[27] This number is estimated using the fluid model, because the waiting line system is overloaded.

As shown in Table 4, M/M/c queue estimates an average wait of 2 minutes at CLIFTON/MEADOWVIEW and BOULEVARD. As noted earlier, some voters would be still likely to wait more than half an hour for polling places with 1,500+ voters, even if the M/M/c queue estimates the average wait time at 2 minutes. It is the case for these two polling places. The simulation model estimates the maximum wait time at the two places to be 36 minutes and 40 minutes. Figure 3 displays the simulated wait time at CLIFTON/MEADOWVIEW throughout the day during the 2020 Presidential Election. This figure shows that the bottleneck is at the check-in station and long line will form towards the end of the day and there would be an over half an hour line approximately from 4:45 pm until the end of the day.



*Figure 3 Illustration of Voter Wait Time Throughout Election Day at CLIFTON/MEADOWVIEW[28]*

If no additional BMDs, Poll Pads, and scanners are available, I propose a re-allocation plan (for poll pads, BMDs, and scanners) for the 2020 General Election using the UE method.[29] In this

---

[28] This figure is generated by the Pelczarski simulation tool at http://web.mit.edu/vtp/calc3.htm
[29] The full table is available in the Excel file submitted with this report.

plan, the total numbers of BMDs, poll pads and scanners are still 1,989, 382 and 206 respectively. Due to the small number of scanners, 206 scanners to be allocated to 176 polling places, the UE method gives the same scanner allocation plan as the current one. The UE method generates a different allocation plans for poll pads and BMDs respectively. Under this allocation plan, MCWILLIAMS/MILLER GROVE still experience long lines, because the waiting line is overloaded at the scanner, even though the number of poll pads and BMDs are sufficient. A second scanner is needed at this polling place. Under the reallocation plan, the estimated maximum wait time and the simulated average wait time would be no more than 11 minutes and 3 minutes, respective, at any other polling places in the county.

Table 5 shows the new allocation for the 3 polling places that would have long lines using the County Plan. The new allocation plan could not resolve the long line problem at MCWILLIAMS/MILLER GROVE, but the other two polling places are predicted that the maximum wait time is no more than 7 minutes.

*Table 5 Voting Equipment Re-allocation*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[30] (min) |
|---|---|---|---|---|---|---|---|
| MCWILLIAMS/ MILLER GROVE | 2227 | 5 | 26 | 1 | 25[31] | 20 | 73 |
| CLIFTON/MEA DOWVIEW | 1535 | 4 | 18 | 1 | 0.9 | 1 | 7 |
| BOULEVARD | 1502 | 4 | 18 | 1 | 0.8 | 1 | 6 |

---

[30] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.
[31] This number is estimated using the fluid model, because the waiting line system is overloaded.

### Douglas County's Plan for the 2020 Presidential Election

Douglas County has 25 polling places on Election Day of the 2020 Presidential Election. According to the plan, Douglas County has a total of 53 poll pads, 265 BMDs, and 28 scanners. Douglas County does not appear to provide one voting machine for every 250 voters, as required by state law, because they do not have enough BMDs.

I use the ballot from the 2016 presidential election in Douglas county to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 19 races and 40 choices. According to the regression model, the upper 95% confidence interval of the average time to cast a ballot at a precinct in Douglas County is estimated at 4.0 minutes. The overall voter turnout rate in the 2016 presidential election in Douglas County is 78%.

Table 6 shows the polling places in Douglas County predicted to have long lines, with the estimated wait times[32] using this plan according to the M/M/c queue formula and the Pelczarski simulation tool, based on the assumptions mentioned above. The polling places in Table 6[33] are ordered from large to small based on the average wait time. The maximum wait time at other polling places in Douglas County (unlisted in Table 5) are predicted to be less than 30 minutes. 56% (14 out of 25) of the polling places in Douglas County would have waiting lines over 30-minute long at some point throughout the Election Day. Table 7 shows wait times for the June Primary for the polling locations listed in Table 6.

