# Exhibit 2

| From: | Jack Hancock <jhancock@fmglaw.com> |
|---|---|
| Sent: | Sunday, October 4, 2020 7:16 AM |
| To: | Haggard, Marcus (DEN) |
| Cc: | A. Ali Sabzevari; Shauna.Dozier@claytoncountyga.gov; Adam M. Sparks |
| Subject: | Re: [EXTERNAL] RE: 1:20-cv-03263-MLB Anderson et al v. Raffensperger - Allocation Information |

Below please find a link to a chart that will show the number of registered voters per precinct in the June primary. My clients were unable to move forward with identifying specific boundaries for the seven new precincts until after the conclusion of the recent special election. They are processing those changes now. In addition, they have to await final numbers fro the state for new registrations. The deadline for registration is tomorrow. Ginsl numbers from the state are not expected until Wednesday or Thursday. The election director and her staff are working seven days a week to complete these tasks.
You will also note from the primary numbers that there were more than the the minimum number of machines at each precinct.

As soon as numbers are available for the November election, we will be glad to provide them to you; however, we do not expect that to be completed before sometime next week.

We will be glad to discuss further if you would like.

https://www.claytoncountyga.gov/home/showdocument?id=12710


Jack

**Jack R. Hancock**
**Freeman Mathis & Gary, LLP**
**661 Forest Parkway | Suite E | Forest Park, GA 30297-2256**
D: **770.818.1281** | C: **404.717.0519** | F: **404.361.3223**
jhancock@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
**California | Florida | Georgia | New Jersey | New York | North Carolina | Pennsylvania**
Please read this important notice and confidentiality statement

> On Oct 2, 2020, at 3:37 PM, Haggard, Marcus (Perkins Coie) <MHaggard@perkinscoie.com> wrote:
>
> Counsel,
>
> Thank you for providing the Polling Place Equipment Allocation Report for Clayton County. As a follow up to the email below, can you please confirm whether you will be providing information on the registered voters assigned to each polling location? We will need this information in order to conduct our analysis.
>
> Best regards,

Marcus

**Marcus A. Haggard** | **Perkins Coie LLP**
ASSOCIATE
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2370
F. +1.303.291.2470
E. MHaggard@perkinscoie.com

Admitted in New York; Washington, DC; and Colorado
Bio: http://www.perkinscoie.com/mhaggard

---

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Friday, October 2, 2020 12:36 PM
**To:** Ken Robin <krobin@jarrard-davis.com>; Bryan Tyson <btyson@taylorenglish.com>; cmiller@robbinsfirm.com; ivanderels@dekalbcountyga.gov; jbelinfante@robbinsfirm.com; Patrick Jaugstetter <patrickj@jarrard-davis.com>; RJHart@chathamcounty.org; sdmomo@dekalbcountyga.gov; vrusso@robbinsfirm.com; william@nolandlawfirmllc.com; asabzevari@fmglaw.com; Bryan Jacoutot <bjacoutot@taylorenglish.com>; bjacoutout@taylorenglish.com; Charlene McGowan <CMcGowan@LAW.GA.GOV>; cheryl.ringer@fultoncountyga.gov; dcole@fmglaw.com; david.lowman@fultoncountyga.gov; detriss@yahoo.com; jahncock@fmglaw.com; kaye.burwell@fultoncountyga.gov; Loree Anne Paradise <lparadise@taylorenglish.com>; Timothy Boughey <tboughey@fmglaw.com>; dwhite@hlcwlaw.com
**Cc:** Hamilton, Kevin J. (SEA) <KHamilton@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Callais, Amanda R. (WDC) <ACallais@perkinscoie.com>; Mitchell, Molly (BOI) <MMitchell@perkinscoie.com>; Haggard, Marcus (DEN) <MHaggard@perkinscoie.com>; Anderson, Cindy (SEA) <CAnderson@perkinscoie.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Joyce Gist Lewis <jlewis@khlawfirm.com>; Joanne Bates <jbates@jarrard-davis.com>
**Subject:** RE: 1:20-cv-03263-MLB Anderson et al v. Raffensperger - Allocation Information

Counsel,

Thank you to everyone who has provided November and June data so far. We continue to examine it as quickly as we can and will let you know if we have follow up questions.

To the extent counties do not provide the number of voters assigned to a polling location, we intend to raise this with the Court at this afternoon's conference. This information is necessary for our analysis. Please make clear when you send your data whether it's included, and, if not, whether you will supplement your response today or whether you will not provide today the number of voters assigned to a polling location.

Best regards,

<image003.png>
**Adam M. Sparks**
Litigation and Regulatory Associate
Tel: 404-835-8067
Email: sparks@khlawfirm.com

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.