# Exhibit 3

# Adam M. Sparks

| | |
|---|---|
| **From:** | Adam M. Sparks |
| **Sent:** | Friday, October 2, 2020 9:07 PM |
| **To:** | Jennifer Davenport; RJHart@chathamcounty.org |
| **Cc:** | Marcus Haggard |
| **Subject:** | Anderson v. Raffensperger - Court Order Compliance |

Counsel:

We have emailed several times, and also called Ms. Davenport's cell phone today, about the Court's Order (Dkt. No. 125) in this case to produce June and November voting equipment allocation plans. On today's call, for which it appears Chatham County did not appear, the Court stated that it expected compliance with its order and production of the requested data and information to Plaintiffs immediately. Please advise us without delay when we will receive the allocation information (in Excel format if available). If you would like to speak about this, I am available tomorrow morning at 762.233.4267.

Best regards,

**Adam M. Sparks**
Litigation and Regulatory Associate
Tel: 404-835-8067
Email: sparks@khlawfirm.com

**Krevolin | Horst**

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
www.khlawfirm.com

*Sent from my mobile; please forgive typos, shorthand, misspellings, etc.*

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

| | |
|---|---|
| **From:** | Jennifer Davenport <jdavenport@chathamcounty.org> |
| **Sent:** | Saturday, October 3, 2020 7:33 AM |
| **To:** | Adam M. Sparks |
| **Cc:** | Marcus Haggard |
| **Subject:** | Re: Chatham? |

Good morning, Adam.
I saw your messages late last night. I was not at work yesterday and my phone battery died so I am not sure what happened. I understood my staff was producing what we had yesterday morning. I will be back in touch in an hour or so with an update.
Thank you.
Jen

---

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Friday, October 2, 2020 3:05 PM
**To:** Jennifer Davenport
**Cc:** Marcus Haggard
**Subject:** Fwd: Chatham?

Hi Jen,

Did you or your colleague send us something re: Judge Brown's order and I missed it? I've been in the car.

Thanks,

> **Adam M. Sparks**
> Litigation and Regulatory Associate
> Tel: 404-835-8067
> Email: sparks@khlawfirm.com
>
> **Krevolin | Horst**
>
> One Atlantic Center
> 1201 West Peachtree Street, NW
> Suite 3250 | Atlanta, GA 30309
> Tel: 404-888-9700
> www.khlawfirm.com
>
> *Sent from my mobile; please forgive typos, shorthand, misspellings, etc.*
>
> *A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of*

*client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

Begin forwarded message:

**From:** "Haggard, Marcus (Perkins Coie)" <MHaggard@perkinscoie.com>
**Date:** October 2, 2020 at 3:00:48 PM EDT
**To:** "Adam M. Sparks" <sparks@khlawfirm.com>
**Subject: Chatham?**


Adam,

I haven't seen anything from Chatham, have you?

Best,

Marcus

**Marcus A. Haggard | Perkins Coie LLP**
ASSOCIATE
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2370
F. +1.303.291.2470
E. MHaggard@perkinscoie.com

Admitted in New York; Washington, DC; and Colorado
Bio: http://www.perkinscoie.com/mhaggard

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# Adam M. Sparks

| | |
|---|---|
| **From:** | Adam M. Sparks |
| **Sent:** | Saturday, October 3, 2020 1:19 PM |
| **To:** | 'Jennifer Davenport' |
| **Cc:** | 'Haggard, Marcus (Perkins Coie)' |
| **Subject:** | RE: Poll Allocation Report - Chatham County BOE |

Good afternoon Jennifer,

Thank you for the spreadsheet. I sent it to our team this morning.

I will await information on assigned registered voters per precinct. When will we receive it? I called you just now but got a voicemail message directing me to leave you a text or email, which I've just now done.

From looking at these data in the spreadsheet, it appears that each given precinct is at its own separate location – that is, that no precincts are being consolidated at a given polling place for November 3. Will you confirm?

And I see there are columns marked both "DRE" (column G) and "Touchscreens" (column Q), which is a bit confusing as to which one might mean BMDs assigned to a given precinct. Will you clarify? And will the superintendent provide information on assigned Poll Pads and ICP scanners as well?

Thank you,

**Adam M. Sparks**
Litigation and Regulatory Associate
Tel: 404-835-8067
Email: sparks@khlawfirm.com

KREVOLIN | HORST

www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

---

**From:** Jennifer Davenport <jdavenport@chathamcounty.org>
**Sent:** Saturday, October 3, 2020 7:48 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Subject:** Fw: Poll Allocation Report

Adam,

Here is the information I have now. I will formally produce it later today but this is what I received from the Superintended.  Can you let me know if this contains all of the information you need? I believe it may be lacking the number of registered voters for each location and I will to gather this information as soon as possible.

Thank you.

Jen

| From: | Adam M. Sparks |
| --- | --- |
| Sent: | Monday, October 5, 2020 10:01 AM |
| To: | 'Jennifer Davenport' |
| Subject: | RE: Poll Allocation Report - Chatham County BOE |
| Attachments: | qryChathamActiveByPrecinct.xlsx |

Jen,

Thank you for sending the clarifications and these new data with registered active voters by precinct. I note that we have no data from Chatham County concerning poll pad and ICP scanner assignments by precinct for November 2020, and no data about voting machine allocation at all concerning the June 9, 2020 primary.

Unfortunately, as I explained when we spoke on Saturday afternoon, these data are arriving too late to be of use for the brief we must file by 5pm today (reaffirmed by the Court's email this morning), in no small part because our expert is not available to analyze them. This is why I asked that Chatham County take all the steps it could to comply with the Court's orders and to send these data to our attention no later than yesterday.

Nevertheless, I appreciate your forwarding them. I have sent them on to my co-counsel.

Best regards,

**Adam M. Sparks**
Litigation, Election Law, and Regulatory Senior Counsel
Tel: 404-835-8067
Email: sparks@khlawfirm.com

KREVOLIN | HORST

www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** Jennifer Davenport <jdavenport@chathamcounty.org>
**Sent:** Monday, October 5, 2020 8:41 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Subject:** Poll Allocation Report - Chatham County BOE

Good morning, Adam.
Attached is a second spreadsheet with the per precinct numbers.

As we discussed Saturday, the first spreadsheet provided was confusing.  The DRE column is not valid and is showing from an older system.  The Touchscreen column shows the number of machines planned for November 2020.

Additionally, each precinct has one scanner and 5 poll pads assigned for use in November of 2020.   Chatham County has one physical location for two precincts which is labeled "Eli Whitney" on the spreadsheet provided Friday.

Please let me know if you are missing any data from Chatham County.

Thank you.
Jen


Jennifer R. Davenport
Assistant County Attorney of Chatham County
(912)652-7884
(912)507-1589