IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:20-CV-03263-MLB |

## NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF KRISTI ROYSTON

In its October 6, 2020 docket entry, this Court ordered several County Defendants to file "evidence explaining and justifying their equipment allocation plans for the Voting Locations" by October 7, 2020. [Order, 10/06/2020 docket entry]. The only Voting Locations identified by Plaintiffs in Gwinnett County are HARBINS A and DUNCANS D. [Doc. 149-1, pp. 24-26]. In order to reduce an estimated 31-minute wait time at those two precincts below Plaintiffs' preferred time of 30 minutes, Dr. Yang's only recommendation is to add an additional Poll Pad to each of these two precincts. *Id*. He makes no recommendations to change the number of BMDs

- 1 -

in any Gwinnett precinct and otherwise agrees that the "maximum wait time at other polling places in the county . . . are predicted to be less than 30 minutes." *Id.* at 25.

In order to provide the Court with evidence explaining the allocation of Poll Pads to these two Gwinnett precincts, Gwinnett Defendants[1] submit the attached Second Supplemental Declaration of Kristi Royston, outlining the personnel and staffing decisions related to the number of Poll Pads in each precinct and the efforts of Gwinnett Defendants to identify additional issuing clerks for those precincts. This additional declaration should assist the Court as it considers the various pending motions.

Respectfully submitted this 7th day of October, 2020.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200

---

[1] Gwinnett Defendants are Stephen Day, John Mangano, Alice O'Lenick, Ben Satterfield, and Wandy Taylor in their official capacities as members of the Gwinnett County Board of Registrations and Elections.

Atlanta, GA 30339
770.434.6868 (telephone)

*Counsel for Gwinnett Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF KRISTI ROYSTON has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
