IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LUCILLE ANDERSON, SARA ALAMI, )
GIANELLA CONTRERAS CHAVEZ, )
DSCC, and DEMOCRATIC PARTY OF )
GEORGIA, INC., ) Case No.: 1:20-cv-03263-MLB
)
    Plaintiffs, )
v. )
)
BRAD RAFFENSPERGER, in his official )
capacity as the Georgia Secretary of State )
and the Chair of the Georgia State Election )
Board; REBECCA N. SULLIVAN, DAVID )
J. WORLEY, MATTHEW MASHBURN, )
and ANH LE, in their official capacities as )
Members of the Georgia State Election )
Board; MARY CAROLE COONEY, )
MARK WINGATE, VERNETTA )
NURIDDIN, and KATHLEEN RUTH, )
AARON JOHNSON, in their official )
capacities as Members of the FULTON )
County Board of Registration and Elections; )
SAMUEL E. TILLMAN, ANTHONY )
LEWIS, SUSAN MOTTER, DELE )
LOWMAN SMITH, and BAOKY N. VU, in )
their official capacities as Members of the )
DEKALB County Board of Registration and )
Elections; PHIL DANIELL, FRED AIKEN, )
JESSICA M. BROOKS, NEERA BAHL, )
and DARRYL 0. WILSON, JR., in their )
official capacities as Members of the COBB )
County Board of Elections and Registration; )
JOHN MANGANO, BEN SATTERFIELD, )
WANDY TAYLOR, STEPHEN DAY, and )
ALICE O'LENICK, in their official )
capacities as Members of the GWINNETT )
County Board of Registrations and )
Elections; THOMAS MAHONEY III, )
MARIANNE HEIMES, MALINDA )
HODGE, ANTWAN LANG, and DEBBIE )
RAUERS, in their official capacities as )
Members of the CHATHAM County Board )
of Elections; et al., )

# DECLARATION OF RUSSELL BRIDGES

I, Russell Bridges, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of matters stated herein.

2. I am Election Superintendent for Chatham County, Georgia.

3. Chatham County has 92 precincts in the County and 91 polling places.

4. There is one voting place in Chatham County, the "Eli Whitney", that has combined two precinct locations for the 2020 election cycle.

5. The Eli Whitney location has 721 active voters, 3 BMDs, and 5 poll pads.

6. The number of BMDs and poll pads for this location are to be the same in November of 2020 as they were in June of 2020.

7. Chatham County has installed nine (9) new ballot boxes since June of 2020 to assist voters with absentee ballot drop off.

8. The Board of Registrars received a grant of approximately $500,000 on Monday October 5, 2020 to assist with the costs of additional preparation, equipment, and workers in the November of 2020 election in light of the COVID-19 pandemic.

I declare under penalty of perjury that the foregoing statements are true and correct.

This 7th day of October, 2020.

/s/ Russell Bridges
Russell Bridges