IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LUCILLE ANDERSON, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| VS. | * | Civil Action No. |
| | * | 1:20-CV-03263-MLB |
| | * | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board, et al., | * * * * * | |
| | * | |
| Defendants. | * | |

## DECLARATION OF JEANETTA WATSON

COMES NOW JEANETTA WATSON and, in accordance with 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1.

My name is Jeanetta Watson. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen years old, am suffering no disabilities, and am competent to execute this Declaration.

2.

I am the Elections Supervisor for the Macon-Bibb County Board of Elections. I have served in this position since 2013.

3.

Macon-Bibb County has not experienced problems with long lines on election day in any election from 2016 through the present. "Long lines" on election day in Macon-Bibb County involve total wait times of 30 minutes or less. This has been true in every election from 2016 through the present.

4.

The only exceptions to the foregoing are a small number of instances on June 9, 2020 and one instance on August 11, 2020 when it took longer than expected for the new voting equipment to boot up and sync. This caused delays at the very beginning of the day because the machines were not up and running by 7:00 a.m. Again, this only occurred in a small number of polling locations. In fact, on August 11, 2020, it only occurred in one polling location. Even in these instances, the problems were rectified quickly and every voter was able to vote.

5.

In response to the issue described above, I have implemented additional poll worker training and have instructed poll workers to arrive early and boot up the machines, particularly the poll pads, immediately upon arrival. June 9, 2020 was the first election on the new equipment and opportunities for poll worker training were negatively impacted by COVID-19.

6.

Poll worker training for the June 9 and August 11 elections was almost exclusively virtual. This was challenging because we were dealing with all new voting equipment. In advance of the November 3, 2020 election, I am in the process of conducting in-person, hands-on poll worker training. This will vastly improve the ability of the poll workers to operate the new voting equipment.

7.

Even with the challenges of conducting an election on June 9, 2020 with brand new voting equipment and no in-person poll worker training, Macon-Bibb County voters generally did not experience long wait times. The delays that did occur were caused by lack of familiarity with the new equipment, and not by the number of machines or workers allocated to each polling location.

8.

The system employed by my team in Macon-Bibb County for allocating equipment and poll workers at the various polling locations has worked successfully for years. During this election cycle, we have not been able to provide one booth per 250 voters at each location, due in large part to necessary upgrades in power sources at the polling locations, but none of our polling locations have experienced long wait times or been overburdened due to lack of equipment.

9.

Record absentee voting, including mail and early voting, has reduced the number of voters at the polling locations on election day during this election cycle. In fact, Macon-Bibb County has added two new early voting locations for the November 3, 2020 election.

10.

Just as in 2016, 2018, and June and August of 2020, Macon-Bibb County will have enough equipment and poll workers to accommodate each and every polling location in Macon-Bibb County. As long as the equipment is booted up and ready to go by 7:00 a.m., there should be no delays and voter wait times should continue to be less than 30 minutes.

11.

As previously stated, there were issues at a few polling locations on June 9, 2020 in the morning due to equipment issues. These issues have been addressed and only reappeared at one polling location on August 11. These issues were not caused by or in any way related to allocation of equipment or poll workers.

12.

I have reviewed Dr. Yang's prediction that peak wait times will be 32 minutes at our Hazzard 3 polling location and 30 minutes at our Howard 3 voting location. It is true that these are our most populous precincts. To

accommodate for this, I assign experienced poll managers to run these locations and these locations tend to run very smoothly. None of the problems that occurred on June 9, 2020 or August 11, 2020 occurred at these polling locations and I did not receive any complaints of long lines at either of these locations.

13.

While it is true that wait times can be reduced in any precinct by simply adding more BMDs, the new voting equipment requires a great deal of electricity and neither Hazzard 3 nor Howard 3 can reasonably accommodate the addition of more voting equipment. Unlike Dr. Yang, I must take this into account when allocating equipment. Unlike Dr. Yang, my team and I have been to these polling locations and I communicate regularly with the poll managers at these locations.

14.

If we had experienced problems at these polling locations in the past which resulted in long wait times, then steps would have been taken to reallocate voters rather than reallocating equipment. Fortunately, this has not happened.

15.

Hazzard 3 and Howard 3 tend to have more voters because the poll managers and facilities can handle more voters without long wait times. I have

yet to see any evidence establishing that there have ever been long lines at either of these locations. I am unfamiliar with Dr. Yang's "30-minute rule," but we generally do not experience wait times in excess of 30 minutes in Macon-Bibb County. My allocations are based upon my years of experience in dealing with the polling locations, voter turnout patterns, poll managers, poll workers, and voter feedback in Macon-Bibb County. Fortunately, this system has resulted in short wait times.

16.

In Macon-Bibb County, like in many counties, we have representatives from various organizations who attend our meetings and monitor our elections. These groups include the Democratic Party of Georgia, the NAACP, the League of Women Voters, and others. I have not heard concerns or complaints about long lines from any of these group representatives, all of whom actually live or at least spend time in Macon-Bibb County.

17.

Unlike Dr. Yang, I do not purport to be able to predict peak wait times down to the minute. Accordingly, I cannot provide a spreadsheet with a guarantee that no Macon-Bibb County voter with have to wait 30 or 32 minutes on November 3, 2020. I do not believe it will happen and history suggests it will not happen, but I offer no guarantees. It is fascinating to me that if Dr. Yang is off by just one second in Howard 3, then peak wait times will be less

than 30 minutes. Likewise, if Dr. Yang is off by just 121 seconds in Hazzard 3, then peak wait times will be less than 30 minutes.

18.

I declare under penalty of perjury that the foregoing is based on my personal knowledge and is true and correct.

Executed this 7th day of October, 2020.

*Jeanetta Watson*
Jeanetta Watson, Elections Supervisor
Macon-Bibb County Board of Elections