# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, et al., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File |
| ) | No. 1:20-cv-03263-MLB |
| BRAD RAFFENSPERGER, in his official ) | |
| capacity as the Georgia Secretary of State ) | |
| and the Chair of the Georgia State Election ) | |
| Board, et al., ) | |
| ) | |
|    Defendants. ) | |

## SUPPLEMENTAL DECLARATION OF AMEIKA PITTS

COMES NOW, Amerika Pitts, and in accordance with 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1.

My name is Ameika Pitts. I am over eighteen (18) years of age. I am currently suffering from no legal, mental, or emotional disability that would prevent me from giving testimony. I make this declaration pursuant to 28 U.S.C. § 1746, having personal knowledge of the facts stated herein.

1

2.

I previously explained my background in my initial declaration filed at [Doc. 108-3] and provided information to the Court that included information on preparation for the November 2020 election in Henry County. The information in that declaration is incorporated herein by reference.

3.

This declaration is made in response to and pursuant to the Court's docket entry Order in the case at bar to provide evidence explaining and justifying the voter equipment allocation plans for the Henry County polling places for voting on November 3, 2020 ("Election Day"), as specifically set forth in the Notice of Filing exhibit filed of record with the Court in the case at bar on October 2, 2020 (See Doc. 133-1).

4.

In determining the voter equipment allocation for Election Day at the 37 Henry County polling places as compared to the equipment allocation used for the June 2020 Primary, me and my staff considered the social distancing guidelines in place in light of the COVID-19 pandemic that have to be followed in fitting the voting equipment into each of the Henry County polling places. Those social distancing requirements present a challenge in fitting voting equipment into the

polling place locations, particularly given that the ballot marking devices ("BMDs") to be used for the November election take up more space than the voting machines previously provided by the State in elections prior to 2020.

5.

Also in determining the voter equipment allocation for Election Day at the 37 Henry County polling places, me and my staff considered the intricacies and logistics in setting up and configuring the voting equipment in each polling place based on the location and number of electrical outlets in each polling place and the size and layout/floorplan of each polling place so as to promote the safest and most accessible route for individuals (including disabled individuals) to flow through in an orderly and consistent manner during all stages of the voting process. In particular, in setting up the voter equipment configuration at each polling place and determining the most feasible allocation of voting equipment per polling place, we are mindful of making sure that the equipment setup including but not limited to plugs and/or any extension cords do not present an obvious tripping hazard or block the path of the voting public in being able to successfully navigate through each polling place to be able to complete all stages of the in-person voting process. We are also mindful of making sure that some of the voting equipment in each polling place is set up with extra spacing and accessibility to specifically accommodate

disabled voters, including disabled voters who may be using a wheelchair, a walker or other mobility-assistance equipment. We are also mindful of not overloading the electrical circuits or creating any power outages in a given polling place based on the number and location of voting equipment in comparison to the number and location of electrical outlets in each polling place. We are also mindful of the space needed in each of the polling places for a provisional ballot station that has an impact on layout and fit of the voting equipment.

6.

Also in determining what is believed by my office to be the most appropriate voter equipment allocation for Election Day at the 37 Henry County polling places, me and my staff have also factored in a suspected historical use of absentee ballot by mail and advanced voting prior to Election Day as an alternative to in-person voting on Election Day. An increase in early voting in comparison to the June 2020 Primary and November 2016 Presidential Election is expected in Henry County based on more early voting locations available in Henry County as compared to the last Presidential Election and widespread promotion of early voting opportunities at one of the six (6) advanced voting locations in Henry County starting on October 12, 2020 by not only our office, but also by local organizations. With respect to absentee ballot by mail voting, that option has been heavily promoted for the

November election in Henry County by our office and by local organizations, while also being heavily promoted by the Secretary of State's Office and in the public consciousness on a national level.  Based on looking at the history of voter turnout in Henry County and communications between me or my staff members with prospective voters who have been calling our office about the November election since the June 2020 Primary, me and my staff have gotten the impression that there is generally much more of a willingness to opt for absentee voting by mail for the November election compared to the June 2020 Primary, particularly given the unique circumstances of the continuing COVID-19 pandemic in combination with Election Day occurring within the flu season in Georgia.  While my office believes that its planned equipment allocation will be sufficient to accommodate the in-person voter turnout on Election Day for each polling place, the planned equipment allocation has factored in the anticipated historic use of alternative voting options such as early voting and absentee ballot by mail voting including use of Henry County's secured dropbox location for absentee ballots.

