# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:20-CV-3263 |

## SECOND SUPPLEMENTAL DECLARATION OF RICHARD BARRON

Pursuant to 28 U.S.C. 1746, Richard Barron declares as follows:

1.

I make this Declaration in support of a response by Fulton County Board of Elections to certain motions filed in the above-styled matter of <u>Lucille Anderson, et al., v. Brad Raffesnperger, et al.</u>, (Civil Action No. 1:20-CV-3263). Specifically, this Declaration is made in opposition to Plaintiffs' Supplemental Memorandum in Support of their Motion for Preliminary Injunction [Doc. 148].

2.

I am the Director of the Fulton County Department of Registration and Elections and have been employed in that role since June 19, 2013.

3.

The Fulton County Defendants purchased millions of dollars of voting equipment to supplement its inventory to ensure that it has one (1) ballot marking device ("BMD") for every 250 registered voters, pursuant to O.C.G.A. § 21-2-367.

4.

The allocation of BMDs to each polling place was determined by ascertaining the total number of registered voters in each precinct and then providing the appropriate number of BMDs to the polling place to ensure that there is at least one BMD at the polling place for every 250 voters registered in each precinct.

5.

The State Election Board Rules only require a supply of emergency paper ballots of ten percent (10%) of the registered voters per polling place. Fulton County polling places will have an emergency paper ballot supply of twenty percent (20%).

6.

Due to significant changes made by the Fulton County Defendants to voting equipment allocations, there will be a low risk of long lines at polling locations due to a lack of equipment for the November 3, 2020 General Election.

7.

Fulton County polling location(s) 08E/09F will have a total of twenty-six (26) BMDs, thereby reducing the risk of long lines.

8.

Fulton County polling location(s) ML03/ML07A/B will have a total of twenty-five (25) voting machines, thereby reducing the risk of long lines.

9.

To my knowledge, there is no case law, federal or state rule declaring that a wait time longer than 30 minutes to cast a vote is unconstitutional. Nonetheless, Fulton County Defendant will offer emergency paper ballots to all eligible persons after vote check-in and a subsequent 30 minute wait time as provided by State Election Board Rule 183-1-12.20.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

This 7th day of October, 2020.

_____
Richard Barron, Director
Fulton County Department of Registration
and Elections

P:\CALitigation\Elections\Anderson, Lucile v. Raffensperger - 120-CV-3263\Attorney's Notes\10.7.20 Second Supplemental Richard Barron Declaration.docx

-3-