# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCILLE ANDERSON, SARA ALAMI, GIANELLA CONTRERAS CHAVEZ, DSCC, and DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*, <br><br> *Defendants.* | CIVIL ACTION FILE <br> NO. 1:20-cv-03263-MLB |

## **SUPPLEMENTAL DECLARATION OF ERICA HAMILTON**

COMES NOW, Erica Hamilton, and in accordance with 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1.

My name is Erica Hamilton. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen years old, am suffering no disabilities, and am competent to execute this Declaration.

2.

I am the Director for the DeKalb County Department of Voter Registration and Elections ("DeKalb VRE"). I have served in this position since October 2017. I make this Declaration in connection to pending litigation styled as *Anderson, et al. v. Raffensperger, et al.*, in the United States District Court, Northern District of Georgia, Atlanta Division, civil action number 1:20-cv-03263-MLB.

3.

The DeKalb VRE, under my direction, implements the decisions of the DeKalb County Board of Registration and Elections (the "Board"), and performs day-to-day operations to conduct elections and registrations, including the allocation of voting equipment and poll workers to polling locations.

4.

For the upcoming November 2020 election, 176 polling places are scheduled to be open in DeKalb County for voting on November 3, 2020 ("Election Day"), including the polling locations identified as McWilliams/Miller Grove, Clifton/Meadowview, and Boulevard. For the upcoming November 2020 election, based on the anticipated population of voters and voting machine capacity, our office prepared a plan to allocate the voting machine equipment as set forth in the spreadsheet attached hereto as Exhibit A.

5.

To determine the equipment allocation for each polling location, the DeKalb VRE identifies the total number of active voters assigned to each precinct, and then allocates the equipment so that each polling location receives an equitable distribution of equipment based on the number of active voters assigned to that precinct to ensure equitable access to the polls for each in-person voter on Election Day.

6.

In addition, the equipment allocation is guided by O.C.G.A. § 21-2-367(b), which requires that "at least one voting booth or enclosure for each 250 electors, or fraction thereof" shall be provided. In our plan we have allocated the highest number of BMDs to the polling locations with the largest numbers of assigned active voters, taking into account anticipated limits on physical space and electrical power. In addition to the BMDs, we provide a provisional voting booth and blue privacy enclosures, which are for voters who are completing a provisional or emergency paper ballot. We count the BMDs, the provisional voting booth and the blue privacy enclosures to determine the total number of enclosures available at each polling location. I believe the current allocation of equipment set forth in Exhibit A meets the requirements of O.C.G.A. 21-2-367(b).

7.

As a result of the receipt of additional funding, the DeKalb VRE is in the process of ordering 50 additional scanners to be delivered for use at polling locations on Election Day. The DeKalb VRE is also working on an acquisition of 125 additional poll pads to be delivered for use at polling locations on Election Day.

8.

It is my understanding that Plaintiffs in the *Anderson* case allege that the proposed equipment allocations set forth in Exhibit A will result in a maximum wait time in excess of 30 minutes at the McWilliams/Miller Grove, Clifton/Meadowview, and Boulevard polling locations based on the analysis of their expert, Dr. Muer Yang.

9.

With respect to McWilliams/Miller Grove, it is my understanding that Dr. Yang asserts that this anticipated maximum wait time would be alleviated by the use of 3 poll pads and 2 scanners at this polling location. It is my further understanding that Dr. Yang asserts that the long lines at the Clifton/Meadowview and Boulevard polling locations are attributable to an anticipated bottleneck at check-in, which

could be alleviated by the use of additional poll pads as reflected in Dr. Yang's proposed reallocation plan.[1]

10.

Any additional allocation of equipment to the polling locations must take into consideration whether there are a sufficient number of qualified poll workers who are trained to operate such equipment and whether there is sufficient physical space and electrical power to accommodate the additional equipment and poll workers.

11.

