# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

LUCILLE ANDERSON, et al.,          )
                                   )
    Plaintiffs,            )
                                   )          CIVIL ACTION FILE
v.                                 )
                                   )          NO. 1:20-CV-03263-MLB
BRAD RAFFENSPERGER, et al.,        )
                                   )
    Defendants.            )

**DECLARATION OF GABRIEL STERLING**

Pursuant to 28 U.S.C. § 1746, I, GABRIEL STERLING, make the following declaration:

1.    My name is Gabriel Sterling. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.    I am the Implementation Manager for the Statewide Voting System for the Secretary of State's Office. I have held that position since October 2019. Since taking this position, I have acquired firsthand knowledge of the implantation of Georgia's new Statewide Voting System.

3.    In terms of equipment availability, the State provided to counties an allotment of BMDs based on the greater of (a) the number of direct-recording electronic ("DRE") voting machines used in prior elections; or (b) an amount equal to that of 1 for every 225 active voters in each county as part of

the initial rollout of the State's new BMD voting equipment.  A corresponding amount of other election system components (e.g. pollpads, polling place scanners, etc.) was also provided by the Secretary to county election officials.

4.      Regarding training, the Secretary of State's office does not conduct poll worker training directly; for the State to undertake this function now, during an ongoing election, would be logistically infeasible.

5.      The financial cost alone of taking over poll worker training, although difficult to calculate at this stage, would be significant. And there are currently no funds budgeted or allocated for such an undertaking.

6.      With respect to provisional ballots and emergency ballots, the State regulations governing the number that must be on-hand (Ga. Comp. R. & Regs. 183-1-12-11(c) (emergency paper ballots) 183-1-12-.18(3) (provisional ballots)) were developed by a working group that included State Election Board members, Secretary of State's office staff, and county election officials. This was intentional, as the county election officials possess unique, ground-level knowledge and experience regarding these issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of October 2020.

GABRIEL STERLING