Two largest precincts, 1272 and 729, are predicted to have the maximum wait time to be nearly 2-hour long. At these two polling places, the bottleneck is at the check-in station. The check-in lines are overloaded. Two poll pads are simply not sufficient. The number of BMDs at these two locations is not sufficient either. The voter's arrival rate exceeds the service rate of the poll

---

[32] The wait time obtained by the simulation model is an average over 100 replications.
[33] The full table is in the Excel file submitted with this file.

pads and the service rate of the BMDs. Precinct 736N does not have enough BMDs. The waiting line is overloaded at the BMDs, where the voter's arrival rate exceeds the service rate of the BMDs. Precinct 739 needs more poll pads and more BMDs as well.

*Table 6 Polling Places Predicted with Long Lines using the County's Plan for the 2020 Presidential Election*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[34] (min) |
|---|---|---|---|---|---|---|---|
| 1272 | 2008 | 2 | 10 | 1 | 41.2 | 39 | 119 |
| 729 | 1990 | 2 | 10 | 1 | 33.0 | 37 | 116 |
| 736N | 1812 | 2 | 10 | 1 | 38.8 | 23 | 83 |
| 739 | 1755 | 2 | 10 | 1 | 22.1 | 21 | 75 |
| 1258 | 2444 | 3 | 15 | 2 | 7.9 | 16 | 57 |
| 1260 | 1596 | 2 | 10 | 1 | 4.5 | 14 | 51 |
| 1270 | 1592 | 2 | 10 | 1 | 4.6 | 14 | 50 |
| 1275 | 2393 | 3 | 15 | 2 | 3.0 | 14 | 50 |
| 785 | 1597 | 2 | 10 | 1 | 4.7 | 13 | 49 |
| 736S | 2365 | 3 | 15 | 2 | 2.2 | 13 | 46 |
| 737 | 1525 | 2 | 10 | 1 | 4.5 | 12 | 45 |
| 730 | 1505 | 2 | 10 | 1 | 3.2 | 10 | 36 |
| 1273 | 1484 | 2 | 10 | 1 | 2.6 | 9 | 33 |
| 1271 | 1462 | 2 | 10 | 1 | 2.6 | 9 | 31 |

*Table 7 Wait time during the June Primary*

| | **Actual Voters** | **BMDs** | **Poll Pads** | **Scanners** | **Voters per BMD (rounded)** | **Estimated Avg. Wait (min)[35]** |
|---|---|---|---|---|---|---|
| 1272 | 672 | 10 | 2 | 1 | 67 | 0.28 |
| 729 | 740 | 10 | 2 | 1 | 74 | 0.39 |
| 736N | 627 | 10 | 2 | 1 | 63 | 0.25 |
| 739 | 644 | 10 | 2 | 1 | 64 | 0.26 |
| 1258 | 846 | 10 | 2 | 1 | 85 | 0.54 |
| 1260 | 569 | 10 | 2 | 1 | 57 | 0.20 |
| 1270 | 463 | 10 | 2 | 1 | 46 | 0.14 |
| 1275 | 828 | 10 | 2 | 1 | 83 | 0.62 |
| 785 | 639 | 10 | 2 | 1 | 64 | 0.27 |

---

[34] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.
[35] The average wait time is estimated using the M/M/c formula.

| | | | | | | |
|---|---|---|---|---|---|---|
| 736S | 886 | 10 | 2 | 1 | 89 | 0.74 |
| 737 | Not provided | 10 | 2 | 1 | Not provided | Not provided |
| 730 | 519 | 10 | 2 | 1 | 52 | 0.17 |
| 1273 | 506 | 10 | 2 | 1 | 51 | 0.16 |
| 1271 | 523 | 10 | 2 | 1 | 52 | 0.17 |

If no additional BMDs and Poll Pads are available, I propose a re-allocation plan (for poll pads and BMDs) for the 2020 General Election using the UE method.[36] In this plan, the total numbers of BMDs, poll pads and scanners are still 265 and 53 respectively. The UE method generates a different allocation plans for poll pads and BMDs respectively.