7.

Following the June 2020 Primary and in consideration of the variables and factors described in paragraphs 4 through 6 above impacting voter equipment allocation at each polling place, my office increased and reallocated the voter

equipment for each of the 37 polling places for the November election. This has resulted in a total increase from 222 BMDs and 74 poll pads in the June 2020 Primary to 482 BMDs and 115 poll pads in the November election allocated to the 37 polling places. Specifically, the BMDs and poll pads were adjusted as follows in the following seven (7) polling places that were singled out by Dr. Yang in his most recent report: (1) Sandy Ridge: an increase from 6 BMDs and 2 poll pads to 8 BMDs and 3 poll pads; (2) Wesley Lakes: an increase from 6 BMDs and 2 poll pads to 10 BMDs and 3 poll pads; (3) Locust Grove: an increase from 6 BMDs and 2 poll pads to 12 BMDs and 3 poll pads; (4) Ellenwood: an increase from 6 BMDs and 2 poll pads to 8 BMDs and 3 poll pads; (5) Lowes: an increase from 6 BMDs and 2 poll pads to 20 BMDs and 5 poll pads; (6) Kelleytown: an increase from 6 BMDs and 2 poll pads to 8 BMDs and 3 poll pads; and (7) Cotton Indian: an increase from 6 BMDs and 2 poll pads to 10 BMDs and 3 poll pads. These increased equipment allocations at these polling places and the increase and reallocation of BMDs and poll pads in the thirty (30) other polling places in Henry County <u>exceed</u> the recommended equipment allocation presented in Dr. Yang's original analysis report dated August 31, 2020 that I have reviewed and that has been filed of record in the case at bar (<u>See</u> Doc. 93-62, at Table 16). According to Dr. Yang's own report filed in this case on September 1, 2020, under the BMD allocation in Table 16 of his

report that our office's planned allocation exceeds for each of the 37 Henry County polling places, "the estimated average wait time would be no more than three minutes long at any polling place, and no voter would have to wait more than 30 minutes." (See Doc. 93-62, at Table 16 & CM/ECF page number 44).

8.

Although in my initial declaration, I indicated a plan to have at least 10 BMDs in each of the polling places for the November 2020 election, based on social distancing considerations and logistical layout/configuration considerations described in paragraphs 4 and 5 above, it was ultimately determined that the Kelleytown, Sandy Ridge, East Lake, and Ellenwood polling places could realistically only fit up to eight (8) operating BMDs. As a result, Dr. Yang's updated report recommendation that recommends 14 BMDs for Sandy Ridge instead of the planned 8 BMDs, 12 BMDs for Ellenwood instead of the planned 8 BMDs, and 11 BMDs for Kelleytown instead of the planned 8 BMDs, is not feasible due to a maximum of 8 BMDs realistically fitting into those polling places.

9.

Dr. Yang's re-allocation proposal of 26 BMDs in the Lowes polling place instead of the planned 20 BMDs for that polling place would also not be feasible in

light of social distancing and logistical configuration considerations for that polling place described in paragraphs 4 and 5 above.

10.

Dr. Yang's re-allocation proposal of 17 BMDs in the Wesley Lakes polling place instead of the planned 10 BMDs for that polling place would also not be feasible in light of social distancing and logistical configuration considerations for that polling place described in paragraphs 4 and 5 above.

11.

Dr. Yang's re-allocation proposal of 13 BMDs in the Cotton Indian polling place instead of the planned 10 BMDs for that polling place would also not be feasible in light of social distancing and logistical configuration considerations for that polling place described in paragraphs 4 and 5 above.

12.

Dr. Yang's re-allocation proposal of 18 BMDs in the Locust Grove polling place instead of the planned 12 BMDs for that polling place would also not be feasible in light of social distancing and logistical configuration considerations for that polling place described in paragraphs 4 and 5 above.

13.

Based on my best judgment and discretion after factoring in the considerations described in paragraphs 4 through 6 above, I believe that the planned voter equipment allocation for all Henry County polling places presented to the Court will be adequate to address anticipated voter turnout for in-person voting on Election Day, including anticipated in-person voter turnout on Election Day at the seven (7) polling places highlighted by Dr. Yang in his most recent report.

14.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of October, 2020.

_____
Ameika Pitts, Director
Henry County Elections and Registration Department