We will continue to evaluate the planned allocation of equipment and workers to DeKalb County polling locations, which may change based on the final number of voters assigned to each precinct and the acquisition of additional equipment for use on Election Day. To the extent the availability of qualified poll workers and the physical limits of the polling locations allow, we anticipate being in a position to allocate additional poll pads and scanners to the three DeKalb County polling locations identified by Plaintiffs and discussed in Dr. Yang's Declaration, which

---

[1] The proposed reallocation plan appears to contemplate the use of additional BMDs at these locations, but there is no explanation as to how the use of additional BMDs will alleviate the anticipated bottleneck at check-in, which is the alleged cause of maximum wait times in excess of 30 minutes.

would diminish the likelihood of any bottlenecks at check-in and delays at the scanner at these locations.

12.

With respect to Dr. Yang's proposed reallocation of BMDs, it is my understanding that Dr. Yang's analysis is based on a poll of voters about their desires to vote in-person on Election Day, rather than the number of active voters assigned to each precinct. However, I am not aware of any exception to O.C.G.A. 21-2-367(b) which would allow us to take into account assumptions regarding how many assigned, active voters may desire to vote in-person on Election Day, rather than the total number of voters assigned to a precinct, or otherwise disregard the requirements of O.C.G.A. § 21-2-367(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of October 2020.

By: Erica Hamilton
Director of DeKalb County Voter Registration and Elections

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| ALLGOOD ELEM | 11 | 0 | 1 | 2 | 1 |
| ASHFORD DUNWOODY ROAD | 11 | 0 | 2 | 3 | 1 |
| ASHFORD PARK ELEM | 9 | 0 | 1 | 2 | 1 |
| ASHFORD PARKSIDE | 14 | 0 | 1 | 2 | 1 |
| AUSTIN | 10 | 0 | 1 | 2 | 1 |
| AUSTIN DRIVE | 10 | 0 | 1 | 2 | 1 |
| AVONDALE | 11 | 0 | 1 | 2 | 1 |
| AVONDALE HIGH | 12 | 0 | 1 | 2 | 1 |
| BETHUNE MIDDLE | 15 | 4 | 2 | 3 | 1 |
| BOULDERCREST ROAD | 8 | 0 | 1 | 2 | 1 |
| BOULEVARD | 14 | 4 | 1 | 2 | 1 |
| BRIAR VISTA ELEM/JOHNSON ESTATES | 14 | 4 | 2 | 3 | 1 |
| BRIARCLIFF | 12 | 0 | 1 | 2 | 1 |
| BRIARLAKE ELEM | 7 | 0 | 1 | 2 | 1 |
| BRIARWOOD | 9 | 0 | 1 | 2 | 1 |
| BROCKETT | 10 | 0 | 1 | 2 | 1 |
| BROCKETT ELEM | 11 | 0 | 1 | 2 | 1 |
| BROOKHAVEN | 13 | 0 | 1 | 2 | 1 |
| BROWN'S MILL ELEM | 15 | 0 | 1 | 2 | 1 |
| BURGESS ELEM | 14 | 0 | 1 | 2 | 1 |
| CANBY LANE ELEM | 8 | 0 | 1 | 2 | 1 |
| CANDLER - MURPHEY CANDLER ELEM | 14 | 0 | 1 | 2 | 1 |
| CANDLER | 14 | 0 | 1 | 2 | 1 |
| CANDLER PARK | 15 | 0 | 1 | 2 | 1 |
| CEDAR GROVE ELEM | 15 | 1 | 2 | 3 | 1 |
| CEDAR GROVE MIDDLE | 7 | 0 | 1 | 2 | 1 |
| CEDAR GROVE SOUTH | 15 | 0 | 1 | 2 | 1 |
| CHAMBLEE/CHAMBLEE 2 | 15 | 5 | 2 | 3 | 1 |
| CHAPEL HILL ELEM | 13 | 0 | 1 | 2 | 1 |
| CHESNUT ELEM | 9 | 0 | 1 | 2 | 1 |
| CLAIREMONT EAST | 13 | 0 | 1 | 2 | 1 |
| CLAIREMONT WEST | 13 | 0 | 1 | 2 | 1 |
| CLAIRMONT ROAD | 12 | 0 | 1 | 2 | 1 |
| CLARKSTON | 15 | 0 | 1 | 2 | 1 |
| CLARKSTON COMMUNITY CENTER | 10 | 0 | 1 | 2 | 1 |
| CLIFTON/MEADOWVIEW | 15 | 5 | 1 | 2 | 1 |
| COAN RECREATION CENTER | 15 | 1 | 2 | 3 | 1 |
| COLUMBIA DRIVE | 10 | 0 | 1 | 2 | 1 |
| COLUMBIA ELEM | 7 | 0 | 1 | 2 | 1 |
| COLUMBIA MIDDLE | 9 | 0 | 1 | 2 | 1 |
| CORALWOOD | 12 | 0 | 1 | 2 | 1 |
| COVINGTON/COVINGTON HWY | 13 | 0 | 2 | 3 | 1 |
| CROSS KEYS HIGH/WOODWARD | 15 | 5 | 2 | 3 | 1 |
| CROSSROADS | 11 | 0 | 1 | 2 | 1 |
| DECATUR | 8 | 0 | 1 | 2 | 1 |
| DORAVILLE NORTH/SOUTH | 15 | 2 | 2 | 3 | 1 |
| DRESDEN ELEM | 15 | 5 | 2 | 3 | 1 |
| DRUID HILLS HIGH | 10 | 0 | 1 | 2 | 1 |
| DUNAIRE ELEM | 9 | 0 | 1 | 2 | 1 |
| DUNWOODY | 11 | 0 | 1 | 2 | 1 |
| DUNWOODY 2 | 8 | 0 | 1 | 2 | 1 |
| DUNWOODY LIBRARY | 10 | 0 | 1 | 2 | 1 |
| EASTLAKE | 15 | 1 | 2 | 3 | 1 |