Table 8 shows the new allocation for all the polling places in the county. This allocation plan shortens the wait time at polling places comparing to the County plan. The maximum wait time is reduced from nearly 2 hours to nearly 1 hour. However, the reallocation could not resolve the long line problem. This result indicates that Douglas County does not have enough voting resources. It needs to deploy more poll pads, BMDs, and scanners.

*Table 8 Voting Equipment Re-allocation*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using Simulation (min) | Max Wait using Simulation[37] (min) |
|---|---|---|---|---|---|---|
| 1258 | 2444 | 3 | 19 | 2 | 15 | 54 |
| 785 | 1597 | 2 | 11 | 1 | 14 | 50 |
| 1270 | 1592 | 2 | 11 | 1 | 14 | 50 |
| 1260 | 1596 | 2 | 11 | 1 | 14 | 49 |
| 1272 | 2008 | 3 | 14 | 1 | 13 | 48 |
| 1275 | 2393 | 3 | 18 | 2 | 13 | 48 |
| 736S | 2365 | 3 | 17 | 2 | 13 | 47 |
| 740 | 783 | 1 | 6 | 1 | 13 | 46 |
| 729 | 1990 | 3 | 14 | 1 | 12 | 43 |
| 738 | 767 | 1 | 6 | 1 | 12 | 42 |
| 737 | 1525 | 2 | 12 | 1 | 11 | 39 |
| 730 | 1505 | 2 | 11 | 1 | 10 | 35 |

[36] The full table is available in the Excel file submitted with this report.
[37] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.

| 1259 | 748 | 1 | 6 | 1 | 10 | 34 |
|------|------|---|----|---|----|----|
| 1273 | 1484 | 2 | 10 | 1 | 9 | 33 |
| 1271 | 1462 | 2 | 10 | 1 | 8 | 30 |
| 1274 | 724 | 1 | 5 | 1 | 8 | 29 |
| 732 | 1147 | 2 | 8 | 1 | 8 | 28 |
| 784 | 1428 | 2 | 11 | 1 | 8 | 28 |
| 736N | 1812 | 3 | 13 | 1 | 7 | 27 |
| 734 | 908 | 2 | 6 | 1 | 7 | 26 |
| 733 | 1179 | 2 | 8 | 1 | 6 | 22 |
| 739 | 1755 | 3 | 13 | 1 | 6 | 21 |
| 735 | 1293 | 2 | 9 | 1 | 5 | 18 |
| 1276 | 983 | 2 | 7 | 1 | 5 | 18 |
| 731 | 1205 | 2 | 9 | 1 | 3 | 11 |

For example, Figure 4 shows the wait time throughout the day at Precinct 1258. It indicates that the bottleneck is at the check-ins. In other words, 4 poll-pads are needed at Precinct 1258. **For polling places with over 1,400 Election Day voters, I would recommend assigning at least 3 poll pads. For polling places with over 2,100 Election Day voters, I would recommend assigning at least 4 poll pads.**



*Figure 4 Wait time throughout the day using the reallocation plan in Precinct 1258*

Figure 5 shows the wait time throughout the day at Precinct 1272. It indicates that the bottleneck is at the scanner. In other words, 2 scanners are needed at Precinct 1272. **For polling places with over 1,500 Election Day voters, I would recommend assigning at least 2 scanners. For polling places with over 3,000 Election Day voters, I would recommend assigning at least 3 scanners.**



*Figure 5 Wait time throughout the day using the reallocation plan in Precinct 1272*

### Fulton County's Plan for the 2020 Presidential Election

Fulton County has 255 polling places on Election Day of the 2020 Presidential Election. According to the plan, Fulton County has a total of 1250 poll pads, 3,176 BMDs, and 89 scanners. Note that 89 scanners are allocated to 255 polling places. It means that many polling places have no scanner. I am not sure if it is a mistake or I received an incomplete plan from the County. In the following analysis, I only analyze the polling places with at least 1 scanner assigned and there are 86 such polling places in the plan.