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| EMBRY HILLS | 7 | 0 | 1 | 2 | 1 |
| EMORY ROAD | 8 | 0 | 1 | 2 | 1 |
| EMORY SOUTH | 12 | 0 | 1 | 2 | 1 |
| EVANSDALE ELEM | 13 | 0 | 1 | 2 | 1 |
| FAIRINGTON ELEM | 15 | 6 | 2 | 3 | 1 |
| FERNBANK ELEM | 8 | 0 | 1 | 2 | 1 |
| FLAKES MILL FIRE STATION | 8 | 0 | 1 | 2 | 1 |
| FLAT ROCK ELEM | 12 | 0 | 1 | 2 | 1 |
| FLAT SHOALS | 10 | 0 | 2 | 3 | 1 |
| FLAT SHOALS ELEM | 9 | 0 | 1 | 2 | 1 |
| FLAT SHOALS LIBRARY | 11 | 0 | 1 | 2 | 1 |
| FLAT SHOALS PARKWAY | 13 | 0 | 1 | 2 | 1 |
| FREEDOM MIDDLE | 13 | 0 | 1 | 2 | 1 |
| GEORGETOWN SQUARE | 15 | 1 | 2 | 3 | 1 |
| GLENHAVEN | 7 | 0 | 1 | 2 | 1 |
| GLENNWOOD | 10 | 0 | 1 | 2 | 1 |
| GLENWOOD ROAD | 9 | 0 | 1 | 2 | 1 |
| GRESHAM ROAD | 14 | 0 | 1 | 2 | 1 |
| HAMBRICK ELEM | 14 | 0 | 1 | 2 | 1 |
| HARRIS-MARGARET HARRIS ED | 6 | 0 | 1 | 2 | 1 |
| HARRIS - NARVIE J. HARRIS ELEM | 15 | 1 | 1 | 2 | 1 |
| HAWTHORNE ELEM | 15 | 0 | 1 | 2 | 1 |
| HUGH HOWELL | 7 | 0 | 1 | 2 | 1 |
| HUNTLEY HILLS ELEM | 13 | 0 | 1 | 2 | 1 |
| IDLEWOOD ELEM | 9 | 0 | 1 | 2 | 1 |
| INDIAN CREEK | 9 | 0 | 1 | 2 | 1 |
| JOLLY ELEM | 14 | 0 | 1 | 2 | 1 |
| KELLEY CHAPEL ROAD | 5 | 0 | 1 | 2 | 1 |
| KELLEY LAKE ELEM | 12 | 0 | 1 | 2 | 1 |
| KINGSLEY ELEM | 10 | 0 | 1 | 2 | 1 |
| KITTREDGE ELEM | 8 | 0 | 1 | 2 | 1 |
| KNOLLWOOD | 10 | 0 | 1 | 2 | 1 |
| LAKESIDE HIGH | 12 | 0 | 1 | 2 | 1 |
| LAVISTA | 13 | 0 | 1 | 2 | 1 |
| LAVISTA ROAD | 9 | 0 | 1 | 2 | 1 |
| LIN-MARY LIN ELEM | 12 | 0 | 1 | 2 | 1 |
| LITHONIA | 7 | 0 | 1 | 2 | 1 |
| LITHONIA HIGH | 14 | 0 | 1 | 2 | 1 |
| LIVSEY ELEM | 5 | 0 | 1 | 2 | 1 |
| MARBUT ELEM | 15 | 1 | 2 | 3 | 1 |
| MATHIS - BOB MATHIS ELEM | 11 | 0 | 1 | 2 | 1 |
| MCLENDON | 14 | 0 | 1 | 2 | 1 |
| MCNAIR ACADEMY/MCNAIR | 14 | 4 | 2 | 3 | 1 |
| MCNAIR HIGH | 15 | 1 | 2 | 3 | 1 |
| MCWILLIAMS/MILLER GROVE | 15 | 13 | 1 | 2 | 1 |
| MEDLOCK | 8 | 0 | 1 | 2 | 1 |
| MEMORIAL SOUTH | 12 | 0 | 1 | 2 | 1 |
| METROPOLITAN | 13 | 0 | 1 | 2 | 1 |
| MIDVALE ELEM | 11 | 0 | 1 | 2 | 1 |
| MIDVALE ROAD/HENDERSON MILL | 14 | 4 | 2 | 3 | 1 |
| MILLER GROVE HIGH/ PANOLA ROAD | 15 | 9 | 2 | 3 | 1 |
| MILLER GROVE ROAD | 8 | 0 | 1 | 2 | 1 |
| MILLER-ELDRIDGE L. MILLER ELEM | 14 | 0 | 1 | 2 | 1 |
| MONTCLAIR ELEM | 9 | 0 | 1 | 2 | 1 |