I use the ballot from the 2016 presidential election in Fulton county to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 20 races and 37 choices. According to the regression model, the upper 95% confidence interval of the average time to cast a ballot at a precinct in Fulton County is estimated at 4.1 minutes. The overall voter turnout rate in the 2016 presidential election in the County is 75%.

Table 9 shows the polling places in Fulton County predicted to have long lines, among the 86 polling places examined, with the estimated wait times[38] using this plan according to the M/M/c queue formula and the Pelczarski simulation tool, based on the assumptions mentioned above. The polling places in Table 9[39] are ordered from large to small based on the average wait time. The maximum wait time at other polling places in the county (unlisted in Table 9) are predicted to be less than 30 minutes. Fulton County assigns the BMDs to polling places following the 1:250 rule, i.e., 1 BMD for every 250 registered voters. My analysis finds that BMDs are sufficient at each polling places following this rule.

The two polling places, 1272 and 729, are predicted to have the maximum wait time to be over 30 minutes long, although these two polling places have sufficient number of poll pads and BMDs. At these two polling places, the bottleneck is at the scanner. Another scanner is needed at each of the two places. If 2 scanners are assigned at these two locations respectively, the maximum wait time is estimated to be about 2 minutes.

*Table 9 Polling Places Predicted with Long Lines using the County's Plan for the 2020 Presidential Election*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[40] (min) |
|---|---|---|---|---|---|---|---|
| 08E & 09F | 1934 | 9 | 26 | 1 | 2.9 | 11 | 39 |
| ML03 & ML07A/B | 1852 | 8 | 25 | 1 | 2.0 | 9 | 31 |

### *Gwinnett County's Plan for the 2020 Presidential Election*

Gwinnett County has 156 polling places on Election Day of the 2020 Presidential Election. According to the plan, the county has a total of 426 poll pads, 2,170 BMDs, and 252 scanners.

---

[38] The wait time obtained by the simulation model is an average over 100 replications.
[39] The full table is in the Excel file submitted with this file.
[40] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.

Gwinnett County does not appear to provide one voting machine for every 250 voters, as required by state law, because they do not have enough BMDs.

I use the ballot from the 2016 presidential election in Gwinnett county to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 18 races and 33 choices. According to the regression model, the upper 95% confidence interval of the average time to cast a ballot at a precinct in the county is estimated at 3.9 minutes. The overall voter turnout rate in the 2016 presidential election in the county is 77%.

Table 10 shows the polling places in Gwinnett County predicted to have long lines, with the estimated wait times[41] using this plan according to the M/M/c queue formula and the Pelczarski simulation tool, based on the assumptions mentioned above. The maximum wait time at other polling places in the county (unlisted in Table 8) are predicted to be less than 30 minutes.

Two precincts, HARBINS A and DUNCANS D, are predicted to have the maximum wait time to be half an hour long. At these two polling places, the bottleneck is at the check-in station. Three poll pads are simply not sufficient for polling locations with over 2,100 Election Day voters.

*Table 10 Polling Places Predicted with Long Lines using the County's Plan for the 2020 Presidential Election*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[42] (min) |
|----------|---------------------|-------------|--------|-----------|----------------------------|----------------------------------|-------------------------------------|
| HARBINS A | 2198 | 3 | 24 | 2 | 0.74 | 8 | 31 |
| DUNCANS D | 2200 | 3 | 24 | 2 | 0.74 | 8 | 31 |

If no additional Poll Pads are available, I propose a re-allocation plan (for poll pads) for the 2020 General Election using the UE method.[43] In this plan, the total number of poll pads is still 426. Under this allocation plan, the estimated maximum wait time would be no more than 7

---

[41] The wait time obtained by the simulation model is an average over 100 replications.
[42] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.
[43] The full table is available in the Excel file submitted with this report.

minutes at any polling places in the county, and the average wait time is almost 0. Table 11 shows the new allocation for the two polling places in Table 8. This allocation plan shortens the maximum wait time to 5 minutes.