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| MONTGOMERY ELEM | 9 | 0 | 1 | 2 | 1 |
| MONTREAL | 10 | 0 | 1 | 2 | 1 |
| MOUNT VERNON EAST | 10 | 0 | 1 | 2 | 1 |
| MOUNT VERNON WEST | 9 | 0 | 1 | 2 | 1 |
| NORTH HAIRSTON | 9 | 0 | 1 | 2 | 1 |
| NORTH PEACHTREE | 7 | 0 | 1 | 2 | 1 |
| NORTHLAKE | 6 | 0 | 1 | 2 | 1 |
| OAK GROVE ELEM | 9 | 0 | 2 | 3 | 1 |
| OAK VIEW ELEM | 14 | 5 | 1 | 2 | 1 |
| OAKCLIFF ELEM | 8 | 0 | 1 | 2 | 1 |
| OAKHURST | 9 | 0 | 1 | 2 | 1 |
| PANOLA | 6 | 0 | 1 | 2 | 1 |
| PANOLA WAY ELEM | 9 | 0 | 1 | 2 | 1 |
| PEACHCREST/MIDWAY | 15 | 7 | 2 | 3 | 1 |
| PEACHTREE MIDDLE | 14 | 0 | 1 | 2 | 1 |
| PINE LAKE | 2 | 0 | 1 | 2 | 1 |
| PINEY GROVE/TERRY MILL | 15 | 4 | 2 | 3 | 1 |
| PLEASANTDALE ROAD | 14 | 4 | 2 | 3 | 1 |
| PONCE DE LEON | 11 | 0 | 1 | 2 | 1 |
| PRINCETON ELEM | 9 | 0 | 1 | 2 | 1 |
| RAINBOW ELEM | 15 | 0 | 1 | 2 | 1 |
| REDAN ELEM | 12 | 0 | 1 | 2 | 1 |
| REDAN MIDDLE | 10 | 0 | 1 | 2 | 1 |
| REDAN ROAD | 11 | 0 | 1 | 2 | 1 |
| REDAN-TROTTI LIBRARY | 15 | 0 | 1 | 2 | 1 |
| REHOBOTH | 7 | 0 | 1 | 2 | 1 |
| ROCK CHAPEL ELEM | 11 | 0 | 2 | 3 | 1 |
| ROCK CHAPEL ROAD | 15 | 1 | 1 | 2 | 1 |
| ROCKBRIDGE ELEM | 14 | 0 | 1 | 2 | 1 |
| ROCKBRIDGE ROAD | 15 | 0 | 1 | 2 | 1 |
| ROWLAND ELEM | 15 | 0 | 1 | 2 | 1 |
| ROWLAND ROAD | 8 | 0 | 1 | 2 | 1 |
| SAGAMORE HILLS ELEM | 11 | 0 | 1 | 2 | 1 |
| SALEM MIDDLE | 14 | 0 | 1 | 2 | 1 |
| SCOTT/NORTH DECATUR | 14 | 4 | 2 | 3 | 1 |
| SHADOW ROCK ELEM | 15 | 2 | 2 | 3 | 1 |
| SHAW - ROBERT SHAW ELEM | 11 | 0 | 1 | 2 | 1 |
| SILVER LAKE | 15 | 4 | 2 | 3 | 1 |
| SKYLAND | 8 | 0 | 1 | 2 | 1 |
| SMOKE RISE | 8 | 0 | 1 | 2 | 1 |
| SNAPFINGER ELEM | 7 | 0 | 1 | 2 | 1 |
| SNAPFINGER ROAD | 15 | 4 | 2 | 3 | 1 |
| SNAPFINGER ROAD NORTH | 10 | 0 | 1 | 2 | 1 |
| SNAPFINGER ROAD SOUTH | 8 | 0 | 1 | 2 | 1 |
| SOUTH DESHON | 13 | 0 | 1 | 2 | 1 |
| SOUTH HAIRSTON | 15 | 0 | 1 | 2 | 1 |
| STEPHENSON HIGH | 14 | 0 | 1 | 2 | 1 |
| STEPHENSON MIDDLE | 15 | 0 | 1 | 2 | 1 |
| STONE MILL ELEM | 14 | 0 | 1 | 2 | 1 |
| STONE MOUNTAIN CHAMPION/STONE MOUNTAIN | 15 | 4 | 2 | 3 | 1 |
| STONE MOUNTAIN ELEM | 9 | 0 | 1 | 2 | 1 |
| STONE MOUNTAIN MIDDLE | 12 | 0 | 1 | 2 | 1 |
| STONECREST LIBRARY | 14 | 0 | 1 | 2 | 1 |
| STONEVIEW ELEM | 8 | 0 | 1 | 2 | 1 |