However, this allocation plan results in 8 polling places to have only 1 poll pad. This is not an ideal situation. If the poll pad is not working for any reason, the whole check-in process would be stopped. Thus, this result indicate that the county should acquire more poll pads. If using the proposed allocation plan, at least assign another poll pad to these 8 polling places with 1 poll pad.

*Table 11 Polling Places using the new allocation*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[44] (min) |
|----------|--------|--------|--------|--------|--------|--------|--------|
| HARBINS A | 2198 | 4 | 24 | 2 | 0 | 0 | 5 |
| DUNCANS D | 2200 | 4 | 24 | 2 | 0 | 0 | 5 |

### *Macon-Bibb County's Plan for the 2020 Presidential Election*

Macon-Bibb County has 31 polling places on Election Day of the 2020 Presidential Election. According to the plan, the county has a total of 108 poll pads, 318 BMDs, and 35 scanners. Macon-Bibb County does not appear to provide one voting machine for every 250 voters, as required by state law, because they do not have enough BMDs.

I use the ballot from the 2016 presidential election in Macon-Bibb county to approximate the ballot length of for the 2020 General Election. The 2016 presidential election ballot had an average of 17 races and 28 choices. According to the regression model, the upper 95% confidence interval of the average time to cast a ballot at a precinct in the county is estimated at 3.7 minutes. The overall voter turnout rate in the 2016 presidential election in the county is 72%.

---

[44] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.

Table 12 shows the polling places in Macon-Bibb County predicted to have long lines, with the estimated wait times[45] using this plan according to the M/M/c queue formula and the Pelczarski simulation tool, based on the assumptions mentioned above. The maximum wait time at other polling places in the county (unlisted in Table 12) are predicted to be less than 30 minutes. Table 13 shows the wait times and machine allocation during the June Primary at these polling locations.

Two precincts, HA3 and HO3, are predicted to have the maximum wait time to be half an hour long. At these two polling places, the bottleneck is at the BMDs. 12 BMDs are not sufficient to prevent long lines for polling locations with about 2,200 Election Day voters.

*Table 12 Polling Places Predicted with Long Lines using the County's Plan for the 2020 Presidential Election*

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[46] (min) |
|---|---|---|---|---|---|---|---|
| HA3 | 1961 | 5 | 12 | 2 | 0.99 | 9 | 32 |
| HO3 | 1949 | 5 | 12 | 2 | 1.14 | 8 | 30 |

*Table 13 Wait times during June Primary*

| Precinct | **Actual Voters** | **BMDs** | **Polls Pads** | **Scanners** | **Voters per BMD (rounded)** | **Estimated Avg. Wait (min)[47]** |
|---|---|---|---|---|---|---|
| HA3 | 988 | 12 | 5 | 2 | 82 | 0.22 |
| HO3 | 659 | 12 | 5 | 2 | 55 | 0.01 |

If no additional BMDs are available, I propose a re-allocation plan (for BMDs) for the 2020 General Election using the UE method.[48] In this plan, the total numbers of BMDs is still 318. Under this allocation plan, the estimated maximum wait time would be no more than 7 minutes at any polling places in the county, and the average wait time is no more than 2 minutes. Table 14 shows the new allocation for the two polling places in Table 12. This allocation plan shortens the

---

[45] The wait time obtained by the simulation model is an average over 100 replications.
[46] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.
[47] The average wait time is estimated using the M/M/c formula.
[48] The full table is available in the Excel file submitted with this report.

maximum wait time to 2 minutes.