| PRECINCTS | ICX-BMD-ALLOTMENT | ADDITIONAL BLUE VOTING BOOTHS (EMERGENCY BOOTHS) | ICP'S (SCANNERS) | POLL PADS | PROVISIONAL BOOTHS |
|---|---|---|---|---|---|
| TILLY MILL ROAD | 6 | 0 | 1 | 2 | 1 |
| TONEY ELEM | 7 | 0 | 1 | 2 | 1 |
| TUCKER | 11 | 0 | 1 | 2 | 1 |
| TUCKER LIBRARY | 14 | 0 | 1 | 2 | 1 |
| VALLEY BROOK/SHAMROCK | 10 | 0 | 2 | 3 | 1 |
| WADSWORTH | 13 | 0 | 1 | 2 | 1 |
| WARREN TECH | 5 | 0 | 1 | 2 | 1 |
| WESLEY CHAPEL LIBRARY | 11 | 0 | 1 | 2 | 1 |
| WHITE OAK | 12 | 0 | 1 | 2 | 1 |
| WINNONA PARK | 8 | 0 | 1 | 2 | 1 |
| WINTERS CHAPEL | 6 | 0 | 1 | 2 | 1 |
| WOODRIDGE ELEM | 15 | 0 | 1 | 2 | 1 |
| WOODROW ROAD | 14 | 0 | 1 | 2 | 1 |
| WYNBROOKE ELEM | 14 | 0 | 1 | 2 | 1 |
| YOUNG ROAD | 8 | 0 | 1 | 2 | 1 |
| | **1989** | **116** | **206** | **382** | **176** |