Table 14 Polling Places using the new allocation

| Precinct | Election Day Voters | # Poll Pads | # BMDs | # Scanner | Avg Wait using M/M/c (min) | Avg Wait using Simulation (min) | Max Wait using Simulation[49] (min) |
|---|---|---|---|---|---|---|---|
| HA3 | 1961 | 5 | 20 | 2 | 0 | 0 | 2 |
| HO3 | 1949 | 5 | 19 | 2 | 0 | 0 | 2 |

## CONCLUSION

My analyses above use queueing theory and simulation models to evaluate the voting equipment allocation plan from counties, and propose better allocation plan for the counties with a problem of long lines, assuming that equipment allocated to precincts are operational and the precincts are adequately staffed..

Although counties have made efforts to improve the voting equipment allocation for the 2020 Presidential Election, many polling places are identified to be likely to have long voting lines at some point on Election Day. Some are due to insufficient poll pads, some are BMDs, and some are scanners. In other words, the voting equipment should be sufficient at all three voting stages to prevent long lines.

In general, the analysis of Fulton County shows that BMDs would be sufficient to prevent long lines at BMDs if the county follows the 1:250 rule.

For polling places with over 1,400 Election Day voters, I would recommend assigning at least 3 poll pads. For polling places with over 2,100 Election Day voters, I would recommend assigning at least 4 poll pads.

---

[49] The maximum wait time is the average of wait times of voters arriving during the worst 15-minute intervals throughout the day.

For polling places with over 1,500 Election Day voters, I would recommend assigning at least 2 scanners. For polling places with over 3,000 Election Day voters, I would recommend assigning at least 3 scanners.

The UE machine allocation performs better than the current County plans. It considers both efficiency and equity. If the total number of voting equipment is less than abundance, I recommend using this method to allocation voting resources.

Remark 1: it is important to note that changes in voter turnout will impact the analysis above, especially at polling locations that serve a large number of voters. As election day approaches, election officials should allocate additional voting machines if the number of voters who vote on election day will be larger than the numbers projected based on what they provided in response to the court's order.

Remark 2: changes in ballot length will impact the analysis above, especially at polling locations that serve a large number of voters. As election day approaches, election officials should consider allocating additional voting machines if the ballot of the 2020 Presidential Election is longer than the that of 2016.

Remark 3: if election officials finds that the actual average check-in time or the scanning time is longer than my estimates (i.e., 45 seconds and 20 seconds), changes in these times will impact the analysis above, especially at polling locations that serve a large number of voters. As election day approaches, election officials should consider allocating additional poll pads or scanners.


I reserve the right to supplement this and other reports in light of additional facts, testimony and/or materials that may come to light. Pursuant to 28 U.S.C. § 1746, I declare under

penalty of perjury under the laws of the United States of America that the foregoing is true and

correct.

DATED:    10/5/2020

By: _____

Muer Yang

## References

Anderson D. R., Sweeney D. J., Williams T. A., Camm J. D., and Martin K., (2011), An Introduction to Management Science: Quantitative Approaches to Decision Making, 13th ed., South-Western Cengage Learning, Mason, OH, USA.

Jaffe, J., Stewart III, C. and Coblentz, J., 2018, Modeling Voting Service Times with Machine Logs, available at https://esra.wisc.edu/papers/JSC.pdf

Remias, L. and Bell, T., 2014, Audit of Voter Registrar's Office, available at: https://www.vbgov.com/government/departments/city-auditors-office/Documents/Audit%20of%20Voter%20Registrar's%20Office.pdf

Stewart III, C., 2013, Waiting to vote in 2012, (2013), Journal of Law and Politics, MIT Political Science Department Research Paper No. 2013-6. http://dx.doi.org/10.2139/ssrn.2243630.

Yang, M., Fry, M. J., Kelton, W. D., & Allen, T. T. (2014), Improving Voting Systems Through Service Operations Management. Production and Operations Management, (23)(7), pp. 1083-1097.

Yang, M. (2011), Resource Allocation to Improve Equity in Service Operations, PhD Thesis, University of Cincinnati, available at https://etd.ohiolink.edu/!etd.send_file?accession=ucin1313767983&disposition=inline.